ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet 04-1731C

Plaintiff(s) or Petitioner(s) Armour Of America

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Cynthia Malyszek

Firm Name: Malyszek & Malyszek

Post Office Box: N/A

Street Address: 10100 Santa Monica Blvd. Suite 800

City-State-Zip: Los Angeles CA 90067

Telephone & Facsimile Numbers: 310-772-2266 & 310-772-2265

E-mail address: cynthia@2malyszek.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $ 2,200,000.00 Plus undetermined Damages

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003