# In the United States Court of Federal Claims

No. 04-1731 C
(Filed: January 26, 2005)

| | |
|---|---|
| ********************************** | |
| **ARMOUR OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On January 12, 2005, Defendant filed its Motion for Enlargement of Time to Respond to Plaintiff's Complaint, seeking permission to file its answer on or before March 3, 2005 due to late receipt of the agency's litigation report.

Counsel for Defendant has represented an inability to get in touch with Plaintiff's counsel regarding Plaintiff's position on this motion. As the Court has also been unable to contact Plaintiff's counsel and has not yet received a response to Defendant's motion, the Court hereby GRANTS Defendant's motion.

Therefore, it is ORDERED that Defendant shall file its answer to Plaintiff's Complaint on or before **March 3, 2005**.

s/Edward J. Damich
Edward J. Damich
Chief Judge