IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Chief Judge Edward J. Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE TO OUT OF TIME MOTION TO EXTEND THE DEADLINE FOR FILING THE JPSR

Plaintiff does not oppose the Defendant's Motion for Leave to File to Out of Time Motion to Extend the Deadline for Filing the JPSR

Defendant called Plaintiff approximately one hour prior to filing her Motion concerning the Joint Preliminary Status Report (JPSR). Just prior to calling back, it was noted that her motion had been filed with the court via ECF.

Plaintiff's counsel has twice sent over via email its input for the JPSR to Defendant counsel for inclusion of both plaintiff and defendant statements. These transmissions were prior to the JPSR deadline. Plaintiff inquired of Defendant if she would like myself to electronically file, or herself.

According to the COFC Pacer System, the initial and tentative date set for the JPSR was May 23, 2005. The Plaintiff was prepared file well before that date. However, the court clerk called stating that both plaintiff and defendant had missed the deadline for the JPSR on May 13, 2005.

It appears that both defendant and plaintiff counsel travel extensively, and are not always able to either answer and return voicemails, or have access to emails. Defendant counsel stated that she cannot return any voicemails while she travels and is out of the office, plaintiff counsel does not always have access to emails during travel. However, I will contact defendant counsel for the addition or any further information, or changed information contained in our JPSR.

Plaintiff's counsel does not oppose Defendant's Motion for Leave to File Out of Time Motion to Extend the Deadline for Filing the JPSR, (although Plaintiff does not agree to all the statements as put forth in the Defendant's motion for an extension of time to file the JPSR).

Respectfully submitted,

s/ Cynthia Malyszek
CYNTHIA MALYSZEK
Counsel for Plaintiff
Malyszek & Malyszek
10100 Santa Monica Blvd.
Suite 800
Los Angeles, CA 90067
310-772-2266
Fax: 310-772-2266

Dated: May 25, 2005