# In the United States Court of Federal Claims

No. 04-1731 C
(Filed: May 31, 2005)

**********************************
**ARMOUR OF AMERICA,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

## ORDER

On May 20, 2005, Defendant filed its Motion for Leave to File Out of Time and Motion to Extend the Deadline for Filing the Joint Preliminary Status Report (JPSR). This is Defendant's first motion for this purpose. Plaintiff filed a "non-opposition" on May 25, 2005. The original deadline for the filing of the JPSR was May 13, 2005.[1] According to ¶ 4(a) of the Court's Standard Special Procedures Order, the parties should have filed a motion for an enlargement of time five business days prior to the deadline, which counsel failed to do. The Court admonishes the parties for failing to heed its procedures.

Furthermore, the Court expects counsel for each party to be reasonably available unless the Court is informed otherwise. Reasonable availability means having someone answer your phones or checking your messages regularly and being available to talk with opposing counsel when necessary. In a specific example encountered by the Court, Plaintiff's counsel was called repeatedly by chambers. Although counsel left a return message on chambers voicemail, she failed to call again as she had indicated in that voicemail.

The Court hereby GRANTS Defendant's motion and ORDERS that the parties' JPSR

---

[1] Contrary to the statement in Plaintiff's "non-opposition," the court's CM/ECF system reflects a deadline of May 13, 2005, not May 23, 2005.

shall be filed on or before **June 10, 2005**. No further extensions of time shall be given for this purpose.

s/Edward J. Damich
Edward J. Damich
Chief Judge