# In the United States Court of Federal Claims

No. 04-1731 C
(Filed: June 9, 2005)

| | |
|---|---|
| ********************************** | |
| **ARMOUR OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

It is hereby ORDERED that the Court will hold a preliminary status conference on **June 20, 2005**, at 2:00 pm Eastern Standard Time. All parties shall appear by telephone. The conference will be held off the record unless a party requests otherwise at least five business days before the conference. Counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at 202-357-6483, one day before the conference to provide the number where he or she can be reached.

s/Edward J. Damich
Edward J. Damich
Chief Judge