IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Chief Judge Edward J. Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CORRECTED FIRST UNOPPOSED
MOTION FOR STAY OF PROCEEDINGS

Defendant moves for a stay of proceedings for 60 days for the purpose of continuing settlement negotiations. This is defendant's first motion for this purpose. Counsel for plaintiff has stated that she joins in this motion.

Counsel for the Government attempted to open settlement discussions with the plaintiff in March 2005. Initial negotiations commenced the week of June 27, 2005. Accordingly, staying this litigation to give the parties the opportunity to resolve this matter without further briefing and trial will conserve the parties' and this Court's resources and, pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant our motion for a 60-day stay for the purpose of continuing settlement negotiations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit, Room 8012
1100 L Street, NW
Washington, D.C. 20530
(202) 307-1011
(202) 307-0972 (Fax)

July 13, 2005

Attorneys for Defendant