# In the United States Court of Federal Claims

No. 04-1731 C
(Filed: July 14, 2005)

```
*********************************
ARMOUR OF AMERICA,              *
                                *
              Plaintiff,        *
                                *
      v.                        *
                                *
THE UNITED STATES,              *
                                *
              Defendant.        *
                                *
*********************************
```

**ORDER**

Defendant filed its Corrected First Unopposed Motion for Stay of Proceedings on July 13, 2005, requesting a stay of 60 days to allow for settlement negotiations.

The Court hereby GRANTS Defendant's motion to the extent that this case is **STAYED** until August 22, 2005. On August 22, 2005, the parties shall submit their revised Joint Preliminary Status Report ("JPSR"), in accordance with the Court's order dated June 20, 2005. In addition to the information required in the JPSR, the parties shall identify (1) dates of any settlement meetings that they held, (2) a detailed assessment of the progress of settlement, and (3) three possible dates and times in middle or late September when the parties can appear telephonically for a preliminary status conference.

s/Edward J. Damich
Edward J. Damich
Chief Judge