IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Chief Judge Edward J. Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED
MOTION FOR STAY OF PROCEEDINGS

Defendant moves for a stay of proceedings for 60 days, that is, from August 22, 2005, to and including October 21, 2005, for the purpose of continuing settlement negotiations. This is defendant's second motion for this purpose. Counsel for plaintiff has stated that she joins in this motion.

Counsel for the Government attempted to open settlement discussions with the plaintiff in March 2005. Initial negotiations commenced the week of June 27, 2005. Since then, counsel for the parties have discussed settlement on a number of occasions. As a result of those discussions, plaintiff's counsel has agreed to prepare a termination for convenience ("TFC") proposal. It is anticipated that this task may take two weeks. The TFC proposal is critical to defendant's evaluation of the litigation risk in this matter. Once defendant receives and analyzes that proposal, settlement negotiations will re-commence. Accordingly, staying this litigation to give the parties the opportunity to resolve this matter without further briefing and trial will conserve the parties' and this Court's resources and, pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant our second unopposed motion for a 60-day stay for the purpose of continuing settlement negotiations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit, Room 8012
1100 L Street, NW
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

August 17, 2005

Attorneys for Defendant