# In the United States Court of Federal Claims

No. 04-1731 C
(Filed: August 18, 2005)

| | |
|---|---|
| ********************************** | |
| **ARMOUR OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

Defendant filed its Second Unopposed Motion for Stay of Proceedings on August 17, 2005, requesting a stay of 60 days to allow for settlement negotiations. Specifically, the stay would allow Plaintiff to prepare a termination for convenience proposal that Defendant can assess.

The Court hereby GRANTS Defendant's motion and ORDERS that the **stay** in this case be continued until **October 21, 2005**, for the purpose of settlement negotiations. On **October 21, 2005**, the parties shall submit their revised Joint Preliminary Status Report ("JPSR"), in accordance with the Court's order dated June 20, 2005. In addition to the information required in the JPSR, the parties shall identify (1) dates of any settlement meetings that they held, (2) a detailed assessment of the progress of settlement, and (3) three possible dates and times in late October of early November when the parties can appear telephonically for a preliminary status conference.

/s/Edward J. Damich
Edward J. Damich
Chief Judge