IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Chief Judge Edward J. Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

SUBSEQUENT TO STAY PERIOD

COMES NOW THE PLAINTIFF and makes the following motion for extension of time to respond to defendant's motion to dismiss until subsequent to court ordered stay period:

1. Defendant filed an unopposed Motion to Stay Proceedings on August 17, 2005 in a mutual effort to attempt settlement.

2. The Court granted the Stay until October 21, 2005.

3. During the Stay period, Defendant filed a Motion to Dismiss on September 17, 2005, approximately one month prior to the closing of the stay period. The requested purpose of the stay was so that the parties could be unencumbered by trial proceedings in order to concentrate on settlement issues.

4. Defendant's counsel proffered to Plaintiff's counsel that the defendant would agree to the motion response being made subsequent to the stay period based on defendant's original purpose for requesting the stay.

5. Plaintiff requests an extension of 30 days after the stay period ends until November 21, 2005 to respond to the motion to dismiss as the plaintiff has only concentrated on settlement matters as agreed and not trial matters as agreed.

6. Plaintiff's counsel does not oppose Defendant's Motion for an Extension of Time to respond to its Motion while both Plaintiff and Defendant are still pursuing settlement discussions.

WHEREFORE, Plaintiff requests that its response to the Defendant's Motion to Dismiss be extended to November 21, 2005.

Respectfully submitted,

s/ Cynthia Malyszek
CYNTHIA MALYSZEK
Counsel for Plaintiff
Malyszek & Malyszek
2029 Century Park East
Suite 1400
Los Angeles, CA 90067
310-772-2266
Fax: 310-772-2265

Dated: October 12, 2005

Attorney for Plaintiff