IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Chief Judge Edward J. Damich) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S REPORT REGARDING THE
STATUS OF SETTLEMENT NEGOTIATIONS

Pursuant to this Court's August 18, 2005 order granting defendant's unopposed motion for a stay, defendant, the United States, respectfully submits this report regarding the status of settlement negotiations. Despite the efforts of the parties, an agreement regarding the disposition of this matter has not been reached. The parties are in agreement that negotiations will continue in parallel with discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

October 18, 2005 Attorneys for Defendant