IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Chief Judge Edward J. Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S APPENDIX TO JPSR

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530

October 21, 2005

Attorneys for Defendant

INDEX TO APPENDIX


Solicitation, dated December 23, 2003 . . . . . . . . . . A

Amendment to Solicitation, dated January 22, 2004 . . . . . . . . . . B

Amendment to Solicitation, dated February 4, 2004 . . . . . . . . . . C

Armour of America's Offer dated February 4, 2004 . . . . . . . . . . D

Technical Evaluation Report Summary . . . . . . . . . . E

List of Discussion Questions, date April 4, 2004 . . . . . . . . . . F

Technical Evaluation Supplemental Report . . . . . . . . . . G

Armour's letter dated June 9, 2004 . . . . . . . . . . H

Contract . . . . . . . . . . I

Evaluation Factors for Award . . . . . . . . . . J

Test Method Standard . . . . . . . . . . K

PDR, Minutes, dated July 14, 2004 . . . . . . . . . . L

Navy Letter, dated Jul 22, 2004 . . . . . . . . . . M

Cure Notice, dated July 30, 2004 . . . . . . . . . . N

Armour's Memorandum, dated August 4, 2004 . . . . . . . . . . O

Navy Letter to Armour, dated August 10, 2004 . . . . . . . . . . P

Notice of Termination for Default, dated August 23, 2004 . . . . . . . . . . Q

Armour's Request to Rescind Termination, dated September 10, 2004 . . . . . . . . . . R

Navy Letter to Armour Regarding Termination, dated September 17, 2004 . . . . . . . . . . S

Navy Letter Regarding Re-procurement Costs, dated October 28, 2004 . . . . . . . . . . T

Navy Letter Regrading Termination, dated November 15, 2004 . . . . . . . . . . U

# A

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RAT... ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF 86 PAGES

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | N00019-04-R-0073 | [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | 23 Dec 2003 | |

7. ISSUED BY — CODE N00019
NAVAL AIR SYSTEMS COMMAND
AIR-2.4.3.3 BLDG 441
21983 BUNDY RD
PUTUXENT RIVER MD 20670-1127
TEL: SEE SECTION A
FAX:

8. ADDRESS OFFER TO (If other than Item 7) — CODE
**See Item 7**
TEL:
FAX:

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ______________ until ______ (Hour) local time ______ (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (Include area code) *(NO COLLECT CALLS)* | C. E-MAIL ADDRESS |
|---|---|---|---|
| | | | |

### 11. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 31 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 8 | X | J | LIST OF ATTACHMENTS | 58 |
| X | D | PACKAGING AND MARKING | 15 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 18 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 59 |
| X | F | DELIVERIES OR PERFORMANCE | 20 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 22 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 73 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 27 | X | M | EVALUATION FACTORS FOR AWARD | 84 |



## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO (Include area code)

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. ☐

17. SIGNATURE

18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) — ITEM

24. ADMINISTERED BY (If other than Item 7) — CODE

25. PAYMENT WILL BE MADE BY — CODE

26. NAME OF CONTRACTING OFFICER (Type or print)

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | LWARS Non-Recurring Engineering (NRE)<br>FFP | 1.00 | Lot | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Qualification Test Articles<br>FFP | 2.00 | Each | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | Data for CLINs 0001 and 0002<br>FFP | | Lot | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | | Lot | | |
| | Travel in Support of CLINs 0001 - 0002<br>COST | | | | |
| | | | | ESTIMATED COST | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | | | | |
| | LWARS Production Kits<br>FFP - Option | | | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | | | Each | | |
| | Option: Group A Kits (1 - 147)<br>FFP | | | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | Option: Group B Kits (148 - 226)<br>FFP | | Each | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | LWARS Production Kits<br>FFP - Option | | Each | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AA | Option: Group A Kits (1 - 147)<br>FFP | | Each | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AB | Option: Group B Kits (148 - 226)<br>FFP | | Each | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | Interim Support Spares<br>FFP - Option | | | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007AA | Option: Group A Kits<br>FFP | 6.00 | Each | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007AB | Option: Group B Kits<br>FFP | 6.00 | Each | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | Maintenance Trainer Kits<br>FFP - Option | | | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008AA | Option: Group A Kits<br>FFP | 2.00 | Each | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008AB | | 2.00 | Each | | |
| | Option: Group B Kits<br>FFP | | | | |

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | | | Hours | | |
| | Option: Field Support Services<br>T&M - (Quantity 1-160) | | | | |

TOT ESTIMATED PRICE

CEILING PRICE

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010 | | | Lot | | |
| | Option: Travel In Support of CLIN 0009<br>COST - Option | | | | |

ESTIMATED COST

Data CLIN 0003 is Not Separately Priced (NSP).

Travel CLINs 0004/0010 and Field Support Services CLIN 0009 are Not-To-Exceed dollar amounts. The contractor shall insert a Not-To-Exceed dollar amount of $50,000 for both CLINs 0004 and 0010.

SECTION C Descriptions and Specifications

1. **BACKGROUND:**

The CH-46E aircraft has engine protective metallic armor plates on the aft pylon and around the flight control closet to protect the aircraft from small arms fire. The armor is capable of protecting the aircraft from small arms fire (.30 cal; 7.62mm round). The total weight of the metallic armor system is 577 pounds (for the engine armor and the flight control closet armor). Non-developmental armor systems exist that could replace existing CH-46E metallic armor with a lightweight substitute which would provide the same coverage area with the same or better ballistic protection and with a least a 35% weight reduction over the existing armor system. The efficiency of the CH-46E to perform the medium lift assault support mission largely depends on aircraft payload. Over 39 years of service, the empty weight of the aircraft has grown by 1600 pounds, limiting payload and range and degrading mission performance. Reducing the empty weight via weight reduction initiatives is a low risk viable means of restoring mission effectiveness. In addition, the CH-46E operates with little to no margin of safety in relation to torque available versus torque required. Providing lighter armor will not only positively impact mission restoration, but will also return some margin of safety to torque available, especially when combined with other ongoing initiatives. The CH-46E Light Weight Armor Replacement System will be referred to as LWARS.

2. **SCOPE:**

The Statement of Work (SOW) for this effort is defined in Sections 3 through 8 below. It defines the efforts to be performed by the contractor. In accordance with the SOW, the contractor shall design, test and manufacture a Light Weight Armor Replacement System (LWARS) for the Marine Corps' CH-46E tandem rotor helicopter. The contractor shall meet or exceed all requirements defined by this parent document as well as subordinate documents to the extent they apply, unless otherwise directed by the government. See Section J for additional attachments to this document.

3. **APPLICABLE DOCUMENTS:**

| | |
|---|---|
| MIL-PRF-46103E | Military Specification Armor: Lightweight, Ceramic-Faced Composites |
| MIL-A-46099C | Armor Plate, Steel, Roll-Bonded, DNAL Hardness (0.187 Inches To 0.700 Inches Inclusive |
| MIL-STD-662F | V50 Ballistic Test for Armor |
| MIL-STD-367A | Armor Test Data Reporting |
| MIL-STD-810F | Environmental Engineering Considerations And Laboratory Tests |
| MIL-STD-2080A | Maintenance Plan Analysis For Aircraft And Ground Support Equipment |
| MIL-HDBK-61A | Configuration Management Guidance |

4. **LWARS Nonrecurring Engineering Requirements:**

4.1. **LWARS Requirements (CLIN 0001):** The contractor shall design a LWARS to be a fit and function lightweight replacement for the existing metallic armor system. The existing armor design, installation, marking/identification, and finish requirements are defined by drawing numbers listed in paragraph 4.1.1 below. The LWARS shall provide, at a minimum, a 35% reduction in areal density over the existing metallic armor system, and no recurring routine maintenance after installation. The LWARS shall be capable of at least a $V_{50}$ ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity. The LWARS shall be able to withstand multiple ballistic impacts, and be made of material that readily accepts the surface finish requirements of the aircraft. The LWARS shall mate with existing airframe mounting brackets without benefit of modification, shall not cause dissimilar metal corrosion, and shall provide provisions for maintenance access equivalent to the existing metallic armor system. The LWARS shall be capable of withstanding the normal vibratory and acceleration loads generated by the aircraft and shall not be affected by contact with normal aircraft fuels and oils. The properties of the LWARS shall not be affected by exposure to humidity, salt spray, and normal aircraft

operating temperatures. The contractor shall use commercial products, processes and practices to reduce development, production and operational support costs to maximum extent practicable.

