# D

Armour of America

# *LIGHT WEIGHT ARMOR REPLACEMENT SYSTEM (LWARS) FOR THE CH-46E HELICOPTER*
# N00019-04-R-0073

## GENERAL INFORMATION
## VOLUME I

PRESENTED BY:
ARMOUR OF AMERICA
P.O. BOX 1405
BEVERLY HILLS, CA 90213
POC: JOHN NEHMENS

ORIGINAL

UNDER DPAS (15 CFR 700) | 86

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | N00019-04-R-0073 | [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | 23 Dec 2003 | |

| 7. ISSUED BY | CODE N00019 | 8. ADDRESS OFFER TO (If other than Item 7) | CODE |
|---|---|---|---|
| NAVAL AIR SYSTEMS COMMAND<br>2.4.3.3 BLDG 441<br>BUNDY RD<br>PATUXENT RIVER MD 20670-1127 | TEL: SEE SECTION A<br>FAX: | See Item 7 | TEL:<br>FAX: |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ______________ until ______ (Hour) local time ______ (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (Include area code) (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|
| | | | |

11. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 31 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 8 | X | J | LIST OF ATTACHMENTS | 58 |
| X | D | PACKAGING AND MARKING | 15 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 18 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 59 |
| X | F | DELIVERIES OR PERFORMANCE | 20 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 22 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 73 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 27 | X | M | EVALUATION FACTORS FOR AWARD | 84 |


## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within 60 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | | | | |
|---|---|---|---|---|
| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 61170 FACILITY 61120<br>Armour of America<br>P.O. Box 1405<br>Beverly Hills, CA 90213 | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)<br>John Nehmens<br>General Manager |
|---|---|---|

| 15B. TELEPHONE NO (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|
| 310-532-0690 | [ ] | [signature] | 5 Feb 04 |

## AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|
| | | |

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or print)

27. UNITED STATES OF AMERICA (Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

| | | | |
|---|---|---|---|
| AMENDMENT/MODIFICATION NO. 01 | 3. EFFECTIVE DATE 22-Jan-2004 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) CH-46 LWARS |
| ISSUED BY CODE N00019<br>NAVAL AIR SYSTEMS COMMAND<br>BLDG 2272<br>RD<br>RIVER MD 20670-1547 | | 7. ADMINISTERED BY (If other than item 6) CODE<br>See Item 6 | |

| | | |
|---|---|---|
| NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | X | 9A. AMENDMENT OF SOLICITATION NO. N00019-04-R-0073 |
| | X | 9B. DATED (SEE ITEM 11) 23-Dec-2003 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| CODE / FACILITY CODE | | 10B. DATED (SEE ITEM 13) |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☒ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 2 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. (Specify type of modification and authority)

IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGES 2 AND 3 OF THIS AMENDMENT

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>John Nehmens, General Manager | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>5 Feb 04 | 16B. UNITED STATES OF AMERICA<br>BY ____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>22-Jan-2004 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

2

| | | | |
|---|---|---|---|
| AMENDMENT/MODIFICATION NO.<br>003 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable)<br>H-46 |
| ISSUED BY CODE N00019<br>NAV R SYSTEMS COMMAND<br>AII BLDG 2272<br>47 E RD<br>PU RIVER MD 20670-1547 | | 7. ADMINISTERED BY (If other than item 6) CODE<br>See Item 6 | |

| | | |
|---|---|---|
| NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | X | 9A. AMENDMENT OF SOLICITATION NO.<br>N00019-04-R-0073 |
| | X | 9B. DATED (SEE ITEM 11)<br>23-Dec-2003 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| DE / FACILITY CODE | | 10B. DATED (SEE ITEM 13) |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A.THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B.THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C.THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. Specify type of modification and authority)

IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

he purpose for this amendment is to provide addtional questions and answers and to provide the pictures taken at the site visit held at MCAS New River, Jacksonville, NC on 29 January 2004. See Attached page 2.

ept as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| A. NAME AND TITLE OF SIGNER (Type or print)<br>John Nehmms, General Manager | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| B. CONTRACTOR/OFFEROR<br>[signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>5 Feb 04 | 16B. UNITED STATES OF AMERICA<br>BY ______<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>04-Feb-2004 |

CEPTION TO SF 30
PROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Armour of America

# *LIGHT WEIGHT ARMOR REPLACEMENT SYSTEM (LWARS) FOR THE CH-46E HELICOPTER*
# N00019-04-R-0073

## TECHNICAL
## VOLUME II

PRESENTED BY:
ARMOUR OF AMERICA
P.O. BOX 1405
BEVERLY HILLS, CA 90213
POC: JOHN NEHMENS

Armour of America

VOLUME II
TECHNICAL

**Sub factor A – Weight**

Armour of America's proposed armour system to be supplied as a lightweight substitute for the current metallic armour is our Grades KSP-60.

Grade KSP-60 armour has an areal density of 6.1 lbs per square foot. This areal density, based on an approximate areal density of the current metallic armour of 11.0 lbs per square foot will offer a weight savings of 43%.

The chart below shows the comparison weights of each panel both in the current metallic armour and in Armour of America's Grade KSP-60.

| PART NUMBER | CURRENT SYSTEM WEIGHT (LBS) | PROPOSED KSP-60 WEIGHT (LBS) |
|---|---|---|
| (91145) 70705-3 | 50 | 28 |
| (91145) 70706-1 | 24 | 14 |
| (91145) 70894-1 | 58 | 33 |
| (91145) 70893-1 | 36 | 20 |
| (91145) 70891-3 | 19 | 11 |
| (91145) 70891-5 | 41 | 23 |
| (91145) 70892-1 | 31 | 18 |
| (77272) A02F1001-9 with A02F1001-10 | 65 | 37 |
| (77272) A02F1001-11 with A02F1001-12 | 65 | 37 |
| (77272) A02F1001-7 | 51 | 29 |
| (77272) A02F1001-8 | 51 | 29 |
| (77272) A02F1001-13 | 3 | 2 |
| (77272) A02F1001-14 | 3 | 2 |
| SYSTEM TOTAL WEIGHT | 497 | 283 |

As shown in the weight comparison chart above, Armour of America's system will weigh approximately 283 lbs. as compare to the current weight of 497 lbs.

Armour of America has many different configurations of armour to stop different ballistic threats. We have chosen our Grade KSP-60 configuration for its areal density, performance history over the past ten (10) years in helicopters and outstanding multiple hit capability. The multiple hit capability of the Grade KSP-60 panel is three (3) rounds equally spaced on a 2" circle.

Armour of America

KSP-60 ballistic panel is a matrix of ceramic tile, Kevlar and Spectra. This combination of materials offers the following advantages of each component:

Ceramic Tile – Thin ceramic tile on the strike face causes the projectile to tumble and disrupt its rotation thus making it easier for the back up material to stop the round.

Spectra – Extremely lightweight ballistic material with high strength to capture rounds.

Kevlar – Used to add strength to back up and offer increase rigidness to the panel.

Grade KSP-60, because of its 6.1 lbs per square foot areal density, has been supplied to major rotary wing airframe manufacturers such as Bell Helicopters, MD Helicopters, Agusta, Eurocopter Germany and KAMAN Aerospace.

