# G

# Armour of America-Technical Evaluation Supplemental Report

Each member of the TET independently evaluated Armour of America Technical Volume IIA received in response to discussion letter Ser 2.4.3.3JM/04-050 dated 1 April 2004. The list of discussion questions provided to Armour of America is included herein as Enclosure (1). The following provides a summary of the TET's findings:

With regard to the Weight Reduction subfactor, Armour of America satisfactorily clarified the noted numerical discrepancy in Question 1. In response to Question 2, continues to be silent regarding their intent to weigh the LWARS qualification test panels during the qualification phase to verify the achieved weight reduction requirement. Risk is increased.

Armour of America provided the appropriate documentation for satisfying the TET's concerns addressed in Questions 5, 6, 7, 8, and 9 for the Ballistics subfactor. When asked if the proposed armor system will meet the RFP requirements in Question 3, Armour of America provided the same table found in Technical Volume IA (their original proposal). This table does not show a .30 cal APM2 threat, and Armour of America did not provide analysis, examples, or other documentation to show that the proposed LWARS will meet the RFP ballistic threat requirement. In Question 4, Armour of America failed to provide any analysis or test results to support their intention to meet the required .30 cal APM2 threat multi-hit capability. Armour of America states they will meet all the ballistics requirements of the RFP, but provided no documentation to support the statement that their proposed LWARS will meet the multi-hit ballistic requirements. While the TET believes that Armour of America will meet the RFP requirements based upon the information reviewed to date, the lack of specific detail increases the risk of successful program execution.

Armour of America adequately addressed the environmental testing concerns of the TET found in Questions 10 through 15. Armour of America provided a test report, No 17892-0612106, showing test result for environmental testing. However, in their Question 10 response, the vibration test results do not stipulate the displacement used in the previous testing. It is unknown if the displacement is equal to or greater than the 2-inch requirement of the RFP, or if the LWARS will meet it. In Question 12, Armour of America does not provide acceleration test results or analysis of the proposed LWARS, to include attachment points/hardware. For Question 13, their fluid testing results did not include all fluids required by the RFP nor was the fluid resistance tests a fluid immersion test. The required RFP fluid resistance test requires the sample be completely immersed in a fluid for 24 hours. Questions 14, the testing results provided do not meet the humidity testing requirements of the RFP. While the TET believes that Armour of America will meet the RFP requirements based upon the information reviewed to date, the lack of specific detail significantly increases program risk.

Armour of America's response to discussion Question 16 for the Fit subfactor failed to provide any details to address the floating-hole fasteners or specify if they are accounted for in Armour of America's price. Also, their response to Question 17 failed to address whether there is an additional cost for the basic repair that entails removing the spall shield, x-ray, and having edge tiles replaced. It is unknown if the repairs are part of the original LWARS cost/warranty.

Regarding the Technical Capabilities subfactor, Armour of America's response to Question 18 provided no information or discussion concerning risk associated with the weight impact for repair panels. It is also unknown from their response if there will be an impact to the repair panel or adhesive from the environmental compatibility testing. After review of Armour of America's response to Question 19, it can not be determined if Armour of America considers the environmental testing that still needs to be conducted as a risk. In addition, the ballistic test results provided did not meet the .30 call APM2 threat, and it is unclear if Armour of America considers this as a risk. Finally, it cannot be determined from their response to Question 19, if Armour of America considers Fleet mounting hole variance or the effects of vibration/acceleration on mounting holes a risk to the proposed LWARS. These all increase program risk. The other technical capability areas in Question 19 were sufficiently covered by Armour of America.

Upon completion of the individual evaluations, the TET was re-convened to review their findings to determine the TET's final overall Technical Rating and overall Proposal Risk for Armour of America's technical proposal to include the revisions addressed in Technical Volume IIA. Some of the sub-factor ratings were improved as a result of Armour of America's responses to the discussion questions. However, the overall Technical Rating and overall Proposal Risk did not change. The table below summarizes the final sub-factor Technical Ratings and Proposal Risks assigned by the TET.

**Armour of America Final Technical Sub-factor Evaluation Table**

| SUB-FACTOR | EVAL 1 | EVAL 2 | EVAL 3 | [illegible] | [illegible] |
|---|---|---|---|---|---|
| Weight Reduction | O/H | O/M | O/M | O | M |
| Ballistics | S/H | S/H | S/M | S | H |
| Environmental Compatibility | S/M | S/M | S/M | S | M |
| Fit | S/M | HS/L | S/L | S | L |
| Technical Capability | S/M | S/M | S/M | S | M |

- Overall Technical Rating: **Highly Satisfactory**
- Overall Proposal Risk: **Medium**

# H

AoA
Armour of America

June 9, 2004

Naval Air Systems Command
47123 Buse Road, Bldg 2272, Ste 353
Patuxent River, MD 20670-1547
Attn: Julie Matheny

Ms. Matheny,

Armour of America has completed a review of Contract No. N00019-04-C-3147 with the following comments:

1. **<u>4.1 LWARS Requirements (CLIN 0001) & 4.2.1.1 Weight</u>**

   Contract requirement is providing for a minimum 41% reduction in aeral density over the existing metallic armour system weighing 577 lbs.

   During the proposal process AoA used the 577 lbs or 10.5 lbs per square foot for the existing armour as identified in the proposal package. As there were no drawings furnished, we assume the given numbers are correct.

   Since there are tolerances on the ceramic and materials used to manufacture the armour, as well as, thickness tolerances in the final armour panel, we request that the minimum reduction of the aeral density of Armour of America's LWARS armour panel be 41% +/- 5 lbs.

   This is acceptable to the Government.

2. **<u>6. Government Furnished Information (GFI)/Government Furnished Equipment (GFE)</u>**

   Armour of America will require a complete set of Government owned drawings identified in contract paragraph 4.2.2 Fit. These were provided with the RFP but we will provide another copy in a separate e-mail.

   Armour of America will require one (1) shipset of the current metallic armour system on the CH-46, as per RFP. The Government would like to discuss this further at the Preliminary Design Review (PDR).

   Both the GFI and GFE requested by Armour of America may be included in Attachment 2, referenced in Paragraph 6, but we did not receive Attachment 2, List of Government Furnished Information (GFI)/Government Furnished

AoA
Armour of America

Equipment (GFE). These were provided with the RFP but we will provide another copy in a separate e-mail.

3. **F.2 Time of Delivery**

Per the cover letter attached to AoA's revised pricing volume, we offered the government advantageous pricing based on Armour of America's ability to complete the entire order and ship complete by approximately 31 October 2005.

The contract reflects the Government's acceptance of the new lower pricing, but does not reflect the revised schedule in Section F, Paragraph F.2, Pages 22 of 44. The schedule needs to be revised to our 6 May 2004 submitted schedule or note AoA schedule as accepted on this contract.

