# L

AoA
Armour of America

MINUTES: LWARS PDR
July 14, 2005
Armour of America
1814 W. 135th Street
Gardena, CA 90249

ATTENDEES: John Nehmens (AoA), Arthur Schreiber (AoA), Matt Williams (AoA), Selena Perry (AoA), Paul Fitzgerald (PMA-226, Air 4.1.1), Daryl Bugbee (NAVAIR 4.3.3), Linda Johnston (PMA-226), Vincent Taitingfong (PMA-226), LtCol Mitchell Bauman (PMA-226), Maj. Van Brinson (HMV-1), Jon Winchester (PMA-226), Donna McGuire (PMA-226)

1) Welcome and Introductions
2) Opening Remarks
3) Linda Johnston gave CH-46E presentation.
    a) Disclaimer
    b) Review of Agenda
    c) LWARS Integrated Product Team Organization Chart
    d) CH-46 LWARS Program Elements Milestone Schedule
        - Need tech data package before flight clearance can be received.
    e) LWARS Risk Forecast
    f) LWARS IPT Member/Distribution Listing
4) Paul Fitzgerald gave a PDR presentation.
    a) Introduction and Overview
        - Discussion regarding training for replacement armor. AoA will clarify this matter in their presentation.
    b) Design Review board
    c) Request for Action Items
        - AoA has created an Action Item Form that will be used.
    d) LWARS PDR Objectives
        - General and Detailed objectives
        - AoA requests ballistic testing of current armor
        - Completed on 16 July 2004
    e) Performance/Current Design Status
        - Ballistic Protection
        - Weight Savings
        - Effect on weight and balance
        - Interchangeability
        - Ease of removal and installation at O-level to facilitate maintenance.
        - Trainers/Training

Armour of America

Repair armour requires little training. AoA uses 3M two sided tape to attach repair armor.
**Action Item: AoA will provide technical data for 3M two sided tape used in repair armor.**

- Testing
  Armor should be able to be installed at O-Level
  Armor is paintable – AoA only needs to be provided with the spec. (comlete)
  Human Factors Issues
  Duration and Proposed Schedule of any test events.
- Costs
  NRE Cost
  Testing
  **Action Item: NAVAIR will assess what HMX testing cost will be.**
  Risk Assessment
  Cost
  Schedule
  Technical – armor should be interchangeable

5) Break
6) John Nehmens – AoA Presentation

- AoA Introduction of Business Financial Manager (Donna Filchner) and Logistics/Parts Manager (Stephen Carr).
- Review of AoA Organization Chart
- AoA General Background
- Objective/Operational Concept
  AoA will use KSP-60/Kevlar armor for the replacement armor
  HP White Test Report shows the capability of the armor.
  The body of information that AoA submitted regarding ballistic threats requires clarification. The NAVAIR requirement is 30 cal APM2 at 30° obliquity. What AoA is currently proposing will not stop that threat. AoA proposed that armor can be made to stop the 30cal APM2 at 30° obliquity threat but that the armor would be approximately 1 lb heavier.
  **Action Item: NAVAIR will assess the reality of a 7.62AP threat.**
  **Action Item: AoA will assess the 30 cal APM2 at 30° obliquity threat and determine the weight addition.**
- System/Installation Design
- Schedule/Delivery Plan
  AoA plans to build out the entire system by December 2005.
  Prototype is to be delivered in September/October time frame.
  AoA does not forsee a problem with obtaining material.

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

AoA
Armour of America

AoA needs a letter from the program office stating the urgency of getting material to support the CH-46 for OIF II. Letter is to the US Commerce Dept.
The floating fastener system will not require a modification to the aircraft.
The goal is to make the armor as interchangeable as possible.
**Action Item: AoA will arrange for vibration testing of the floating fasteners.**
AoA will refurbish the armor for a fraction of the cost.
AoA has scheduled 20 shipsets per month but can add a third shift if needed. 20 shipsets is what is comfortable for AoA considering the current backlog and 2 shifts.

