## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion to Intervene, Memorandum in Support of Motion to Intervene, Corporate Disclosure Statement, and proposed Order by ArmorWorks, LLC to be served this 23rd day of January 2006 by facsimile and first-class mail, postage prepaid on:

Leslie Cayer Ohta, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530

Cynthia Malyszek, Esq.
Malyszek & Malyszek
10100 Santa Monica Blvd., Suite 800
Los Angeles, CA. 90067

s/Steven D. Gordon
Steven D. Gordon