# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1731C (Chief Judge Edward J. Damich) |
| UNITED STATES | ) | |
| Defendants. | ) | |
| and | ) | |
| ARMORWORKS, LLC | ) | |
| Intervenor | ) | |

## ORDER GRANTING MOTION TO INTERVENE BY ARMORWORKS, LLC

Upon consideration of the Motion to Intervene by ArmorWorks, LLC and responses thereto, it is this __ day of January 2006 by the United States Court of Federal Claims:

ORDERED that the Motion by ArmorWorks, LLC is GRANTED; and it is

FURTHER ORDERED that ArmorWorks, LLC is hereby made a party to this litigation for the limited purpose of representing and protecting its interest with respect to any of ArmorWorks' information or materials in the possession of either the Plaintiff or the Defendant.

________________________________

Chief Judge Edward J. Damich

Copies to:

Leslie Cayer Ohta, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530

Cynthia Malyszek, Esq.
Malyszek & Malyszek
10100 Santa Monica Blvd., Suite 800
Los Angeles, CA. 90067

Steven D. Gordon
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W. Suite 100
Washington, DC 20006-6801