# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| Plaintiff, | ) | No. 04-1731C |
| v. | ) | (Chief Judge Edward J. Damich) |
| UNITED STATES | ) | |
| Defendants. | ) | |
| and | ) | |
| ARMORWORKS, LLC | ) | |
| Intervenor | ) | |

## CORPORATE DISCLOSURE STATEMENT OF ARMORWORKS, LLC

Pursuant to RCFC 7.1, Intervenor ArmorWorks, LLC ("ArmorWorks"), by its undersigned counsel, states that ArmorWorks does not have a parent corporation and that no publicly held corporation owns 10% or more of ArmorWorks' stock.

Dated: January 23, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/Steven D. Gordon

Steven D. Gordon
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 – phone
(202) 955-5564 – fax

Counsel for Intervenor ArmorWorks, LLC

# 3519012_v1