IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1731C<br>(Chief Judge Edward J. Damich) |

JOINT MOTION FOR ENTRY OF STIPULATION AND
PROTECTIVE ORDER REGARDING PROPRIETARY INFORMATION

Pursuant to Rules 7(b) and 26(c) of the Rules of the United States Court of Federal Claims, the parties respectfully request that the Court enter the accompanying proposed Stipulation and Protective Order regarding proprietary information. In support of this motion, counsel for the parties state that discovery in this case may involve the disclosure of proprietary information relating to the contract that is the subject matter of this dispute and regarding the re-procurement contract that is the subject matter of the Government's counterclaim. This includes some documents marked as containing "proprietary" information of ArmorWorks, the re-procurement contractor, who is not a party to this litigation. A list of the documents covered by this protective order is attached to the parties' proposed protective order.

Plaintiff does not agree or admit that all documents on the list were marked "proprietary," or were marked in accordance with contract or law, or that they in fact contain "proprietary" information. However, based upon this joint motion, plaintiff has returned to the Government all documents on the attached list, as well as the ten yellow binders containing ArmorWorks' documents.

Given the potential proprietary nature of these documents, and the possible need for using the information contained therein during the litigation, it is in the interest of the parties to see the entry of the accompanying stipulation and protective order.

For these reasons, the parties respectfully request that this joint motion for the entry of the stipulation and protective order be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Cynthia Malyszek
CYNTHIA MALYSZEK, ESQ.
Malyszek & Malyszek
10100 Santa Monica Blvd.
Los Angeles, CA 90067
310-772-2266

Attorney for Plaintiff

Dated: February 2, 2006

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972

Attorneys for Defendant

Dated: February 2, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of February, 2006, I caused to be served a copy of JOINT MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER REGARDING PROPRIETARY INFORMATION by regular mail, addressed as follows:

Steven D. Gordon, Esq.
Holland & Knight LLP
2900 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006

____________________________________

cc:
Bridget Jarvis, Associate Counsel
Naval Air Systems Command (AIR-11.1)
47123 Buse Road, Bldg. 2272, Unit 353
Patuxent River, MD 20670