# In the United States Court of Federal Claims

No. 04-1731 C
(Filed: February 23, 2006)

**********************************
**ARMOUR OF AMERICA,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

On January 24, 2006, Armorworks, LLC ("Armorworks") filed its Motion to Intervene. Response to that motion was due on February 10, 2006. Defendant timely filed its response to the motion to intervene on February 1, 2006. In contrast, Plaintiff attempted to file its response on February 14, 2006, four days after the due date. This late filing by Plaintiff is filed by leave of the judge. Plaintiff is reminded to abide by court deadlines in the future and to either file a motion for enlargement of time or file a motion for leave to file its response out of time.

On February 13, 2006, Armorworks attempted to file a reply to Defendant's response to its motion to intervene. The reply was stricken from the record on February 17, 2006, because the electronic signature was improper and because the caption incorrectly identified Armorworks as the Intervenor despite the fact that its motion has not yet been granted. On February 17, 2006, Armorworks was ordered to file a corrected reply. Armorworks did attempt to file a corrected reply on February 22, 2006. The signature was corrected, but the caption still listed Armorworks, albeit as the "proposed intervenor." This reply by Armorworks is filed by leave of the judge. Armorworks is again reminded that all future filings shall not list Armorworks in the caption until a favorable decision is rendered on its Motion to Intervene.

On February 21, 2006, Armorworks attempted to file a reply to Plaintiff's response to its motion to intervene. Again, the electronic signature and the caption were defective. This reply by Armorworks is stricken from the record.

Armorworks is hereby ORDERED to file its corrected reply to Plaintiff's response to its motion to intervene on or before **March 2, 2006**. The corrected reply shall include an acceptable electronic signature pursuant to General Order No. 42A and shall not list Armorworks in the caption.

s/ Edward J. Damich
Edward J. Damich
Chief Judge