**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARMOUR OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES<br><br>Defendant,<br><br>and<br><br>ARMORWORKS, LLC<br><br>Intervenor | ) | No. 04-1731C<br>(Chief Judge Edward J. Damich) |

**CORPORATE DISCLOSURE STATEMENT OF ARMORWORKS, LLC**

Pursuant to RCFC 7.1, Intervenor ArmorWorks, LLC ("ArmorWorks"), by its undersigned counsel, states that ArmorWorks does not have a parent corporation and that no publicly held corporation owns 10% or more of ArmorWorks' stock.

Dated: March 31, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/Steven D. Gordon

Steven D. Gordon
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 – phone
(202) 955-5564 – fax

Counsel for Intervenor ArmorWorks, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Corporate Disclosure Statement of ArmorWorks, LLC to be served this 31st day of March 2006 electronically on:

Leslie Cayer Ohta, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530

Cynthia Malyszek, Esq.
Malyszek & Malyszek
10100 Santa Monica Blvd., Suite 800
Los Angeles, CA. 90067

s/Steven D. Gordon
Steven D. Gordon

# 3692416_v1