# In the United States Court of Federal Claims

No. 04-1731 C

(Filed: April 13, 2006)

********************************
**ARMOUR OF AMERICA,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
********************************

**ORDER**

Pursuant to the status conference held on April 13, 2006, the Court ORDERS the following:

1. Plaintiff's counsel shall file notice with the Court as soon as she receives a final decision from the contracting officer regarding Plaintiff's December 12, 2005, claim.

2. Plaintiff's counsel shall send a letter to Intervenor's counsel complying to the extent possible with ¶ 2-3 of Intervenor's proposed protective order. Plaintiff's counsel shall provide a copy of the letter to Defendant's counsel and file a copy of the letter with the Court on or before **April 28, 2006**.

3. Defendant's counsel shall provide the ten yellow binders to Intervenor's counsel. Intervenor's counsel alone, and not any employees of ArmorWorks, shall review the binders and bracket, or otherwise indicate, the portions of the material within the binders that are proprietary. Intervenor's counsel shall return the binders with the proposed redactions to Defendant's counsel on or before **April 28, 2006**.

4. Plaintiff and Defendant shall adhere to the following discovery schedule:

| | |
|---|---|
| Exchange of Documents on | **May 1, 2006** |
| Fact Discovery ends | **October 2, 2006** |
| Designation of Expert Witnesses on | **June 30, 2006** |
| Exchange of Expert Reports on | **November 30, 2006** |
| Expert Discovery (and All Discovery) ends | **January 31, 2007** |

5. The Parties shall appear for a Telephonic Status Conference on **May 16, 2006**, at 1:00 pm Eastern Time. One business day before the conference, counsel shall call Ms. Shirley Scott, Judicial Assistant to Chief Judge Damich, at 202/357-6483, to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names, phone numbers and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge