# Exhibit 1

**Craig, David J (WAS - X72667)**

**From:** Gordon, Steven D (WAS - X77038)
**Sent:** Monday, May 15, 2006 11:50 AM
**To:** Craig, David J (WAS - X72667)
**Subject:** FW: Armour of America v. United States

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Monday, May 15, 2006 11:37 AM
To: cyndi@2malyszek.com; steven.gordon@hklaw.com
Cc: bridget.jarvis@navy.mil
Subject: RE: Armour of America v. United States

The Government' position is that the appropriateness of ArmorWorks designation of proprietary information should be litigated. Please call if you would like to discuss this issue.

Leslie

-----Original Message-----
From: steven.gordon@hklaw.com [mailto:steven.gordon@hklaw.com]
Sent: Monday, May 15, 2006 10:38 AM
To: cyndi@2malyszek.com
Cc: Ohta, Leslie (CIV)
Subject: Armour of America v. United States

Dear Ms. Malyszek,

The status conference in this matter is scheduled for tomorrow. There are two outstanding issues that we believe it would be desirable to resolve, or at least discuss, before talking with the Court. The first is your position with regard to our proposal, set forth in my email of May 4 to Ms. Ohta and you, on how to handle the documents that contain information ArmorWorks considers proprietary. The second is your response to the follow up questions posed in David Craig's May 11 email to you, regarding the letter you provided in response to the Court's order. I would appreciate it if you would let us know your position on these issues prior to the status conference. Feel free to contact either David Craig or me.

Thanks.

Steve Gordon

Holland + Knight

Steven D. Gordon
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Main 202 955 3000
Direct 202 457 7038
Fax 202 955 5564
Email steven.gordon@hklaw.com

www.hklaw.com

NOTICE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an

existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.