# Exhibit 2

Holland+Knight

Tel 202 955 3000
Fax 202 955 5564

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
www.hklaw.com

David J. Craig
202-419-2667
david.craig@hklaw.com

April 28, 2006

**BY HAND DELIVERY**

Leslie Cayer Ohta, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

RE: *Armour of America v. United States*, Court of Federal Claims No. 04-1731C

Dear Ms. Ohta:

Pursuant to the Court's April 13, 2006 order in the above referenced matter, I have enclosed the original ten "yellow" binders with ArmorWorks' proposed redactions marked in red. Where we propose to redact an entire page, we have written "All" in the bottom right corner of that page. I have also enclosed the set of approximately 850 pages of documents that you provided to our offices on March 2, 2006, as well as the three documents contained in the original set sent to ArmorWorks but omitted from the 850 pages, again with proposed redactions marked in red. For your convenience, we have flagged the binder pages containing proposed redactions. We have retained two copy sets of the documents contained in the binders, one "clean" and one reflecting ArmorWorks' proposed redactions, to use during the process of finalizing the redactions.

Please contact me once you have had an opportunity to review our proposed redactions so that we can discuss any questions, comments, or disagreements. It is our understanding that at this time, no documents containing ArmorWorks' proposed redactions will be returned to counsel for Armour of America.

Leslie Gayer Ohta, Esq.
Trial Attorney
Page 2
April 28, 2006

Sincerely,

HOLLAND & KNIGHT LLP

David J. Craig

Enclosures

cc: Cynthia Malyszek, Esq., (w/o enclosures)

# 3749714_v1