# Exhibit 3

**Craig, David J (WAS - X72667)**

**From:** Gordon, Steven D (WAS - X77038)
**Sent:** Wednesday, May 03, 2006 4:03 PM
**To:** Craig, David J (WAS - X72667)
**Subject:** FW: Armour, ArmorWorks Documents, Proposed Redactions

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Wednesday, May 03, 2006 1:17 PM
To: steven.gordon@hklaw.com
Cc: bridget.jarvis@navy.mil; cyndi@2malyszek.com
Subject: Armour, ArmorWorks Documents, Proposed Redactions

It is my understanding that you do not want me to share your proposed redactions of alleged proprietary information with counsel for Armour of America.

Without the concurrence of counsel for Armour of America that, while some, if not all, of the information you propose be redacted, does not constitute proprietary information, such information is not essential to the parties ability to prosecute or defend their respective positions in this litigation, the Government can not agree to your proposed redactions.

The Government has no alternate except to litigate all of the proposed redactions that the Government believes go beyond the scope of what is protected by the proprietary information privilege.

Moreover, it was by understanding, that ArmorWorks was going to provide us with the factual and legal bases of your opinions that the material that you propose be redacted in fact constitutes proprietary information.  No such explanation has been provided.

Leslie Ohta