# In the United States Court of Federal Claims

No. 04-1731 C
(Filed: May 17, 2006)

********************************
**ARMOUR OF AMERICA,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
********************************

**ORDER**

Pursuant to the status conference held on May 16, 2006, the Court ORDERS Defendant to file a memorandum on or before **July 21, 2006**, directed to the following matters:

1. Whether issuance of a protective order constitutes a determination that the protected information is proprietary for purposes other than the instant litigation;

2. What criteria govern the Court's determination whether information is proprietary or not; and

3. What procedures the Court should adopt to determine which of Intervenor's proposed redactions are proprietary and which are not, giving due weight to considerations of economy and efficiency on behalf of the Court and the parties.

The Court further ORDERS Intervenor to file a response to Defendant's memorandum on or before **August 11, 2006**. Plaintiff may, at its option, file a response on or before the same date. Defendant may, at its option, file a reply on or before **August 23, 2006**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge