IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARMOUR OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ARMORWORKS,<br><br>Intervenor. | No. 04-1731C<br>(Chief Judge Edward J. Damich) |

DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DISCOVERY DEADLINES

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court amend its April 13, 2006 scheduling order by extending each of the pending deadlines set forth therein by four months. The April 13, 2006 order provides that fact discovery be completed by October 2, 2006; that expert reports be exchanged by November 30, 2006; and that expert discovery be completed by January 13, 2007. This is defendant's first motion for this purpose. Plaintiff's counsel has indicated that she does not oppose the granting of this motion.

Additional time is needed to complete discovery in this matter because the parties have been involved in the issue pertaining to the alleged disclosure of ArmorWorks' proprietary information by the Government, and consequently have not been focused upon completing discovery in this matter.

Based upon the above, it is respectfully requested that defendant's motion for a four -month extension of the discovery deadlines be granted, thereby extending until February 2,

2007, the deadline within which to complete fact discovery, until March 30, 2007, the deadline within which to exchange expert reports; and until May 13, 2007 the deadline within which to complete expert discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

<u>OF COUNSEL</u>

BRIDGET JARVIS
Associate Counsel
Naval Air Systems Command
47123 Buse Road, Bldg. 2272, Unit 353
Patuxent River, MD 20670

September 27, 2006