# In the United States Court of Federal Claims

No. 04-1731 C
(Filed: September 29, 2006)

```
*********************************
ARMOUR OF AMERICA,              *
                                *
                Plaintiff,      *
                                *
     v.                         *
                                *
THE UNITED STATES,              *
                                *
                Defendant.      *
                                *
*********************************
```

## ORDER

On September 27, 2006, Defendant filed an Unopposed Motion to Extend the Discovery Deadlines. In the motion, Defendant asks the Court to extend each of the pending discovery deadlines set forth in the Court's April 13, 2006, scheduling order by four months. The Court GRANTS Defendant's motion.

The pending deadlines set forth in the discovery schedule issued on the April 13, 2006, are hereby cancelled. Instead, Plaintiff and Defendant shall adhere to the following discovery schedule:

| | |
|---|---|
| Fact Discovery ends | **February 2, 2007** |
| Exchange of Expert Reports by | **March 30, 2007** |
| Expert Discovery ends | **May 14, 2007**[1] |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1] Although Defendant proposes May 13, 2007 as the expert discovery deadline in the motion, May 13, 2007, is a Sunday.