# In the United States Court of Federal Claims

No. 04-1731 C

(Filed: October 18, 2006)

```
**********************************
ARMOUR OF AMERICA,                *
                                  *
               Plaintiff,         *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
               Defendant.         *
                                  *
**********************************
```

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with the concurrence of both judges, the Court hereby directs the Clerk of Court to reassign this case to the docket of Judge Marian B. Horn.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge