# In the United States Court of Federal Claims

**No. 04-1731 C**
**Filed: October 18, 2006**

ARMOUR OF AMERICA

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Marian B. Horn**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk