# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *
ARMOUR OF AMERICA
Plaintiffs,
v.
UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * * *

**No. 04-1731C**
**Filed: October 26, 2006**

## O R D E R

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and to promote the efficient administration of justice, the above-captioned case was transferred to Judge Marian Blank Horn. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Friday November 17, 2006, at 3:30 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (310) 772-2266 and defendant's counsel at (202) 307-0252. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**