# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| ARMOUR OF AMERICA | |
| Plaintiff, | No. 04-1731C |
| v. | Filed: November 21, 2006 |
| UNITED STATES, | |
| Defendant. | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case, with the parties appearing by telephone. Counsel for intervenor ArmorWorks, LLC made an appearance, advised that intervenor's interest in the case is solely in protecting its proprietary data, and that, in this regard, the other parties have been made aware of the data intervenor is concerned about, and that intervenor generally will rely on the other parties to be sensitive to its proprietary data concerns and to alert the court of issues as they arise. In addition, intervenor will receive all filings electronically and may bring any matters to the court's attention at any time. Intervenor must advise the court of any conferences or hearings in which it wishes to participate.

On or before **Tuesday, November 28, 2006**, defendant shall initiate a conference call with plaintiff's counsel and chambers staff, the latter at (202) 357-6580, to advise of the status of the claims previously dismissed from this case for presentation to the cognizant contracting officer for review and decision. Should plaintiff decide to bring any of the dismissed claims back to the Court of Federal Claims, plaintiff is granted leave to file an amended complaint on or before **Tuesday, December 5, 2006**. Any such amended complaint shall be a completely integrated, stand-alone document, including appropriate exhibits.

Plaintiff shall provide the names of those individuals it intends to depose in a letter to defendant dated on or before **Wednesday, November 29, 2006**. The letter also will name plaintiff's expert(s). A copy of the letter shall be filed electronically with the court by plaintiff on or before **Wednesday, November 29, 2006**. Plaintiff shall respond to defendant's previously requested admissions on or before **Friday, December 1, 2006**. Plaintiff shall respond to defendant's interrogatories on or before **Friday, December 8, 2006**. Discovery, including discovery on any previously dismissed claims made part of an amended complaint, and expert discovery, will close on or before **Monday, May 14, 2007**. On or before **Friday, May 18, 2007**, the parties shall file a joint status report, reflecting completion of discovery, and proposing how to proceed with the case, including a proposed schedule.

To discuss future proceedings in the case, the court **SCHEDULES** a status conference for **Thursday, May 24, 2007, at 3:30 p.m.** The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (310) 772-2266 and defendant's counsel at (202) 307-0252.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**