November 29, 2006

Leslie Ohta
Trial Counsel
U.S. Department of Justice
Civil Division
Washington, D.C. 20530

Re: Armour of America v United States, No. 04-1731C

Dear Ms. Ohta,

Per the Judge's Order dated November 21, 2006, this document lists the names of individuals that the Plaintiff intends to depose and the name(s) of expert witnesses.

PLAINTIFF'S LIST OF WITNESSES TO BE DEPOSED:

Plaintiff intends to depose the following witnesses and reserves the right to add to or limit the list dependent upon the responses of the witnesses as depositions progress.

Janice Woehrer – Contracting Officer
Lt. Col. Mitch Bauman – Program Manager
John Taylor – Technical Advisor

Lt. Col. Jon MacCartney - Chairperson, Technical Evaluation Team
Daryl Bughee
John Gallagher
Jon Winchester

Carol A. Tisone, Division Head of the Source Selection Authority
Garrett L. Ressing
Julie Matheny – Contract Specialist
Linda Johnston

Paul Fitzgerald
Trish Butler
Vincent Taitingfong
Maj Van Brinson
Donna McGuire

PLAINTIFF EXPERTS:

Plaintiff intends to utilize as Expert Witness the following:

Richard L. Post

You have stated that you will depose the following witnesses and utilize the following experts.

DEFENDANT LIST OF WITNESSES TO BE DEPOSED:

Defendant has stated it intends to depose:

Arthur Schreiber
John Nehmens
Matt Williams
H. P. White Laboratory, Inc.

DEFENDANT EXPERTS:

Defendant intends to utilize as Expert Witnesses the following:

Charles E. Anderson, Jr
Robert A. Peterson

Respectfully Submitted,

s/Cynthia Malyszek
CYNTHIA MALYSZEK
Malyszek & Malyszek
2029 Century Park East
Suite 1400
Los Angeles, CA 90067
310-772-2266
310-772-2265 Fax

Dated: November 29, 2006 Attorney for Plaintiff