# LIST OF EXHIBITS

| | |
|---|---|
| Exhibit 00001-00002 | Advanced Procurement Notification from NAVAIR |
| Exhibit 00003-00004 | Presolicitation Notice No. N00019-04-P1-CP002 |
| Exhibit 00005 | Pre-Post Summary Page for NAVAIR LWARS |
| Exhibit 00006-00007 | New Presolicitation Notice, No. N00019-04-R-0073 |
| Exhibit 00008-000010 | Amendment 0001 to Solicitation N00019-04-R-0073 |
| Exhibit 000011-000012 | Modification to Presolicitation Notice N00019-04-R-0073 |
| Exhibit 000013-000015 | Modification P00001 to Contract N00019-04-C-3147 Termination for Default |
| Exhibit 000016-000018 | Amendment 0003 to Solicitation N00019-04-R-0073 |
| Exhibit 000019-000020 | Modification to a Previous Presolicitation Notice N00019-04-R-0073 |
| Exhibit 000021-000047 | Source Selection Plan for RFP N00019-04-R-0073 |
| Exhibit 000048-000076 | AOA's Proposal for Light Weight Armor Replacement System (LWARS) for the CH-46E Helicopter N00019-04-R-0073 |
| Exhibit 000077-000083 | Individual Rating Forms for Sub-Factor Weight Reduction |
| Exhibit 000084-000090 | Individual Rating Forms for Sub-Factor Ballistics |
| Exhibit 000091-000098 | Individual Rating Forms for Sub-Factor Environmental Compatibility |
| Exhibit 000099-000105 | Individual Rating Forms for Sub-Factor FIT |
| Exhibit 000106-000116 | Individual Rating Forms for Sub-Factor Technical Capabilities |
| Exhibit 000117 | Amendment 0004 to Solicitation N00019-04-R-0073 |
| Exhibit 000118 | Technical Evaluation Team (TET) Summary Worksheet |
| Exhibit 000119 | NAVAIR Memorandum 23 Mar 2004 Technical Evaluation Summary Reports |

| | |
|---|---|
| Exhibit 000120-000132 | Technical Evaluation Summary Reports for all of the offerors 23 Mar 2004 |
| Exhibit 000133-000144 | SSEB Minutes and Recommendations for Lightweight Armor Replacement System (LWARS) Competition – RFP# N00019-04-R-0073 dated 26 Mar 2004 |
| Exhibit 000145-000147 | "Source Selection Authority's Determination To Establish Competitive Range, Hold Discussion & Request Final Revised Proposals Solicitation." dated 29 Mar 2004 |
| Exhibit 000148-000150 | NAVAIR List of Discussion Questions for Armour of America 1 Apr 2004 |
| Exhibit 000151-00058 | AOA Response to Questions 7 Apr 2004 Technical Volume IIA |
| Exhibit 000159 | NAVAIR letter to AOA 30 Apr 2004 no requirement for discussions |
| Exhibit 000160-000164 | AOA revised price proposal for armour ship sets 6 May 2004 |
| Exhibit 000165-000167 | May 21, 2004, TET issue of Final Technical Evaluation Supplemental Reports |
| Exhibit 000168-000178 | NAVAIR's "Armour of America – Summary Technical Evaluation Report" |
| Exhibit 000179 | Undated printout of scores indicating that AOA's ballistics evaluation was raised to satisfactory because AOA "provided testing procedures." |
| Exhibit 000180-000183 | Undated, set of handwritten, evaluation notes, discussing the different threats and velocities of AOA's proposal |
| Exhibit 000184-000190 | May 21, 2004 "SSEB Minutes And Final Recommendation For Contract Award Of A Lightweight Armor Replacement System (LWARS) |
| Exhibit 000191 | Source Selection Authority's Award Determination for Solicitation N00019-04-R-0073 dated 24 May 2004 |
| Exhibit 000192 | June 8, 2004, NAVAIR to AOA for contract review. NAVAIR informed AOA that NAVAIR's procurement system was shutting down on June 10 and the contract had to be awarded by then or award would have to wait until June 21. |

| | |
|---|---|
| Exhibit 000193-000195 | June 9, 2004, AOA comments following its review of the contract having only had 24 hours to do so |
| Exhibit 000196-000274 | Contract Award to AOA dated 10 June 2004 |
| Exhibit 000205 | Contract Ballistic Specification same as RFP |
| Exhibit 000216 | Contract First deliverables, CLIN 0001 and CLIN 0002, were not due until five (5) months after contract award date, approximately November 10, 2004. . |
| Exhibit 000275-000283 | AOA's Power Point Presentation for the PDR meeting concerning ballistic capability of KSP-60 |
| Exhibit 000284-000287 | AOA Minutes for LWARS PDR meeting of July 14, 2005 |
| Exhibit 000288-000289 | July 22, 2004, NAVAIR letter to AOA notifying AOA of minimum armor requirements |
| Exhibit 000290 | 28 July 2004 AOA to NAVAIR results of ballistic resistance testing of silicon carbide |
| Exhibit 000291 | July 28, 2004, Gallagher stated in an email that "AOA's test data looks positive in that it is approaching the specified V50 |
| Exhibit 000292-000293 | July 30 2004 Cure Notice from NAVAIR to AOA |
| Exhibit 000294-000296 | September 15, 2004 email reply from Woehrer to Ressing and stating to not having the determination completed |
| Exhibit 000298 | Draft of Woehrer determination with "additional information" in bold that was attached as part of her email dated 15 September 2004 (See Exhibit 000294 copy of email message) |
| Exhibit 000299-000301 | Contracting Officer's Determination to Issue a Termination for Default to Armour of America under Contract N00019-04-C-3147 dated 26 August 2004 with bold "additional information" added |
| Exhibit 000302 | H.P. White Laboratory, Inc Test Date 8/20/04 Ballistic Resistance Test, AOA provided NAVAIR test data showing that AOA's armor was able to stop a .30Cal APM2 at 2891 fps and at a weight of 7.25 psf. |
| Exhibit 000303-000307 | August 26, 2004, NAVAIR Notice of Contract Termination |

| | |
|---|---|
| Exhibit 000308-000310 | September 10, 2004, AOA request to NAVAIR to reconsider contract termination |
| Exhibit 000311-000312 | September 13, 2004 email, Paul Fitzgerald admits to questioning AOA's ballistic performance before the PMR |
| Exhibit 000313-000314 | September 17, 2004, NAVAIR rejected AOA's request for reconsideration |
| Exhibit 000315 | October 28, 2004, NAVAIR sent AOA a letter offering to rescind the termination for $2,099,438 |
| Exhibit 000316 | October 2004, AOA submitted a proposal for the resolicitation of the LWARS contract. NAVAIR excluded AOA's proposal from the final competitive range because AOA's armor was "unsatisfactory" and "will not meet the Government's minimum requirements |
| Exhibits 000317-000421 | Exhibits regarding ArmorWorks not filed with Amended Complaint in accordance with Order dated November 21, 2006. |