DEPARTMENT OF THE NAVY
NAVAL AIR SYSTEMS COMMAND
21983 BUNDY ROAD, BLDG 441, UNIT 7
PATUXENT RIVER, MD 20670-1127

IN REPLY REFER TO

4330
Ser 2.4.3.3/0170
October 6, 2003

Armour of America
Attn: Mr. John Nehmens
Post Office Box 1405
Beverly Hills, CA 90213

Subj: ADVANCED NOTIFICATION FOR PROCUREMENT OF LIGHT WEIGHT ARMOR FOR THE U.S. MARINE CORPS' CH-46E HELICOPTER

The purpose of this letter is to provide your company advanced notification of an upcoming requirement for the U.S. Marine Corps. A synopsis will be released on or about 4 November 2003 on the Federal Business Opportunities website to advise of the release date for the solicitation. **Proposals are not requested at this time and will not be accepted.**

The proposed requirement is to replace the existing metallic armor system on the CH-46E helicopter with a lightweight substitute to reduce aircraft weight thus enabling the aircraft to carry additional combat-loaded troops without degrading the aircraft's defensive capabilities. The CH-46E aircraft has engine protective metallic armor plates on the aft pylon and metallic armor plates around the flight control close and is capable of protecting the aircraft from small arms fire. This new armor system must provide, at a minimum, a 35% weight reduction over the existing metallic armor system and display at least the same ballistic properties (V50: 30 cal., 7.62mm round @ 2750 FPS at an angle of 0 to +/- 80 deg, sustain multiple hits within 5.75in of previous impact point, no complete penetration allowed), environmental durability (Vibration: (4.4Hz @ 2IPS); Temperature: (-40 to 200F; -40 to 600F for engine area); Acceleration: 3Gs in all directions; Fluid Compatibility: Maintain structural and ballistic integrity after being soaked in JP-5, Hydraulic fluid, cleaning solvents, etc; Humidity: Maintain structural and ballistic integrity after being exposed to 100% humidity continuously), and form/fit/function parameters of the existing metallic armor system. The total weight of the existing metallic armor system is 560 pounds (308 pounds for the engine armor and 252 pounds for the flight control closet armor). The estimated quantity is for this procurement is 145 kits or other such quantities as may be authorized and appropriated by Congress. Delivery of the first unit commence no later than NLT Aug 2005 and continue at a rate of 12 units per month. Larger quantities are acceptable.

Subj: ADVANCED NOTIFICATION FOR PROCUREMENT OF LIGHT WEIGHT ARMOR FOR THE U.S. MARINE CORPS' CH-46E HELICOPTER

If you have any further questions, please contact either Julie Matheny at (301) 757-8945 or via e-mail at Julie.Matheny@navy.mil or Janice Woehrer at (301) 757-8971 or via e-mail at Janice.Woehrer@navy.mil.

Sincerely,

JANICE E. WOEHRER
Contracting Officer
Naval Air Systems Command

Vendors
Federal Business Opportunities

# 15 -- Light Weight Armor for CH46E Helicopter

## General Information

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | Reference-Number-N00019-04-P1-CP002 |
| Posted Date: | Oct 09, 2003 |
| Original Response Date: | |
| Original Archive Date: | Nov 04, 2003 |
| Current Archive Date: | |
| Classification Code: | 15 -- Aircraft & airframe structural components |

**NAV13314**

## Contracting Office Address

Department of the Navy, Naval Air Systems Command, NAVAIR HQ, Building 2272 47123 Buse Road Unit IPT, Patuxent River, MD, 20670

## Description

This synopsis is being issued to provide advanced notification to potential offerors of an upcoming requirement for the U.S. Marine Corps. A final synopsis will be released on or about 4 November 2003 to advise of the release date for the solicitation. Proposals are not requested at this time and will not be accepted. The U. S. Marine Corps has identified a requirement to replace the existing metallic armor system on the CH-46E helicopter with a lightweight substitute to reduce aircraft weight thus enabling the aircraft to carry additional combat-loaded troops without degrading the aircraft?s defensive capabilities. The CH-46E aircraft has engine protective metallic armor plates on the aft pylon and metallic armor plates around the flight control close and is capable of protecting the aircraft from small arms fire. This new armor system must provide, at a minimum, a 35% weight reduction over the existing metallic armor system and display at least the same ballistic properties (V50: 30 cal., 7.62mm round @ 2750 FPS at an angle of 0 to +/- 80 deg,

sustain multiple hits within 5.75in of previous impact point, no complete penetration allowed), environmental durability (Vibration: (4.4Hz @ 2IPS); Temperature: (-40 to 200F; -40 to 600F for engine area); Acceleration: 3Gs in all directions; Fluid Compatibility: Maintain structural and ballistic integrity after being soaked in JP-5, Hydraulic fluid, cleaning solvents, etc; Humidity: Maintain structural and ballistic integrity after being exposed to 100% humidity continuously) and form/fit/function parameters of the existing metallic armor system. The total weight of the existing metallic armor system is 560 pounds (308 pounds for the engine armor and 252 pounds for the flight control closet armor). The estimated quantity is for this procurement is 145 kits or other such quantities as may be authorized and appropriated by Congress. First delivery NLT Aug 2005, at a rate of 12 units per month (**larger quantities are acceptable**) The POC for this requirement is Janice Woehrer, (301) 757-8971 or Julie Matheny, (301) 757-8945. The address is Department of the Navy, Naval Air Systems Command, Attn: AIR-2.4.3.3, Building 441, Unit 7, 21983 Bundy Road, Patuxent River, MD 20670-1127.