4.1.1 **LWARS Kit:** The contractor shall develop a complete Parts List defining the LWARS and all necessary components (attaching hardware, mounting brackets, etc) required for LWARS integration in accordance with **CDRL A001**. A full suite of aircraft armor consists of a combination of Group A and Group B kits as defined below. To support aircraft weight reduction efforts, the government is conducting an engineering assessment to remove individual armor components. Group A and Group B definitions facilitate identification of one or more kits, which may be eliminated as a result of the engineering assessment. The LWARS kits will be separately grouped and priced as follows:

**Group A Kit** contains the Lightweight substitute for:

Hydraulic Flight Control Closet Protective Armor:
(91145) 70894-1 External
(91145) 70893-1 External
(91145) 70891-3 External, UPR
(91145) 70891-5 External, LWR
(91145) 70892-1 External
Engine Compartment Armor
(77272) A02F1001-7 Armor Plate (FS 434 TO 454 LH)
(77272) A02F1001-8 Armor Plate (FS 434 TO 454 RH)
(77272) A02F1001-9 Armor Plate Assy (FS 410 TO 434 LWR LH)
(77272) A02F1001-10 Armor Plate Assy (FS 410 TO 434 LWR RH)
(77272) A02F1001-11 Armor Plate Assy (FS 410 TO 434 UPR LH)
(77272) A02F1001-12 Armor Plate Assy (FS 410 TO 434 UPR RH)
(77272) A02F1001-13 Armor Plate (FS 434 LH)
(77272) A02F1001-14 Armor Plate (FS 434 RH)

**Group B Kit** contains the Lightweight substitute for:

Hydraulic Flight control Closet Protective Armor:
(91145) 70705-3 Closet Door Assy, UPR.
(91145) 70706-1 Closet Door Assy, LWR

4.1.2 **LWARS Drawings**: The contractor shall provide a Product Drawing and Associated List for all LWARS components not currently supported by the Navy Supply System in accordance with **CDLR A002**. Product drawings shall provide the design disclosure information necessary to maintain quality control of the resulting physical and functional characteristics.

4.1.3 **LWARS Technical Publication Source Data:** The contractor shall develop and submit all necessary source data required to incorporate LWARS maintenance and system description into the government aircraft organizational, intermediate and depot level manuals in accordance with **CDRL A003**. All technical source data will become government property.

4.2 **Qualification Test Articles (CLIN 0002):** The contractor shall produce two complete sets of each group of LWARS to be utilized in government fit and function testing. Qualification Test Articles shall be delivered F.O.B Destination as follows:

Ship to: N65923
Building 159 Bay R4
Marine Corps Air Station (MCAS)
Cherry Point, NC 28533

Mark for: Trish Butler (PMA 226)/Mark Greiner (FRAG)
PH: (252) 464-9382/(252) 464-8913

**4.2.1 Qualification Test Procedures:**

The contractor shall develop and submit for Government approval a Qualification Test Plan, which shall be sufficiently detailed to demonstrate the ballistics properties, environmental durability, fit and function acceptability of LWARS. The contractor shall submit the Qualification Test Plan in accordance with **CDRL A004**. The contractor shall provide all test materials and perform any testing required to demonstrate compliance with the following:

**4.2.1.1** **Weight** – The LWARS shall provide, at a minimum, a 35% reduction in areal density over the existing metallic armor system. This will be demonstrated by actual weighing of all pieces of the qualification test kits.

**4.2.1.2** **Ballistics** – The contractor prepared qualification test report shall address the $V_{50}$ ballistics testing performed on the LWARS. Ballistic testing procedures contained in MIL-PRF-46103E, MIL-A-46099C, and MIL-STD-662F may be used as a general guide in the development of the required ballistics test plan. Test plan format shall be determined by the contractor and approved by the Government. The contractor as a general guide may use MIL-STD-367A for LWARS test data reporting.

**4.2.1.3** **Environmental Durability** – The contractor prepared qualification test report shall address, at a minimum, the following environmental factors and limits:

**Vibration** – The LWARS shall be constructed to withstand expected dynamic vibrational stresses of up to two (2) inches per second at a frequency of 4 Hz. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedures.

**Temperature** – The LWARS shall be constructed to withstand cyclic operating temperatures between -40 and 165 degrees Fahrenheit. Actual testing methods shall verify temperature and cycle parameters and will be determined by the contractor, defined by the contractor first qualification test plan, and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

**Acceleration** – The LWARS shall maintain structural integrity without degradation and shall sustain no physical damage when exposed to fore, aft, up, down, lateral left, and lateral right centrifuge acceleration levels up to 3 G. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

**Fluid Compatibility** – The LWARS shall maintain structural and ballistic integrity without degradation after immersion in jet fuels (JP-5), oils, hydraulic fluid, and cleaning solvents acceptable for use on CH-46E aircraft for a period of twenty-four (24) hours each at 70 degrees Fahrenheit +/- 10 degrees Fahrenheit. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

**Humidity** - The LWARS shall maintain structural and ballistic integrity without degradation after exposure to varying degrees of constant naturally occurring humidity levels of up to 100%. Actual testing methods shall be determined by the contractor and approved by the Government. Humidity testing may be combined with salt fog testing. MIL-STD-810F may be used as a general guide for the testing procedure.

Salt Fog - The LWARS shall maintain structural and ballistic integrity without degradation after exposure to varying degrees of constant aggravated salt fog screening for a period of at least forty-eight (48) hours. Actual testing methods shall verify temperature and cycle parameters and will be determined by the contractor, defined by the contractor qualification test plan, and approved by the Government. Salt fog testing may be combined with humidity testing. MIL-STD-810F may be used as a general guide for the testing procedure.

4.2.2 Fit – The contractor will demonstrate that the LWARS qualification test articles conform to the mounting hole layout as shown on the Government owned drawings provided in paragraph 6.0. This will be accomplished by actual dimensional comparisons of the first article LWARS panels to the Government owned drawings. The contractor with Government oversight and approval shall perform these measurements. To demonstrate fit, the contractor shall transport the qualification test set to Naval Air Depot, Cherry Point, NC for actual fit testing on a CH-46E aircraft. All fitting tasks will be performed by the Government at Cherry Point NC, New River NC or Quantico, VA with the contractor present. The government anticipates conducting two separate fit tests on at least two separate CH-46E aircraft.
Although the replacement armor mounting hole pattern is required to meet the existing drawings, a mounting approach that will accommodate variations in aircraft mount locations is encouraged. A survey of several aircraft have revealed variations in mounting bracket locations ranging from 0 .1inches to over an inch. The government is responsible for modifying aircraft that do not meet the drawing requirement. An armor mounting approach that minimizes the amount of aircraft modifications required is considered advantageous for the government.

4.2.3 Technical Approval - The Product drawing package, which defines the successful qualification and fit/function tested LWARS shall constitute the approved configuration baseline for the production LWARS effort. The Government's approval of the qualification test report and successful fit/function testing shall be considered as criteria in the Government's decision to exercise the production option. A Qualification Test Report shall be provided to the government in accordance with **CDRL A005.**

4.3 Program Management, Design Reviews and Technical Interchange Meetings - The contractor shall use technical reviews to assess completion of major scheduled technical efforts before proceeding with further technical effort. The following technical reviews shall be conducted:

4.3.1 Program Management Review - The contractor shall host a Program Management Review (PMR) at the contractor's facility not later than 30 days after contract award. The contractor shall present their proposed schedule and technical approach for completed efforts under the contract. Review shall include schedule, discussion of key technical elements, introduction of key personnel, establishment of points of contact and risk identification and mitigation factors. The contractor shall prepare and submit meeting minutes in accordance with **CDRL A006.** The government anticipates, at a minimum, (1) PMR.

4.3.2 Design Reviews/Technical Interchange Meetings - The contractor shall use design reviews as necessary to review the plans and progress towards meeting LWARS requirements and to assure all success criteria have been met. Design reviews may include technical, logistical or programmatic interests and shall be conducted either at the contractor's facility, Cherry Point, NC or Patuxent River, MD. The contractor shall prepare and submit design review minutes in accordance with **CDRL A006.** The government anticipates, at a minimum, (2) Design Reviews. Technical Interchange Meetings (TIMS) may be requested by the government or contractor to investigate and resolve specific issues. TIMS may be conducted by telephone, Video Teleconferencing or held at the contractor's facility, Cherry Point, NC or Patuxent River, MD. The government anticipates, at a minimum, (5) TIMS.