**Sub factor B – Ballistics**

Armour of America is proposing our Grade KSP-60 ballistic armour for replacement armour for the current metallic armour on the CH-46 aircraft.

Grade KSP-60 is an extremely lightweight armour panel that not only offers an aerial density of 6.1 lbs. per square foot but multiple hit capability of three (3) rounds spaced equidistant on a three inch 3" diameter circle.

KSP-60 will stop the following rounds:

| | | | |
|---|---|---|---|
| 7.62 x 39 | Russian/Chinese | Hardcore | @ 2400 FPS |
| 7.62 x 54 | Russian/Chinese | Hardcore | @ 2800 FPS |
| 7.62 x 51 | NATO | Ball | @ 2700 FPS |
| 5.56 x 109 | NATO | Ball | @ 3300 FPS |
| 5.56 x .885 | NATO | Hardcore | @ 3200 FPS |

Ballistic integrity features:

1. AOA warranties three (3) hits equidistant on a two inch (2") diameter circle (or better), five (5) places on a square foot (1 sq. ft.) panel.
2. AOA warrantees two (2) shot, ¾ " from the edge.
3. AOA warrantees hits at the three-way tile butt joints.
4. The containment physics of this armour is such that the bullet is stopped <u>inside</u> the panel and net fragmented at impact. 90% of the spall is eliminat4ed and the entry hole is only the size of the round and no large broken pieces of tile and bullets are going into the blades.

AoA
Armour of America

Color will be in the exterior resin, to prevent spall shield color from showing through when or if scratched.

## Sub factor C – Environmental Compatibility

Armour of America has already performed environmental testing to MIL-STD-810D requirements. This testing was performed by Environmental Associates, Inc. Chatsworth, California. The test document number 17892-0612106, dated 25 August 1999 and the approval pages are enclosed for your review in Attachment A.

A comparison of Armour of America's compliance to MIL-STD-810D and the RFQ is shown below. Any inconsistencies between the actuals and the RFQ will be retested by Armour of America.

## Environmental Factors and Limits:

**Vibration/Shock**
Requirement: 2" per second at frequency of 4 Hz
AoA Panel: 10-50 Hz @ .015 $g^2$ / Hz, 50-500 Hz @ .00015 $g^2$/Hz for vibration 40 g's peak, 11 milliseconds duration, saw tooth shock pulse for shock

AoA Standard Test: MIL-STD-810D, Method 514.3, Method 516.3

**Temperature:**
Requirement: Cyclic temperatures between -40 and 165 degrees F
AoA Panel: Cyclic temperature between -67 and 185 degrees F at transition rate of 41 degrees F/minute to 185 degrees F stabilized for 2 hours. Cycle repeated nine (9) times

AoA Standard Test: MIL-STD-810 D, Method 501.2

**Acceleration:**
Requirement: Fore, aft, up, down and lateral right and left to 3 G
AoA Panel: TBD

**Fluid Compatibility:**
Requirement: No degradation to JP-5, oils, hydraulic fluid and cleaning solvents for 24 hours at 70 degrees F.
AoA Panel: No degradation to JP-4 hydraulic fluid and cleaning solvents. Test was each fluid sprayed on panel each day for five (5) days.

AoA Standard Test: MIL-STD-810 D

**Humidity:**
Requirement: Varying degrees of humidity up to 100%

Armour of America

AoA Panel: Variations of humidity of 63% to 80% humidity held over 24 hours at temperature variation of 93 degrees F to 159 degrees F

AoA Standard Test: MIL-STD-810D, Method 507.2

**Salt Fog:**
Requirement: Salt fog screening at least 48 hours
AoA Panel: Salt fog screening with 5% sodium chloride at 95 degrees F for 48 hours.

AoA Standard Test: MIL-STD-810D, Method 509.2

**Altitude:**
Requirement: None
AoA Panel: Transition rate of 2,000 feet/minute to 15,000 feet. Stabilized at 15,000 feet for one (1) hour. Test was cycled 2 times.

AoA Standard Test: MIL-STD-810D, Method 500.2

**Flammability:**
Requirement: None
AoA Panel: Meets FAA requirement FAR 25.853 and Appendix F, Part 1, Paragraph (a) (I) (ii), Procedure (b) (4), 12 second vertical test

AoA Standard Test: FAA Test Protocol.

Note: Flammability testing was performed by SGS U.S. Testing Company, Los Angeles, California, which is a FAA Certified Test Facility. The results of the AoA Panel test is documented in SGS Report Number 130775 and enclosed for your review in Attachment B.

## Sub factor D – Fit and Function

Armour of America has over twenty (20) years experience in designing and manufacturing ballistic armour to fit fixed and rotary wing aircraft, vehicles and naval ships.

Armour of America currently has armour systems for the following rotary wing aircraft:

Bell Helicopters – B205, B206, B212, B222, B407, B412, B430 and UH-1H.
MD Helicopters – MD500, MD600 and MD 900
AGUSTA – A109
Eurocopter – BK117, BO105, EC-120 and EC135
Aerospatial – Puma, Super Puma, AS350 and AS355
MIL- MI-17

AoA
Armour of America

KAMAN – KMAX 1200
Sikorsky – UH-60 (Internal and External)

Bell Helicopter, MD Helicopter, Agusta and KAMAN have approved the systems listed above for use on their aircraft. All three (3) airframe manufacturers purchase AoA armour for delivery with their aircraft and/or send their end-user to AoA when armour is to be an after-market procurement.

All of our systems fit tightly around outboard walls, pedals, control boots and collector. In the cabin all kits allow for clearance at cargo tie down points and cabin seat attach points.

Armour of America can ensure that the panels manufactured will dimensionally meet the existing drawings provided in paragraph 3.0 of the SOW by use of production tooling. Every system manufactured by Armour of America, has both production molds and drill templates in place prior to production start up.

Production molds will be made from the Government supplied drawings after Armour of America physically surveys aircraft in the fleet. Production molds are made to extremely close tolerances which produce consistent panel size and thickness. Drill fixtures are also developed to hold the hole location and tolerance required to meet both drawing callouts and aircraft attach fittings.

Maintenance of the armour panel is minimal. Panels can be cleaned at the same time as the rest of the aircraft and any paint touch up can be performed in the same manner as the surface of the ship.

AoA offers all of our armour customers a maintenance package which requires the armour kit to be returned to AoA's manufacturing facility after the fourth year of service. The system is 100% X-ray inspected for cracks, voids or other physical defects. If no defects are found, the armour panels are resurfaced, painted and identified and returned to the aircraft. Any discrepancies are reported back to the command along with repair costs for disposition. Upon return to the aircraft the ballistic warranty is extended another 60 months.

Accessibility will be better than the current system because the panels will be significantly lighter and easier to remove during maintenance and modification.

Armour of America

**Sub factor E – Technical Capabilities**

Armour of America fully understands the technical requirements to transition from prototype to production. Since Armour of America's first program in 1978, a DEA program to armour UH-1H floor and seats, every fixed and rotary wing armour system has been a prototype to production effort.

Since 1978, Armour of America has been involved in manufacturing armour in a "build-to-print" program. Each rotary and fixed wing system has been designed and prototyped by Armour of America personnel to meet Armour of America's internal design and workmanship standards before being offered to the airframe manufacturer and/or end user.