The Government would like to take advantage of this accelerated schedule and will include a statement to this effect in the contract. We can work out the monthly delivery schedule at the PDR.

4. **5252.246-9522 Design Responsibility (Dec 1998)**

Armour of America takes exception to this clause.

In paragraph 4.2.2 Fit, the requirement is that:

"the contractor will demonstrate that the LWARS qualification test articles conform to the mounting hole layout as shown on the Government owned drawings provided in paragraph 6.0"

The use of GFI and GFE furnished to AoA by the government is required to meet both the mounting interface to the aircraft and paragraph 4.2.2 requirements.

Paragraph 5252.246-9522 voids the entire concept of GFE/GFI and paragraph 4.2.2.

Removal of this clause is acceptable to the Government.

5. **52.215-21 Requirement for Cost or Pricing Data**

Armour of America takes exception to this clause because Armour of America is a small business with approximately 55 employees. We have been selling commercial off-the-shelf ballistic armour systems for over 18 years. During this time, our Grade KSP-60 has been used for all rotary wing aircraft applications protecting flight deck floors, doors and seat kits.

Armour of America

Armour kits, utilizing our Grade KSP-60, are currently included in our GSA contract schedule as well as the KSP-60 plate (NSN DELM-LL-F9-0394).

Additionally, per FAR 52.215-21 Exceptions from cost or pricing data Paragraph (a) (I) (ii) A1, since this contract was a result of an adequate price competition than an exception to this clause should be granted.

This clause does not apply to the contract award but will apply to any subsequent modifications to the contract that exceed $550,000. The clause is mandatory and must remain in the contract.

Please feel free to contact us at (310) 532-0690 or by email at aoa@mindspring.com if you have any questions on the above exceptions we have noted.

Regards,
John Nehmens
John Nehmens
General Manager

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

I

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING: DO-A1 — PAGE 1 OF 63 PAGES

2. CONTRACT (Proc. Inst. Ident.) NO.: N00019-04-C-3147

3. EFFECTIVE DATE: 10-June-2004

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: 0010084901

5. ISSUED BY — CODE N00019
NAVAL AIR SYSTEMS COMMAND
AIR-2.4.3.3 BLDG 2272
47123 BUSE RD
PATUXENT RIVER MD 20670-1547

6. ADMINISTERED BY (If other than Item 5) — CODE S0513A
DCMA SANTA ANA
34 CIVIC CENTER PLAZA
ROOM 813 A
SANTA ANA CA 92701

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, state and zip code)
ARMOUR OF AMERICA
JOHN NEHMENS
1814 WEST 135TH STREET
GARDENA CA 90249-2524

CODE 61170 — FACILITY CODE

8. DELIVERY
[ ] FOB ORIGIN [X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NONE

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: — ITEM: Block 12

11. SHIP TO/MARK FOR — CODE
SEE SCHEDULE

12. PAYMENT WILL BE MADE BY — CODE HQ0338
DFAS COLUMBUS CENTER
DFAS-CO/WEST ENTITLEMENT OPERATIONS
PO BOX 182381
COLUMBUS OH 43218-2381

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
See Schedule

| 15A. ITEM NO. | 15B. SUPPLIES/ SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

15G. TOTAL AMOUNT OF CONTRACT $116,814.00

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | 2 | X | I | CONTRACT CLAUSES | 35 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 10 | X | J | LIST OF ATTACHMENTS | 63 |
| X | D | PACKAGING AND MARKING | 17 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 19 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 21 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 25 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 31 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [ ] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number N00019-04-R-0073-0004 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
John Nehmens General Manager

20A. NAME AND TITLE OF CONTRACTING OFFICER
JANICE E. WOEHRER / CONTRACTING OFFICER

19B. NAME OF CONTRACTOR
BY [signature]
(Signature of person authorized to sign)

19C. DATE SIGNED
10 June 04

20B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

20C. DATE SIGNED
10-Jun-2004

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE 28-Sep-2004 | 4. REQUISITION/PURCHASE REQ. NO. 0010084901-0001 | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE N00019<br>NAVAL AIR SYSTEMS COMMAND<br>AIR-2.4.3.3 BLDG 2272<br>47123 BUSE RD<br>PUTUXENT RIVER MD 20670-1547 | | 7. ADMINISTERED BY (If other than item 6) CODE S0513A<br>DCMA SANTA ANA<br>34 CIVIC CENTER PLAZA<br>ROOM 813 A<br>SANTA ANA CA 92701 | |

| | |
|---|---|
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)<br>ARMOUR OF AMERICA<br>JOHN NEHMENS<br>1814 WEST 135TH STREET<br>GARDENA CA 90249-2524 | 9A. AMENDMENT OF SOLICITATION NO.<br>9B. DATED (SEE ITEM 11)<br>X 10A. MOD. OF CONTRACT/ORDER NO. N00019-04-C-3147<br>10B. DATED (SEE ITEM 13) |
| CODE 61170 FACILITY CODE | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
FAR 52.249-8 Default (Fixed-Price Supply and Service)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: mathenyj042645
See Attached Pages 2 and 3

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>JANICE E. WOEHRER / CONTRACTING OFFICER<br>TEL: (301) 757-6551 EMAIL: Janice.Woehrer@navy.mil | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY Janice E. Woehrer<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>28-Sep-2004 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION A - SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by $119,814.00 from $119,814.00 to $0.00.

The following have been modified:

| | | | |
|---|---|---|---|
| **DUNS NUMBER:** | 077229144 | **DCMA POC:** | |
| **ISSUED BY:** | **BLOCK 6** | EVERETT KLINE (ACO)<br>TEL: 310-900-6650<br>EMAIL: Everett.Kline@dcma.mil<br>MARY GUNN<br>TEL: 310-900-6673<br>EMAIL: Mary.Gunn@dcma.mil | |
| **POC:** | JULIE MATHENY<br>TEL: 301-757-6570<br>FAX: 301-757-9039<br>EMAIL: Julie.Matheny@navy.mil | | |
| **TPOC:** | TRISH BUTLER<br>TEL: 252-464-9382<br>FAX: 252-464-8477/9930<br>EMAIL: Patricia.l.Butler1@navy.mil | **VENDOR'S POC:** | JOHN NEHMENS<br>TEL: 310-532-0690<br>EMAIL: aoa@mindspring.com |
| **TPOC:** | JON WINCHESTER<br>TEL: 252-464-7484<br>FAX: 252-464-8477/9930<br>EMAIL: Jon.Winchester@navy.mil | | |

1. Per NAVAIR letter, Ser 2.4.3.3/04-142, dated 26 August 2004, Contract N00019-04-C-3147 was terminated for default. The contract was terminated in its entirety as of 26 August 2004, pursuant to Federal Acquisition Regulation (FAR) clause 52.249-8, Default (Fixed-Price Supply and Service).