- Maintenance Concept
  Periodic inspections are required.
  AoA will refurbish and repair any cracks or strike damage.
  AoA will always keep a complete set of armor in stock.
- Risk Identification/Mitigation
  Risk 1 – production could slide to the right if ballistic material is not readily available. The US Department of Commerce is controlling the allocation of ballistic material.
  **Action Item: AoA will provide a sample letter for NAVAIR to write to the Department of Commerce stressing the importance of getting armor to the fleet to help with the availability of ballistic material. – UPDATE – AoA does not have a sample on file.**
  Risk 2 – LWARS interfacing with existing mounting brackets.
- Qualification Testing
  AoA is in the process of checking to see if the Fluid Compatibility is okay at JP-4. NAVAIR requirements are JP-5.
  **Action Item: NAVAIR will evaluate whether qualification/environmental testing meets the intents of the requirements. – UPDATE Paul Fitzgerald will send the req environmental test data to AoA NLT 27 July 2004.**
- Weight Properties
  **Action Item: NAVAIR and AoA will have a conference call every Tuesday beginning 7/20/04 through September at 2pm EST.**
  **Action Item: NAVAIR will arrange delivery of excess set of old closet armor.**

7) Review of Action Items

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

8) Closing Remarks

Respectfully Submitted By:
Selena Perry
Administrative Assistant, AoA

PHONE CON: July 20, 2004

**Action Item: AoA to have final configuration of LWARS to program office NLT: 27 July 04. Will include total PSF, % of weight savings, and total weight savings.**

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

| Reference Number | Originator | Statement of Issue | Responsible Org./Co | Assignee | Target Response Date |
|---|---|---|---|---|---|
| -01 | John Nehmens | AoA will provide technical data for #M two sided tape used in repair armor. | AoA | Matt Williams | 7/21/2004 |
| -02 | Paul Fitzgerald | NAVAIR will assess what HMX testing cost will be. | NAVAIR | Paul Fitzgerald | 7/21/2004 |
| -03 | NAVAIR | NAVAIR will assess the reality of a 7.62 AP threat. | NAVAIR | Paul Fitzgerald | 7/28/2004 |
| -04 | John Nehmens | AoA will assess the 30 cal APM2 at 30° obliquity and determine the wight addition. | AoA | Matt Williams | 7/21/2004 |
| -05 | John Nehmens | AoA will arrange for vibration testing of the floating fasteners | AoA | Matt Williams | 8/13/2004 |
| -06 | NAVAIR | NAVAIR will evaluate whether qualification/environmental testing meets the intents of the requirements. | NAVAIR | Paul Fitzgerald | 8/13/2004 |
| ?07 | Linda Johnston | NAVAIR will arrange delivery of excess set of old closet | NAVAIR | Donna McGuire | 7/19/2004 |

Armour of America

| Reference Number | Originator | Statement of Issue | Responsible Org./Co | Assignee | Target Response Date |
|---|---|---|---|---|---|
| -08 | NAVAIR | NAVAIR and AoA will have a conference call every Tuesday beginning 7/20/04 through September at 2pm EST. | NAVAIR/AoA | Linda Johnston/ Matt Williams | 7/20/2004 |
| -09 | Matt Williams | AoA will provide a sample letter for NAVAIR to write to the Department of Commerce stressing the importance of getting armor to the fleet to help with the availability of ballistic material. | NAVAIR/AoA | Linda Johnston/ Matt Williams | 7/23/2004 |

# AoA – LWARS

## (Lightweight Armor Replacement System)

July 14, 2004

Mr. John Nehmens
AoA, General Manager

# AoA – LWARS

## ORGANIZATIONAL CHART



# AoA – LWARS

## Objective/Operational Concept

<u>Objective</u>

- Protect the hydraulic flight closet and engine compartment from a lower hemisphere 30 cal/7.62mm thr

<u>Operational Concept</u>

- Utilize proven 30 cal/7.62mm armor panels (KSP-60) to provide protection for the hydraulic flight closet and engine compartment.

<u>System Description</u>

- Replace existing armor with Light Weight Ar (Ceramic/Spectra/Kevlar) utilizing existing a attachment structures/fixtures.

# AoA – LWARS

## System / Installation Design

<u>15 New CH-46 (LWARS) panels to replace existing armor panels.</u>

- Hydraulic Flight Control Closet (External)
  - 5 new LWARS panels.
  - utilize existing support fixtures
  - Floating fasteners used to accommodate for existing bracket hole variations.
- Hydraulic Flight Control Closet (Internal)
  - 2 new LWARS panels.
  - utilize existing support fixtures
  - Floating fasteners used to accommodate for existing bracket hole variations.
- Engine Compartment (External)
  - 8 new LWARS panels.
  - utilize existing support fixtures
  - Floating fasteners used to accommodate for existing bracket hole variations.