**Original Point of Contact**

Julie Matheny, Contract Specialist, Phone (301) 757-8945, Fax (301) 757-8988, Email mathenyjl@navair.navy.mil - Janice Woehrer, Contracting Officer, Phone (301) 757-8971, Fax 301-757-8988, Email woehrerje@navair.navy.mil

Register to Receive Notification

---

Government-wide Numbered Notes

**You may return to Business Opportunities at:**

- DON NAVAIR listed by [Posted Date]
- DON Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

# 15 -- Light Weight Armor for CH46E Helicopter

## General Information

| | |
|---|---|
| Document Type: | M = Modification to a Previous Notice |
| Solicitation Number: | Reference-Number-N00019-04-P1-CP002 |
| Posted Date: | Oct 30, 2003 |
| Response Date: | NOV 06, 2003 |
| Archive Date: | JUN 30, 2004 |
| Classification Code: | 15 -- Aircraft & airframe structural components |
| Set Aside: | N/A |

NAV13328

## Contracting Office Address

Department of the Navy, Naval Air Systems Command, NAVAIR HQ, Building 2272 47123 Buse Road Unit IPT, Patuxent River, MD, 20670

## Description

This sources sought synopsis is being issued to identify potential small business firms capable of meeting an upcoming requirement for the U.S. Marine Corps. The NAICS code for this requirement is 336413, with a small business size standard of 1000 employees or less. Interested companies are asked to respond by 6 November 2003 with their size status and whether they are a small business, 8(a) and/or HUBZone certified. All interested companies must be able to meet the specifications detailed below with no exceptions. A final synopsis will be released on or about 4 November 2003 to advise of the release date for the solicitation. Proposals are not requested at this time and will not be accepted. The U. S. Marine Corps has identified a requirement to replace the existing metallic armor system on the CH-46E helicopter with a lightweight substitute to reduce aircraft weight thus enabling the aircraft to carry additional combat-loaded troops without degrading the aircraft's defensive capabilities. The CH-46E aircraft has engine protective metallic armor plates on the aft pylon and metallic armor plates around the flight control closet and is capable of protecting the aircraft from small arms fire. This new armor system must provide, at a minimum, a 35% weight reduction over the existing metallic armor system and display at least the same ballistic properties (V50: 30 cal., 7.62mm round @ 2750 FPS at an angle of 0 to +/- 80 deg, sustain multiple hits within 5.75in of previous impact point, no complete penetration allowed), environmental durability (Vibration: (4.4Hz @ 2IPS); Temperature: (-40 to 200F; -40 to 600F for engine area); Acceleration: 3Gs in all directions; Fluid Compatibility: Maintain structural and ballistic integrity after being soaked in JP-5, Hydraulic fluid, cleaning solvents, etc; Humidity: Maintain structural and ballistic integrity after being exposed to 100% humidity continuously) and form/fit/function parameters of the existing metallic armor system. The total weight of the existing metallic armor system is 560 pounds (308 pounds for the engine armor and 252 pounds for the flight control closet armor). The estimated quantity is for this procurement is 145 kits or other such quantities as may be authorized and appropriated by Congress. First delivery NLT Aug 2005, at a rate of 12 units per month (**larger quantities are acceptable**). The POC for this requirement is Janice Woehrer, (301) 757-8971 or Julie Matheny, (301) 757-8945, or email Julie.Matheny@navy.mil. The address is Department of the Navy, Naval Air Systems Command,

Vendors
Federal Business Opportunities

# 15 -- Light Weight Armor Replacement System

## General Information

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | N00019-04-R-0073 |
| Posted Date: | Nov 12, 2003 |
| Original Response Date: | Jan 22, 2004 |
| Original Archive Date: | May 31, 2004 |
| Current Archive Date: | |
| Classification Code: | 15 -- Aircraft & airframe structural components |
| Set Aside: | Total Small Business |

NAV13311

## Contracting Office Address

Department of the Navy, Naval Air Systems Command, NAVAIR HQ, Building 2272 47123 Buse Road Unit IPT, Patuxent River, MD, 20670

## Description

The U. S. Marine Corps has identified a requirement to replace the existing metallic armor system on the CH-46E helicopter with a lightweight substitute to reduce aircraft weight thus enabling the aircraft to carry additional combat-loaded troops without degrading the aircraft?s defensive capabilities. The CH-46E aircraft has engine protective metallic armor plates on the aft pylon and metallic armor plates around the flight control closet and is capable of protecting the aircraft from small arms fire. This new armor system must provide, at a minimum, a 35% weight reduction over the existing metallic armor system and display at least the same ballistic properties (V50: 30 cal., 7.62mm round @ 2750 FPS at an angle of 0 to +/- 80 deg, sustain multiple hits within 5.75in of previous impact point, no complete penetration allowed), environmental durability (Vibration: (4.4Hz @ 2IPS); Temperature: (-40 to 200F; -40 to 600F for engine area); Acceleration: 3Gs in all

0000 6

directions; Fluid Compatibility: Maintain structural and ballistic integrity after being soaked in JP-5, Hydraulic fluid, cleaning solvents, etc; Humidity: Maintain structural and ballistic integrity after being exposed to 100% humidity continuously) and form/fit/function parameters of the existing metallic armor system. The total weight of the existing metallic armor system is 560 pounds (308 pounds for the engine armor and 252 pounds for the flight control closet armor). The estimated quantity is for this procurement is 145 kits or other such quantities as may be authorized and appropriated by Congress. First delivery NLT Aug 2005, at a rate of 12 units per month (**larger quantities are acceptable**). The solicitation will be released as a 100% small business set aside. The NAICS code for this requirement is 336413, with a small business size standard of 1000 employees or less. The solicitation is expected to be released on or around 12 December 2003 with a 6 week response time. The address is Department of the Navy, Naval Air Systems Command, Attn: AIR-2.4.3.3, Building 441, Unit 7, 21983 Bundy Road, Patuxent River, MD 20670-1127.