4.3.3 **Monthly Status Reporting** - The contractor shall provide a monthly report that includes milestones accomplished, an updated program schedule, action item status, program risk and risk assessment with program impacts, as well as other pertinent issues in accordance with **CDRL A007**.

5. **Configuration Management** - The contractor shall maintain a Configuration Control System using MIL-HDBK-61A as a guideline. The contractor shall prepare and submit their configuration management plan in accordance with **CDRL A008**.

6. **Government Furnished Information (GFI)/Government Furnished Equipment (GFE)** - The government shall provide GFI and GFE as detailed in Attachment 2.

7. **Integrated Logistics Support:**

7.1 **Maintenance Concept Proposal** - The contractor shall develop/propose the maintenance concept for the LWARS in accordance with **CDRL A009**, using MIL-STD-2080A as a guide.

7.2 **Navy Provisioning Source Data** - The contractor shall develop Navy Provisioning source data including provisioning factors, reliability data and warranty info for aircraft components. Data shall provide for technical identification of items for maintenance support considerations (e.g. If the armor is penetrated by bullets, is it re-usable? What type of repairs can be done? Provide information for Source, Maintenance and Recoverability (S, M & R) coding to identify disposition of armor at Organizational or Depot level), preparation of item for the purpose of assigning National Stock Numbers (NSNs); review for item entry control; standardization; review for potential interchangeability and substitutability; item management coding; preparation of allowance/issue lists and source, maintenance and recoverability coding. This source data shall also identify any peculiar packaging, handling, storage, shipping and transportation requirements in accordance with **CDRL A010.**

8. **Production and Delivery of LWARS (Option CLINs 0005, 0006, 0007, 0008)**

8.1 **Scope** - Following successful completion of the Nonrecurring Engineering effort, the government shall have the option to exercise one or more CLINs/SubCLINs for the production units. Under these options, the contractor shall perform the effort required for the fabrication, acceptance testing and delivery of production LWARS. The contractor shall manufacture the LWARS units in accordance with the approved and finalized drawing package.

8.2 **Requirements:**

8.2.1 **General** - The contractor shall provide the necessary personnel, material and facilities to successfully accomplish the required tasks as detailed below.

8.2.2 **Fabrication** - The contractor shall fabricate the LWARS production deliveries in accordance with the finalized drawings. The contractor may implement changes to improve the fabrication process that do not alter the fit or function of the LWARS components. The contractor shall implement and maintain a configuration management system to ensure control and identification of any implemented changes.

8.2.3 **Quality Assurance** - The contractor shall establish and maintain a Quality Assurance Program for all products and services provided. This program shall assure adequate quality throughout all areas of contract performance including fabrication, testing and delivery. All products and services under this contract, whether manufactured within the contractor's facility or at any other source, shall be controlled at all points necessary to assure conformance to contractual requirements.

8.3 **Hardware Delivery** - The contractor shall deliver LWARS kits in the quantities specified in Sections B and F of the contract, or as otherwise ordered by the Government.

8.3.1 **Aircraft Production Kits (CLINs 0005, 0006)** - The contractor shall deliver LWARS production kits to the Navy. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Aircraft Production Kits shall be delivered F.O.B. Origin as follows:

Ship to: N46899
Naval Air Systems Command
Central Kitting Activity
235 Industrial Loop, Suite 182
Orange Park, Florida 32073-2831
Mark for: Mr. Dave Melton
Commercial (904) 264-8091

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

8.3.2 **Interim Support Spares (CLIN 0007)** - The contractor shall provide Interim Support Spare Kits. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Interim Support Spare Kits shall be delivered F.O.B. Origin as follows:

Ship 3 EA to: N46588
NAVAIR ISS Facility
Bldg 652 Bay 6
NAS North Island CA 92135-5000

Mark for: Mr. Ted Lampartner
Commercial (619) 545-9768

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

Ship 3 EA to: N48535
NAVAIR ISS Facility
Bldg 612 Bay 12
MCAS Beaufort SC 29904-5010

Mark for: Mr. Dave Ossman
Commercial (843) 522-3900

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

8.3.3 **Maintenance Trainer Kits (CLIN 0008)** - The contractor shall provide Maintenance Trainer Kits. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Maintenance Trainer Kits shall be delivered F.O.B. Origin as follows:

Ship to: N46899
Naval Air Systems Command
Central Kitting Activity

235 Industrial Loop, Suite 182
Orange Park, Florida 32073-2831

Mark for: Mr. Dave Melton
Commercial (904) 264-8091

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

**8.3.4 Field Service Support (CLIN 0009)** - The contractor shall provide field service support during the initial installation of production LWARS on the CH-46E aircraft at Naval Aviation Depot Cherry Point NC. Field service support shall consist of phone, email, and onsite support primarily within the continental United States (CONUS). The contractor shall be capable of traveling outside the United States (OCONUS) upon 1 week notification by the Government.

SECTION D Packaging and Marking

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 5252.247-9507 | Packaging and Marking of Reports | SEP 1999 |
| 5252.247-9508 | Prohibited Packing Materials | JUN 1998 |

CLAUSES INCORPORATED BY FULL TEXT

**D-1 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.25-2)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)
http://www.navair.navy.mil/ - Select "Doing Business" then select "NAVAIR clauses."

**D-2 PACKING AND PACKAGING** – Unless otherwise specified by the Government, all shipments of materials, supplies, and data provided in the performance of this contract shall be preserved, packaged, packed, and prepared for shipment to prevent deterioration and damage during shipping, handling, and storage, and to ensure safe delivery at destination in accordance with best commercial practices. The Contractor is solely responsible for preservation, marking, packaging, and packing of all materials and supplies.

**D-3 MARKING** – See Section C for shipping address/marking instructions for each CLIN.

**D-4 CONTRACT DATA REQUIREMENTS LIST (CDRL)**

**CDRLs A001- A010**
CDRLs shall be submitted electronically via e-mail in accordance with Block 14 of the DD Form 1423-1 (e-mail addresses will be provided after Contract award)

5252.223-9502 HAZARDOUS MATERIAL (DEC 1998) (NAVAIR)

(a) Packaging, Packing, Marking and Labeling Hazardous materials to be shipped by any mode or combination of transportation modes shall be prepared (properly classed, described, packaged, marked, labeled, transport vehicle placarded, etc.) for shipment in accordance with MIL-STD-129 and all applicable government and carrier regulations in effect at the time of shipment.

(b) In the event of a conflict between specific requirements in the contract or order and existing applicable regulations, the regulations take precedence. Under no circumstances shall the contractor knowingly use materials, markings or procedures which are not in accordance with laws and regulations applicable to the mode of transportation employed.

(c) To ascertain which Department of Defense, or local installation regulations, concerning hazardous materials may impact on this contract, the contractor should contact TBD after contract award.

5252.247-9502 UNPACKING INSTRUCTIONS: COMPLEX OR DELICATE EQUIPMENT (OCT 1994) (NAVAIR)

(a) Location on Container. When practical, one set of the unpacking instructions will be placed in a heavy water-proof envelope prominently marked "UNPACKING INFORMATION" and firmly affixed to the outside of the shipping container in a protected location, preferably between the cleats on the end of the container adjacent to the identification marking. If the instructions cover a set of equipment packed in multiple containers, the instructions will be affixed to the number one container of the set. When the unpacking instructions are too voluminous to be affixed to the exterior of the container, they will be placed inside and directions for locating them will be provided in the envelope marked "UNPACKING INFORMATION".

(b) Marking Containers. When unpacking instructions are provided, shipping containers will be stenciled "CAUTION - THIS EQUIPMENT MAY BE SERIOUSLY DAMAGED UNLESS UNPACKING INSTRUCTIONS ARE CAREFULLY FOLLOWED. UNPACKING INSTRUCTIONS ARE LOCATED TBD." When practical, this marking will be applied adjacent to the identification marking on the side of the container.

(c) Marking. All shipping containers will be marked in accordance with Section C of the contract.