Certain elements have become the baseline for Armour of America's success in prototype to production programs. The elements include program management, teaming relationship with key suppliers, keen awareness of current and available manpower, adherence to master schedules, facility and equipment allocation, quality assurance and prior experience.

**Program Management**
Armour of America understands the necessity of and has experience in closely managing large armour programs. Programs are managed using a functional matrix instead of individual program manager. The advantage to Armour of America is that each function constantly has visibility of how each program fits and interfaces with other programs and can adjust schedules and manpower within the function to support production and delivery schedules.

**Teaming Relationships (Key Suppliers)**
In addition to our qualified internal management, Armour of America has put together a group of key supplier teaming partners who are leaders of their respective industries and bring numerous years of design and manufacturing experience in the aerospace field to this program. These partners will insure a cohesive and solid approach, to the prototype and manufacturing of armour for this program.

Armour of America's teaming partners are:

***Honeywell Fibers***
Manufacturers of ballistic Spectra material

***Ferro Corporation***
Manufacturers of ballistic ceramic tile

Armour of America

***Barrday***
Weavers of ballistic Kevlar material

Because of our teaming arrangement with the suppliers of our raw materials, we have no items which fall under the definition of long lead items. Our major suppliers have agreed to support the schedule we develop so that we will not have to order or bring in inventory until it is required on the manufacturing floor.

Armour of America establishes blanket orders with our suppliers at the beginning of each year and at that time establish a quantity and delivery schedule for that year. When a program such as the CH-46 is awarded, Armour of America re-negotiates the price and schedule and establishes partial deliveries based on the master schedule.

**Available Manpower**
Armour of America currently is in production of numerous aircraft armour systems which require skilled labor in all facets of the manufacturing process.

The production of hard ballistic armour requires the following skills:

1. Wetout and Lay-up
2. Tile Cutters
3. Tile Fitters
4. Panel Assemblers
5. Painters
6. Hardware Assemblers

In addition to the current staff, Armour of America can ramp up to the required manpower for this program with two (2) weeks. Over seventy five percent (75%) of this group will have had previous experience, in one of the skills, at Armour of America.

**Master Schedule**
Armour of America understands that the key to any successful program of this task and size requires constant visibility and adherence to the program master schedule.

Program milestones for the CH-46 armour upgrade are similar to those we are currently under contract for with The Boeing Company on the C-17 armour system.

Armour of America currently conducts weekly production meetings with all functional groups to monitor close adherence to milestones on all program master schedules.

**Facilities and Equipment**

Armour of America

The Armour of America facility that will manufacture the hard armour, which will be supplied for this contract, is located in Gardena, California. This facility is a concrete tilt up building with the following floor space:

| | |
|---|---|
| Manufacturing | 16,000 sq. ft. |
| Administration | 4,000 sq. ft. |
| Material Stores | 1,000 sq. ft. |

Included in this building is a small ballistic test range. This is used to conduct development and testing of new ballistic armour configurations prior to submittal to an independent test lab.

**Capability**

The manufacturing floor includes the press and cutting area, layout and assembly area, molding area, and a paint and stencil area.

Press and Cutting Area – This area contains three hydraulic presses with heated platens used to press the Kevlar backup for the armour panels. Two large presses, used for production panels (60" x 89") are located at a facility in Chino, California. Two large vertical panel saws are used to cut the large pressed panels into the individual panels for assembly. Numerous industrial band saws support this cutting operation.

Six tile saws, with diamond blades, are used to hand cut the ceramic tiles to fit in the production molds. Drill presses with diamond core drills support any drilling operation that may be required.

Layout and Assembly Area – This area contains the large inventory of proprietary production molds used to manufacture every armour panel that goes into our armour kit. This area has work tables with the capacity to work ninety-six (96) different molds at the same time.

Molding Area – This area of the shop loads the mold with the cut tile, Kevlar panel and or proprietary resin system and under pressure presses a finished panel.

Pain and Stencil Area – This area in the shop contains a large walk-in paint boot used to perform any painting function that might be required. This area is supported with equipment required to apply walk surface and perform individual part identification.

After review of the anticipated impact of the CH-46 Armour Program on the current manufacturing resources at our Gardena Facility, we believe that no additional floor space or major investment in new equipment will be required. Skilled and semi-skilled labor will be required and man loaded per our manpower phasing schedule.

**Quality Assurance**

Armour of America has a quality assurance system that has been certified to AS9100 by The Boeing Company and ISO 9001 certified by an ISO Registrar.

The senior management of Armour of America has a combined sixty (60) years experience in aerospace quality at all levels of production, including structure and flight line operations. We believe that this experience is of great benefit when working on the aircraft, as well as, interfacing with military engineering and aircrews.

**Prior Experience**

Armour of America is quite proud of our vast technical experience. For the past twenty years, we have designed and produced fixes and rotary wing aircraft armour systems for aircraft users around the world. Our philosophy, when designing an armour system, has always been to understand the tradeoffs between weight, area of coverage and cost then offer the customer the best mix of both possible. We believe that no other armour company can match our experience and expertise when it comes to providing the lightest and most ballistically sound armour for an aircraft application.

In the past four years, we have designed armour systems which have been certified and selected as the armour of choice by two (2) major aircraft companies in the world, Eurocopter and Alenia Aerospazio. In addition, our armour is used extensively on Bell helicopters and most recently by MD Helicopters for use on the U.S.C.G. MD900 aircraft.

The management of Armour of America has always given great visibility and attention to the management of every contract award. Kick Off meetings introduce a new program into the production floor and weekly meetings keep all concerned, updated as to the progress and any potential issues before they become impacts to the schedule. Our on time deliveries and attention to the customer's concerns are indicative of the number of reorders from our original customers.

Regarding risk management and confidence in this armour upgrade, we believe that both the prototype and production phases have minimal risk.

As stated earlier in this section, Armour of America has been involved with numerous design/production programs for both fixed and rotary wing aircraft. A number of these programs, including the C-130 armour program for NAVAIR and the C-17 armour program for Boeing/USAF, have required Armour of America to interface closely with both customer engineering, maintenance and flight crews in the development of armour systems.

This effort requires the blending of engineering requirements (including human factors, stress, loads and weight), maintenance requirements (including initial and mission installation, storage, accessibility and panel maintenance) and flight crew requirements (including access to fuses and controls, maneuverability around the flight deck and ease of moving panels during flight).

Armour of America

Armour of America will request that a set of the current metallic armour system be bailed o Armour of America during the initial stages of the program.

Armour of America

# *LIGHT WEIGHT ARMOR REPLACEMENT SYSTEM (LWARS) FOR THE CH-46E HELICOPTER*
# N00019-04-R-0073

## TECHNICAL
## VOLUME IIA

PRESENTED BY:
ARMOUR OF AMERICA
P.O. BOX 1405
BEVERLY HILLS, CA 90213
POC: JOHN NEHMENS
(310) 532-0690

**ORIGINAL**

Armour of America

VOLUME IIA
TECHNICAL

1. **Aerial Density** – The proposed armour panel for LWARS will have a thickness of .900 and an aerial density of 6.2 lbs/square foot. Both the thickness and aerial density are actual not estimates. We are currently manufacturing this armour for rotary wing aircraft worldwide.

   We apologize for the confusion in aerial density between page 1 and 2 of the pricing proposal. The aerial density as stated above is 6.2 lbs/square foot.