2. Since Armour of America (AOA) proposed no price for CLIN 0001, Non-Recurring Engineering (NRE), under Contract N00019-04-C-3147, there should be no invoices submitted against this contract.

3. All Government Furnished Material (GFM) submitted to AOA per NAVAIR letter, Ser 2.4.3.3/04-123, dated 13 July 2004, has been returned intact to the Marine Corps Air Station, Camp Pendleton, CA, per email dated 20 September 2004.

4. There should be no further actions associated with Contract N00019-04-C-3147.

SECTION B - SUPPLIES OR SERVICES AND PRICES

CLIN 0002
The pricing detail quantity has decreased by 2.00 from 2.00 to 0.00.
The total cost of this line item has decreased by $69,814.00 from $69,814.00 to $0.00.

CLIN 0004
The estimated/max cost has decreased by $50,000.00 from $50,000.00 to $0.00.
The total cost of this line item has decreased by $50,000.00 from $50,000.00 to $0.00.

SECTION G - CONTRACT ADMINISTRATION DATA

Accounting and Appropriation

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was decreased by $119,814.00 from $119,814.00 to $0.00.

CLIN 0002:

AA: 1741506 45BJ 252 00019 0 050119 2D 000000 was decreased by $69,814.00 from $69,814.00 to $0.00

CLIN 0004:

AA: 1741506 45BJ 252 00019 0 050119 2D 000000 was decreased by $50,000.00 from $50,000.00 to $0.00

(End of Summary of Changes)

06/10/2004 THU 13:10 FAX 002/002

# AWARD/CONTRACT

| | | | |
|---|---|---|---|
| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING DO-A1 | PAGE 1 OF PAGES 63 |
| 2. CONTRACT (Proc. Inst. Ident.) NO. N00019-04-C-3147 | 3. EFFECTIVE DATE 10-June-2004 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. 0010084901 | |
| 5. ISSUED BY CODE N00019<br>NAVAL AIR SYSTEMS COMMAND<br>AIR-2.4.3.3 BLDG 2272<br>47123 BUSE RD<br>PATUXENT RIVER MD 20670-1547 | | 6. ADMINISTERED BY (If other than Item 5) CODE S0513A<br>DCMA SANTA ANA<br>34 CIVIC CENTER PLAZA<br>ROOM 813 A<br>SANTA ANA CA 92701 | |
| 7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, state and zip code)<br>ARMOUR OF AMERICA<br>JOHN NEHMENS<br>1814 WEST 135TH STREET<br>GARDENA CA 90249-2524 | | 8. DELIVERY [ ] FOB ORIGIN [ X ] OTHER (See below)<br>9. DISCOUNT FOR PROMPT PAYMENT NONE | |
| CODE 61170 | FACILITY CODE | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: | ITEM Block 12 |
| 11. SHIP TO/MARK FOR CODE<br>SEE SCHEDULE | | 12. PAYMENT WILL BE MADE BY CODE HQ0338<br>DFAS COLUMBUS CENTER<br>DFAS-CO/WEST ENTITLEMENT OPERATIONS<br>PO BOX 182381<br>COLUMBUS OH 43218-2381 | |
| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:<br>[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( ) | | 14. ACCOUNTING AND APPROPRIATION DATA<br>See Schedule | |

| 15A. ITEM NO. | 15B. SUPPLIES/ SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |
| | | | | 15G. TOTAL AMOUNT OF CONTRACT | $119,814.00 |

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | 2 | X | I | CONTRACT CLAUSES | 35 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 10 | X | J | LIST OF ATTACHMENTS | 63 |
| X | D | PACKAGING AND MARKING | 17 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 19 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 21 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 25 | | M | EVALUATION FACTORS FOR AWARD | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 31 | | | | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| | |
|---|---|
| 17. [ X ] CONTRACTOR'S NEGOTIATED AGREEMENT Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. [ ] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number N00019-04-R-0073-0004 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
| 19A. NAME AND TITLE OF SIGNER (Type or print)<br>John Nehmens General Manager | 20A. NAME AND TITLE OF CONTRACTING OFFICER<br>JANICE E. WOEHRER / CONTRACTING OFFICER |
| 19B. NAME OF CONTRACTOR<br>BY [signature] (Signature of person authorized to sign) — 19C. DATE SIGNED 10 June 04 | 20B. UNITED STATES OF AMERICA<br>BY [signature] (Signature of Contracting Officer) — 20C. DATE SIGNED 10-Jun-2004 |

SECTION A Solicitation/Contract Form

CLAUSES INCORPORATED BY FULL TEXT

| | | | |
|---|---|---|---|
| **PURCHASE REQUEST NO:** | 0010084901 | | |
| **DUNS NUMBER:** | 077229144 | **DCMA POC:** | |
| **ISSUED BY:** | **BLOCK 6** | EVERETT KLINE (ACO)<br>TEL: 310-900-6650<br>EMAIL: Everett.Kline@dcma.mil<br>MARY GUNN<br>TEL: 310-900-6673<br>EMAIL: Mary.Gunn@dcma.mil | |
| **POC:** | JULIE MATHENY<br>TEL: 301-757-6570<br>FAX: 301-757-9039<br>EMAIL: Julie.Matheny@navy.mil | | |
| **TPOC:** | TRISH BUTLER<br>TEL: 252-464-9382<br>FAX: 252-464-8477/9930<br>EMAIL: Patricia.l.Butler1@navy.mil | **VENDOR'S POC:** | JOHN NEHMENS<br>TEL: 310-532-0690<br>EMAIL: aoa@mindspring.com |
| **TPOC:** | JON WINCHESTER<br>TEL: 252-464-7484<br>FAX: 252-464-8477/9930<br>EMAIL: Jon.Winchester@navy.mil | **VENDOR'S POC:** | ARTHUR G. SCHREIBER<br>TEL: 310-532-0690<br>EMAIL: aoa@mindspring.com |
| | | | |