# AoA – LWARS

## Schedule/Delivery Plan

AoA's accelerated date for

Solicit. date of delivery / production

6/10/04

| CLIN # | CY-04 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | | | | | | | | | (2) | | | |
| 0005AA | | | | | | | | | | | (5) | (10) |
| 0006AA | | | | | | | | | | | | |
| 0008AA | | | | | | | | | | | (2) | |
| 0008AB | | | | | | | | | | | | |

| CLIN # | CY-05 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0005AA | (18) | (18) | (18) | (18) | (20) | (20) | (20) | | | | | |
| 0006AA | | | | | | | | | | | | |
| 0005AB | | | | | | | | (18) | (18) | (18) | (16) | |
| 0006AB | | | | | | | | | | | | |
| 0007AA | (3) | (3) | | | | | | | | | | |
| 0007AB | | | | | | | | | | | | |

**NOTE: Delivery schedule predicated upon completion of validation 30 days after**

CLIN LEDGER: 0002 - QTA - Qualification Test Article 0007 - ISS -

0005/0006 - PK - Production Kit 0008 - M

# AoA – LWARS
## Maintenance Concept

The Armour when used under normal wear and care will have mean time to repair (MTR) dependent on the time it is impacted or mishandled causing the ceramic to crack.

* <u>Periodic inspections:</u> Required.

As a normal course of action periodic inspections should be performed at the same time other visual inspections are accomplished in the surrounding areas of the helicopter.

Proposed level of maintenance.

"O-Level" – Day to day upkeep, inspection for cracks and damage.

* <u>Scheduled maintenance:</u> Required.

Proposed level of maintenance.

"D-Level" – 60 Month NDI, Refurbishment

Repair of any cracks, strike damage.

# AoA – LWARS

## Risk Identification / Mitigation

- <u>Low risk for the production/delivery of the LWARS System</u>

  AoA believes that the risk associated to the design approach for the CH-46 LWARS is minimal. The design and installation concept is a form, fit and function to the existing CH-46 Helicopter Armor System.

1) <u>Risk:</u> Production may slide to the right if ballistic material is not readily available.

   <u>Mitigation</u>: AoA and the Program Office (PMA-226) to work with the US [illegible] Department of Commerce and stress the importance of getting the armor system to the fleet.

2) <u>Risk</u>: LWARS interfacing with existing mounting brackets/aircraft.

   <u>Mitigation</u>: Utilize floating fasteners.

— Art → said Sch NO. sat But I may be Able to do something.

- **Weight** – 15 re Asked stima lbs.
- **Ballistic** – $V_0$ (m Darrel said APM 2… 30 oblig. ıg w. Same day – Actual went KSP-60 armour panels, by
  HP W … evel
  - ➢ Ballistic Perfo

| | | |
|---|---|---|
| 7.62 x 51 | | 2750 FPS @ 0 Meter |
| 7.62 x 39 | Russian/Chinese | 2400 FPS @ 0 Meters |
| 5.56 M 193 | NATO | FPS @ 0 Meters |
| 5.56 M 855 | NATO Hardcore | 0 Meters |
| 5 | NATO AP | eters |

After PMR, Changed to New Material

- **Envi** Panel Material silicone carb KSP-60 for tile w/some time reconfig. of ~~After New~~ technol of to diff IIL-STD-810
  - ➢ Te … 55ºC) to 1
  - ➢ Vit

Hz

$g^2$/Hz

*Vibration … ammi… 11 milliseconds duratic*
*shock pul*

- ➢ Acceleration – 2000 feet/minute to 15,000 feet to one (1) hour
- ➢ Centrifuge acceleration 406 force, up and side

# AoA – LWARS

## Qualification Testing

- Environmental (cont)
  - Fluid Compatibility – Jet Fuel (JP-4), oils, hydraulic fluid and cleaning solvent at 70°F for 24 hours
  - Salt Fog – 5% sodium chloride and 95% deionized water for forty-eight (48) hours.
  - Humidity – 10 cycles of
    - 2 hours @ 63% - 80% @ 63°F
    - 4 hours @ 80% @ 63°F
    - 6 hours @ 20% @ 130°F
    - 1 hour @ 20% @ 63°F
    - 5 hours @ 63% @ 63°F

# AoA – LWARS

## Weight Properties

- Old Armor Protection Panels 577 lbs
- LWARS Panels 340lbs. +/[illegible] lbs
- LWARS Weight Savings 237 lbs (est.)