**Original Point of Contact**

Julie Matheny, Contract Specialist, Phone (301) 757-8945, Fax (301) 757-8988, Email julie.matheny@navy.mil - Janice Woehrer, Contracting Officer, Phone (301) 757-8971, Fax 301-757-8988, Email janice.woehrer@navy.mil

Register to Receive Notification

---

Government-wide Numbered Notes

**You may return to Business Opportunities at:**

- DON NAVAIR listed by [Posted Date]
- DON Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

NAV13312

0000 7

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: 0001

3. EFFECTIVE DATE: 22-Jan-2004

4. REQUISITION/PURCHASE REQ. NO.:

5. PROJECT NO.(If applicable): CH-46 LWARS

6. ISSUED BY — CODE: N00019
NAVAL AIR SYSTEMS COMMAND
R-2.4.3.3 BLDG 2272
47123 BUSE RD
PUTUXENT RIVER MD 20670-1547

7. ADMINISTERED BY (If other than item 6) — CODE:
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO.: N00019-04-R-0073

X 9B. DATED (SEE ITEM 11): 23-Dec-2003

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [X] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 2 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGES 2 AND 3 OF THIS AMENDMENT

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): John Nehmens, General Manager

15B. CONTRACTOR/OFFEROR: [signature]
(Signature of person authorized to sign)

15C. DATE SIGNED: 5 Feb 04

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

16B. UNITED STATES OF AMERICA
BY ______
(Signature of Contracting Officer)

16C. DATE SIGNED: 22-Jan-2004

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**SECTION A Solicitation/Contract Form**

| ISSUED BY: | BLOCK 6 |
|---|---|
| POC: | Ms. Julie Matheny<br>NAVAIR 2.4.3.3.2<br>Contract Specialist<br>Ph: (301) 757-6570/Fax (301) 757-9039<br>email: Julie.matheny@navy.mil |

1. If you are experiencing any difficulties accessing the drawings through the NAVAIR solicitation web page and would like a copy of the drawings on a CD mailed to you, please email your name and complete mailing address to Ms. Julie Matheny at Julie.matheny@navy.mil or to Ms. Janice Woehrer at Janice.woehrer@navy.mil.

2. The time and date specified for receipt of proposals is not extended as a result of this amendment.

**SECTION C - Descriptions and Specifications**

3. Under Section C, Paragraph **1. BACKGROUND**, the third sentence is changed to read as follows:

   **"The total weight of the current metallic armor system is approximately 497 pounds (for the engine armor and the flight control closet armor)."**

4. Add the following to the beginning of paragraph 4.2.1.2, Ballistics:

   **"The LWARS shall be capable of at least a $V_{50}$ ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity. The LWARS shall also be able to withstand multiple ballistic impacts. Offerors will be evaluated based on the standards contained in MIL-STD-662F, which supplies minimum spacing requirements for material type and thickness.**

5. Change the fourth category under paragraph 4.2.1.3, Environmental Durability, to read **"Fluid Resistance"** vice "Fluid Compatibility."

6. Add the following to the beginning of paragraph 4.2.2, Fit:

   **"The LWARS shall be made of material that readily accepts the surface finish requirements of the aircraft and shall mate with the existing airframe mounting brackets without benefit of modification."**

7. Add the following to the end of paragraph 7.1:

   **"An approach that minimizes or excludes a requirement for maintenance is considered advantageous to the Government."**

**SECTION J - List of Documents, Exhibits and Other Attachments**

8. Delete Attachment (2) of the solicitation and replace with the revised Attachment (2), included with this amendment.

9. Delete all the drawings posted with the original solicitation, N00019-04-R-0073, on 24 December 2003, and replace in their entirety with the revised drawings A1 – K4, included with this amendment and as listed in Attachment (2).

10. See Attachment (3), Questions and Answers concerning Solicitation N00019-04-R-0073..

**SECTION L - Instructions, Conditions and Notices to Bidders**

11. A site visit to Marine Medium Helicopter (HMM) 266 is being scheduled for Tuesday, 27 January 2004, from 0900 – 1000 at the following location:

Commanding Officer
Marine Medium Helicopter Squadron 266
Marine Aircraft Group (MAG), 2nd Marine Aircraft Wing (MAW)
Building AS515
Marine Corps Air Station (MCAS) New River
Jacksonville, NC 28545-1017

a.) The purpose of this visit is to provide all interested companies the opportunity to view the current armor system on the CH-46 helicopter. There will be no discussions held during this visit in order to ensure that everyone receives the same information at the same time, thus precluding anyone from obtaining a competitive advantage. All questions arising from this site visit shall be emailed directly to Ms. Julie Matheny at Julie.matheny@navy.mil or to Ms. Janice Woehrer at Janice.woehrer@navy.mil no later than 29 January 2004. Questions will be answered in amendments to the original solicitation and posted on the NAVAIR web site.

b.) Please send a list of all names and organizations planning to attend by 23 January 2004 to Ms. Julie Matheny at Julie.matheny@navy.mil or to Ms. Janice Woehrer at Janice.woehrer@navy.mil. Also, attached is a map of the Jacksonville/New River area with directions to Bldg AS515, located off Bancroft St.

12. See Attachment (4), additional information concerning the CH-46 LWARS HMM-266 site visit.

13. See Attachment (5), a map of the Jacksonville/MCAS New River area with directions to Bldg AS515, located off Bancroft Street.

**SECTION M – Evaluation Factors for Award**

14. Delete paragraph (A), **TECHNICAL EVALUATION SUBFACTORS**, under paragraph 2. **SPECIFIC**, and replace with the following:

"The technical evaluation factors are: Weight, Ballistics, Environmental Compatibility, Fit and Technical Capabilities. **Weight Reduction is more important than the combined importance of Ballistics, Environmental Compatibility, Fit and Technical Capabilities. Ballistics, Environmental Compatibility, Fit and Technical Capabilities are of equal importance.**"

15. Delete Sub factor D under section A, **TECHNICAL EVALUATION SUBFACTORS**, in paragraph 2, **SPECIFIC**, and replace with the following:

"**Sub factor D – Fit**. The offeror's proposal will be evaluated to determine that the proposed LWARS will mate to the existing CH-46E airframe without modification; will afford the same or better accessibility; will dimensionally meet the existing drawings identified in paragraph 3.0 of the SOW; and will not require additional maintenance after installation on the CH-46E aircraft.