5252.247-9503 MARKING OF WARRANTED ITEMS (MAR 1999) (NAVAIR)

(a) Each item covered by a warranty shall be stamped or marked in accordance with MIL-STD-129, Marking for Shipment and Storage current at the date of award. Where this is impracticable, written notice shall be attached to or furnished with the warranted item.

(b) Each item covered by a warranty shall have a written notice attached to or furnished with the warranted item, and marked with the following:

(1) National stock number or manufacturer's part number.

(2) Serial number or other item identifier (if the warranty applies to uniquely identified items).

(3) Contract number.

(4) Indication that a warranty applies.

(5) Manufacturer or entity (if other than the contractor) providing the warranty.

(6) Date or time when the warranty expires.

(7) Indication of whether or not attempted on-site repair by Government personnel will void the warranty.

5252.247-9509 PRESERVATION, PACKAGING, PACKING AND MARKING (JUL 1998) (NAVAIR)

(a) Preservation, packaging and packing shall conform to prevailing industry standards for the type of commodity purchased under this contract.

(b) All packages will be clearly marked with applicable contract number/delivery order number, and will contain appropriate packing slip. All deliveries will be marked for and/or consigned as follows:

TBD

(c) In the event of any discrepancy in material shipped (overage, technical rejection, damage), the contractor shall, immediately upon request of the Contracting Officer, furnish disposition instructions. Normally, such disposition instruction shall be a properly completed Commercial Bill of Lading which includes, but is not limited to, the mode of shipment, routing, special handling, and so forth.

(d) If the contractor is required to install equipment upon delivery, then the contractor shall inform the Government of the date of shipment from the contractor's facilities and the anticipated date of arrival at the site. This report shall be made no later than the actual date that the shipment is made from the contractor's facilities. The report may be made by facsimile or e-mail, to the point of contact listed in Section G. All transportation, rigging, drayage, packing, unpacking, and handling necessary to accomplish the installation shall be the responsibility of the contractor.

5252.247-9514 TECHNICAL DATA PACKING INSTRUCTIONS (SEP 1999) (NAVAIR)

Technical Data and Information shall be packed and packaged for domestic shipment in accordance with best commercial practices. The package or envelope should be clearly marked with any special markings specified in this contract (or delivery/task order), e.g., Contract Number, CLIN, Device No., and document title must be on the outside of the package. Classified reports, data and documentation, if applicable, shall be prepared for shipment in accordance with Defense Industrial Manual for Safeguarding Classified Information, DoD 5520.22M.

SECTION F Deliveries or Performance

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.211-17 | Delivery of Excess Quantities | SEP 1989 |
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-17 | Government Delay Of Work | APR 1984 |
| 52.247-29 | F.O.B. Origin | JUN 1988 |
| 52.247-61 | F.O.B. Origin--Minimum Size Of Shipments | APR 1984 |
| 5252.211-9507 | Period of Performance | MAR 1999 |

**F -1 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-2)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)
http://www.navair.navy.mil/ - Select "Doing Business" then select "NAVAIR clauses."

**F -2 TIME OF DELIVERY**

The Government requires delivery to be made in accordance with the following schedule:

DELIVERY SCHEDULE

| ITEM NO. | QUANTITY | DELIVERY DATE |
|---|---|---|
| NRE | See Section B – CLIN 0001 | NLT 5 MOS After Contract Award |
| 2 Qualification Test Systems | See Section B – CLIN 0002 | NLT 5 MOS After Contract Award |
| Data for Items 0001 and 0002 | See Exhibit A (CDRLs) | See Exhibit A (CDRLs) |
| Option LWARS Production Units | See Section B – CLINs 0005 and 0006 | Option exercised NLT 7 MOS After Contract Award – See Below. |
| Option LWARS Interim Support Spares | See Section B – CLIN 0007 | Option exercised NLT 7 MOS After Contract Award – See Below |
| Option LWARS Maintenance Trainer Kits | See Section B – CLIN 0008 | Option exercised NLT 7 MOS After Contract Award – See Below |
| Field Support Services | See Section B – CLIN 0009 | Option exercised NLT 7 MOS After Contract Award and shall continue through delivery of the final production unit. |

Note: Delivery of the LWARS production units shall begin no later than 5 months after exercise of option. A minimum quantity of 12 each production LWARS per month shall be shall be delivered F.O.B Origin. For example, with the exception of the first delivery, if CLINs 0005/0006/ 0007/0008 are exercised on 1 Oct 04, the delivery schedule shall be as follows:

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0005/0006 | 05 | | | 3 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| | 06 | 12 | 12 | 12 | | | | | | | | | |

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0007 | 05 | | | 3 | 3 | | | | | | | | |

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0008 | 05 | | 2 | | | | | | | | | | |

# B

# AMENDMENT OF SOLI``TATION/MODIFICATION OF CONTRA`` ``

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE OF PAGES 1 \| 3 |
| 2. AMENDMENT/MODIFICATION NO. | |
| 3. EFFECTIVE DATE | 22-Jan-2004 |
| 4. REQUISITION/PURCHASE REQ. NO. | |
| 5. PROJECT NO.(If applicable) | CH-46 LWARS |
| ``ED BY CODE N00019 | . AIR SYSTEMS COMMAND<br>.4.3.3 BLDG 2272<br>47123 BUSE RD<br>PUTUXENT RIVER MD 20670-1547 |
| 7. ADMINISTERED BY (If other than item 6) CODE | See Item 6 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | |
| X 9A. AMENDMENT OF SOLICITATION NO. | N00019-04-R-0073 |
| X 9B. DATED (SEE ITEM 11) | 23-Dec-2003 |
| 10A. MOD. OF CONTRACT/ORDER NO. | |
| 10B. DATED (SEE ITEM 13) | |
| CODE | FACILITY CODE |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [X] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 2 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

``E ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ``ice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

``IS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGES 2 AND 3 OF THIS AMENDMENT

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED |
| 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED 22-Jan-2004 |

``ION TO SF 30
``ED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION A Solicitation/Contract Form

| ISSUED BY: | BLOCK 6 |
| --- | --- |
| POC: | Ms. Julie Matheny<br>NAVAIR 2.4.3.3.2<br>Contract Specialist<br>Ph: (301) 757-6570/Fax (301) 757-9039<br>email: Julie.matheny@navy.mil |

1. If you are experiencing any difficulties accessing the drawings through the NAVAIR solicitation web page and would like a copy of the drawings on a CD mailed to you, please email your name and complete mailing address to Ms. Julie Matheny at Julie.matheny@navy.mil or to Ms. Janice Woehrer at Janice.woehrer@navy.mil.

2. The time and date specified for receipt of proposals is not extended as a result of this amendment.

**SECTION C - Descriptions and Specifications**

3. Under Section C, Paragraph **1.** BACKGROUND, the third sentence is changed to read as follows:

   **"The total weight of the current metallic armor system is approximately 497 pounds (for the engine armor and the flight control closet armor)."**

4. Add the following to the beginning of paragraph 4.2.1.2, Ballistics:

   **"The LWARS shall be capable of at least a $V_{50}$ ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity. The LWARS shall also be able to withstand multiple ballistic impacts. Offerors will be evaluated based on the standards contained in MIL-STD-662F, which supplies minimum spacing requirements for material type and thickness.**

5. Change the fourth category under paragraph 4.2.1.3, Environmental Durability, to read **"Fluid Resistance"** vice "Fluid Compatibility."

6. Add the following to the beginning of paragraph 4.2.2, Fit:

   **"The LWARS shall be made of material that readily accepts the surface finish requirements of the aircraft and shall mate with the existing airframe mounting brackets without benefit of modification."**

7. Add the following to the end of paragraph 7.1:

   **"An approach that minimizes or excludes a requirement for maintenance is considered advantageous to the Government."**

SECTION J - List of Documents, Exhibits and Other Attachments

8. Delete Attachment (2) of the solicitation and replace with the revised Attachment (2), included with this amendment.

9. Delete all the drawings posted with the original solicitation, N00019-04-R-0073, on 24 December 2003, and replace in their entirety with the revised drawings A1 – K4, included with this amendment and as listed in Attachment (2).