2. **Weight Reduction** – Based on the chart provided in Amendment 1, Attachment 3, Question 13, Page 2 of 3 the weight of the current system was identified using the IPB A1-H46AE-110-000 and the drawing package provided with the RFP, the aerial density of the current armour system is approximately 10.5 to 11.8 lbs/square foot. Actual aerial density was hard to determine based on calculation on two different rectangle panels.
   - Panel 70893-1 is 19.88" x 25" or 3.45 square feet. The identified weight is 36 lbs. Aerial density is 10.43 lbs/square foot.
   - Panel 70891-3 is 1" x 19.88" or 1.65 square feet. The identified weight is 19 lbs. Aerial density is 11.5 lbs/square foot.

   Therefore, for use in our calculations of LWARS weight reduction, 11.0 lbs was determined to be the weight of existing system with a total armour weight of 497 lbs.

   Using drawings furnished and weight charts; we calculated individual panel weights and a total LWARS weight of 283 lbs for AoA's Grade KSP-60 system.

   Our verification of weight reduction is based on 45.2 square feet of armour times AOA aerial density of 6.2 lbs/square foot or 283 lbs.

3. **Ballistic Capability** – As discussed in the original proposal, Armour of America's KSP-60 will stop the following rounds at velocities shown.

| | | | | |
|---|---|---|---|---|
| 7.62 x 39 | Russian/Chinese | Hardcore | @ | 2400 FPS |
| 7.62 x 54R | Russian/Chinese | Hardcore | @ | 2800 FPS |
| 7.62 x 51 | NATO | Ball | @ | 2700 FPS |
| 5.56 x 109 | NATO | Ball | @ | 3300 FPS |
| 5.56 x 885 | NATO | Hardcore | @ | 3200 FPS |
| 5.56 | NATO | AP | @ | 3150 FPS |

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

4. **Multiple Hit Capability** – Armour of America's KSP-60 ballistic panel has excellent multiple hit capability. Our ballistic integrity features three (3) hits equidistant on a three inch diameter circle. Additionally, we can stop a round which impacts the panel ¾" from the edge. We also guarantee all hits on a three way butt joint of the tile.

   During ballistic testing validation and verification, AOA will demonstrate the multiple hit capabilities.

5. **Multiple Hit Difference** – The correct multiple hit capability for the proposed LWARS is as stated on Page 1. Multiple hit capabilities are three (3) hits equidistant on a three inch (3") diameter circle.

5. **Constant Velocity** – Velocity will be maintained by use of a chronograph. The first chronograph start trigger screen will be placed 40 feet from the muzzle of the test barrel and the second chronograph break screen will be placed 5 feet behind the trigger screen. The chronograph is capable of recording to +/- 1.0 feet per second.

   Note that all ballistic testing will be performed by H.P. White Labs, Street, Maryland.

6. **Angle of Obliquity** – Obliquity is established by use of a yaw card that is positioned ...he required angle of the rounds impact to the panel's surface. The round is fired ...h the card and a perfect round hole, resulting from the round's penetration of ...ndicates exact angle between the muzzle and the panel.

   ...e indicates an angle other than the required angle and ...s of the elliptical axis will identify true angle of test round.

... **Limits** – Per the RFP the armour will be tested to V50 ballistic limits.

   ...est procedure will be per the requirements of the RFP. Testing will be ...nducted by H.P. White Labs, Street, Maryland.

8. **Multi Hit Capability** – During ballistic testing, after award of contract, Armour of America will instruct the test facility to set up a test panel and shoot three rounds on the 3" diameter circle.

   Upon completion of the first test, random shots will be made at the edge of the panel and clusters of shots will also be shot to demonstrate multiple hit capability

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

As with any items discussed in this response or the original response, all testing will be conducted by H.P. White, Street, Maryland. H.P. White is a NIJ approved ballistic test lab recognized by all U.S. military organizations.

Environmental testing was performed by Environmental Associates, Inc., Chatsworth, California. Test Report Number 17892-0612106, dated 25 August 1999 is attached as Attachment A. Test Plan and Results are identified by page number in response to questions 9, 10, 11, 12, 13 and 14 listed in your Enclosure (1).

9. **Vibration Testing** – Test Plan and Results are discussed on pages 16-18 of Test Report 17892-0612106 referenced above.

10. **Temperature Testing** – Test Plan and Results are discussed on pages 9-10 of Test Report 17892-0612106 referenced above.

11. **Acceleration Testing** – No current testing data available. Armour of America will submit a panel to Environmental Associates, Inc. for testing to 3G acceleration levels per MIL-STD-810F.

12. **Fluid Resistance Testing** – Test Plan and Results are discussed on page 21 of Test Report 17892-0612106.

13. **Humidity Testing** – Test Plan and Results are discussed on pages 11-13 of Test Report 17892-0612106.

14. **Salt Spray/Fog Testing** – Test Plan and Results are discussed on pages 14-15 of Test Report 17892-0612106.

It should be noted that testing documented in Test Report 17892-0612106 was conducted to MIL-STD-810D. Any of the results that do not satisfy LWARS requirement will be retested to requirements of MIL-STD-810F. This testing will be conducted at no charge to the customer.

15. **Fit Requirement** – Armour of America uses two (2) manufacturing techniques to ensure the fit requirements like those identified in 4.2.2 and 4.2.3. The first is production molds which are produced from either actual existing armour from the aircraft or Government owned drawings. These molds can reproduce consistent panels which are interchangeable throughout the fleet.

Armour of America

Mounting hole location is accomplished using production drill fixtures which are made at the same time as the molds and ensure precise locations on every panel. Variance in hole location on the aircraft can be addressed with floating fasteners.

Any cost for aircraft measurements during the NRE phase are at Armour of America's expense. No cost to the Government.

16. **Five (5) Year Re-inspection** – Armour of America offers users of our armour systems a re-certification inspection between the fourth and fifth years of service.

Each system, upon returning to our facility, will have the outer spall shield removed and the entire strike surface cleaned of all resin residues.

Every panel will be 100% x-ray inspected by a certified FAA non destructive test facility for cracks, voids, separation or delamination.

Edge tiles which are cracked and/or chipped will be replaced by Armour of America as part of the basic cost.

If no other damage is identified by the testing, the panels will be respelled, painted, re-identified and shipped back to the user location.

Any panels identified to have been damaged beyond the edge tiles, will be segregated from the other panels. The x-ray film and other inspection data, along with repair costs, will be submitted to the user for approval to repair and/or replace as required.

When the entire system is returned to the end user it will be re-certified for an additional 5 years for ballistic integrity.

The cost for this option, which will not exceed 60% of the original cost, will be determined during the initial qualification phase of the program.

17. **Repairability** – There are two (2) types of damage that can occur with the armour panel, ballistic impact and damage due to handling or non-ballistic impact.

Handling and/or non-ballistic impacts, depending on severity, may cause damage to the strike face tile. This damage results in either cracked and or chipped tile which under normal conditions can be detected by visual inspection. Since only the tile is damaged, individual tile(s) can be removed and replaced as required. Depot level technicians can be trained to perform this repair.



P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Damage caused by ballistic impact cannot be repaired due to the resulting damage to both the tile and the backup material. Armour of America has small armour repair panels (6" x 6" and 8" x 8") which can be attached to the strike face side of the damaged panel with a factory applied adhesive. Complete ballistic integrity is restored to the armour panel after installing this repair panel. This repair can be performed in the field by the user.