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | Lot | $0.00 | $0.00 |
| | LWARS Non-Recurring Engineering (NRE)<br>FFP | | | | |
| | | | | NET AMT | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 2.00 | Each | $34,907.00 | $69,814.00 |
| | Qualification Test Articles<br>FFP | | | | |
| | | | | NET AMT | $69,814.00 |
| | ACRN AA Funded Amount | | | | $69,814.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | .00 | Lot | $0.00 | $0.00 NSP |
| | Data for CLINs 0001 - 0002 | | | | |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | | Lot | $ | $ NTE |
| | Travel in Support of CLINs 0001 - 0002<br>COST | | | | |
| | | | | ESTIMATED COST | $50,000.00 |
| | ACRN AA Funded Amount | | | | $50,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | .00 | | $ | $ |
| | LWARS Production Kits<br>FFP - Option | | | | |
| | | | | NET AMT | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | | 147.00 | Each | $21,528.00 | $3,164,616.00 |
| | Option: Group A Kits (1 - 147)<br>FFP | | | | |
| | | | | NET AMT | $3,164,616.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 79.00 | Each | $21,528.00 | $1,700,712.00 |
| | Option: Group A Kits (148 - 226)<br>FFP | | | | |
| | | | | NET AMT | $1,700,712.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | .00 | Each | $ | $ |
| | LWARS Production Kits<br>FFP - Option | | | | |
| | | | | NET AMT | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AA | | 147.00 | Each | $3,428.00 | $503,916.00 |
| | Option: Group B Kits (1 - 147)<br>FFP | | | | |
| | | | | NET AMT | $503,916.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AB | | 79.00 | Each | $3,428.00 | $270,812.00 |
| | Option: Group B Kits (148 - 226)<br>FFP | | | | |
| | | | | NET AMT | $270,812.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | .00 | | $ | $ |
| | Interim Support Spares<br>FFP - Option | | | | |
| | | | | NET AMT | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007AA | | 6.00 | Each | $21,528.00 | $129,168.00 |
| | Option: Group A Kits<br>FFP | | | | |
| | | | | NET AMT | $129,168.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007AB | | 6.00 | Each | $3,428.00 | $20,568.00 |
| | Option: Group B Kits<br>FFP | | | | |
| | | | | NET AMT | $20,568.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | | .00 | | $ | $ |
| | Maintenance Trainer Kits<br>FFP - Option | | | | |
| | | | | NET AMT | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008AA | | 2.00 | Each | $21,528.00 | $43,056.00 |
| | Option: Group A Kits<br>FFP | | | | |
| | | | | NET AMT | $43,056.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008AB | | 2.00 | Each | $3,428.00 | $6,856.00 |
| | Option: Group B Kits<br>FFP | | | | |

| | |
|---|---|
| NET AMT | $6,856.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | | 160.00 | Hours | $184.00 | $29,440.00 |
| | Option: Field Support Services<br>T&M - (Quantity 1-160) | | | | |

| | |
|---|---|
| TOT ESTIMATED PRICE | $29,440.00 NTE |
| CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010 | | | Lot | $ | $ NTE |
| | Option: Travel In Support of CLIN 0009<br>COST - Option | | | | |

| | |
|---|---|
| ESTIMATED COST | $50,000.00 |

NRE CLIN 0001 is a "no-cost" line item. Armour of America (AOA) stated that all required developmental costs will be at no charge to the government.

Data CLIN 0003 is Not Separately Priced (NSP).

Travel CLINs 0004/0010 and Field Support Services CLIN 0009 are Not-To-Exceed dollar amounts. The contractor shall insert a Not-To-Exceed dollar amount of $50,000 for both CLINs 0004 and 0010.

A unit consists of a shipset and a repair kit for CLINs 0005 and 0006. AOA will deliver with each shipset, one 6" x 6" and one 8" x 8" repair panel for in field repair of ballistic kits and/or other damage to the panel to make the ballistic panel mission ready for additional missions until such time as it can be taken off the aircraft. The repair kit is included in the price for CLINs 0005 and 0006 at no additional cost to the government.

SECTION C Descriptions and Specifications

## 1. BACKGROUND:

The CH-46E aircraft has engine protective metallic armor plates on the aft pylon and around the flight control closet to protect the aircraft from small arms fire. The armor is capable of protecting the aircraft from smal arms fire (.30 cal; 7.62mm round). The total weight of the metallic armor system is 577 pounds (for the engine armor and the flight control closet armor). Non-developmental armor systems exist that could replace existing CH 46E metallic armor with a lightweight substitute which would provide the same coverage area with the same or better ballistic protection and with a least a 35% weight reduction over the existing armor system. The efficiency o the CH-46E to perform the medium lift assault support mission largely depends on aircraft payload. Over 39 years of service, the empty weight of the aircraft has grown by 1600 pounds, limiting payload and range and degrading mission performance. Reducing the empty weight via weight reduction initiatives is a low risk viable means of restoring mission effectiveness. In addition, the CH-46E operates with little to no margin of safety in relation to torque available versus torque required. Providing lighter armor will not only positively impact mission restoration, but will also return some margin of safety to torque available, especially when combined with other ongoing initiatives. The CH-46E Light Weight Armor Replacement System will be referred to as LWARS.

## 2. SCOPE:

The Statement of Work (SOW) for this effort is defined in Sections 3 through 8 below. It defines the efforts to be performed by the contractor. In accordance with the SOW, the contractor shall design, test and manufacture a Light Weight Armor Replacement System (LWARS) for the Marine Corps' CH-46E tandem rotor helicopter. The contractor shall meet or exceed all requirements defined by this parent document as well as subordinate documents to the extent they apply, unless otherwise directed by the government. See Section J for additional attachments to this document.

## 3. APPLICABLE DOCUMENTS:

| | |
|---|---|
| MIL-PRF-46103E | Military Specification Armor: Lightweight, Ceramic-Faced Composites |
| MIL-A-46099C | Armor Plate, Steel, Roll-Bonded, DNAL Hardness (0.187 Inches To 0.700 Inches Inclusive |
| MIL-STD-662F | V50 Ballistic Test for Armor |
| MIL-STD-367A | Armor Test Data Reporting |
| MIL-STD-810F | Environmental Engineering Considerations And Laboratory Tests |
| MIL-STD-2080A | Maintenance Plan Analysis For Aircraft And Ground Support Equipment |
| MIL-HDBK-61A | Configuration Management Guidance |

## 4. LWARS Nonrecurring Engineering Requirements:

**4.1. LWARS Requirements (CLIN 0001):** The contractor shall design a LWARS to be a fit and function lightweight replacement for the existing metallic armor system. The existing armor design, installation, marking/identification, and finish requirements are defined by drawing numbers listed in paragraph 4.1.1 below. The LWARS shall provide, at a minimum, a 41% +/- 5 lbs. reduction in areal density over the existing metallic armor system, and no recurring routine maintenance after installation. The LWARS shall be capable of at least a $V_{50}$ ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity. The LWARS shall be able to withstand multiple ballistic impacts of 3 equidistant hits in a 3-inch circle, which is 2.6 inches between shots, and be made of material that readily accepts the surface finish requirements of the aircraft. The LWARS shall mate with existing airframe mounting brackets without benefit of modification, shall not cause dissimilar metal corrosion, and shall provide provisions for maintenance access equivalent to the existing metallic armor system. The LWARS shall be capable of withstanding the normal vibratory and acceleration loads generated by the aircraft and shall not be affected by contact with normal aircraft fuels and oils. The properties of the LWARS shall not

be affected by exposure to humidity, salt spray, and normal aircraft operating temperatures. The contractor shall use commercial products, processes and practices to reduce development, production and operational support costs to maximum extent practicable.