NOTE: LWARS weight is based on aerial density of 6.2 psf a[illegible] total of 45.2 sq ft. (calculated)

# M

DEPARTMENT OF THE NAVY
NAVAL AIR SYSTEMS COMMAND
RADM WILLIAM A. MOFFETT BUILDING
47123 BUSE ROAD, BLDG 2272, STE 353
PATUXENT RIVER MD 20670-1547

IN REPLY REFER TO

4200
Ser 2.4.3.3./04-131
22 July 2004

Armour of America
Attn: Mr. John Nehmans/Mr. Matt Williams
1814 West 135th Street
Gardena, CA 90249-2584

Gentlemen:

The Government has identified several errors in Section C- Descriptions and Specifications of our Contract N00019-04-C-3147 for the Light Weight Armor Replacement System (LWARS) on the CH-46E helicopter, which we attribute to the software that we currently use to develop and award our contracts. A modification will be issued in the near future to correct these errors. In the mean time, you should be working to the latest statement of work (SOW) which includes the changes reflected in Amendments 0001-0004 to the LWARS solicitation N00019-03-C-0073, as acknowledged by your company in your proposals, plus your proposal enhancements reflected in the current contract. Enclosure (1) sets forth the corrected SOW which will be incorporated into the subsequent modification.

With regard to the current weight reduction/ballistics issue, we want to ensure that you have sufficient time to accurately conduct testing and document the test results. Accordingly, the due date for receipt of this information is extended to 5:00 P.M. EDST on Tuesday, 27 July 2004. On or before that time, you must provide an electronic copy of all written documentation to support your findings to Mr. Jon Winchester, Ms. Linda Johnston, Mr. Paul Fitzgerald and myself. The Government will analyze this data and I will notify you as soon as possible of our determination and the next course of action. Based upon the Government's minimum requirements, your armor must have an aerial density of no more than 6.79 lbs/square foot and the entire system, less installation hardware, shall weigh no more than 323.05 lbs. All armor panels shall be capable of at least a V50 ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity.

The Government is very concerned about Armour of America's failure to meet the contractual requirements defined in the contract, and will not hesitate to take the necessary steps, which could include termination of your contract, to ensure our U.S. Marine Corps have the necessary equipment to protect them in battle. It is our desire to give your company some leverage in proving it's product, however based on the competitive nature of the procurement and the real

4200
Ser 2.4.3.3./04-131
22 July 2004

time need for the product, the Government cannot afford protracted measures to find a successful solution.

Please contact me at (301) 757-6551 if further information is required.

Sincerely,

JANICE E. WOEHRER
Contracting Officer
Naval Air Systems Command

Encl:
(1) Corrected LWARS SOW

SECTION C - DESCRIPTIONS AND SPECIFICATIONS

1. BACKGROUND:

The CH-46E aircraft has engine protective metallic armor plates on the aft pylon and around the flight control closet to protect the aircraft from small arms fire. The armor is capable of protecting the aircraft from small arms fire (.30 cal; 7.62mm round). The total weight of the current metallic armor system is approximately **497** pounds (for the engine armor and the flight control closet armor). Non-developmental armor systems exist that could replace existing CH-46E metallic armor with a lightweight substitute which would provide the same coverage area with the same or better ballistic protection and with a least a 35% weight reduction over the existing armor system. The efficiency of the CH-46E to perform the medium lift assault support mission largely depends on aircraft payload. Over 39 years of service, the empty weight of the aircraft has grown by 1600 pounds, limiting payload and range and degrading mission performance. Reducing the empty weight via weight reduction initiatives is a low risk viable means of restoring mission effectiveness. In addition, the CH-46E operates with little to no margin of safety in relation to torque available versus torque required. Providing lighter armor will not only positively impact mission restoration, but will also return some margin of safety to torque available, especially when combined with other ongoing initiatives. The CH-46E Light Weight Armor Replacement System will be referred to as LWARS.