Vendors
Federal Business Opportunities

# 15 -- Light Weight Armor Replacement System

- Synopsis - Posted on Nov 12, 2003
- Modification 01 - Posted on Nov 13, 2003
- Modification 02 - Posted on Dec 29, 2003

## General Information

| | |
|---|---|
| Document Type: | Modification to a Previous Presolicitation Notice |
| Solicitation Number: | N00019-04-R-0073 |
| Posted Date: | Jan 22, 2004 |
| Original Response Date: | Jan 22, 2004 |
| Current Response Date: | Feb 10, 2004 |
| Original Archive Date: | Jul 31, 2004 |
| Current Archive Date: | Jul 31, 2004 |
| Classification Code: | 15 -- Aircraft & airframe structural components |
| Set Aside: | Total Small Business |

NAV13307

## Contracting Office Address

Department of the Navy, Naval Air Systems Command, NAVAIR HQ, Building 2272 47123 Buse Road Unit IPT, Patuxent River, MD, 20670

## Description

Amendment 0001 to Solicitation N00019-04-R-0073 was posted on the NAVAIR solicitation web site on 22 January 2004. Included with Amendment 0001 is a revised Attachment 2 to the original solicitation; revised drawings labeled A1 through K4 to match the descriptions reflected in Attachment 2; and new attachments 3, 4, and 5. Attachment 3 includes questions and answers received to date concerning the original solicitation. Attachments 4 and 5 include information and

maps pertaining to the site visit to Marine Medium Helicopter (HMM) 266 being scheduled for 27 January 2004 from 0900 ? 1000. Please continue to send all questions concerning the solicitation and amendment 0001 to Ms. Julie Matheny at Julie.matheny@navy.mil or to Ms. Janice Woehrer at Janice.woehrer@navy.mil.

**Original Point of Contact**

Julie Matheny, Contract Specialist, Phone (301) 757-6570, Fax (301) 757-9039, Email julie.matheny@navy.mil - Janice Woehrer, Contracting Officer, Phone (301) 757-6551, Fax 301-757-6552, Email janice.woehrer@navy.mil

**Current Point of Contact**

Julie Matheny, Contract Specialist, Phone (301) 757-6570, Fax (301) 757-9039, Email julie.matheny@navy.mil - Janice Woehrer, Contracting Officer, Phone (301) 757-6551, Fax 301-757-6552, Email janice.woehrer@navy.mil

Register to Receive Notification

---

**Government-wide Numbered Notes**
**You may return to Business Opportunities at:**

- DON NAVAIR listed by [Posted Date]
- DON Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

000012 NAV13308

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: P00001

3. EFFECTIVE DATE: 28-Sep-2004

4. REQUISITION/PURCHASE REQ. NO.: 0010084901-0001

5. PROJECT NO. (If applicable)

6. ISSUED BY CODE N00019
NAVAL AIR SYSTEMS COMMAND
AIR-2.4.3.3 BLDG 2272
47123 BUSE RD
PUTUXENT RIVER MD 20670-1547

7. ADMINISTERED BY (If other than item 6) CODE S0513A
DCMA SANTA ANA
34 CIVIC CENTER PLAZA
ROOM 813 A
SANTA ANA CA 92701

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
ARMOUR OF AMERICA
JOHN NEHMENS
1814 WEST 135TH STREET
GARDENA CA 90249-2524

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
N00019-04-C-3147

10B. DATED (SEE ITEM 13)

CODE 61170 | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
FAR 52.249-8 Default (Fixed-Price Supply and Service)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: matheny j042645
See Attached Pages 2 and 3

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
JANICE E. WOEHRER / CONTRACTING OFFICER
TEL: (301) 757-6551 EMAIL: Janice.Woehrer@navy.mil

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED
28-Sep-2004

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

SECTION A - SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by $119,814.00 from $119,814.00 to $0.00.

The following have been modified:

| | | | |
|---|---|---|---|
| **DUNS NUMBER:** | 077229144 | **DCMA POC:** | |
| **ISSUED BY:** | **BLOCK 6** | EVERETT KLINE (ACO)<br>TEL: 310-900-6650<br>EMAIL: Everett.Kline@dcma.mil<br>MARY GUNN<br>TEL: 310-900-6673<br>EMAIL: Mary.Gunn@dcma.mil | |
| **POC:** | JULIE MATHENY<br>TEL: 301-757-6570<br>FAX: 301-757-9039<br>EMAIL: Julie.Matheny@navy.mil | | |
| **TPOC:** | TRISH BUTLER<br>TEL: 252-464-9382<br>FAX: 252-464-8477/9930<br>EMAIL: Patricia.I.Butler1@navy.mil | **VENDOR'S POC:** | JOHN NEHMENS<br>TEL: 310-532-0690<br>EMAIL: aoa@mindspring.com |
| **TPOC:** | JON WINCHESTER<br>TEL: 252-464-7484<br>FAX: 252-464-8477/9930<br>EMAIL: Jon.Winchester@navy.mil | | |

1. Per NAVAIR letter, Ser 2.4.3.3/04-142, dated 26 August 2004, Contract N00019-04-C-3147 was terminated for default. The contract was terminated in its entirety as of 26 August 2004, pursuant to Federal Acquisition Regulation (FAR) clause 52.249-8, Default (Fixed-Price Supply and Service).

2. Since Armour of America (AOA) proposed no price for CLIN 0001, Non-Recurring Engineering (NRE), under Contract N00019-04-C-3147, there should be no invoices submitted against this contract.

3. All Government Furnished Material (GFM) submitted to AOA per NAVAIR letter, Ser 2.4.3.3/04-123, dated 13 July 2004, has been returned intact to the Marine Corps Air Station, Camp Pendleton, CA, per email dated 20 September 2004.

4. There should be no further actions associated with Contract N00019-04-C-3147.

SECTION B - SUPPLIES OR SERVICES AND PRICES

CLIN 0002
The pricing detail quantity has decreased by 2.00 from 2.00 to 0.00.
The total cost of this line item has decreased by $69,814.00 from $69,814.00 to $0.00.