10. See Attachment (3), Questions and Answers concerning Solicitation N00019-04-R-0073..

**SECTION L - Instructions, Conditions and Notices to Bidders**

11. A site visit to Marine Medium Helicopter (HMM) 266 is being scheduled for Tuesday, 27 January 2004, from 0900 – 1000 at the following location:

Commanding Officer
Marine Medium Helicopter Squadron 266
Marine Aircraft Group (MAG), 2nd Marine Aircraft Wing (MAW)
Building AS515
Marine Corps Air Station (MCAS) New River
Jacksonville, NC 28545-1017

a.) The purpose of this visit is to provide all interested companies the opportunity to view the current armor system on the CH-46 helicopter. There will be no discussions held during this visit in order to ensure that everyone receives the same information at the same time, thus precluding anyone from obtaining a competitive advantage. All questions arising from this site visit shall be emailed directly to Ms. Julie Matheny at Julie.matheny@navy.mil or to Ms. Janice Woehrer at Janice.woehrer@navy.mil no later than 29 January 2004. Questions will be answered in amendments to the original solicitation and posted on the NAVAIR web site.

b.) Please send a list of all names and organizations planning to attend by 23 January 2004 to Ms. Julie Matheny at Julie.matheny@navy.mil or to Ms. Janice Woehrer at Janice.woehrer@navy.mil. Also, attached is a map of the Jacksonville/New River area with directions to Bldg AS515, located off Bancroft St.

12. See Attachment (4), additional information concerning the CH-46 LWARS HMM-266 site visit.

13. See Attachment (5), a map of the Jacksonville/MCAS New River area with directions to Bldg AS515, located off Bancroft Street.

**SECTION M – Evaluation Factors for Award**

14. Delete paragraph (A), TECHNICAL EVALUATION SUBFACTORS, under paragraph 2. SPECIFIC, and replace with the following:

"The technical evaluation factors are: Weight, Ballistics, Environmental Compatibility, Fit and Technical Capabilities. **Weight Reduction is more important than the combined importance of Ballistics, Environmental Compatibility, Fit and Technical Capabilities. Ballistics, Environmental Compatibility, Fit and Technical Capabilities are of equal importance."**

15. Delete Sub factor D under section A, TECHNICAL EVALUATION SUBFACTORS, in paragraph 2, SPECIFIC, and replace with the following:

"**Sub factor D – Fit**. The offeror's proposal will be evaluated to determine that the proposed LWARS will mate to the existing CH-46E airframe without modification; will afford the same or better accessibility; will dimensionally meet the existing drawings identified in paragraph 3.0 of the SOW; and will not require additional maintenance after installation on the CH-46E aircraft.

**Attachment (2)**

**Government Furnished Information (GFI)/Government Furnished Equipment (GFE)**

| **1. Drawings** | **Pages** | **RFP Reference** |
|---|---|---|
| Hydraulic Flight control Closet Protective Armor: | | |
| (91145) 70894-1 External | 2 | DRWG A1, A2 |
| (91145) 70893-1 External | 2 | DRWG B1, B2 |
| (91145) 70891-3/-5 External, UPR /LWR | 1 | DRWG C |
| (91145) 70892-1 External | 1 | DRWG D |
| (91145) 70705-3 Closet Door Assy, UPR. | 1 | DRWG E |
| (91145) 70706-1 Closet Door Assy, LWR | 1 | DRWG F |
| Drawing Change Notice (DCN) (91145) W1147; Door Assy Lower Closet, cut out requirement for (91145) 70706-1 | 2 | DRWG G1, G2 |
| (91145) 70710 Upper Door Assy (FS 120) | 1 | DRWG H |
| (91145) 57897: Decal information Armor Plate | 1 | DRWG I |
| (91145) 57713: Decal interior markings | 2 | DRWG J1, J2 |
| Engine Compartment Armor, (77272) A02F1001 containing details for the following panels: | 4 | DRWG K1, K2, K3, K4 |
| (77272) A02F1001-7 Armor Plate (FS 434 TO 454 LH) | | |
| (77272) A02F1001-8 Armor Plate (FS 434 TO 454 RH) | | |
| (77272) A02F1001-9 Armor Plate Assy (FS 410 TO 434 LWR LH) | | |
| (77272) A02F1001-10 Armor Plate Assy (FS 410 TO 434 LWR RH) | | |
| (77272) A02F1001-11 Armor Plate Assy (FS 410 TO 434 UPR LH) | | |
| (77272) A02F1001-12 Armor Plate Assy (FS 410 TO 434 UPR RH) | | |
| (77272) A02F1001-13 Armor Plate (FS 434 LH) | | |
| (77272) A02F1001-14 Armor Plate (FS 434 RH) | | |

**2. Publications**

| | | |
|---|---|---|
| A1-H46AE-110-000 WP 047 00 | 12 | PUB 1 |
| A1-H46AE-SRM-200, WP 006 00 | 104 | PUB 2 |

**3. Standards/Specifications**

The following may be accessed thru the DODSSP website: http:dodssp.daps.mil/assist.htm

| | | | |
|---|---|---|---|
| MIL-PRF-46103E | Military Specification Armor: Lightweight, Composites | 10 | 6 Jan 1998 |
| MIL-A-46099C | Armor Plate, Steel, Roll-Bonded, DNAL Hardness (0.187 Inches To 0.700 Inches Inclusive) | 15 | 4 Sep 1987 |
| MIL-STD-662F | V50 Ballistic Test for Armor | 22 | 18 Dec 1997 |
| MIL-STD-810F | Environmental Engineering Considerations And Laboratory Tests | 553 | 5 May 2003 |
| MIL-STD-2080A | Maintenance Plan Analysis For Aircraft And Equipment | 151 | 2 Oct 1981 |
| MIL-HDBK-61A | Configuration Management Guidance | 221 | 7 Feb 2001 |

The following MIL-STD cannot be accessed through the DODSSP website; so it is attached to this solicitation:

| | | | |
|---|---|---|---|
| MIL-STD-367A | Armor Test Data Reporting | 32 | 29 Jun 1990 |

**Attachment (3)**
**QUESTIONS AND ANSWERS**

**Q1):** What is the minimum distance between the bullet (projectiles) impacts upon the plating armor?

**A1):** Minimum spacing requirements are dependent upon the type and thickness of the material used. Offerors will be evaluated based on the standards contained in MIL-STD-662F, which supplies minimum spacing requirements for material type and thickness.

**Q2):** We have Aerospace Armored Glass Products that can and would be able to reduce the weight considerably for the CH-46E. Estimates are at a weight reduction of approximately 40%. (Although not in the RFP (CLIN's). What is the current thickness of the Windshield used on the CH-46E Model?

**A2):** The H-46 windscreen is not being looked at for replacement and is not armored. Alternate proposals will not be accepted.

**Q3):** Our suggested Armor Material for the protection of the Control Closet and Aft Pylons is a Composite Opaque Ceramic; is this acceptable in accordance with the scope of LWARS?

**A3):** Yes. If armor consists of an array of multiple tiles, it must be reasonably demonstrated that a strike to any area of an individual tile will meet the specification requirements.

**Q4):** What Engineer Software Program is preferred under this RFP? Which Programs are currently of favored by the Technical Engineer Staff?

**A4):** The government would like to receive technical data related to the design of the armor in Pro Engineer format and files. Ideally, this would include 3-D models, drawings developed from the same, any FEM's developed, results files, etc.

**Q5):** Are there Digitized CAD & CAE Models (such as Computer Aided 3D Modeling); available of the CH-46E now is use?

**A5):** No, there is no digital data currently available from Boeing.

**Q6):** Does the Original Equipment Manufacturer (OEM) -Boeing; have these CAD/CAE software program files?

**A6):** Not applicable; see Q&A #5.

**Q7):** Is there possibility of posting these CAD/CAE Models on your server to be Downloaded in the form of a "BUG" file, or to have the "Models" present under a requested basis on CD-ROM?

**A7):** Not applicable; see Q&A #5.

**Q8):** If a Small Service Disabled Veteran Owned firm has not submitted for First Time Suppliers previously supplied composite armor to MIL-A-46103 standard; does this restrict responding to this RFP.

**A8):** Offerors are not required to have previously supplied armor in order to respond to this RFP. This solicitation was issued as a 100% small business set aside. The NAICS code for this requirement is 336413, with a small business size standard of 1000 employees or less and it is open to all interested companies meeting that requirement.

**Q9):** The current Standard is MIL-PRF-46103E. The new SD-1 points of contact within the SOW that were cited, Standard MIL-SPC was suspended as of 31 Dec03.