In addition, Armour of America will keep a complete set of panels on the shelf to allow for twenty-four (24) hour turnaround from request for replacement of any panel.

## 18. Technical Capabilities

- Transition Prototype to Production – Armour of America has a high confidence factor in the transition from prototype to production.

  Armour of America understands the necessity of maintaining a high level of visibility throughout the prototype phase to ensure all areas of the manufacturing process have developed work flows to produce a smooth production transition. To this end, Armour of America will assign a Program Manager to be responsible for monitoring and directing this program.

  To assist the Program Manager, Armour of America brings together production, engineering and key outside vendors to coordinate work flows, tooling and schedule to ensure kit proofing (prototype) and ability to meet prototype characteristics during the manufacturing phase.

  Our success with the prototype to production transition is demonstrated in every armour kit we manufacture. In designing and manufacturing armour kits for aircraft, ships, patrol boats, military vehicles and architectural applications, Armour of America has in each program, designed the armour and installation kits, built prototype systems used for verification and validation, and manufactured production tooling to ensure original design integrity during production.

  This approach is evident in such programs as the NAVAIR C-130H and J Program, NAVSEA 50 CAL and 25mm Deck Gun Armour Program; ARMY HMMVW and LMTV Vehicle Armour Program, as well as, supplying armour kits to airframe manufacturers such as Bell, Boeing, MD Helicopters, Agusta, Eurocopter, Alenia and Lockheed-Martin.

- Technical Risk and Mitigation Plan – The armour grade we are proposing for the LWARS Program offers no risk or need for a mitigation plan. We have been

Armour of America

manufacturing and supplying this armour worldwide to military, government, police and airframe manufacturers for eighteen (18) years.

All of the ballistics have been tested and certified by H.P. White Test Labs, Street, Maryland. H.P. White is a U.S. Military and NIJ approved ballistic testing facility.

- Corrective Action – Armour of America's corrective action process is to assign responsibilities for initiating, requesting, carrying out and checking the effectiveness of corrective and preventative actions.

  Corrective action procedures are designed to identify the root cause of the nonconformance, ensure that the specific cause is corrected, determine if there is a problem with the process or work operation, establish trends and develop long term improvements to the process or work operations.

  Responsibility for review and monitoring of corrective action rests with Armour of America's General Manager and assigned Program Manager.

- Supplier Q.A. – Suppliers quality is ensured in two (2) different ways. The first being the usual approach of evaluation and monitoring suppliers at their facility and performing receiving inspection on delivered items.

  Along with the usual quality approach of dealing with suppliers, as documented in our ISO 9001 and AS9100, we also have established a long term teaming relationship with our major suppliers.

  This teaming approach has allowed Armour of America to utilize numerous years of design and manufacturing experience from the leaders of their respective industries. This allows for a cohesive and solid approach to the development and manufacturing of armour for this program.

- Configuration Management – Upon completion of the design (prototype) phase, each panel is documented on a drawing which in turn is entered into configuration management. Each panel is given a unique part number that identifies the grade of armour and aircraft designation.

  Any changes to the panel, which effect form, fit or function will cause a new part number to be assigned and added to the configuration management system.

  The configuration management system documents each customer, the kit number and the specific part numbers delivered in the kit.

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

19. **Fleet Survey** – Armour of America will survey Fleet aircraft at award of contract. No additional cost to the customer.

John Nehmens, General Manager

7 April 04
Date

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

# E

# Armour of America (AOA) –Technical Evaluation Report Summary

The Armour of America (AOA) Technical Proposal was evaluated and rated on five Technical Sub-factors: Weight Reduction, Ballistics, Environmental Capability, Fit, and Technical Capabilities. The Request for Proposal (RFP) N00019-04-R-0073 Section C contains the Light Weight Armor System (LWARS) Description and Specification, Section L-2 contains the proposal requirements, and Section M defines the rating criteria. Each Sub factor was evaluated and assigned an Overall Rating and an Overall Proposal Risk by each of the Technical Evaluation Team (TET) Members. In accordance with the RFP, the Weight Reduction sub-factor was considered more important than the other four sub-factors combined, and each of the remaining four sub-factors were considered to be of equal importance.

The members of the TET independently evaluated each proposal. The RFP requirements were an aerial density reduction of 35%, a $V_{50}$ ballistic limit of 2900 fps at a 30° angle of obliquity, and be able to withstand multiple ballistic impacts no closer than 6 inches apart. The TET used the following aerial density reduction percentages, speed, and angles of obliquity as a guide to evaluate the technical portions of the proposals:

| Aerial Density: | Speed (fps): | Angle of Obliquity(°): | Rating: |
|---|---|---|---|
| > or = 40% | 3001 – 3100 | 0-24° | Outstanding |
| 36-39% | 2901 – 3000 | 25-29 | Highly Satisfactory |
| **35%** | **2900** | **30** | **Satisfactory** |
| 30-34% | 2800 – 2899 | 31 – 35 | Marginal |
| < or = 29% | 2700 – 2799 | 36+ | Unsatisfactory |

Upon completion of the individual evaluations, the TET was convened to review their findings and determine the TET's Overall Rating and Overall Proposal Risk for the AOA technical proposal. The following table summarizes the sub-factor Technical Ratings and Proposal Risks assigned by each of the TET members and the Overall Rating and Overall Proposal Risk for each sub-factor (shaded columns on the right in the table below). The Overall Technical Rating and Overall Proposal Risk assigned by the TET follows the table below.

**AOA Technical Sub-factor Evaluation Table**

| SUB-FACTOR | EVAL 1 | EVAL 2 | EVAL 3 | TET Rating | TET Risk |
|---|---|---|---|---|---|
| Weight Reduction | O/M | O/M | O/M | O | M |
| Ballistics | U/H | U/H | M/H | U | H |
| Environmental Compatibility | M/M | S/M | S/M | S | M |
| Fit | M/M | S/L | S/L | S | L |
| Technical Capability | U/H | M/M | M/M | M | M |

- Overall Technical Rating: Highly Satisfactory
- Overall Proposal Risk: Medium

**Technical Sub-factor Evaluation Summary:**

The following provides a summary of the Technical Evaluation Team's findings for each sub-factor, including the areas of particular emphasis specified in the solicitation and the strengths, weaknesses and deficiencies, if applicable, associated with each.

**Weigh Reduction**:

- **Ability to Meet or Exceed the Required minimum of a 35% reduction in the aerial density over the existing metallic armor system as specified in the SOW:** AOA has selected KSP-60 as the armor material for their LWARS. Use of this material is expected to exceed the SOW weight reduction requirement with an anticipated aerial density reduction of 41% (based on an armor aerial density of 10.44 pounds per square foot (psf)). AOA's proposed LWARS will have an aerial density of 6.1 psf, which will yield an overall weight decrease of 208 lbs. over the current CH-46E armor. However, AOA failed to provide any documentation or analysis to show that this material has successfully passed qualification testing. Risk is increased

- AOA states that KSP-60 has been supplied to other rotory wing manufacturers. However, no data was provided in their proposal to identify the armor weight for these other programs

**Weight Reduction Evaluation Summary:**

AOA's proposed LWARS is anticipated to have an aerial density of 6.1 psf. Which, when compared to the current CH-46E armor aerial density of 10.44 psf, will result in a decrease in aerial density of 41%. AOA's weight reduction approach for LWARS exceeded the SOW requirements using a medium risk approach. While AOA did not submit specific armor layering information to support their aerial density estimate or a plan for testing the weight reduction, AOA states they have previously supplied this material to five rotary wing manufacturers. This increases AOA's viability and credibility for successful program execution. These findings led the TET to assign an overall rating of **Outstanding** with **Medium** risk for this sub-factor.