**4.1.1** __LWARS Kit:__ The contractor shall develop a complete Parts List defining the LWARS and all necessary components (attaching hardware, mounting brackets, etc) required for LWARS integration in accordance with **CDRL A001**. A full suite of aircraft armor consists of a combination of Group A and Group B kits as defined below. To support aircraft weight reduction efforts, the government is conducting an engineering assessment to remove individual armor components. Group A and Group B definitions facilitate identification of one or more kits, which may be eliminated as a result of the engineering assessment. The LWARS kits will be separately grouped and priced as follows:

**Group A Kit** contains the Lightweight substitute for:

Hydraulic Flight Control Closet Protective Armor:
(91145) 70894-1 External
(91145) 70893-1 External
(91145) 70891-3 External, UPR
(91145) 70891-5 External, LWR
(91145) 70892-1 External
Engine Compartment Armor
(77272) A02F1001-7 Armor Plate (FS 434 TO 454 LH)
(77272) A02F1001-8 Armor Plate (FS 434 TO 454 RH)
(77272) A02F1001-9 Armor Plate Assy (FS 410 TO 434 LWR LH)
(77272) A02F1001-10 Armor Plate Assy (FS 410 TO 434 LWR RH)
(77272) A02F1001-11 Armor Plate Assy (FS 410 TO 434 UPR LH)
(77272) A02F1001-12 Armor Plate Assy (FS 410 TO 434 UPR RH)
(77272) A02F1001-13 Armor Plate (FS 434 LH)
(77272) A02F1001-14 Armor Plate (FS 434 RH)

**Group B Kit** contains the Lightweight substitute for:

Hydraulic Flight control Closet Protective Armor:
(91145) 70705-3 Closet Door Assy, UPR.
(91145) 70706-1 Closet Door Assy, LWR

**4.1.2** __LWARS Drawings__: The contractor shall provide a Product Drawing and Associated List for all LWARS components not currently supported by the Navy Supply System in accordance with **CDRL A002**. Product drawings shall provide the design disclosure information necessary to maintain quality control of the resulting physical and functional characteristics.

**4.1.3** __LWARS Technical Publication Source Data:__ The contractor shall develop and submit all necessary source data required to incorporate LWARS maintenance and system description into the government aircraft organizational, intermediate and depot level manuals in accordance with **CDRL A003**. All technical source data will become government property.

**4.2** __Qualification Test Articles (CLIN 0002):__ The contractor shall produce two complete sets of each group of LWARS to be utilized in government fit and function testing. Qualification Test Articles shall be delivered F.O.B Destination as follows:

Ship to: N65923
Building 159 Bay R4
Marine Corps Air Station (MCAS)
Cherry Point, NC 28533

Mark for: Trish Butler/Jon Winchester (PMA 226)/Mark Greiner (FRAG)
PH: (252) 464-9382/(252) 464-7484/(252) 464-8913

**4.2.1 Qualification Test Procedures:**

The contractor shall develop and submit for Government approval a Qualification Test Plan, which shall be sufficiently detailed to demonstrate the ballistics properties, environmental durability, fit and function acceptability of LWARS. The contractor shall submit the Qualification Test Plan in accordance with **CDRL A004**. The contractor shall provide all test materials and perform any testing required to demonstrate compliance with the following:

**4.2.1.1** **Weight** – The LWARS shall provide, at a minimum, a 41% +/- 5 lbs. reduction in areal density over the existing metallic armor system. This will be demonstrated by actual weighing of all pieces of the qualification test kits.

**4.2.1.2** **Ballistics** – The contractor prepared qualification test report shall address the V50 ballistics testing performed on the LWARS. Ballistic testing procedures contained in MIL-PRF-46103E, MIL-A-46099C, and MIL-STD-662F may be used as a general guide in the development of the required ballistics test plan. Test plan format shall be determined by the contractor and approved by the Government. The contractor as a general guide may use MIL-STD-367A for LWARS test data reporting.

**4.2.1.3** **Environmental Durability** – The contractor prepared qualification test report shall address, at a minimum, the following environmental factors and limits:

**Vibration** – The LWARS shall be constructed to withstand expected dynamic vibrational stresses of up to two (2) inches per second at a frequency of 4 Hz. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedures.

**Temperature** – The LWARS shall be constructed to withstand cyclic operating temperatures between -67 and 185 degrees Fahrenheit. Actual testing methods shall verify temperature and cycle parameters and will be determined by the contractor, defined by the contractor first qualification test plan, and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

**Acceleration** – The LWARS shall maintain structural integrity with altitude change capability of 2,000 feet/minute to 15,000 feet and stabilized for one hour without degradation and shall sustain no physical damage when exposed to fore, aft, up, down, lateral left, and lateral right centrifuge acceleration levels up to 3 G. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

**Fluid Compatibility** – The LWARS shall maintain structural and ballistic integrity without degradation after immersion in jet fuels (JP-5), oils, hydraulic fluid, and cleaning solvents acceptable for use on CH-46E aircraft for a period of twenty-four (24) hours each at 70 degrees Fahrenheit +/- 10 degrees Fahrenheit. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

**Humidity** - The LWARS shall maintain structural and ballistic integrity without degradation after exposure to varying degrees of constant naturally occurring humidity levels of up to 100%. Actual testing methods shall be determined by the contractor and

approved by the Government. Humidity testing may be combined with salt fog testing. MIL-STD-810F may be used as a general guide for the testing procedure.

**Salt Fog** - The LWARS shall maintain structural and ballistic integrity without degradation after exposure to varying degrees of constant aggravated salt fog screening for a period of at least forty-eight (48) hours. Actual testing methods shall verify temperature and cycle parameters and will be determined by the contractor, defined by the contractor qualification test plan, and approved by the Government. Salt fog testing may be combined with humidity testing. MIL-STD-810F may be used as a general guide for the testing procedure.

**Flammability** – The LWARS shall meet FAA requirement FAR 25.853 and appendix f, part 1, paragraph (a)(I)(ii), procedure (b)(4), 12 second vertical test for flammability.

4.2.2 **Fit** – The contractor will demonstrate that the LWARS qualification test articles conform to the mounting hole layout as shown on the Government owned drawings provided in paragraph 6.0. This will be accomplished by actual dimensional comparisons of the first article LWARS panels to the Government owned drawings. The contractor with Government oversight and approval shall perform these measurements. To demonstrate fit, the contractor shall transport the qualification test set to Naval Air Depot, Cherry Point, NC for actual fit testing on a CH-46E aircraft. All fitting tasks will be performed by the Government at Cherry Point NC, New River NC or Quantico, VA with the contractor present. The government anticipates conducting two separate fit tests on at least two separate CH-46E aircraft. Although the replacement armor mounting hole pattern is required to meet the existing drawings, a mounting approach that will accommodate variations in aircraft mount locations is required. The mounting hold location shall be accomplished using production drill fixtures, which are made at the same time as the molds and ensure precise location on every panel. Variance in hole location on aircraft can be addressed with floating fasteners. Any cost for aircraft measurements during the NRE phase are at AOA's expense and there will be no additional cost to the government. A survey of several aircraft have revealed variations in mounting bracket locations ranging from 0 .1inches to over an inch. The government is responsible for modifying aircraft that do not meet the drawing requirement. An armor mounting approach that minimizes the amount of aircraft modifications required is considered advantageous for the government.