2. SCOPE:

The Statement of Work (SOW) for this effort is defined in Sections 3 through 8 below. It defines the efforts to be performed by the contractor. In accordance with the SOW, the contractor shall design, test and manufacture a Light Weight Armor Replacement System (LWARS) for the Marine Corps' CH-46E tandem rotor helicopter. The contractor shall meet or exceed all requirements defined by this parent document as well as subordinate documents to the extent they apply, unless otherwise directed by the government. See Section J for additional attachments to this document.

3. APPLICABLE DOCUMENTS:

| | |
|---|---|
| MIL-PRF-46103E | Military Specification Armor: Lightweight, Ceramic-Faced Composites |
| MIL-A-46099C | Armor Plate, Steel, Roll-Bonded, DNAL Hardness (0.187 Inches To 0.700 Inches Inclusive |
| MIL-STD-662F | V50 Ballistic Test for Armor |
| MIL-STD-367A | Armor Test Data Reporting |
| MIL-STD-810F | Environmental Engineering Considerations And Laboratory Tests |
| MIL-STD-2080A | Maintenance Plan Analysis For Aircraft And Ground Support Equipment |
| MIL-HDBK-61A | Configuration Management Guidance |

4. LWARS Nonrecurring Engineering Requirements:

4.1. LWARS Requirements (CLIN 0001): The contractor shall design a LWARS to be a fit and function lightweight replacement for the existing metallic armor system. The existing armor design, installation, marking/identification, and finish requirements are defined by drawing numbers listed in paragraph 4.1.1 below. **The LWARS shall provide, at a minimum, a 41% +/- 5 lbs. reduction in areal density over the existing metallic armor system, and no recurring routine maintenance after installation. The LWARS shall be capable of at least a $V_{50}$ ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity. The LWARS shall be able to withstand multiple ballistic impacts of 3 equidistant hits in a 3-inch circle, which is 2.6 inches between shots, and shall be made of**

**material that readily accepts the surface finish requirements of the aircraft.** The LWARS shall mate with existing airframe mounting brackets without benefit of modification, shall not cause dissimilar metal corrosion, and shall provide provisions for maintenance access equivalent to the existing metallic armor system. The LWARS shall be capable of withstanding the normal vibratory and acceleration loads generated by the aircraft and shall not be affected by contact with normal aircraft fuels and oils. The properties of the LWARS shall not be affected by exposure to humidity, salt spray, and normal aircraft operating temperatures. The contractor shall use commercial products, processes and practices to reduce development, production and operational support costs to maximum extent practicable.

**4.1.1** **LWARS Kit:** The contractor shall develop a complete Parts List defining the LWARS and all necessary components (attaching hardware, mounting brackets, etc) required for LWARS integration in accordance with **CDRL A001**. A full suite of aircraft armor consists of a combination of Group A and Group B kits as defined below. To support aircraft weight reduction efforts, the government is conducting an engineering assessment to remove individual armor components. Group A and Group B definitions facilitate identification of one or more kits, which may be eliminated as a result of the engineering assessment. The LWARS kits will be separately grouped and priced as follows:

**Group A Kit** contains the Lightweight substitute for:

Hydraulic Flight Control Closet Protective Armor:
(91145) 70894-1 External
(91145) 70893-1 External
(91145) 70891-3 External, UPR
(91145) 70891-5 External, LWR
(91145) 70892-1 External
Engine Compartment Armor
(77272) A02F1001-7 Armor Plate (FS 434 TO 454 LH)
(77272) A02F1001-8 Armor Plate (FS 434 TO 454 RH)
(77272) A02F1001-9 Armor Plate Assy (FS 410 TO 434 LWR LH)
(77272) A02F1001-10 Armor Plate Assy (FS 410 TO 434 LWR RH)
(77272) A02F1001-11 Armor Plate Assy (FS 410 TO 434 UPR LH)
(77272) A02F1001-12 Armor Plate Assy (FS 410 TO 434 UPR RH)
(77272) A02F1001-13 Armor Plate (FS 434 LH)
(77272) A02F1001-14 Armor Plate (FS 434 RH)

**Group B Kit** contains the Lightweight substitute for:

Hydraulic Flight control Closet Protective Armor:
(91145) 70705-3 Closet Door Assy, UPR.
(91145) 70706-1 Closet Door Assy, LWR

**4.1.2** **LWARS Drawings**: The contractor shall provide a Product Drawing and Associated List for all LWARS components not currently supported by the Navy Supply System in accordance with **CDRL A002**. Product drawings shall provide the design disclosure information necessary to maintain quality control of the resulting physical and functional characteristics.