CLIN 0004
The estimated/max cost has decreased by $50,000.00 from $50,000.00 to $0.00.
The total cost of this line item has decreased by $50,000.00 from $50,000.00 to $0.00.

SECTION G - CONTRACT ADMINISTRATION DATA

Accounting and Appropriation

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was decreased by $119,814.00 from $119,814.00 to $0.00.

CLIN 0002:

AA: 1741506 45BJ 252 00019 0 050119 2D 000000 was decreased by $69,814.00 from $69,814.00 to $0.00

CLIN 0004:

AA: 1741506 45BJ 252 00019 0 050119 2D 000000 was decreased by $50,000.00 from $50,000.00 to $0.00

(End of Summary of Changes)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: 0003

3. EFFECTIVE DATE

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO.(If applicable): H-46

6. ISSUED BY — CODE: N00019
NAVAL AIR SYSTEMS COMMAND
AIR-2.4.3.3 BLDG 2272
47123 BUSE RD
PUTUXENT RIVER MD 20670-1547

7. ADMINISTERED BY (If other than item 6) — CODE
**See Item 6**

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE

FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO.: N00019-04-R-0073

X 9B. DATED (SEE ITEM 11): 23-Dec-2003

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return _______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose for this amendment is to provide addtional questions and answers and to provide the pictures taken at the site visit held at MCAS New River, Jacksonville, NC on 29 January 2004. See Attached page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): John Nehmens, General Manager

15B. CONTRACTOR/OFFEROR: (signature)
(Signature of person authorized to sign)

15C. DATE SIGNED: 5 Feb 04

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

16B. UNITED STATES OF AMERICA
BY _______________
(Signature of Contracting Officer)

16C. DATE SIGNED: 04-Feb-2004

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**Attachment (6)**
**QUESTIONS AND ANSWERS**

**Q1):** Which Panels are on the outside of the aircraft? Appears to be all of the engine armor and panels 1, 2, 3, and 7 of the closet armor.

**A1):** All of the engine armor panels (Figure 2, WP 047 00) and flight control closet panels, index numbers 1, 2, 3, 7, and 8, (Figure 1, WP 047 00), as shown in A1-H46AE-110-000, (provided as PUB 1 with RFP), are on the outside of the aircraft.

**Q2):** Which panels are removed to provide access for organizational level maintenance, servicing and inspections?

**A2):** The most common panels removed for maintenance are the flight control closet armor, Index numbers 2, 33, and 41, (Figure 1, WP 047 00) and the engine armor, index numbers 6 and 8, (Figure 2, WP 047 00).

**Q3):** Are any of the current armor panels hinged?

**A3):** Flight control closet armor, index numbers 2 and 3, are hinged to each other and number 33 is hinged to the airframe (Figure 1, WP 047 00). Both sets of hinges are "piano" hinges. Engine armor, index number 6 and 8, are hinged to number 10 and 11 respectively (Figure 2, WP 047 00). The hinge is two fittings secured together with a bolt.

**Q4):** Are any of the panels likely to be impacted at edges, corners and faces?

**A4):** All of the panels are subject to some impact damage. The flight control closet panels, index numbers 33 and 41, (Figure 1, WP 047 00), and engine armor, index numbers 6 and 8, (Figure 2, WP 047 00), probably see the most impact damage from incidental contact.

**Q5):** The solicitation states that different aircraft could have the fastening holes as far as 0.5 inches out of position. What degree of float is required?

**A5):** There is no requirement for "degree of float". As stated in the RFP, there are "variations in mounting bracket locations ranging from 0.1 inches to over an inch." A mounting approach that will accommodate these variations is encouraged and an approach that will minimize the amount of aircraft modification is considered advantageous.

**Q6):** If replacing the 6.3mm armor with something thicker, will this cause a surface step problem? If so at what thickness will the surface step problem begin??

**A6):** The government is not aware of any surface step problems with thicker armor. None of the panels protrude into a walkway or are used for a walkway.

**Q7):** Why groups 'A' and 'B'? Group 'B' is annotated on the attached Closet Armor Assy. .pdf.

**A7):** The government distinguished between Group 'A' and Group 'B' to facilitate an engineering assessment to remove individual armor components. At this time, the government is considering both Group 'A' and Group 'B'.

**Q8):** It is stated in one of the attachments, that offers for this solicitation can be electronically sent. Is this true, and if yes, to what address?

**A8):** As stated on page 74 of the original solicitation, under (E) General Instructions, each volume of the proposal should be submitted as original and additional copies as specified in the table. These are hard copies. Electronic copies may be provided in addition to the hard copies, but may not be

substituted for hard copies. As stated in the table, the **cost/price material** must be provided **via electronic media**. No cost/price material shall be included in any volume other than price.

**Please send the electronic copy of the cost/price proposals to the following addresses:**

Ms. Julie Matheny at Julie.matheny@navy.mil
Ms. Janice Woehrer at Janice.woehrer@navy.mil

**Q9):** I had a question regarding the thickness of the LWARS plates. The steel plate is 0.25-in. thick, does the LWARS plate have to be 0.25-in thick or can it be thicker? If it can be thicker, what is the maximum thickness that would be allowed?

**A9):** There is no maximum thickness requirement for the armor plate.

**Q10):** If an offeror does not have access to NAS, Patuxent River, but wishes to have access on the 10th of February 2004 to drop off the proposal, how does one obtain access?

**A10):** Everyone must request permission via e-mail to Ms. Julie Matheny at Julie.matheny@navy.mil and cc to Ms. Janice Woehrer at Janice.woehrer@navy.mil, no later than 6 February 2004. **See Attachment (9) for required information and instructions**. Please provide all the required information reflected in Attachment (9) and return via email to the addresses listed above.