A9): MIL-PRF-46103E may be used as a guide, but it is not a requirement.

Q10): In reviewing the information provided in the solicitation it is indicated that the total weight of the metallic armor system is 577 pounds. Further the solicitation is asking for a 35% reduction in weight over the current solution. In order to properly calculate the anticipated weight savings of a potential solution it is critical to know what the weight of a "square meter" of the current metallic armor.

A10): . Our best estimate of the density of the current armor is 0.278 to 0.29 Lbs/in3. The total weight of the existing armor system is 497 vs. 577. See Section C of Amendment 0001.

Q11): There is conflicting information in regards to the temperature requirements for the replacement system around the engines. In RFP section 4.2.1.3 under temperature, it states that the LWARS should have a cycle temp of –40 to 165F; however, in your Presolicitation Notice N00019-04-P1-CP002, it states the temperature to be (-40 to 200F; -40 to 600F for engine area. Please clarify.

A11): The temperature requirements as stated in RFP section 4.2.1.3 are the correct limits.

Q12): This solicitation is listed as small business < 1000 employees, correct?

A12): As mentioned above in A8, the solicitation was issued as a 100% small business set aside. The NAICS code for this requirement is 336413, with a small business size standard of 1000 employees or less.

Q13): Is there a table summarizing the coverage area and weight of each sheet / component of the CH-46E helicopter current armor? This would be invaluable to the Offeror to fulfill the requirements and reduce cost, then if we had to do it manually from each drawing.

A13): The following weight information is provided. Information on coverage area can be obtained from the drawings.

| P/N | Nomenclature | Approx. Weight (lbs) |
|---|---|---|
| (91145) 70705-3 | Closet Door Assy, UPR | 50 |
| (91145) 70706-1 | Closet Door Assy, LWR | 24 |
| (91145) 70894-1 | External | 58 |
| (91145) 70893-1 | External | 36 |
| (91145) 70891-3 | External | 19 |
| (91145) 70891-5 | External | 41 |
| (91145) 70892-1 | External | 31 |
| (77272) A02F1001-9 With A02F1001-10 | Armor Plate Assy, LH & RH (FS 410 to 434 LWR) | 65 |
| (77272) A02F1001-11 With A02F1001-12 | Armor Plate Assy, LH & RH FS 410 to 434 UPR) | 65 |
| (77272) A02F1001-7 | Armor Plate (FS 434 to 454 LH) | 51 |
| (77272) A02F1001-8 | Armor Plate (FS 434 to 454 RH) | 51 |
| (77272) A02F1001-13 | Armor Plate (FS 434 LH) | 3 |
| (77272) A02F1001-14 | Armor Plate (FS 434 RH) | 3 |

Q14): Do we have the original drawings to show the material call outs and sizes available?

A14): Copies of applicable drawings were provided with the RFP.

**Q15):** What about government tooling for the contoured parts?

**A15):** The government does not have tooling for the contoured parts.

**Q16):** What about sample parts and what is the current weight of the panels in question?

**A16):** Panel weights are provided in response to Question 13.

**Q17):** What is the minimum size and/or max sample size of the test sample that is needed to get a V50 result?

**A17):** No sample size is specified. The contractor should decide on a sample size based on (1) how close shots can be stopped by the armor (multi-hit capability), (2) how big of sample the test fixture can accommodate, and (3) how many shots the contractor intends to do. Ultimately all of this info will be submitted by the contractor in the Test Plan for government approval. MIL-A-46099C (referenced as potential guidance in the RFP) suggests a sample size of 18 inches x 24 inches (paragraph 4.4.1.1). Sample sizes of 6x6 inches and 12x12 inches have been successfully used in the past as well.

**Q18):** What are the specific helicopter armor requirements? Since (MIL-STD-2080A Maintenance Plan Analysis for Aircraft and Ground Support Equipment) has been suspended and/or canceled.

**A18):** Maintenance for the current armor is performed at two levels, organizational (remove and replace) and depot (condemn or dispose).. MIL-STD-2080A may be used as a guide for developing or proposing the maintenance concept for the LWARS

**Q19):** Drawing G-2 seemed to be missing. Attachment 2 GFI/GFE Listing says there should be a G-2. That may answer my question in this case.

**A19):** Attachment 2 has been revised to show the correct RFP references and is included in this Amendment 0001 to the RFP.

**Q20):** Drawings S and T in the TDP are 77272 A02F1001 Sheet 4 of 4, Rev. D, intended, I think, to be the F1 and F2 sheets. Drawing T in the TDP is F2. Drawing S is also F2, and probably should have been F1. Note, however, Attachment 2 GFI/GFE Listing does not include Drawings S and T, thus the question: Are they important? If they are, then request [1] reload Drawing S to the correct F1 sheet, [2] send me a copy, and [3] consider amending Attach 2 for completeness.

**A20):** You are correct. Drawings S and T in the TDP are 77272 A02F1001 Sheet 4 of 4, Rev D. Drawing S should have shown Frame 1 (F1) and Drawing T should have shown Frame 2 (F2). F2 was inadvertently duplicated in both Drawing S and Drawing T references. This will be corrected and the new version of the 77272 A02F1001 drawing package (Sheets 1 through 4) are included with Amendment 0001 to the RFP.

**Q21):** Attachment 2. GFI / GFE Listing: shows Drawing 91145 70706 - Door Assy, Lower, Closet Area, Sta. 120, RH side. A "drawing change Notice W1147 as including RFP References G-1 and G-2. G-2 is not evident in the TDP.

**A21):** Attachment 2 has been revised to show the correct RFP references and is included in Amendment 0001 to the RFP.

**Q22):** Will you be making any kind of an announcement as to known/approved commercial sources for composites to meet the specifications outlined in the solicitation?

**A22):** No, there will be no announcement of known/approved commercial composite suppliers.

**Attachment (4)**

**CH-46 LWARS HMM-266 Site Visit Information**

Information for HMM 266 visit on 27 January, 0900 - 1000:

The following documents are required to obtain a vehicle pass at MCAS New River:

~Valid state registration for the vehicle or rental agreement
~Valid state operators license
~Proof of valid insurance with all driver's names on the policy

When checking in at the main gate, the contractor should sign in and have the following information for the guards:

~Purpose of visit: Meeting with HMM 266 AMO, Bldg AS 515
~Duration of visit: 1 day
~Point of contact: Maj James. H. Adams
HMM-266 AMO
C(910) 449-6302

****The contractors should be aware of possible traffic delays near the main gate. All contractors should plan to meet in front of Bldg AS 515 by 8:45am.**

Additional info:

Hotels in the local area include: HOLIDAY INN EXPRESS, DAYS INN, HAMPTON INN, LIBERTY INN, TRIANGLE MOTOR INN, AND EXTENDED STAY AMERICA.

Airports in the local area: Albert J Ellis Airport (OAJ)
264 Ellis Airport Rd
Richlands, NC
910-324-1100
approx 20 mi from Jacksonville

Craven County Regional Airport (EWN)
200 Terminal Dr
New Bern, NC
252-638-8591
approx 45 mi from Jacksonville

# C

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0002 | | | H-46 |

6. ISSUED BY CODE N00019
NAVAL AIR SYSTEMS COMMAND
AIR-2.4.3.3 BLDG 2272
47123 BUSE RD
PUTUXENT RIVER MD 20670-1547

7. ADMINISTERED BY (If other than item 6) CODE
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO.
N00019-04-R-0073

X 9B. DATED (SEE ITEM 11)
23-Dec-2003

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment is to revise the date and time specified for the site visit previously scheduled for 27 January 2004; revise Section C - Descriptions and Specifications; provide clarification for Q&A #1 as set forth in Amendment 0001; and provide a response for one additional question as shown on pages 2 and 3 of this amendment.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | 04-Feb-2004 |

TION A Solicitation/Contract Form

ÉED BY:
Ms. Julie Matheny
NAVAIR 2.4.3.3.2
Contract Specialist
Ph: (301) 757-6570/Fax (301) 757-9039
Email: Julie.matheny@navy.mil

1. Clarification is provided for Question & Answer #1 to Attachment 3 of Amendment 0001 as follows:

Q1): What is the minimum distance between the bullet (projectiles) impacts upon the plating armor?