**Ballistics**:

- **Determination of Constant Velocity:** AOA failed to provide a test plan or other documentation to demonstrate their ability to design armor to meet the .30 caliber APM2 threat. AOA submitted ballistic test data summaries for different threats (not .30 caliber APM2), at lesser velocities than the LWARS requirement, and not in the V50 format. The TET considers AOA's risk high with to their ability to determine constant velocity.

- **Point Impact Angle of Obliquity:** AOA failed to provide a test plan or other documentation to demonstrate their ability to design armor to meet the $30^0$ angle of obliquity requirement. As such, the TET considers the risk high for AOA to be able to determine angle of obliquity and develop a LWARS that will meet this requirement.

- **Calculation of a Ballistic Limit:** AOA states they have experience in designing armor. However, this experience is based on meeting threats other than the .30 caliber APM2 threat specified for LWARS. AOA's proposed LWARS will have a ceramic tile strike face, which has a high hardness that is used to tumble the projectile. AOA states their ceramic tile is backed by Kevlar and Spectra, which captures the round. The Kevlar material also adds strength. It is a well-known industry fact that non-environmentally protected Kevlar absorbs moisture, which decreases its ballistic capability. AOA did not address environmentally protecting their Kevlar-backed LWARS, which significantly increases program risk. Additionally, they failed to provide any documentation to demonstrate their ability to calculate the ballistic limit of their proposed LWARS as well as their multi-hit capability. AOA also failed to address whether they will conduct ballistic testing on their armor IAW MIL-STD-662 or any other industry standard. The TET considers this lack of information to be a deficiency that could significantly impact AOA's ability to successfully meet the RFP requirement.

**Ballistic Evaluation Summary:**

AOA failed to demonstrate their ability to determine constant velocity, angle of obliquity, or $V_{50}$ ballistic limit. Although they state the material for their proposed LWARS has a multi-hit capability of 3 rounds spaced equidistant in a 3 inch diameter circle, AOA did not qualify this multi-hit capability with the type threat it was tested with nor did they provide a test report on this previous multi-hit testing. Additionally, AOA did not explain how the multi-hit capability will be tested for their proposed LWARS. AOA has not demonstrated a clear understanding of the ballistic test requirements and procedures required to meet the LWARS RFP ballistic requirements. This lack of lack of demonstrated ability will likely cause some disruption in schedule or degradation of performance. These findings led the TET to rate this sub-factor as **Unsatisfactory** with **High** risk.

**Environmental Compatibility:**

- **Vibration:** AOA states that their proposed LWARS has successfully passed vibration testing IAW MIL-STD-810, although the testing, as stated in their proposal, was conducted under different conditions (higher frequencies and different displacements) than the LWARS RFP requirements. Additionally, no supporting documentation was provided in their proposal to substantiate their claim that their proposed LWARS material has successfully passed any vibration testing. AOA further states that they will conduct the additional required vibration testing of their LWARS IAW MIL-STD-810. However, AOA failed to provide the method or procedures they will utilize to verify their proposed LWARS will meet this requirement. Risk is increased.

- **Temperature:** AOA states that the material they will use for their proposed LWARS has successfully passed temperature testing that will fulfill the LWARS RFP requirement. However, no supporting documentation was provided to substantiate that their proposed LWARS material has successfully passed any temperature testing. AOA states in their proposal they will test to the temperature requirement in the RFP utilizing MIL-STD-810 as a guide, although they did not state the process/method they will utilize to conduct this testing. Risk is increased

- **Acceleration:** AOA failed to demonstrate a clear understanding of the test procedures required to meet the RFP acceleration testing requirements. AOA's qualification testing has yet to be determined, and there is no mention in there proposal of following MIL-STD-810 guidelines or any other industry-accepted method for acceleration testing. They also failed to provide the results of any previous acceleration testing to demonstrate compliance with the RFP requirements. Risk is increased.

- **Fluid Resistance:** AOA states that their proposed LWARS material has successfully passed fluid compatibility testing conducted by an independent laboratory for JP-5, hydraulic fluid and cleaning solvents, but this previous testing does not meet the LWARS RFP requirement. Additionally, no supporting documentation was provided in their proposal to substantiate their claim that their proposed LWARS material has successfully passed any temperature testing. AOA states they will conduct the additional required fluid compatibility testing specified in the RFP IAW MIL-STD-810, although they did not state the process/method they will utilize to conduct this additional testing. Risk is increased.

- **Humidity:** AOA states their proposed LWARS material has successfully passed humidity testing IAW MIL-STD-810, but this previous testing does not meet the LWARS RFP requirement. Additionally, no supporting documentation was provided in their proposal to support the claim that their proposed LWARS material has successfully passed any humidity testing. In order to fill data gaps between their existing data and the RFP SOW requirements, AOA states in their proposal that they will conduct the additionally required humidity testing of their proposed LWARS IAW MIL-STD-810, although they did not state the process/method they will utilize to conduct this additional testing. Risk is increased.

- **Salt Spray/Fog:** AOA states their proposed LWARS armor has already successfully undergone salt spray/fog testing IAW MIL-STD-810, although test results were not provided. AOA states they will conduct the additional required fluid compatibility testing specified in the RFP IAW MIL-STD-810, although they did not state the process/method they will utilize to conduct this additional testing. Risk is increased.

**Environmental Compatibility Evaluation Summary:**

AOA states they have experience with environmental testing on their proposed LWARS material, which was used on another AOA armor product. While it appears that much of the RFP required testing is covered by AOA's previous testing efforts, this testing does not completely meet the RFP environmental compatibility requirements. Additionally, the testing report provided in their proposal is incomplete and does not cover any of the testing methods, criteria utilized, or results of the testing. It merely states that testing by Environmental Associates, Inc. was conducted. However, despite the lack of supporting documentation, the TET believes that AOA has an adequate understanding of test procedures required to meet the LWARS environmental compatibility requirements. These findings led the TET to rate this sub-factor as **Satisfactory** with a **Medium** risk.

**Fit:**

- **Mate to Existing CH-46Eb Airframe without Modification:** AOA states they will drill holes in their proposed LWARS armor to meet armor drawings and aircraft attachment locations. However, AOA does not provide detailed information in their proposal to show how the armor will actually mate so it is unclear whether aircraft variation can be accommodated. Additionally, AOA states they will require a set of current aircraft armor during the initial stages of the program. This should have minimal impact on the Fleet, but will require approximately 40 FST man hours to verify what differences exist, if any, between the GFE aircraft armor and the existing drawings to ensure the Government is aware of any issues with the Fleet armor prior to issuing it to AOA. AOA did not state in their proposal, page 8 last paragraph, their intent for this additional GFE. Risk is increased.