4.2.3 **Technical Approval** - The Product drawing package, which defines the successful qualification and fit/function tested LWARS shall constitute the approved configuration baseline for the production LWARS effort. The Government's approval of the qualification test report and successful fit/function testing shall be considered as criteria in the Government's decision to exercise the production option. A Qualification Test Report shall be provided to the government in accordance with **CDRL A005**.

4.3 **Program Management, Design Reviews and Technical Interchange Meetings** - The contractor shall use technical reviews to assess completion of major scheduled technical efforts before proceeding with further technical effort. The following technical reviews shall be conducted:

4.3.1 **Program Management Review** - The contractor shall host a Program Management Review (PMR) at the contractor's facility not later than 30 days after contract award. The contractor shall present their proposed schedule and technical approach for completed efforts under the contract. Review shall include schedule, discussion of key technical elements, introduction of key personnel, establishment of points of contact and risk identification and mitigation factors. The contractor shall prepare and submit meeting minutes in accordance with **CDRL A006.** The government anticipates, at a minimum, (1) PMR.

4.3.2 **Design Reviews/Technical Interchange Meetings** - The contractor shall use design reviews as necessary to review the plans and progress towards meeting LWARS requirements and to assure all success criteria have been met. Design reviews may include technical, logistical or programmatic interests and

shall be conducted either at the contractor's facility, Cherry Point, NC or Patuxent River, MD. The contractor shall prepare and submit design review minutes in accordance with **CDRL A006.** The government anticipates, at a minimum, (2) Design Reviews. Technical Interchange Meetings (TIMS) may be requested by the government or contractor to investigate and resolve specific issues. TIMS may be conducted by telephone, Video Teleconferencing or held at the contractor's facility, Cherry Point, NC or Patuxent River, MD. The government anticipates, at a minimum, (5) TIMS.

**4.3.3** **Monthly Status Reporting** - The contractor shall provide a monthly report that includes milestones accomplished, an updated program schedule, action item status, program risk and risk assessment with program impacts, as well as other pertinent issues in accordance with **CDRL A007.**

5. **Configuration Management** - The contractor shall maintain a Configuration Control System using MIL-HDBK-61A as a guideline. The contractor shall prepare and submit their configuration management plan in accordance with **CDRL A008.**

6. **Government Furnished Information (GFI)/Government Furnished Equipment (GFE) -** The government shall provide GFI and GFE as detailed in Attachment 2.

7. **Integrated Logistics Support:**

**7.1** **Maintenance Concept Proposal -** The contractor shall develop/propose the maintenance concept for the LWARS in accordance with **CDRL A009,** using MIL-STD-2080A as a guide.

**7.2** **Navy Provisioning Source Data** - The contractor shall develop Navy Provisioning source data including provisioning factors, reliability data and warranty info for aircraft components. Data shall provide for technical identification of items for maintenance support considerations (e.g. If the armor is penetrated by bullets, is it re-usable? What type of repairs can be done? Provide information for Source, Maintenance and Recoverability (S, M & R) coding to identify disposition of armor at Organizational or Depot level), preparation of item for the purpose of assigning National Stock Numbers (NSNs); review for item entry control; standardization; review for potential interchangeability and substitutability; item management coding; preparation of allowance/issue lists and source, maintenance and recoverability coding. This source data shall also identify any peculiar packaging, handling, storage, shipping and transportation requirements in accordance with **CDRL A010.**

8. **Production and Delivery of LWARS (Option CLINs 0005, 0006, 0007, 0008)**

**8.1** **Scope** - Following successful completion of the Nonrecurring Engineering effort, the government shall have the option to exercise one or more CLINs/SubCLINs for the production units. Under these options, the contractor shall perform the effort required for the fabrication, acceptance testing and delivery of production LWARS. The contractor shall manufacture the LWARS units in accordance with the approved and finalized drawing package.

**8.2** **Requirements:**

**8.2.1** **General** - The contractor shall provide the necessary personnel, material and facilities to successfully accomplish the required tasks as detailed below.

**8.2.2** **Fabrication** - The contractor shall fabricate the LWARS production deliveries in accordance with the finalized drawings. The contractor may implement changes to improve the fabrication process that do not alter the fit or function of the LWARS components. The contractor shall implement and maintain a configuration management system to ensure control and identification of any implemented changes.

8.2.3 **Quality Assurance** - The contractor shall establish and maintain a Quality Assurance Program for all products and services provided. This program shall assure adequate quality throughout all areas of contract performance including fabrication, testing and delivery. All products and services under this contract, whether manufactured within the contractor's facility or at any other source, shall be controlled at all points necessary to assure conformance to contractual requirements.

8.3 **Hardware Delivery** - The contractor shall deliver LWARS kits in the quantities specified in Sections B and F of the contract, or as otherwise ordered by the Government.

8.3.1 **Aircraft Production Kits (CLINs 0005, 0006)** - The contractor shall deliver LWARS production kits to the Navy. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Aircraft Production Kits shall be delivered F.O.B. Origin as follows:

Ship to: N46899
Naval Air Systems Command
Central Kitting Activity
235 Industrial Loop, Suite 182
Orange Park, Florida 32073-2831
Mark for: Mr. Dave Melton
Commercial (904) 264-8091

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

8.3.2 **Interim Support Spares (CLIN 0007)** - The contractor shall provide Interim Support Spare Kits. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Interim Support Spare Kits shall be delivered F.O.B. Origin as follows:

Ship 3 EA to: N46588
NAVAIR ISS Facility
Bldg 652 Bay 6
NAS North Island CA 92135-5000

Mark for: Ms. Nilda Soriano
Commercial (619) 545-9768

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

Ship 3 EA to: N48535
NAVAIR ISS Facility
Bldg 612 Bay 12
MCAS Beaufort SC 29904-5002

Mark for: Ms. Beverly Runnion
Commercial (843) 522-3900

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

8.3.3 **Maintenance Trainer Kits (CLIN 0008)** - The contractor shall provide Maintenance Trainer Kits. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Maintenance Trainer Kits shall be delivered F.O.B. Origin as follows:

| | |
|---|---|
| Ship to: | N46899<br>Naval Air Systems Command<br>Central Kitting Activity<br>235 Industrial Loop, Suite 182<br>Orange Park, Florida 32073-2831 |
| Mark for: | Mr. Dave Melton<br>Commercial (904) 264-8091 |
| Mark for: | Kit Identification Number (KIN): TBD (Provided after Contract Award) |

8.3.4 **Field Service Support (CLIN 0009)** - The contractor shall provide field service support during the initial installation of production LWARS on the CH-46E aircraft at Naval Aviation Depot Cherry Point, NC. Field service support shall consist of phone, email, and onsite support primarily within the continental United States (CONUS). The contractor shall be capable of traveling outside the United States (OCONUS) upon 1-week notification by the Government.