4.1.3 **LWARS Technical Publication Source Data:** The contractor shall develop and submit all necessary source data required to incorporate LWARS maintenance and system description into the government aircraft organizational, intermediate and depot level manuals in accordance with **CDRL A003**. All technical source data will become government property.

4.2 **Qualification Test Articles (CLIN 0002):** The contractor shall produce two complete sets of each group of LWARS to be utilized in government fit and function testing. Qualification Test Articles shall be delivered F.O.B Destination as follows:

Ship to: N65923
Building 159 Bay R4
Marine Corps Air Station (MCAS)
Cherry Point, NC 28533

Mark for: Trish Butler/Jon Winchester (PMA 226)/Mark Greiner (FRAG)
PH: (252) 464-9382/(252) 464-7484/(252) 464-8913

4.2.1 **Qualification Test Procedures:**

The contractor shall develop and submit for Government approval a Qualification Test Plan, which shall be sufficiently detailed to demonstrate the ballistics properties, environmental durability, fit and function acceptability of LWARS. The contractor shall submit the Qualification Test Plan in accordance with **CDRL A004**. The contractor shall provide all test materials and perform any testing required to demonstrate compliance with the following:

4.2.1.1 Weight – **The LWARS shall provide, at a minimum, a 41% +/- 5 lbs. reduction in areal density over the existing metallic armor system.** This will be demonstrated by actual weighing of all pieces of the qualification test kits.

4.2.1.2 Ballistics – **The LWARS shall be capable of at least a $V_{50}$ ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at a 30-degree angle of obliquity. The LWARS shall also be able to withstand multiple ballistic impacts. Offerors will be evaluatted based on the standards contained in MIL-STD-662F, which supplies minimum spacing requirements for material type and thickness.** The contractor prepared qualification test report shall address the $V_{50}$ ballistics testing performed on the LWARS. Ballistic testing procedures contained in MIL-PRF-46103E, MIL-A-46099C, and MIL-STD-662F may be used as a general guide in the development of the required ballistics test plan. Test plan format shall be determined by the contractor and approved by the Government. The contractor as a general guide may use MIL-STD-367A for LWARS test data reporting. **The LWARS shall be able to withstand multiple ballistic impacts of 3 equidistant hits in a 3-inch circle, which is 2.6 inches between shots.**

4.2.1.3 Environmental Durability – The contractor prepared qualification test report shall

address, at a minimum, the following environmental factors and limits:

**Vibration** – The LWARS shall be constructed to withstand expected dynamic vibrational stresses of up to two (2) inches per second at a frequency of 4 Hz. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedures.

**Temperature** – The LWARS shall be constructed to withstand cyclic operating temperatures between **-67 and 185 degrees Fahrenheit**. Actual testing methods shall verify temperature and cycle parameters and will be determined by the contractor, defined by the contractor first qualification test plan, and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

**Acceleration** – **The LWARS shall maintain structural integrity with altitude change capability of 2,000 feet/minute to 15,000 feet and stabilized for one hour without degradation and shall sustain no physical damage when exposed to fore, aft, up, down, lateral left, and lateral right centrifuge acceleration levels up to 3 G.** Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

**Fluid Resistance** – The LWARS shall maintain structural and ballistic integrity without degradation after immersion in jet fuels (JP-5), oils, hydraulic fluid, and cleaning solvents acceptable for use on CH-46E aircraft for a period of twenty-four (24) hours each at 70 degrees Fahrenheit +/- 10 degrees Fahrenheit. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

**Humidity** - The LWARS shall maintain structural and ballistic integrity without degradation after exposure to varying degrees of constant naturally occurring humidity levels of up to 100%. Actual testing methods shall be determined by the contractor and approved by the Government. Humidity testing may be combined with salt fog testing. MIL-STD-810F may be used as a general guide for the testing procedure.

**Salt Fog** - The LWARS shall maintain structural and ballistic integrity without degradation after exposure to varying degrees of constant aggravated salt fog screening for a period of at least forty-eight (48) hours. Actual testing methods shall verify temperature and cycle parameters and will be determined by the contractor, defined by the contractor qualification test plan, and approved by the Government. Salt fog testing may be combined with humidity testing. MIL-STD-810F may be used as a general guide for the testing procedure.