**Q11):** I am experiencing difficulty printing the drawings from the NAVAIR solicitation web page.

**A11):** If you are unable to print the drawings right from the web page, you can right click over the drawing name and then save it to your hard drive. Once saved, you can access the drawings through Imaging for Windows or Microsoft Photo Editor. The drawings are most easily read when printed on an 11 x 17 sheet of paper. You can use Imaging for Windows to display the drawing and then manipulate the size to fit an 11 x 17 sheet size. When using Microsoft Photo Editor, try setting your print format to "Fit to Page" vice "Actual Size" and select paper size 11 x 17.

Vendors
Federal Business Opportunities

# 15 -- Light Weight Armor Replacement System

- Synopsis - Posted on Nov 12, 2003
- Modification 01 - Posted on Nov 13, 2003
- Modification 02 - Posted on Dec 29, 2003
- Modification 03 - Posted on Jan 22, 2004
- Modification 04 - Posted on Jan 26, 2004

## General Information

| | |
|---|---|
| Document Type: | Modification to a Previous Presolicitation Notice |
| Solicitation Number: | N00019-04-R-0073 |
| Posted Date: | Feb 04, 2004 |
| Original Response Date: | Jan 22, 2004 |
| Current Response Date: | Feb 10, 2004 |
| Original Archive Date: | Jul 31, 2004 |
| Current Archive Date: | Jul 31, 2004 |
| Classification Code: | 15 -- Aircraft & airframe structural components |
| Set Aside: | Total Small Business |

## Contracting Office Address

Department of the Navy, Naval Air Systems Command, NAVAIR HQ, Building 2272 47123 Buse Road Unit IPT, Patuxent River, MD, 20670

## Description

NAV13303

Amendment 0003 to solicitation N00019-04-R-0073 was posted on the NAVAIR solicitation web page, at the following location: http://www.navair.navy.mil/doing_business/open_solicitations/ on 4 February 2004. Included with Amendment 0003 is Attachment (6), additional questions and

answers, and Attachment (7), information necessary for companies requiring access to the naval base at NAS Patuxent River. Additionally, pictures taken at the site visit to HMM-266 MCAS New River, NC on 29 January 2004, will be posted on the web page as soon as possible.

**Original Point of Contact**

Julie Matheny, Contract Specialist, Phone (301) 757-6570, Fax (301) 757-9039, Email julie.matheny@navy.mil - Janice Woehrer, Contracting Officer, Phone (301) 757-6551, Fax 301-757-6552, Email janice.woehrer@navy.mil

**Current Point of Contact**

Julie Matheny, Contract Specialist, Phone (301) 757-6570, Fax (301) 757-9039, Email julie.matheny@navy.mil - Janice Woehrer, Contracting Officer, Phone (301) 757-6551, Fax 301-757-6552, Email janice.woehrer@navy.mil

Register to Receive Notification

---

Government-wide Numbered Notes

**You may return to Business Opportunities at:**

- DON NAVAIR listed by [Posted Date]
- DON Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

NAV13304

000020

# SOURCE SELECTION PLAN

# FOR

# Request for Proposal N00019-04-R-0073

This plan governs the evaluation of offerors' proposals and the subsequent selection of a contractor to provide a **Light Weight Armor Replacement System (LWARS) for the CH-46 Helicopter.** All personnel participating in or associated with this Source Selection shall adhere to the requirements and procedures set forth herein.

**ASSISTANT COMMANDER FOR CONTRACTS**
**NAVAL AIR SYSTEMS COMMAND**
**AIR-2.4.3.3 BLDG 2272, Ste. 353, Unit # IPT**
**47123 BUSE ROAD**
**NAVAL AIR STATION**
**PATUXENT RIVER, MD 20670-1547**

Source Selection Plan Approval:

12/23/2003
Date

Carol A. Tisone
CAROL A. TISONE, Division Head, AIR-2.4.3
Source Selection Authority (SSA)

**NAV13572**

## TABLE OF CONTENTS


| No. | Section | Page |
|---|---|---|
| | SSP Approval | 1 |
| | Table of Contents | 2 |
| | Foreword | 3 |
| 1. | Background | 3 |
| 2. | Objectives | 3 |
| 3. | Source Selection Organizational Responsibilities | 3 |
| 4. | General Procedures | 6 |
| 5. | Evaluation Procedures | 6 |
| 6. | Rules of Conduct | 10 |


## APPENDICES


A. Milestone Schedule

B. Source Selection Participants

C. Rules of Conduct - Attachment (1) Certificate of Non-Disclosure and Financial Interests

D. Evaluation Criteria (Section M of the RFP)

## FOREWORD

This Competitive Award Panel (CAP) Source Selection Plan (SSP) establishes the organization, responsibilities, procedures, and evaluation rating and risk definitions for the evaluation of proposals received in response to Request for Proposal (RFP) N00019-04-R-0073.

## 1. BACKGROUND

The proposed contract will provide for a Light Weight Armor Replacement System (LWARS) for the existing metallic armor system on the CH-46E helicopter. When installed, the LWARS will reduce the aircraft weight, thus enabling the aircraft to carry additional combat-loaded troops without degrading the aircraft's defensive capabilities. The CH-46E aircraft has engine protective metallic armor plates on the aft pylon and metallic armor plates around the flight control closet and is capable of protecting the aircraft from small arms fire. The LWARS shall provide, at a minimum, a 35% reduction in areal density over the existing metallic armor system, and no recurring routine maintenance after installation. The LWARS shall be capable of at least a $V_{50}$ ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity. The LWARS shall be able to withstand multiple ballistic impacts, and be made of material that readily accepts the surface finish requirements of the aircraft. The LWARS shall mate with existing airframe mounting brackets without benefit of modification, shall not cause dissimilar metal corrosion, and shall provide provisions for maintenance access equivalent to the existing metallic armor system. The LWARS shall be capable of withstanding the normal vibratory and acceleration loads generated by the aircraft and shall not be affected by contact with normal aircraft fuels and oils. The properties of the LWARS shall not be affected by exposure to humidity, salt spray, and normal aircraft operating temperatures. The contractor shall use commercial products, processes and practices to reduce development, production and operational support costs to maximum extent practicable. Upon completion of the non-recurring engineering associated with this effort, the Government intends to procure an estimated quantity of 147 kits or other such quantities as may be authorized and appropriated by Congress. First delivery NLT Mar 2005, at a rate of 12 units per month (**larger quantities are acceptable**). The proposed contract will be awarded on a Firm Fixed Price basis. The estimated cost of this requirement is $4M.