A1): Minimum spacing requirements are dependent upon the type and thickness of the material used. However, the LWARS shall be able to withstand multiple ballistic impacts spaced 6 inches apart or greater. Offerors will be evaluated based on the standards contained in MIL-STD-662F, which supplies minimum spacing requirements for material type and thickness.

2. The following additional Question & Answer is provided:

Q22): There is not any detailed information or drawings for the hinges, and other anchoring brackets a shown in the drawings for the Hydraulic Flight Control Closet on page 2 of 04700 or the Engine Compartment Armor drawing on page 9 of 04700. If these are to be included in the armor assembly for quotation we would need the drawing details and specifications to appropriately bid these, or something confirming that the current components and/or assemblies will be utilized.

A22): See attached drawing and specification, which should be included with Drawing E, (91145) 70705-3 Closet Door Assy, Upper, as included in Amendment 0001. Any other requests for drawings should be identified by part number or specification no later than 30 January 2004.

3. The time and date specified for receipt of proposals is not extended as a result of this amendment.

SECTION C Descriptions and Specifications

4. SECTION C - Descriptions and Specifications – Revise paragraph 4.1 and Subparagraph 4.2.1.2 of the statement of work as follows:

4.1. LWARS Requirements (CLIN 0001). The contractor shall design a LWARS to be a fit and function lightweight replacement for the existing metallic armor system. The existing engine armor design, installation, marking/identification, and finish requirements are defined by drawing numbers listed in paragraph 4.1.1. The LWARS shall provide, at a minimum, a 35% reduction in areal density over the existing metallic armor system, and no recurring maintenance after installation. **The LWARS shall be capable of at least a V50 ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity. The LWARS shall be able to withstand multiple ballistic impacts spaced 6 inches apart or greater, and shall be made of material that readily accepts the surface finish requirements of the aircraft.** The LWARS shall mate with existing airframe mounting brackets without benefit of modification and shall provide provisions for maintenance access equivalent to the existing metallic armor system. The LWARS shall be capable of withstanding the normal vibratory and acceleration loads generated by the aircraft and shall not be affected by contact with normal aircraft fuels and oils. The properties of the LWARS shall not be affected by exposure to humidity, salt spray, and normal aircraft operating temperatures. The contractor shall use commercial products, processes and practices to reduce development, production and operational support costs to maximum extent practicable.

4.2.1.2. Ballistics - The contractor prepared qualification test report shall address the V50 ballistic limit testing performed on the LWARS. Ballistic testing procedures contained in MIL-PRF-46103E, MIL-A-46099C, and MIL-STD-662F may be used as a general guide in the development of the required ballistics test plan. The contractor shall determine test plan format. The contractor as a general guide may use MIL-STD-367A for LWARS test data reporting. **The LWARS shall be capable of at least a V50 ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity. The LWARS shall be able to withstand multiple ballistic impacts spaced 6 inches apart or greater.**

SECTION L Instructions, Conditions and Notices to Bidders

5. The static aircraft (w/armor) display for potential offerors is re-scheduled for Thursday, 29 January 2004 at

) p.m. – 3:00 p.m. EST at the following location:

Commanding Officer
Marine Medium Helicopter Squadron 266
Marine Aircraft Group (MAG), 2nd Marine Aircraft Wing (MAW)
Building AS515
Marine Corps Air Station (MCAS) New River
Jacksonville, NC 28545-1017

Attendees should plan to meet in from of BLDG AS515, located off Bancroft St. at 1:45 p.m. There will be no proposal discussions held during the visit. Any questions resulting from this event shall be submitted to Ms. Julie Matheny at Julie.matheny@navy.mil or to Ms. Janice Woehrer at Janice.woehrer@navy.mil, no later than 2 February 2004.

| | | | | |
|---|---|---|---|---|
| 2A | ANODIZE | | 9-4-69 | A.W.W |
| 300 | DK GULL GRAY | | | |




NOTES:

1. STAKE ENDS OF HINGE TO RETAIN PIN. HINGE TO FUNCTION FREELY AFTER STAKING
2. IDENTIFY PER MIL-STD-130 AND LPS-409.

- 1 HINGE ASSY (SHOWN)

(A) - 3 HINGE ASSY (SIMILAR)

| -3 | -1 | PART NO. | NAME | STOCK | MATERIAL | SPEC. | HT. | FINISH |
|---|---|---|---|---|---|---|---|---|
| 1 | | -15 | HINGE HALF | (ALTER FROM | MS 20001PH14-0450) | | | 2A |
| ☒ | | -3 | HINGE ASSY | | | | | |
| 1 | 1 | -13 | PIN | (ALTER FROM | MS20253P3-[illegible]) | | | |
| 1 | 2 | -11 | HINGE HALF | (ALTER FROM | MS20001PH14-0450) | | | 2A |
| | ☒ | -1 | HINGE ASSY | | | | | 300 |
| REQD PER ASSY | | ODD DASH NOS. (SHOWN) EVEN DASH NOS. (OPPOSITE) | BILL OF MATERIAL | | | | | |

| -3 | 70705 | H-46 | 1 | |
|---|---|---|---|---|
| -1 | 70705 | H-46 | 1 | |
| P/N | NEXT ASSY | MODEL | N/A | ACFT |
| APPLICATION | | | REQ'D. | |

UNLESS OTHERWISE SPECIFIED ALL DIMS. IN INCHES TOLERANCES FRACTIONAL DECIMAL ANGULAR ± / ±.02 ± /

MACHINED SURFACE ROUGHNESS PER MIL-STD-10 √

BREAK SHARP EDGES .015

DESIGN
DRAWN L. MENTZE
CHKD Birdsong
MFG Barnes
APPD
APPD
REF.

NAVAL AIR REWORK FACILITY
U.S. NAVAL AIR STATION
NORTH ISLAND
SAN DIEGO CALIFORNIA

HINGE ASSY -
CLOSE AREA, STA 120, RH SIDE

| SIZE | CODE IDENT. NO. | DWG. NO. | REV. |
|---|---|---|---|
| B | 91145 | 70703 | A |

SCALE 1/1 SHT. 1 OF 1

Form approved
OMB No. 0704-0188

THE REQUIREMENTS FOR ACQUIRING THE PRODUCT(S) DESCRIBED HEREIN SHALL CONSIST OF THIS SPECIFICATION SHEET AND THE ISSUE OF THE FOLLOWING SPECIFICATION LISTED IN THAT ISSUE OF THE DODISS SPECIFIED IN THE SOLICITATION: NONE




TABLE I.

| DASH NO. | A REF WIDTH OPEN | E MAX | E MIN | G MAX | G MIN | Q ±.005 | J DIA +.005 −.000 | (b) K MIN | D DIA MAX | D DIA MIN | R ±.031 RAD | W ±.016 | PIN DIA REF. | M ±2° |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -2 | 1.062 | | | .630 | .612 | | | | | | | | | |
| -3 | 1.250 | | | .724 | .706 | | | | | | | | | |
| -4 | 1.500 | .056 | .044 | .850 | .830 | .090 | .093 | | .187 | .173 | .174 | .135 | .090 | |
| -5 | 1.750 | | | .975 | .955 | | | | | | | | | 75° |
| -6 | 2.000 | | | 1.102 | 1.078 | | | | | | | | | |
| -8 | 2.000 | .076 | .064 | 1.167 | 1.143 | .155 | .183 | .188 | .318 | .302 | .297 | .200 | .180 | |
| -9 | 2.500 | .056 | .044 | 1.352 | 1.328 | | | | | | | | | |
| -10 | 2.750 | | | 1.477 | 1.453 | .090 | .093 | | .187 | .173 | .174 | .135 | .090 | |
| -12 | 3.375 | .115 | .103 | 1.860 | 1.828 | .156 | | | .320 | .304 | .375 | .188 | | 60° |
| -14 | 3.719 | .163 | .149 | 2.086 | 2.038 | .203 | .133 | | .414 | .398 | .625 | .240 | .130 | 45° |
| -16 | 3.938 | .210 | .196 | 2.243 | 2.195 | .250 | .183 | | .509 | .491 | .750 | .287 | .180 | |
| ~~*-17~~ | ~~1.820~~ | ~~.056~~ | ~~.044~~ | ~~1.102~~ | ~~1.078~~ | ~~.090~~ | ~~.093~~ | | ~~.187~~ | ~~.173~~ | ~~.174~~ | ~~.135~~ | ~~.090~~ | ~~75°~~ |

* CANCELLED - NO SUPERSEDING PART NUMBER

(a) TOLERANCES FOR DIMENSIONS ON PITCH SHALL NOT BE CUMULATIVE.
(b) DIMENSION K MUST NEVER EXCEED A FULL LOOP OR TANG, AND BOTH ENDS MUST BE EQUAL WITHIN .020 INCH.