- **Same or Better Accessibility:** AOA states their proposed LWARS armor will have greater accessibility due to their panels' reduced weight but did not specify their proposed attachment method. Based upon the lack of information in their proposal, AOA did not satisfactorily demonstrate they will be able to meet the accessibility requirement during the qualification tests. Risk is increased.

- **Dimensionally Meet Existing Drawings:** AOA states they will ensure their proposed LWARS will meet the dimensional requirements by using production tooling, molds, and templates. AOA will also use the GFI drawings for the mounting hole locations and armor dimensions, as well as survey aircraft to determine variance in actual dimensions of Fleet aircraft. The TET believes it will be necessary to conduct these measurement surveys with the armor installed and removed on a number of aircraft. This is estimated by PMA-226 APMSE to take approximately 3 hours per aircraft by Fleet maintenance personnel to remove and reinstall the armor and will require approximately 10 aircraft for a statistically relevant sample. This additional aircraft measurement will potentially add 3-4 weeks to the NRE portion of the program. This equates to approximately 40 man-hours of FST support to facilitate data collection and interpretation and operational aircraft down time, which can be minimized by selecting Fleet aircraft that are in a non-flyable status. AOA has satisfactorily demonstrated that their proposed LWARS will meet the existing GFI armor drawing dimensions.

- **Require No Additional Maintenance after Installation:** AOA states they anticipate no scheduled maintenance other than visual inspection, cleaning and paint touch-up as required, which is consistent with the current CH-46E aircraft armor. However, the TET believes composite armor will require special care and handling that the Fleet currently does not consider or perform with the current metallic armor during removal, reinstallation, and storage. Also, composite material usually must undergo some form of NDI inspection after some interval, which AOA will have to address in their maintenance plan to ensure the structural soundness of the material. AOA offers a maintenance package to inspect the LWARS armor every 5 years in order to address inspection but did not state whether this cost was included in their price proposal. AOA did not address reparability in their proposal.

**Fit Evaluation Summary:**

AOA's Fit plan lacks key information that increases their risk. Although they state that in their proposed LWARS will make accessibility easier, they did not provide sufficient justification to validate this statement. Additionally, AOA states they require aircraft mounting bracket and armor mounting hole measurements be taken during the NRE. This will likely increase cost and schedule for the program to some extent based on the support that will be required by the Government engineers (approximately 40 man-hours) and Fleet maintenance support (approximately 3 man-hours per aircraft) as well as approximately 3-4 weeks to accomplish approximately 10 aircraft. However, selecting Fleet aircraft that are in a non-flyable status can minimize risk.

AOA did not fully explain their attachment concept in their proposal, but did state they will existing hole locations. However, it is unclear whether their attachment concept will accommodate aircraft variation. AOA also states that their proposed LWARS will require no additional maintenance after installation. They also offer a maintenance package to inspect the armor on a 5-year basis, but did not mention if this will be a requirement in their maintenance plan or if it is merely an option they will provide at additional cost to the Fleet. These findings led the TET to rate the sub-factor as **Satisfactory** with a **Low** risk.

**Technical Capabilities:**

- **Capability to Transition from Prototype to Production:** AOA states their experience on other armor programs will be an asset in transitioning from prototype to production. They further cite their program management skills, supplier teaming, manpower, scheduling ability, quality assurance and experience as helpful factors in successfully transitioning. AOA states the teaming arrangement with their suppliers eliminates long lead items and they can ramp-up their skilled workforce in 2 weeks. However, they do not provide a schedule or state the need for design-review meetings. The TET believes AOA has the ability to transition from prototype to production. However there is some risk since AOA failed to provide supporting documentation from their other programs to show how they successfully transitioned from prototype to production.

- **Manufacturing Process, Facilities, Resources, and Parts Supply:** AOA described their manufacturing process as: cutting the Kevlar/Spectra backing and ceramic tiles; combining the Kevlar/Spectra, tiles and resin in a mold; applying pressure to cure the panel; painting. AOA further states they conduct oversight of all their ongoing programs through a functional matrix vice a program manager to adjust schedule and manpower to support required production and delivery schedules. The TET believes this management method increases AOA's risk for producing their LWARS on cost and schedule. They also state they have ballistic test capability at an in-house test range. According to their proposal, AOA has established material supply arrangements with all their suppliers (to include Spectra, Kevlar and the ceramics). However, based on the supply methods identified in their proposal, there is some risk to AOA producing LWARS on schedule due to the following: 1) they do not order supplies until needed on the manufacturing floor (just in time supply); 2) they only list one supplier for each of their key LWARS materials in their proposal; 3) they state they adjust required supplies on a yearly basis if required. AOA satisfactorily addressed their manufacturing process, resources, and parts supply capabilities but there is some amount of risk for the reasons cited above.

- **Recognition of Technical Risk Areas:** AOA has identified several areas of potential risk to include: rigidity of armor panel, environmental testing gaps/shortfalls, and LWARS dimensional accuracy. They did not however recognize the technical risk in meeting the LWARS ballistic requirements (they do not currently meet the requirements based on the test data they submitted in their proposal).

- **Development of Mitigation Plans:** AOA states they will use Kevlar in the armor panel construction to add rigidity; will environmentally test to fill any gaps in previously conducted environmental testing; will use drill jigs to ensure manufacturing accuracy of panel holes and will survey several aircraft to compare to GFI drawings. However, they failed to address the risks associated with their ballistic testing to meet the RFP requirements and their plans to mitigate this risk.

- **Quality Assurance Considerations:** AOA states they are ISO-9001 certified. Their manufacturing process (e.g. drilling) has tight tolerance controls; and they warranty their armor for ballistic impact properties. Quality control during or at the end of the manufacturing process to ensure a quality armor panel was not addressed. AOA does offer an x-ray process as part of the maintenance package to inspect armor panels for cracks, voids and physical defects. However, they did not state whether this x-ray process is included in their proposed cost.

- **Corrective Action Processes:** AOA failed to address their corrective action processes.

- **Supplier Quality Assurance:** AOA failed to address supplier quality assurance.

- **Configuration Management:** AOA failed to address configuration management.

- **Use of GFE/GFI:** In addition to the GFE/GFI provided for the RFP, AOA states they need to survey aircraft to determine variance in actual dimensions of Fleet aircraft, which the TET believes requires measurements with armor installed and removed on a number of aircraft. This is estimated by PMA-226 APMSE to take approximately 3 hours per aircraft by Fleet maintenance personnel to remove and reinstall the armor and will require approximately 10 aircraft for a statistically relevant sample. This additional aircraft measurement will potentially add 3-4 weeks to the NRE portion of the program, which equates to approximately 40 man-hours of FST support to facilitate data collection and interpretation and operational aircraft down time, which can be minimized by selecting Fleet aircraft that are in a non-flyable status. Additionally, AOA states they will require a set of current aircraft armor during the initial stages of the program. This should have minimal impact on the Fleet, but will require approximately 40 FST man hours to verify what differences exist, if any, between the aircraft armor and the existing drawings to ensure the Government is aware of any issues with the armor prior to issuing it to AOA. AOA states they will utilize the provided MIL-STD-810 as a guide for environmental testing, and will utilize all the drawings of the current armor. However, they do not state they will use MIL-STD-662 for guidance or any other industry-accepted standard during ballistic testing.