SECTION D Packaging and Marking

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 5252.223-9502 | Hazardous Material | DEC 1998 |
| 5252.247-9507 | Packaging and Marking of Reports | SEP 1999 |
| 5252.247-9508 | Prohibited Packing Materials | JUN 1998 |
| 5252.247-9514 | Technical Data Packing Instructions | SEP 1999 |

CLAUSES INCORPORATED BY FULL TEXT

**D-1 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-2)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)
http://www.navair.navy.mil/ - Select "Doing Business" then select "NAVAIR clauses."

**D-2 PACKING AND PACKAGING** – Unless otherwise specified by the Government, all shipments of materials, supplies, and data provided in the performance of this contract shall be preserved, packaged, packed, and prepared for shipment to prevent deterioration and damage during shipping, handling, and storage, and to ensure safe delivery at destination in accordance with best commercial practices. The Contractor is solely responsible for preservation, marking, packaging, and packing of all materials and supplies.

**D-3 MARKING** – See Section C for shipping address/marking instructions for each CLIN.

**D-4 CONTRACT DATA REQUIREMENTS LIST (CDRL)**

**CDRLs A001- A010**
CDRLs shall be submitted electronically via e-mail in accordance with Block 14 of the DD Form 1423-1 (email addresses are provided in Section F)

5252.247-9502 UNPACKING INSTRUCTIONS: COMPLEX OR DELICATE EQUIPMENT (OCT 1994) (NAVAIR)

(a) Location on Container. When practical, one set of the unpacking instructions will be placed in a heavy water-proof envelope prominently marked "UNPACKING INFORMATION" and firmly affixed to the outside of the shipping container in a protected location, preferably between the cleats on the end of the container adjacent to the identification marking. If the instructions cover a set of equipment packed in multiple containers, the instructions will be affixed to the number one container of the set. When the unpacking instructions are too voluminous to be affixed to the exterior of the container, they will be placed inside and directions for locating them will be provided in the envelope marked "UNPACKING INFORMATION".

(b) Marking Containers. When unpacking instructions are provided, shipping containers will be stenciled "CAUTION - THIS EQUIPMENT MAY BE SERIOUSLY DAMAGED UNLESS UNPACKING INSTRUCTIONS ARE CAREFULLY FOLLOWED. UNPACKING INSTRUCTIONS ARE LOCATED TBD." When practical, this marking will be applied adjacent to the identification marking on the side of the container.

(c) Marking. All shipping containers will be marked in accordance with Section C of the contract.

5252.247-9503 MARKING OF WARRANTED ITEMS (MAR 1999) (NAVAIR)

(a) Each item covered by a warranty shall be stamped or marked in accordance with MIL-STD-129, Marking for Shipment and Storage current at the date of award. Where this is impracticable, written notice shall be attached to or furnished with the warranted item.

(b) Each item covered by a warranty shall have a written notice attached to or furnished with the warranted item, and marked with the following:

(1) National stock number or manufacturer's part number.

(2) Serial number or other item identifier (if the warranty applies to uniquely identified items).

(3) Contract number.

(4) Indication that a warranty applies.

(5) Manufacturer or entity (if other than the contractor) providing the warranty.

(6) Date or time when the warranty expires.

(7) Indication of whether or not attempted on-site repair by Government personnel will void the warranty.

5252.247-9509 PRESERVATION, PACKAGING, PACKING AND MARKING (JUL 1998) (NAVAIR)

(a) Preservation, packaging and packing shall conform to prevailing industry standards for the type of commodity purchased under this contract.

(b) All packages will be clearly marked with applicable contract number/delivery order number, and will contain appropriate packing slip. All deliveries will be marked for and/or consigned as follows:

SEE SECTION C

(c) In the event of any discrepancy in material shipped (overage, technical rejection, damage), the contractor shall, immediately upon request of the Contracting Officer, furnish disposition instructions. Normally, such disposition instruction shall be a properly completed Commercial Bill of Lading which includes, but is not limited to, the mode of shipment, routing, special handling, and so forth.

(d) If the contractor is required to install equipment upon delivery, then the contractor shall inform the Government of the date of shipment from the contractor's facilities and the anticipated date of arrival at the site. This report shall be made no later than the actual date that the shipment is made from the contractor's facilities. The report may be made by facsimile or e-mail, to the point of contact listed in Section G. All transportation, rigging, drayage, packing, unpacking, and handling necessary to accomplish the installation shall be the responsibility of the contractor.

ECTION E Inspection and Acceptance

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.246-2 | Inspection Of Supplies--Fixed Price | AUG 1996 |
| 52.246-4 | Inspection Of Services--Fixed Price | AUG 1996 |
| 52.246-5 | Inspection Of Services Cost-Reimbursement | APR 1984 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |

CLAUSES INCORPORATED BY FULL TEXT

**E-1 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-2)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)
http://www.navair.navy.mil/ - Select "Doing Business" then select "NAVAIR clauses."

**E-2 INSPECTION AND ACCEPTANCE POINT**

a. **CLIN 0001** - Inspection of the non-recurring engineering services provided hereunder shall be performed at source, the Contractor's facility, Armour of America, 1814 West 135th Street, Gardena, CA, 90249-2524, and shall be made by the cognizant Defense Contract Management Agency (DCMA) Quality Assurance Representative (QAR). Acceptance of the non-recurring engineering services provided for hereunder shall be performed by the cognizant DCMA QAR via DD Form 250.

b. **CLIN 0002** - Inspection of the qualification test systems provided for hereunder shall be conducted at source, the Contractor's facility, Armour of America, 1814 West 135th Street, Gardena, CA, 90249-2524, and shall be made by the cognizant PMA-226 program representative. The PMA-226 program representative requires 30 days notification prior to inspection. Acceptance of the qualification test system provided for the hereunder shall be performed at source, the Contractor's facility, Armour of America, 1814 West 135th Street, Gardena, CA, 90249-2524, and shall be made by the cognizant PMA-226 program representative via DD Form 250.

c. **CLIN 0003** - Inspection and acceptance of the data provided for hereunder shall be in accordance with Exhibit A (CLIN 0003), Contract Data Requirements List (CDRL) DD Form 1423. Acceptance of the data provided for hereunder shall be performed by the first addressee listed in the distribution list under Block 14 of the DD Form 1423-1.

d. **CLIN 0004 and OPTION CLIN 0010** - Inspection and acceptance of the travel, which may be required hereunder, shall be made at destination by the cognizant PMA-226 program representative via DD Form 250.

e. **OPTION CLINs 0005, 0006, 0007, and 0008** - Inspection of the lightweight armor replacement system kits provided for hereunder, shall be conducted at source, the Contractor's facility, Armour of America, 1814 West 135th Street, Gardena, CA, 90249-2524, and shall be made by the cognizant

Section E

DCMA QAR. Acceptance of the lightweight armor replacement system provided for the hereunder shall be performed at source, the Contractor's facility, Armour of America, 1814 West 135th Street, Gardena, CA, 90249-2524, and shall be made by the cognizant DCMA QAR via DD Form 250. The QAR shall ensure that the lightweight armor replacement systems provided have been produced in accordance with the Government approved drawing package.

f. **OPTION CLIN 0009** - Inspection and acceptance of the services, which may be required hereunder, shall be made at destination by the cognizant PMA-226 program representative via DD Form 250.