**Flammability** – **The LWARS shall meet FAA requirement FAR 25.853 and appendix f, part 1, paragraph (a)(I)(ii), procedure (b)(4), 12 second vertical test for flammability.**

4.2.2 **Fit** – **The LWARS shall be made of material that readily accepts the surface finish requirements of the aircraft and shall mate with the existing airframe mounting brackets without benefit of modfication.** The contractor will demonstrate that the

LWARS qualification test articles conform to the mounting hole layout as shown on the Government owned drawings provided in paragraph 6.0. This will be accomplished by actual dimensional comparisons of the first article LWARS panels to the Government owned drawings. The contractor with Government oversight and approval shall perform these measurements. To demonstrate fit, the contractor shall transport the qualification test set to Naval Air Depot, Cherry Point, NC for actual fit testing on a CH-46E aircraft. All fitting tasks will be performed by the Government at Cherry Point NC, New River NC or Quantico, VA with the contractor present. The government anticipates conducting two separate fit tests on at least two separate CH-46E aircraft. Although the replacement armor mounting hole pattern is required to meet the existing drawings, a mounting approach that will accommodate variations in aircraft mount locations is required. **The mounting hold location shall be accomplished using production drill fixtures, which are made at the same time as the molds and ensure precise location on every panel. Variance in hole location on aircraft can be addressed with floating fasteners. Any cost for aircraft measurements during the NRE phase are at AOA's expense and there will be no additional cost to the government.** A survey of several aircraft have revealed variations in mounting bracket locations ranging from 0 .1inches to over an inch. The government is responsible for modifying aircraft that do not meet the drawing requirement. An armor mounting approach that minimizes the amount of aircraft modifications required is considered advantageous for the government.

**4.2.3** <u>**Technical Approval**</u> - The Product drawing package, which defines the successful qualification and fit/function tested LWARS shall constitute the approved configuration baseline for the production LWARS effort. The Government's approval of the qualification test report and successful fit/function testing shall be considered as criteria in the Government's decision to exercise the production option. A Qualification Test Report shall be provided to the government in accordance with **CDRL A005**.

**4.3** <u>**Program Management, Design Reviews and Technical Interchange Meetings**</u> - The contractor shall use technical reviews to assess completion of major scheduled technical efforts before proceeding with further technical effort. The following technical reviews shall be conducted:

**4.3.1** <u>**Program Management Review**</u> - The contractor shall host a Program Management Review (PMR) at the contractor's facility not later than 30 days after contract award. The contractor shall present their proposed schedule and technical approach for completed efforts under the contract. Review shall include schedule, discussion of key technical elements, introduction of key personnel, establishment of points of contact and risk identification and mitigation factors. The contractor shall prepare and submit meeting minutes in accordance with **CDRL A006.** The government anticipates, at a minimum, (1) PMR.

**4.3.2** <u>**Design Reviews/Technical Interchange Meetings**</u> - The contractor shall use design reviews as necessary to review the plans and progress towards meeting LWARS requirements and to assure all success criteria have been met. Design reviews may include technical, logistical or programmatic interests and shall be conducted either at the contractor's facility, Cherry Point, NC or Patuxent River, MD. The contractor shall prepare and submit design review minutes in accordance with **CDRL A006.** The government anticipates, at a minimum, (2) Design Reviews. Technical Interchange Meetings (TIMS) may be requested by the government or contractor to investigate and resolve specific issues. TIMS may be conducted by telephone, Video Teleconferencing or held at the contractor's facility, Cherry Point, NC or Patuxent River, MD. The government anticipates, at a minimum, (5) TIMS.

4.3.3 **Monthly Status Reporting** - The contractor shall provide a monthly report that includes milestones accomplished, an updated program schedule, action item status, program risk and risk assessment with program impacts, as well as other pertinent issues in accordance with **CDRL A007.**

5. **Configuration Management** - The contractor shall maintain a Configuration Control System using MIL-HDBK-61A as a guideline. The contractor shall prepare and submit their configuration management plan in accordance with **CDRL A008.**

6. **Government Furnished Information (GFI)/Government Furnished Equipment (GFE)** - The government shall provide GFI and GFE as detailed in Attachment 2.

7. **Integrated Logistics Support:**

7.1 **Maintenance Concept Proposal** - The contractor shall develop/propose the maintenance concept for the LWARS in accordance with **CDRL A009**, using MIL-STD-2080A as a guide. **An approach that minimizes or excludes a requirement for maintenance is considered advantageous to the Government.**

7.2 **Navy Provisioning Source Data** - The contractor shall develop Navy Provisioning source data including provisioning factors, reliability data and warranty info for aircraft components. Data shall provide for technical identification of items for maintenance support considerations (e.g. If the armor is penetrated by bullets, is it re-usable? What type of repairs can be done? Provide information for Source, Maintenance and Recoverability (S, M & R) coding to identify disposition of armor at Organizational or Depot level), preparation of item for the purpose of assigning National Stock Numbers (NSNs); review for item entry control; standardization; review for potential interchangeability and substitutability; item management coding; preparation of allowance/issue lists and source, maintenance and recoverability coding. This source data shall also identify any peculiar packaging, handling, storage, shipping and transportation requirements in accordance with **CDRL A010.**

8. **Production and Delivery of LWARS (Option CLINs 0005, 0006, 0007, 0008)**

8.1 **Scope** - Following successful completion of the Nonrecurring Engineering effort, the government shall have the option to exercise one or more CLINs/SubCLINs for the production units. Under these options, the contractor shall perform the effort required for the fabrication, acceptance testing and delivery of production LWARS. The contractor shall manufacture the LWARS units in accordance with the approved and finalized drawing package.

8.2 **Requirements:**

8.2.1 **General** - The contractor shall provide the necessary personnel, material and facilities to
successfully accomplish the required tasks as detailed below.

8.2.2 **Fabrication** - The contractor shall fabricate the LWARS production deliveries in accordance with the finalized drawings. The contractor may implement changes to improve the fabrication process that do not alter the fit or function of the

LWARS components. The contractor shall implement and maintain a configuration management system to ensure control and identification of any implemented changes.

8.2.3 Quality Assurance - The contractor shall establish and maintain a Quality Assurance Program for all products and services provided. This program shall assure adequate quality throughout all areas of contract performance including fabrication, testing and delivery. All products and services under this contract, whether manufactured within the contractor's facility or at any other source, shall be controlled at all points necessary to assure conformance to contractual requirements.

8.3 Hardware Delivery - The contractor shall deliver LWARS kits in the quantities specified in Sections B and F of the contract, or as otherwise ordered by the Government.

8.3.1 **Aircraft Production Kits (CLINs 0005, 0006)** - The contractor shall deliver LWARS production kits to the Navy. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Aircraft Production Kits shall be delivered F.O.B. Origin as follows:

Ship to: N46899
Naval Air Systems Command
Central Kitting Activity
235 Industrial Loop, Suite 182
Orange Park, Florida 32073-2831

Mark for: Mr. Dave Melton
Commercial (904) 264-8091

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

8.3.2 **Interim Support Spares (CLIN 0007)** - The contractor shall provide Interim Support Spare Kits. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Interim Support Spare Kits shall be delivered F.O.B. Origin as follows:

Ship 3 EA to: N46588
NAVAIR ISS Facility
Bldg 652 Bay 6
NAS North Island CA 92135-5000

Mark for: Ms. Nilda Soriano
Commercial (619) 545-9768

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

Ship 3 EA to: N48535
NAVAIR ISS Facility
Bldg 612 Bay 12
MCAS Beaufort SC 29904-5002

Mark for: Ms. Beverly Runnion
Commercial (843) 522-3900

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

8.3.3 **Maintenance Trainer Kits (CLIN 0008)** - The contractor shall provide Maintenance Trainer Kits. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Maintenance Trainer Kits shall be delivered F.O.B. Origin as follows:

Ship to: N46899
Naval Air Systems Command
Central Kitting Activity
235 Industrial Loop, Suite 182
Orange Park, Florida 32073-2831

Mark for: Mr. Dave Melton
Commercial (904) 264-8091

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

8.3.4 **Field Service Support (CLIN 0009)** - The contractor shall provide field service support during the initial installation of production LWARS on the CH-46E aircraft at Naval Aviation Depot Cherry Point, NC. Field service support shall consist of phone, email, and onsite support primarily within the continental United States (CONUS). The contractor shall be capable of traveling outside the United States (OCONUS) upon 1- week notification by the Government.