The evaluation factors are Technical, Past Performance and Price. Technical, Past Performance and Cost are of equal importance. When combined, Technical and Past Performance are significantly more important than Price.

## 2. OBJECTIVES

The objectives of this plan are to:

a. Give all participants in the source selection process a clear understanding of their individual responsibilities;

b. Establish an evaluation structure that will provide an impartial and comprehensive evaluation of all proposals and determine the best value; and

c. Serve as the official record of the source selection process.

3. MILESTONE SCHEDULE

The milestone schedule for this acquisition is set forth in Appendix A.

4. SOURCE SELECTION ORGANIZATIONAL RESPONSIBILITIES

The source selection participants are identified in Appendix B.

a. Source Selection Authority (SSA). The SSA has final authority for source selection and will:

(1) Approve the Source Selection Plan (SSP);

(2) Ensure the source selection process is properly and efficiently conducted;

(3) Approve recommendations for award on initial offers or to request clarifications, hold communications, or conduct discussions with offeror's;

(4) Concur with proposals to be included in the competitive range; and

(5) Determine the best value after a comparative assessment of proposals against all source selection criteria in the solicitation and this SSP.

b. Competitive Award Panel (CAP). The membership of the CAP is shown in Appendix (B). The CAP will:

(1) Participate in preparing the solicitation document, the SSP, and the evaluation criteria;

(2) Provide guidance to the evaluation teams;

(3) Evaluate reports from the evaluation teams and ensure that evaluations are impartial and comprehensive and consistent with the solicitation and SSP;

(4) Assign an overall rating and assess a proposal risk to the Technical factor and assess a performance risk to the Past Performance factor. In order to assist the SSA in distinguishing between the merits of proposals, the CAP may assign plus (+) and minus (-) to the ratings;

(5) Recommend award on initial offers or request clarifications, hold communications, or conduct discussions; and recommend which proposals are the best value to the Government pursuant to the solicitation provisions.

c. Evaluation Teams. A Technical Evaluation Team (TET) and a Past Performance Evaluation Team (PPET), will:

(1) Participate in preparing the solicitation document, the SSP, and the evaluation criteria;

(2) Evaluate proposals in accordance with the solicitation and SSP;

(3) Submit an evaluation report detailing findings and recommendations to the CAP; and

(4) Participate in debriefings as required by the CAP chairperson.

d. Evaluation Team Chairperson. The evaluation team chairperson will coordinate the activities of the evaluation team and will:

(1) Ensure that secure facilities are available for meetings and evaluations;

(2) Ensure that each member receives a copy of Appendix (C) and completes Attachment (1) to Appendix (C);

(3) Brief the CAP chairperson on all findings prior to CAP meetings; and

(4) Ensure that all proposals, CAP briefing materials, and evaluators' records and notes are returned to the CAP chairperson after debriefings are concluded.

e. Price Evaluation Team (PET). The PET will review the price aspects of proposals submitted and will:

(1) Participate in preparing the solicitation document, the SSP, and the evaluation criteria;

(2) Review and evaluate the representations and certifications, and any exceptions, deviations and waivers submitted with each proposal;

(3) Analyze the realism of the cost or price if required by the solicitation; and

NAV13576

(4) Prepare an evaluation report for the CAP detailing the findings and recommendations.

f. CAP Chairperson/Procuring Contracting Officer (PCO). The CAP Chairperson will:

(1) Call and chair all CAP meetings;

(2) Contact offerors to request clarifications, hold communications, conduct discussions, and request Final Proposal Revisions;

(3) Brief the SSA on the CAP's recommendations; and

(4) Debrief unsuccessful offerors.

g. CAP Recorder. The CAP recorder will:

(1) Collect and maintain signed copies of Attachment (1) to Appendix (C) from all source selection participants;

(2) Schedule CAP proceedings and prepare minutes, and

(3) Prepare business clearances and obtain approvals for award.

5. GENERAL PROCEDURES

a. Availability of Personnel. The CAP chairperson will ensure that personnel are available to provide a thorough evaluation in accordance with the procedures established herein. Each evaluator should be prepared to give first priority to this source selection process. All source selection participants shall become thoroughly familiar with the solicitation and SSP.

b. Disclosure of Proposal Data. No data may be released to any source selection participant who has not completed Attachment (1) to Appendix (C). Data disclosed to evaluators will be limited to that data necessary for their particular area of evaluation. No price data will be disclosed to any technical evaluator without concurrence of the CAP Chairperson.

c. Contact with Offerors. All contact with the offerors will be handled by the PCO. Evaluators will forward any requests for additional information to the PCO and will report any contacts with any offeror to the PCO.

6. EVALUATION PROCEDURES

a. Ratings: Numerical scoring **is not** permitted in this source selection. Each proposal will be evaluated by assigning an overall qualitative rating and a proposal risk rating to the Technical factor. In addition, past

performance will be evaluated and a performance risk rating will be assigned to each proposal. See the definitions in Tables I through 4.

**TABLE 1 – EVALUATION RATINGS**

| RATING | DEFINITION |
|---|---|
| O | Outstanding: Proposal *significantly* exceeds requirements in a way that benefits the Government or meets requirements and contains at least *one exceptional enhancing feature* which benefits the Government. Any weakness is minor. |
| HS | Highly Satisfactory: Proposal exceeds requirements in a way that benefits the Government or meets requirements and contains enhancing features which benefit the Government. Any weakness is minor. |
| S | Satisfactory: Proposal meets requirements. Any weaknesses are minor and will have little or no impact on contract performance. |
| M | Marginal: Proposal contains weaknesses or minor deficiencies which could have some impact if accepted.. |
| U | Unsatisfactory: Proposal does not comply substantially with requirements. |

**TABLE 2 - PROPOSAL RISK**

| RATING | DEFINITION |
|---|---|
| L | Low: Has little or no potential to cause disruption of schedule, increase in cost, or degradation of performance. Normal contractor effort will probably be able to overcome difficulties. |
| M | Medium: Can potentially cause some disruption of schedule, increase in cost, or degradation of performance. However, special contractor emphasis will probably be able to overcome difficulties. |
| H | High: Likely to cause *significant* serious disruption of schedule, increase in cost, or degradation of performance, even with special contractor emphasis. |

| TABLE 3 – PERFORMANCE RISK (For Past Performance and Experience) | |
|---|---|
| RATING | DEFINITION |
| VL<br>Very Low | Based on the offeror's experience or past performance, essentially no doubt exists that the offeror will successfully perform the required effort. |
| L<br>Low | Based on the offeror's experience or past performance, little doubt exists that the offeror will successfully perform the required effort. |
| M<br>Moderate | Based on the offeror's experience or past performance, some doubt exists that the offeror will successfully perform the required effort. |
| H<br>High | Based on the offeror's experience or past performance, substantial doubt exists that the offeror will successfully perform the required effort. |
| VH<br>Very High | Based on the offeror's experience or past performance, extreme doubt exists that the offeror will successfully perform the required effort. |
| UNK<br>Unknown | No performance record identifiable. This applies only to Past Performance. |

| TABLE 4 - DEFINITIONS | |
|---|---|
| Strengths | Characteristics of a proposal that would enhance the probability of success of performance for the resulting contract or an approach which exceeds minimum solicitation requirements with benefit to the Government. |
| Weakness: | A flaw in the proposal that increases the risk of unsuccessful contract performance. |
| Deficiency: | A material failure of a proposal to meet a Government requirement or a combination of significant weaknesses in a proposal that increase the risk of unsuccessful contract performance to an unacceptable level. |

b. Proposal Risk Assessments. The proposal risk evaluation assesses potential disruption of schedule, increase in cost, or degradation in performance associated with the proposed approach as well as the ability to execute the proposed approach. This includes assessing the suitability of the manufacturing approach, sufficiency of proposed labor mix and hours, subcontracting arrangements, etc.

c. Performance Risk Assessments. Experience reflects whether contractors have performed similar work before. Past Performance

describes how well contractors performed the work. Performance risk assessments (i.e. past performance and experience) evaluate the likelihood that the offeror will successfully complete the solicitation requirements based on previous demonstrated relevant performance (e.g. similar type, size, complexity contracts as well as trend analysis of contractor performance). This evaluation factor seeks to identify the degree of risk associated with each offeror's likelihood of success. In conducting a performance risk assessment, evaluators must use, when available, information external to the proposal, e.g. the offeror's recent and relevant past performance history obtained from procuring and administration offices, Government data bases, etc (e.g. the Past Performance Information Retrieval System (PPIRS)).

d. Evaluation Reports.

(1) Evaluation Team Reports

(a) Individual evaluators will evaluate the proposal and document their findings. The individual evaluation packages will reflect the evaluator's independent judgment and include supporting data for the evaluation.

(b) The evaluation team will prepare, as a team, a written narrative report identifying proposal strengths, weaknesses, deficiencies, discrepancies (inconsistencies in proposal), and omissions (missing information). Narratives must be factual, reflect specific evaluation factors/subfactors and solicitation requirements, and promote reasoned source selection decisions. The team evaluation report should represent a consensus and be a synthesis, not a summarization, of the individual evaluations. However, if a consensus is not possible, minority reports may be submitted to the CAP. In the event that all evaluators do not evaluate a subfactor or portions of a subfactor, the report shall identify which evaluators evaluated which portions of the proposal.

(2) CAP Evaluation Report. Generally, the minutes of the CAP will be used as the record of the CAP deliberations.

e. Evaluation Guidance

(1) Specificity - In order to be rated "satisfactory", a proposal element must be specific and detailed. Considerable general information can be found in common public domain literature. Proposals providing these sorts of general facts should not be construed as representing actual detailed understanding or capability.

NAV13581

(2) Participation - Familiarity with a class of data is not a substitute for actual hands-on experience. It should be clear that the offeror has "analyzed", "designed", "used in the field", or in some other way demonstrates a true working understanding of the subject. Where an offeror only claims "familiarity", true capability should not be inferred.

(3) Level of Detail - Merely citing DOD, NAVAIR, or OPNAV instructions does not reflect a detailed understanding of the solicitation's requirements. The experience and knowledge to tailor this guidance must be demonstrated in the offeror's proposal. Any omission of required proposal content is indicative of a general lack of attention to detail and must be reflected in the evaluation.

(4) Insufficient data - If the data, facts, or material, presented are not adequate to determine whether the proposal meets the requirements, the rating should be less than satisfactory. Generally, nothing should be assumed that is not present in the proposal.

f. Evaluation Criteria. The criteria for evaluation of proposals is contained in Section M of the Request For Proposal and provided as Appendix (D) to this Plan.

7. RULES OF CONDUCT

The rules of conduct are set forth in Appendix C. A copy will be provided to each participant in the source selection process. All participants must complete Attachment (1) prior to being allowed access to any source selection information.

## MILESTONE SCHEDULE

The following schedule identifies the milestones for this acquisition:

| MILESTONE | DATE |
|---|---|
| Synopsis | 11/17/03 |
| SSP Approved | 12/23/03 |
| Solicitation Released | 12/24/03 |
| Proposals Received | 02/10/04 |
| Evaluations Completed | 02/23/04 |
| Evaluations Presented to CAP | 02/26/04 |
| SSA Brief | 02/26/04 |
| Discussions Complete, if required | 03/16/04 |
| Request Final Revised Proposals | 03/17/04 |
| Final Revised Proposals Due | 03/23/04 |
| Evaluations completed | 03/29/04 |
| Evaluations Presented to CAP | 04/05/04 |
| SSA Brief | 04/05/04 |
| Contract Award | 04/13/04 |

**Appendix A**