INTERCHANGEABILITY RELATIONSHIP:
MS20001 HINGES ARE NOT UNIVERSALLY INTERCHANGEABLE WITH AN252 HINGES. FOR INTERCHANGEABILITY RELATIONSHIP SEE TABLE II.

TABLE II.
INTERCHANGEABILITY TABLE

| INACTIVE AND CANCELLED | UNIVERSALLY INTERCHANGEABLE | REPLACEABLE WITH |
|---|---|---|
| AN252-1 | ------------ | ------------ |
| AN252-2 | MS20001-2 | ------------ |
| AN252-4 | MS20001-4 | ------------ |
| AN252-6 | MS20001-6 | ------------ |
| AN252-8 | MS20001-8 | ------------ |
| AN252-10 | MS20001-10 | ------------ |

(L) DENOTES CHANGES

THIS SPECIFICATION IS APPROVED FOR USE BY ALL DEPARTMENTS AND AGENCIES OF THE DEPARTMENT OF DEFENSE.

| PREPARING ACTIVITY: NAVY - AS<br>CUSTODIANS: ARMY - AV NAVY -<br>AIR FORCE - 99 DLA -<br>REVIEW: DLA - IS<br>USER:<br>PROJECT NUMBER: 5340-1984 | MILITARY SPECIFICATION SHEET<br>TITLE: HINGE, BUTT, STRUCTURAL, EXTRUDED | SPECIFICATION SHEET NUMBER<br>MS20001L 30 OCT. 1989<br>SUPERSEDING<br>MS20001K 30 AUG 1985<br>AMSC- N/A FSC: 5340 |
|---|---|---|

DISTRIBUTION STATEMENT
A. Approved for public release; distribution is unlimited.



DD FORM 672 MAY 1988

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE

Document provided by IHS Licensee=Naval Aviation Dpt/5918326100, 01/27/2004 08:29:05 MST Questions or comments about this message: please call the Document Policy Group at 1-800-451-1584.

Form approved
OMB No. 0704-0188

REQUIREMENTS:

1. MATERIAL: ALUMINUM ALLOY 2024-T3511, PER QQ-A-200/3, OR ALUMINUM ALLOY 7075-T73511, PER QQ-A-200/11 (SEE PART NUMBERING).
2. FINISH: ANODIZE IN ACCORDANCE WITH MIL-A-8625, TYPE II; CHEMICAL SURFACE TREAT IN ACCORDANCE WITH MIL-C-5541; (ENDS OF ALL HINGES SHALL BE FINISHED).
3. MARKING: INK STAMP MS20001 (DASH NUMBER) REGULAR INTERVALS ALONG LENGTH OF HINGE SO THAT ANY THREE INCH LENGTH WILL HAVE AT LEAST ONE COMPLETE IDENTIFICATION IN FIGURES NOT LESS THAN .060 INCHES HIGH. SEE NOTE 5.
4. COMPLETE HINGES SHALL BE FURNISHED AS AN ASSEMBLY WITH CAD PLATED CRES HINGE PINS OF THE SAME LENGTH IN ACCORDANCE WITH MS20253. ~~UNLESS TITANIUM HINGE PINS IN ACCORDANCE WITH MS20253 ARE SPECIFIED~~ (SEE PART NUMBERING).
5. DESIGNATION FOR ANODIZING, CHEMICAL SURFACE TREATMENT, HINGE STYLE, AND LENGTH SHALL NOT BE INCLUDED IN MARKING.
6. ONLY COMPLETE HINGES TO BE STOCKED BY SERVICES.
7. USE MS20257 HINGE WHEREVER LOAD REQUIREMENTS PERMIT.

NOTES:

1. DIMENSIONS ARE IN INCHES.
2. REMOVE ALL BURRS AND SHARP EDGES.
3. TYPE X HALF HINGE MATES WITH TYPE Y HALF HINGE, AS SHOWN.
4. TYPE N HALF HINGE MATES WITH TYPE N HALF HINGE.
5. FOR SERVICE PROCUREMENT, THE PREFERRED STOCK LENGTH OF COMPLETE HINGES IS 72 INCHES.
6. PART NUMBERING: (NOMENCLATURE TO BE INCLUDED ON SHIPPING DOCUMENTS ONLY).
PART NUMBERING SHALL CONSIST OF THE FOLLOWING (IN SEQUENCE):
   a. MS20001
   b. "P" FOR ANODIZED FINISH; "C" FOR CHEMICAL SURFACE TREATMENT; OMISSION OF CODE LETTER WILL INDICATE BARE FINISH.
   c. "N", "X", OR "Y" TO DESIGNATE HALF HINGE STYLE; OMISSION OF CODE LETTER WILL INDICATE COMPLETE HINGE.
   d. "A" FOR 7075-T73511 ALUMINUM ALLOY HINGE; OMISSION OF "A" WILL INDICATE 2024-T3511 ALUMINUM ALLOY.
   e. ~~"T" FOR TITANIUM HINGE PIN (FOR COMPLETE HINGE ONLY); OMISSION OF "T" WILL INDICATE CADMIUM PLATED CRES HINGE PIN.~~
   f. DASH NUMBER (TABLE I); OMIT DASH IF PRECEDED BY CODE LETTER.
   g. A DASH FOLLOWED BY LENGTH "L" EXPRESSED IN INCHES AND HUNDREDTHS.
7. EXAMPLES OF PART NUMBERS:
MS20001-4-1200 = COMPLETE HINGE, BARE FINISH, ALUMINUM 2024-T3511, CAD PLATED CRES HINGE PIN, 1.600 INCHES WIDE, 12.00 INCHES LONG.
(L) MS20001CNA4-900 = TYPE N HALF HINGE, CHEMICAL SURFACE TREATMENT, ALUMINUM 7075-T73511, 1.600 INCHES WIDE, 9.00 INCHES LONG.
8. DO NOT SPECIFY "P" FOR ANODIZE IF HINGE IS TO BE SPOTWELDED.
9. REFERENCED DOCUMENTS SHALL BE OF THE ISSUE IN EFFECT ON DATE OF INVITATION FOR BIDS, OR REQUEST FOR PROPOSAL EXCEPT THAT REFERENCED ADOPTED INDUSTRY DOCUMENTS SHALL GIVE THE DATE OF THE ISSUE ADOPTED.
10. FOR DESIGN FEATURE PURPOSES, THIS STANDARD TAKES PRECEDENCE OVER PROCUREMENT DOCUMENTS REFERENCED HEREIN.

...E REQUIREMENTS FOR ACQUIRING THE PRODUCT(S) DESCRIBED HEREIN SHALL CONS... ...F THIS SPECIFICATION SHEET AND THE ISSUE OF THE FOLLOWING SPECIFICATION LISTED IN THAT ISSUE OF THE DODISS SPECIFIED IN THE SOLICITATION: NONE

TH...TION IS APPROVED FOR USE BY A...RTMENTS AND AGENCIES OF THE DEPARTMENT OF DEFENSE.

| | | |
|---|---|---|
| PREPARING ACTIVITY: NAVY - AS<br>CUSTODIANS: ARMY-AV NAVY-<br>AIR FORCE-99 DLA-<br>REVIEW: DLA - IS<br>USER:<br>PROJECT NUMBER: 5340-1984 | MILITARY SPECIFICATION SHEET<br>TITLE: HINGE, BUTT, STRUCTURAL, EXTRUDED | SPECIFICATION SHEET NUMBER<br>MS20001L 30 OCT.1989<br>SUPERSEDING<br>MS20001K 30 AUG 1985<br>AMSC- N/A FSC: 5340 |
| DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited. | | Page 2 of 2 |

DD FORM 672 MAY 1988

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE

Document provided by IHS Licensee=Naval Aviation Dp/5918326100, 01/27/2004 08:29:05 MST Questions or comments about this message: please call the Document Policy Group at 1-800-451-1584.