**Technical Capability Evaluation Summary:**

AOA has demonstrated they have adequate production facilities; resources and a supply plan to facilitate a successful LWARS program. However, AOA has marginally addressed their capabilities to transition from prototype to production, assure quality and identify/mitigate risks in order to facilitate a successful LWARS program. Further, AOA failed to address configuration management, supplier quality assurance and corrective actions processes. These findings led the TET to rate the sub-factor as **Marginal** with a **Medium** risk.

**Overall Technical Summary:**

AOA's technical proposal was lacked specific detail in some areas, which increases program risk. However, the TET believes that AOA has clearly demonstrated that they understand the requirement and are capable of meeting the LWARS requirements specified in the RFP. Their weight reduction approach exceeds the RFP requirement using a medium risk approach. It is important to note that while AOA does not currently meet the Ballistics requirements of the RFP, the TET believes that AOA will be able to successfully overcome this deficiency through discussions. In addition, AOA states they will conduct environmental compatibility testing to meet the RFP requirements but failed to provide any documentation to show that this testing was successfully conducted previously through an independent laboratory. AOA states they require aircraft mounting bracket and armor mounting hole measurements be taken during the NRE phase of the effort. This could increase cost and schedule for their LWARS program but risk can be minimized by selecting Fleet aircraft that are in a non-flyable status. Additionally, AOA states that no additional maintenance is required after installation but the TET believes that composite armor will require special care and handling that is not performed for the current metallic armor and it is known industry-wide that composite armor must undergo some form of NDI testing. AOA has demonstrated they have adequate production facilities and resources to facilitate a successful LWARS program but failed to provide information to demonstrate their understanding or experience with configuration management, supplier quality assurance and corrective actions processes. With proper consideration to the Weight Reduction sub-factor, the TET assigned **Armour of America** an overall Technical Rating of **Highly Satisfactory** with **Medium** Risk.

**Strengths:**

- AOA's proposed LWARS will have a anticipated aerial density of 41% which exceeds the RFP requirement by 6%.
- AOA states they have previously supplied armor to five rotory wing manufacturers.
- AOA states their proposed LWARS material has successfully passed multi-hit testing and demonstrated a capability of stopping 3 shots inside a 3-inch diameter circle although the threat was undefined
- A reputable independent third party IAW MIL-STD-810 has conducted some environmental testing of their proposed material.
- AOA states in their proposal they can quickly ramp-up workforce and raw materials.

**Weaknesses:**

- Armor layer details (e.g. thickness, density) were not provided in the AOA proposal.
- AOA does not state intent to conduct qualification weight test.

- AOA states the material proposed for their LWARS has undergone multi-hit testing but they failed to identify the threat utilized in this previous testing.
- Previous vibration testing was conducted on AOA's proposed LWARS material but was conducted at a different frequency from that required in the RFP
- AOA's method for mounting/attaching the armor to the aircraft is not sufficiently detailed
- AOA states in their proposal they will match drill their LWARS fastener holes to ensure aircraft fit, which makes their LWARS tied to a specific aircraft and limits Fleet flexibility.
- As stated in their proposal, the AOA maintenance plan is unclear – what needs to be done between the 5 year inspections
- It is unclear in their proposal whether x-ray inspection process will also be used during production process
- AOA's proposal failed to address MIL-STD-662 or other industry standard.

**Deficiencies:**

- AOA does not state in their proposal that their LWARS will be capable of meeting RFP ballistics requirement
- AOA fails to mention their qualification plan for determining constant velocity, point of impact angle, and their LWARS ballistic limit.
- AOA did not provide details on their plan to test their proposed LWARS to the multi-hit RFP requirement.
- AOA failed to provide an overall environmental compatibility testing plan for meeting the vibration, temperature, acceleration, fluid resistance, humidity, and salt spray/fog requirements of the RFP.
- AOA states in their proposal their acceleration testing is TBD and did not provide data, analysis, or an estimate of whether their proposed LWARS material will meet the acceleration requirement of the RFP.
- AOA did not discuss the method they will use to mount their LWARS to the aircraft.
- Reparability of their LWARS is not stated in their proposal.
- AOA does not provide in their proposal a prototype to production schedule.
- AOA failed to address configuration management, supplier QA, or a corrective action process as required by the RFP.

**Discrepancies/Omissions:**

- Using 11 psf as aerial density of CH-46 armor (RFP states 10.44 psf)
- AOA's aerial density reduction for their proposed LWARS as stated in their proposal on page 1 (61%) and page 2 (62%) differ.
- Ballistics section missing from AOA's technical proposal on copies 2-7.

# F

N00019-04-R-0073
1 APRIL 2004

# LIST OF DISCUSSION QUESTIONS
# FOR ARMOUR OF AMERICA

In accordance with Section M – Evaluation Factors for Award of the solicitation, please provide the following information:

1. Provide further detail (e.g. thickness and aerial densities of proposed LWARS material layers) to support how you determined your proposed aerial density estimate. Also, the aerial density for your proposed LWARS as stated in on page 1 (6.1 psf) and page 2 (6.2 psf) of your proposal differ. Please clarify.

2. Provide your plan for verifying that your proposed LWARS meets the aerial density and weight reduction requirements of the SOW.

3. Provide an assessment of whether your proposed LWARS will meet the Government's ballistics requirements to include documentation, analysis or examples for how your proposed LWARS material will meet the V50 specification.

4. Provide further detail (e.g. threat) on your proposed LWARS' multi-hit capability.

5. The multi-hit capability of your proposed LWARS as stated on page 1 (3 rounds/ 3 inch circle) and page 2 (3 rounds/2 inch circle) of your proposal differ. Please clarify.

5. Provide your plan for determining the constant velocity during ballistics testing of your proposed LWARS.

6. Provide your plan for determining the angle of obliquity during ballistics testing of your proposed LWARS.

7. Provide your test procedures for demonstrating the ballistic limits of your proposed LWARS.

8. Provide your test procedures for demonstrating the multi-hit capability of your proposed LWARS.

9. Provide your plan for conducting Vibration Testing on your proposed LWARS.

10. Provide your plan for conducting Temperature Testing on your proposed LWARS.

11. Provide your plan for conducting Acceleration Testing on your proposed LWARS.

12. Provide your plan for conducting Fluid Resistance Testing on your proposed LWARS.

Enclosure (1)

13. Provide your plan for conducting Humidity Testing on your proposed LWARS.

14. Provide your plan for conducting Salt Spray/Fog Testing on your proposed LWARS.

15. Provide more detail on how your proposed LWARS will meet the "Fit" requirements of the solicitation, Paragraphs 4.2.2 and 4.2.3 of the Statement of Work; specifically address how the armor will mate to the airframe, same or better accessibility, and whether the cost for aircraft measurements that will be taken during the NRE phase are included in your price proposal.

16. Provide the details of the five (5) year inspection referenced in your proposal. If accepted, is the cost for this included in your proposal?

17. Provide more detail on the reparability for your proposed LWARS.

18. Provide more details relative to the "Technical Capabilities" subfactor of the solicitation; specifically address how your proposed LWARS will transition from prototype to production, address the technical risk and mitigation plan associated with the ballistics requirements of the solicitation, address your corrective action processes, supplier QA and Configuration Management.

19. Is the cost to survey Fleet aircraft include in your proposal?