5252.246-9514 INSPECTION AND ACCEPTANCE OF TECHNICAL DATA AND INFORMATION (FEB 1995) (NAVAIR)

Inspection and acceptance of technical data and information will be performed by the cognizant PMA-226 program representative. Inspection of technical data and information will be performed by ensuring successful completion of the requirements set forth in the DD Form 1423, Contract Data Requirements List (CDRL) and incorporation/resolution of Government review comments on the data items. Acceptance will be evidenced by execution of an unconditional DD Form 250, Material Inspection and Receiving Report, as appropriate.

ECTION F Deliveries or Performance

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.211-17 | Delivery of Excess Quantities | SEP 1989 |
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-17 | Government Delay Of Work | APR 1984 |
| 52.247-29 | F.O.B. Origin | JUN 1988 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-61 | F.O.B. Origin--Minimum Size Of Shipments | APR 1984 |

CLAUSES INCORPORATED BY FULL TEXT

**F -1 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-2)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)
http://www.navair.navy.mil/ - Select "Doing Business" then select "NAVAIR clauses."

**-2 TIME OF DELIVERY**

The Government requires delivery to be made in accordance with the following schedule:

| DELIVERY SCHEDULE | | |
|---|---|---|
| ITEM NO. | QUANTITY | DELIVERY DATE |
| NRE | See Section B – CLIN 0001 | NLT 5 MOS After Contract Award |
| 2 Qualification Test Systems | See Section B – CLIN 0002 | NLT 5 MOS After Contract Award |
| Data for Items 0001 and 0002 | See Exhibit A (CDRLs) | See Exhibit A (CDRLs) |
| Option LWARS Production Units | See Section B – CLINs 0005 and 0006 | Option exercised NLT 7 MOS After Contract Award – See Below. |
| Option LWARS Interim Support Spares | See Section B – CLIN 0007 | Option exercised NLT 7 MOS After Contract Award – See Below |
| Option LWARS Maintenance Trainer Kits | See Section B – CLIN 0008 | Option exercised NLT 7 MOS After Contract Award – See Below |
| Field Support Services | See Section B – CLIN 0009 | Option exercised NLT 7 MOS After Contract Award and shall continue through delivery of the final production unit. |

Sect F

Note 1: Armour of America has offered an accelerated schedule per letter dated May 6, 2004. AOA will complete the entire LWARS order and ship complete by 31 October 2005 or sooner. AOA further reserves the option to ship up to 20 sets per month. The Government would like to accept this accelerated schedule. The details of the accelerated schedule will be incorporated into the contract via a future modification.

Note 2: Per the Government's requirements, delivery of the LWARS production units shall begin no later than 5 months after exercise of the option. A minimum quantity of 12 each production LWARS per month shall be shall be delivered F.O.B Origin. For example, with the exception of the first delivery, if CLINs 0005/0006/ 0007/0008 are exercised on 1 Oct 04, the delivery schedule shall be as follows:

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005/0006 | 05 | | | | | | 3 | 12 | 12 | 12 |

| | | OCT | NOV | DEC |
|---|---|---|---|---|
| 0005/0006 | 05 | 12 | 12 | 12 |

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005/0006 | 06 | 12 | 12 | 12 | 12 | 12 | 12 | | | |

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0007 | 05 | | | | | | 3 | 3 | | |

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0008 | 05 | | | | | 2 | | | | |

5252.247-9505 TECHNICAL DATA AND INFORMATION (FEB 1995) (NAVAIR)

Technical Data and Information shall be delivered in accordance with the requirements of the Contract Data Requirements List, DD Form 1423, Exhibit A, attached hereto, and the following:

(a) The contractor shall concurrently deliver technical data and information per DD Form 1423, Blocks 12 and 13 (date of first/subsequent submission) to all activities listed in Block 14 of the DD Form 1423 (distribution and addresses) for each item. Complete addresses for the abbreviations in Block 14 are shown in paragraph (g) below.

(b) Partial delivery of data is not acceptable unless specifically authorized on the DD Form 1423, or unless approved in writing by the PCO.

(c) The Government review period provided on the DD Form 1423 for each item commences upon receipt of all required data by the technical activity designated in Block 6.

(d) A copy of all other correspondence addressed to the Contracting Officer relating to data item requirements (i.e., status of delivery) shall also be provided to the codes reflected above and the technical activity responsible for the data item per Block 6, if not one of the activities listed above.

(e) The PCO reserves the right to issue unilateral modifications to change the destination codes and addresses for all technical data and information at no additional cost to the Government.

(f) Unless otherwise specified in writing, rejected data items shall be resubmitted within thirty (30) days after receipt of notice of rejection.

(g) DD Form 1423, Block 14 Mailing Addresses:

**PMA 226:**

**A001 Parts List**

Email to:
Robynn Hebert, hebertrc@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil

**A002 Product Drawings and Associated Lists**

Email to:
Robynn Hebert, hebertrc@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil

**A003 Technical Publication Source Data**

Email to:
Robynn Hebert, hebertrc@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil

**A004 Qualification Test Plan**

Email to:
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil
Mark Petrovic, petrovicmd@navair.navy.mil

**A005 Qualification Test Report**

Email to:
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil
Mark Petrovic, petrovicmd@navair.navy.mil

**A006 Meeting Minutes**

Email to:
Lt. Col. Mitch Bauman, mitchell.bauman@navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil

Email to: **A007 Contractor's Progress, Status and Management Reports**
Lt. Col. Mitch Bauman, mitchell.bauman@navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil
Julie Woods, juliann.woods@navy.mil
Robynn Hebert, hebertrc@navair.navy.mil

Email to: **A008 Configuration Management Plan**
Betty Eubanks, eubanksbj@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Robynn Hebert, hebertrc@navair.navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil

Email to: **A009 Maintenance Concept Proposal**
Robynn Hebert, hebertrc@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Mark Petrovic, petrovicmd@navair.navy.mil

Email to: **A010 Navy Provisioning Source Data**
Robynn Hebert, hebertrc@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil