## SOURCE SELECTION PARTICIPANTS

Source Selection Authority (SSA): Carol A. Tisone AIR-2.4.3

Competitive Award Panel (CAP) Members:

| | | |
|---|---|---|
| PCO (CAP Chairperson) * | Janice Woehrer | AIR-2.4.3.3 |
| Program Manager* | LtCol Mitch Bauman | PMA-226/AIR-1.0 |
| Technical Advisor* | John Taylor | H-46 FST.0/AIR-4.1.1 |
| Legal Advisor | Anthony Condurso | AIR-11.1 |
| Small Business Advisor | Amy Timmermann | AIR-2.0C |
| CAP Recorder(s) | Julie Matheny | AIR-2.4.3.3.2 |

*Voting Members

Technical Capability Evaluation Team (TET) Members

| | | |
|---|---|---|
| Chairperson: | Lt. Col. Jon MacCartney | PMA-226/AIR-4.1.1 |
| Member: | Mark Petrovic | H-46 FST.1/AIR-4.3.3 |
| Member: | Daryl Bughee | H-46FST.1/AIR-4.3.3 |

Past Performance Evaluation Team (PPET) Members:

| | | |
|---|---|---|
| Chairperson: | Trish Butler | PMA-226/AIR-1.1.4.1 |
| Member: | Linda Johnson | PMA-226/AIR-1.1.4.1 |
| Member: | Vince Taitingfong | PMA-226/AIR 3.2.4 |

Price Evaluation Team (PET) Members

| | | |
|---|---|---|
| Chairperson: | Julie Matheny | AIR-2.4.3.3.2 |
| Member: | Jon Winchester | PMA-226/AIR-1.1 |

Appendix B

## RULES OF CONDUCT

1. The requirements of DoD Directive 5500.7, Joint Ethics Regulation (JER), and 41 U.S.C. 423, hereinafter referred to as the JER and the New Procurement Integrity Act, respectively, apply to all personnel involved in the source selection process. Additionally, criminal statutes may also apply. Consult the Ethics Advisor concerning ethics requirements of the regulations and statutes.

2. All source selection participants must complete Attachment (1) to Appendix (C), Disclosure of Conflicting Financial Interests and Acknowledgment of Non-Disclosure Responsibility, before being allowed access to procurement information.

3. 18 U.S.C 208 and the JER prohibit an employee from participating in a matter in which the employee has a disqualifying financial interest. Financial interests include those of the employee or the employee's spouse; minor children; general partners; organization for which the employee serves as an officer, director, trustee, or employee; or person with whom the employee is negotiating for or has an arrangement concerning employment. The Office of Government Ethics (OGE) has approved an exemption for diversified publicly traded mutual funds and a de minimus exemption of $5,000 for publicly traded stocks. This means that stock holdings of less than $5,000 are not considered disqualifying financial interests. The SF 298 and OGE Form 450 financial disclosure forms are used to determine if employees have a disqualifying financial interest.

4. The JER prohibits accepting gifts, e.g., gratuities, favors, hospitality (except modest items of food or refreshments) or anything of value, greater than $20.00 per occasion and $50.00 per year, from a prohibited source. An entity doing or seeking to do business with DoD is a prohibited source.

5. The JER prohibits allowing an employee, except in limited circumstances, to participate in a matter, which would cause a reasonable person in full possession of the facts to question the employee's impartiality. For example, an employee should not participate in a matter which is likely to affect the financial interests of members of the employee's household, or if a person with whom the employee has a covered relationship is or represents a party to the matter. An employee has a covered relationship with anyone: (1) with whom the employee has or seeks a business relationship; (2) who employed the employee within the last year; (3) who is a member of the employee's household; (4) who is a relative with whom the employee has a close personal relationship; and (5) the employee's spouse, parent, or dependent child is an agent or employee.

6. Disclosure of Procurement Information

a. The New Procurement Integrity Act prohibits disclosing or obtaining procurement information involving this procurement to persons, including offerors and

APPENDIX C

contractors, who are not authorized access to the information. Criminal penalties apply to disclosing or receiving procurement information for money or to give someone a competitive advantage. Procurement information includes source selection information and contractor bid and proposal information.

b. Source selection information includes: proposed costs or prices submitted in response to a solicitation; source selection plans; technical evaluation plans; technical evaluations of proposals; cost or price evaluations of proposals; competitive range determinations; ranking of proposals or competitors; reports and evaluations of source selection panels, boards, or advisory councils; and any other information marked "SOURCE SELECTION INFORMATION - - SEE FAR 3.104".

c. Contractor bid or proposal information includes: cost or pricing data; indirect costs and direct labor rates; proprietary information; and information marked by contractors as "CONTRACTOR BID OR PROPOSAL INFORMATION".

d. Procurement information must be protected from disclosure at all times. All evaluation material will be marked "SOURCE SELECTION INFORMATION - SEE FAR 3.104" and physically handled in the same manner as material marked "CONFIDENTIAL".

e. Do not discuss any aspect of the source selection process with anyone other than participating source selection members, and only then on a need to know basis. Never assume that it is safe to discuss the source selection because you are among Government employees or in a Government building.

f. The obligation not to discuss any aspect of source selection activities does not end with contract award. While all or part of the technical and price volumes may be available for use within the Government at some later time, source selection evaluation information remains privileged except as specifically approved for release.

7. Contact with Offerors. Refer all attempted contacts by offerors' representatives or any entities from outside DoD to the Competitive Award Panel (CAP) chairperson. Once the selection process has begun, only the CAP chairperson can contact the offerors for additional information or clarification of the proposal.

8. Employment Contacts

a. The New Procurement Integrity Act and its implementing regulations require that any person participating personally and substantially in a competitive source selection that exceeds the simplified acquisition threshold (currently $100,000) report any contacts relating to employment made or received to his or her supervisor and the Designated Agency Ethics Official (DAEO).

APPENDIX C

b. This report must be in writing and will be available for 3 years for public inspection. Failure to make the report can result in an administrative fine.

c. The JER and the New Procurement Integrity Act require that unless the employee rejects any offer of employment from a participating offeror, the employee must also file a notice of disqualification with the Head of the Contracting Activity (HCA) with copies to the employee's supervisor, the DAEO, the Procuring Contracting Officer (PCO), and the Source Selection Authority (SSA). The disqualification notice should identify the procurement, contain dates and extent of the employee's participation, and identify the offeror and offeror's interest in the procurement.

d. Actions deemed to be participating personally and substantially include:

(1) Drafting, reviewing, or approving the statement of work;
(2) Preparing or developing the solicitation;
(3) Evaluating proposals;
(4) Selecting a source;
(5) Negotiating price or terms and conditions of a contract; and
(6) Reviewing or approving award.

9. Post-Employment Restrictions

a. The New Procurement Integrity Act also prohibits personnel who occupy identified positions or make certain decisions involving competitive and non-competitive contracts in excess of $10,000,000 from receiving any compensation from the winning contractor for one year.

b. The SSA, PCO, members of the CAP, chairperson of the Technical Evaluation Team (TET), and the Pricer cannot accept compensation from the contractor for one year from the date of award. The restrictions do not apply to members of the evaluation teams.

c. The Program Manager, deputy Program Manager, and Administrative Contracting Officer (ACO) cannot accept compensation from the contractor for one year from the date they leave the position.

d. Anyone who personally makes a decision to award a contract, subcontract, modification or order in excess of $10,000,000 cannot receive compensation from the contractor for one year from the date of the decision.

e. You are entitled to a legal opinion from your ethics advisor as to whether you are barred from certain employment under the New Procurement Integrity Act.

APPENDIX C

10. If you have any questions concerning your ethics obligations, you may contact the legal advisor to the CAP or your ethics advisor.

APPENDIX C

## CERTIFICATE OF NON-DISCLOSURE AND FINANCIAL INTEREST

From:______________________ Code:_________ Phone:(___)_________________
(Last name first)

To: Source Selection Security Officer (AIR-2.4.3.3.2)

Subj: CERTIFICATE OF NON-DISCLOSURE AND FINANCIAL INTEREST

1. ___As determined by the first-line supervisor, after consulting with the Light Weight Armor Replacement System (LWARS) Program PCO/CAP Chairman, I am not required to file a financial disclosure report because I am not personally and substantially involved through decision or the exercise of significant judgment in preparing solicitation documents, evaluating proposals, or any activity associated with this source selection process.

2. I certify: (Check one)

___I have a Confidential Financial Disclosure Report (OGE-450) currently on file with an ethics counselor (AIR-11.1 or the TEAM site equivalent).

___I have a Public Financial Disclosure Report (SF-278) currently on file with an ethics counselor (AIR-11.1 or the TEAM site equivalent). (For Flag Officers or SES employees)

___I have not filed a current OGE-450 or SF-278 with an ethics counselor (AIR-11.1 or the TEAM site equivalent).

3. I agree, unless authorized by the PCO only, that I will not disclose any information concerning this source selection process to: (1) any offerors or potential offerors (including sub-contractors) except as part of any authorized discussions; (2) any person outside Department of Defense (DOD) (e.g., trade association representative, reporter); and (3) any person within DOD (including superiors, supervisors, and associates),

4. I understand that prior to any authorized disclosures, I shall obtain a Certificate of Non-Disclosure and Financial Interest (Certificate) for this source selection from the person to whom disclosure has been approved or I have verified that a Certificate for this source selection is on file with the Source Selection Security Officer for that person.

5. I understand my obligation not to disclose information includes: (1) information and proposals received from the LWARS Program offerors; (2) the methods or procedures being used by the CAP and the Evaluation Teams to evaluate offerors' proposals; (3) the substance of any discussions with any offerors; (4) the standards, ratings, or scores used in the evaluation process; and (5) any decision of the Source Selection Authority (unless and until such decision is publicly announced).

**Appendix C- Attachment (1)**

6. I certify to the best of my knowledge, neither I, my spouse, nor any minor children of mine, currently have a direct or indirect financial interest in any of the firms or sub-contractors of firms that are expected to submit a proposal for consideration by the LWARS Program CAP or Evaluation Teams, nor am I negotiating employment with any such firm. I agree to immediately report to the LWARS Program PCO/ CAP Chairman or the Evaluation Team Chairman any contact regarding possible non-Federal employment by any of the firms or sub-contractors of firms that have submitted a proposal for consideration. In the event I later become aware of such financial interest, I agree to report this fact immediately to the LWARS Program PCO/ CAP Chairman or the or Evaluation Team Chairman, as applicable, particularly for the purpose of disqualifying myself from any further participation in this source selection. If I am disqualified or otherwise removed from the source selection process, I agree that I will not disclose any information described above.

7. Further, I understand that failure to comply with the above requirements will result in dismissal from this source selection and may result in disciplinary action and referral for civil or criminal action.

(PARTICIPANT'S SIGNATURE) (PERMANENT DUTY STATION) (DATE)

Appendix C- Attachment (1)

## SECTION M - EVALUATION FACTORS FOR AWARD

### M-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)(FAR 52.252-1)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/http://farsite.hill.af.mil/VFDFAR1.HTM

The following FAR solicitation provisions are hereby incorporated by reference:

| Clause No. | Clause Title and Date |
|---|---|
| 52.217-5 | Evaluation of Options (JUL 1990) |

### M-2 EVALUATION FACTORS FOR AWARD

#### 1. GENERAL

The Government expects to select an offeror on the basis of its proposal providing the "best value" to the Government, all factors considered.

Offerors are advised that each proposal meeting the solicitation requirements with the lowest price may not be selected for an award if award to a higher priced offeror is determined to be most advantageous to the Government. All proposals will be evaluated for compliance with the terms, conditions, and requirements set forth in the solicitation.

The Government also intends to evaluate each proposal and award a contract without discussions to the responsible offeror whose offer, conforming to the solicitation, will be the most advantageous to the Government, all factors considered. Therefore, **offerors are cautioned that their initial offer should contain the offeror's best terms from a technical and price standpoint.** However, the Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals. The Government may use information other than that provided by the offeror in its evaluation, including past performance information and the results of questionnaires.

**Appendix D**

All proposals will be evaluated for compliance with the terms, conditions, and requirements set forth in the solicitation. Proposals shall be evaluated using the factors listed below. **The Technical, Past Performance and Price factors are of equal importance. When combined, the Technical and Past Performance factors are significantly more important than Price.**

I TECHNICAL
II PAST PERFORMANCE
III PRICE

The proposal must demonstrate to the Government's satisfaction that the offeror will provide a program that will ensure the successful accomplishment of the Statement of Work (SOW) tasks and overall program objectives. Proposal information provided for one factor may be used to assess other factors if the Government deems it appropriate. In addition, the offeror's technical proposal will be reviewed to determine if it is consistent with the price proposal and reflects a clear understanding of the scope of work necessary to meet the solicitation requirements.

For the Technical factor, a proposal rating and proposal risk will be assigned. The proposal rating will depict how well the proposal will meet the solicitation requirements. The proposal risk will address the potential impacts of the proposed approach on performance, schedule, and price in achieving the solicitation requirements and program objectives. For Past Performance, a risk rating only will be assigned. This risk will address the probability that the offeror will successfully accomplish the required effort based on the offeror's (including subcontractors' and/or team members') relevant past performance and systemic improvement. Under Past Performance, the Government will evaluate how well an offeror has performed similar work before.

In the case of an offeror without a record of past performance or for whom information on past performance is not available, the offeror will receive a rating of "Unknown" which is considered a "Neutral" rating.

Offerors are advised that during the evaluation process, subfactors that receive a "Marginal" or "Unsatisfactory" rating or "High" risk may have a disproportionate impact on the overall factor rating or risk. A deficiency resulting in an "Unsatisfactory" proposal rating for any subfactor may result in a factor rating of "Unsatisfactory" and the entire proposal found unacceptable and eliminated from the competition. A risk assessment of "High" in any subfactor may also result in the entire proposal being found unacceptable and eliminated from the competition.

2. <u>SPECIFIC</u>

(A) <u>TECHNICAL EVALUATION SUBFACTORS</u>. The technical evaluation factors are: Weight, Ballistics, Environmental Compatibility, Fit and Function and Technical Capabilities. **Weight Reduction is more important than the combined importance of Ballistics, Environmental Compatibility, Fit and Function and Technical Capabilities. Ballistics,**

Appendix D

**Environmental Compatibility, Fit and Function and Technical Capabilities are of equal importance.**

**Sub factor A- <u>Weight Reduction</u>.** The offeror's proposal will be evaluated to determine the offeror's ability to meet or exceed the required minimum of a 35% reduction in areal density over the existing metallic armor system as specified in the SOW for the LWARS for the CH-46E aircraft.

**Sub factor B – <u>Ballistics</u>.** The offeror's proposal will be evaluated to determine that the offeror demonstrates a clear understanding of the ballistics testing requirements of the SOW. This evaluation will include, but not be limited to, the offeror's understanding of the determination of constant velocity and point of impact ad obliquity, and the calculation of a ballistic limit.

**Sub factor C– <u>Environmental Compatibility</u>.** The offeror's proposal will be evaluated to determine that the offeror demonstrates a clear understanding of the environmental compatibility testing requirements of the SOW. This evaluation will include, but not be limited to, the offeror's understanding of the vibration, temperature, acceleration, fluid resistance, humidity and salt spray testing requirements of the SOW.

**Sub factor D – <u>Fit and Function</u>.** The offeror's proposal will be evaluated to determine that the proposed LWARS will meet the $V_{50}$ ballistics requirements of the SOW; will mate to the existing CH-46E airframe without modification; will afford the same or better accessibility; will dimensionally meet the existing drawings identified in paragraph 3.0 of the SOW; and will not require additional maintenance after installation on the CH-46E aircraft.

**Sub factor E – <u>Technical Capabilities</u>.** The offeror's proposal will be evaluated on its capability to transition from prototype to production. The associated elements of the manufacturing process such as facilities, resources, and parts supply will also be an area of focus during the evaluation. Additionally, the recognition of technical risk areas, development of mitigation plans; quality assurance considerations, corrective action processes, supplier quality assurance, configuration management and use of GFE/GFI will also be evaluated.

**(B) <u>PAST PERFORMANCE</u>**

The Government will evaluate the offeror's, and (if applicable) its principal subcontractors' and critical team members' demonstrated past performance in delivering quality products and in meeting technical, cost, and schedule requirements on similar programs and to determine that the offeror demonstrates the application of systemic improvement management practices. Problems not addressed by the offeror will be considered to still exist. However, consideration for discounting problems may be given when those problems are addressed through demonstrated systemic improvement. The degree to which the offeror can demonstrate that it has successfully applied continuous systemic improvement to resolve past performance problems will be evaluated.

**Appendix D**

**(C) PRICE**

Each offeror's price proposal shall be evaluated to determine if it is complete, consistent and reasonable with the offeror's technical approach, reflects a clear understanding of the solicitation requirements and contains no material imbalances. For evaluation purposes, the total evaluated price includes the basic requirement and all options. Option CLINs 0005 and 0006 pricing shall be evaluated using a quantity of 147 units multiplied by the proposed units prices. For all other CLINs, the maximum quantities shall be used for evaluation. In addition, adjustments that the Government deems appropriate will be made to include Government costs required to accomplish the offeror's proposed approach with the exception of those costs to the Government that are equal to all offerors.

**Appendix D**

**Amendment 01 to the Source Selection Plan**

**For Solicitation N00019-04-R-0073**

The purpose of this amendment is to revise Appendix D to the Source Selection Plan as shown below to reflect Section M changes included in Amendment 0001 to the solicitation. A conformed copy of Section M, including this change is attached.

**SECTION M – Evaluation Factors for Award**

Delete paragraph (A), **TECHNICAL EVALUATION SUBFACTORS**, under paragraph 2. **SPECIFIC**, and replace with the following:

"The technical evaluation factors are: Weight, Ballistics, Environmental Compatibility, Fit and Technical Capabilities. **Weight Reduction is more important than the combined importance of Ballistics, Environmental Compatibility, Fit and Technical Capabilities. Ballistics, Environmental Compatibility, Fit and Technical Capabilities are of equal importance."**

Delete Sub factor D under section A, **TECHNICAL EVALUATION SUBFACTORS**, in paragraph 2, **SPECIFIC**, and replace with the following:

"**Sub factor D – Fit**. The offeror's proposal will be evaluated to determine that the proposed LWARS will mate to the existing CH-46E airframe without modification; will afford the same or better accessibility; will dimensionally meet the existing drawings identified in paragraph 3.0 of the SOW; and will not require additional maintenance after installation on the CH-46E aircraft.

Source Selection Plan Approval:

21 January 2004
Date

[signature]
CAROL A. TISONE, Division Head, AIR-2.4.3
Source Selection Authority (SSA)

NAV13571

**Amendment 0002 to**

**SOURCE SELECTION PLAN**

**For Solicitation N00019-04-R-0073**

The purpose of this amendment is to revise Appendix B to the Source Selection Plan as shown below to reflect a change in the Technical Evaluation Team (TET) members.

**SOURCE SELECTION PARTICIPANTS**

Remove Mark Petrovic, H-46 FST.1/AIR-4.3.3, as a member under the Technical Capability Evaluation Team (TET) and replace with the following member:

John Gallagher H-46FST.1/AIR-4.1.8

See attached revised Appendix B, Source Selection Participants for proposals received in response to solicitation N00019-04-R-0073.

**ASSISTANT COMMANDER FOR CONTRACTS**
**NAVAL AIR SYSTEMS COMMAND**
**AIR-2.4.3.3 BLDG 2272, Ste. 353, Unit # IPT**
**47123 BUSE ROAD**
**NAVAL AIR STATION**
**PATUXENT RIVER, MD 20670-1547**

Amendment 0002 to
Source Selection Plan Approval:

2/9/2004
Date

Carol A. T.
CAROL A. TISONE, Division Head, AIR-2.4.3
Source Selection Authority (SSA)

NAV13569

## SOURCE SELECTION PARTICIPANTS

Source Selection Authority (SSA): Carol A. Tisone AIR-2.4.3

Competitive Award Panel (CAP) Members:

| | | |
|---|---|---|
| PCO (CAP Chairperson) * | Janice Woehrer | AIR-2.4.3.3 |
| Program Manager* | LtCol Mitch Bauman | PMA-226/AIR-1.0 |
| Technical Advisor* | John Taylor | H-46 FST.0/AIR-4.1.1 |
| Legal Advisor | Anthony Condurso | AIR-11.1 |
| Small Business Advisor | Amy Timmermann | AIR-2.0C |
| CAP Recorder(s) | Julie Matheny | AIR-2.4.3.3.2 |

*Voting Members

Technical Evaluation Team (TET) Members

| | | |
|---|---|---|
| Chairperson: | Lt. Col. Jon MacCartney | PMA-226/AIR-4.1.1 |
| Member: | John Gallagher | H-46FST.1/AIR-4.1.8 |
| Member: | Daryl Bugbee | H-46FST.1/AIR-4.3.3 |

Past Performance Evaluation Team (PPET) Members:

| | | |
|---|---|---|
| Chairperson: | Trish Butler | PMA-226/AIR-1.1.4.1 |
| Member: | Linda Johnston | PMA-226/AIR-1.1.4.1 |
| Member: | Vince Taitingfong | PMA-226/AIR 3.2.4 |

Price Evaluation Team (PET) Members

| | | |
|---|---|---|
| Chairperson: | Julie Matheny | AIR-2.4.3.3.2 |
| Member: | Jon Winchester | PMA-226/AIR-1.1 |

Armour of America

# *LIGHT WEIGHT ARMOR REPLACEMENT SYSTEM (LWARS) FOR THE CH-46E HELICOPTER*
# N00019-04-R-0073

## GENERAL INFORMATION
## VOLUME I

PRESENTED BY:
ARMOUR OF AMERICA
P.O. BOX 1405
BEVERLY HILLS, CA 90213
POC: JOHN NEHMENS

COPY 1

SECTION K Representations, Certifications and Other Statements of Offerors

CLAUSES INCORPORATED BY FULL TEXT

K-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-1)

This solicitation incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)

A. FEDERAL ACQUISITION REGULATION 948 CFR CHAPTER 1) SOLICITATION PROVISIONS

| Clause Number | Title | Date |
|---|---|---|
| 52.203-11 | CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | APR 1991 |

B. DEPARTMENT OF DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT (48 CFR CHAPTER 2 SOLICITATION PROVISIONS)

| Clause Number | Title | Date |
|---|---|---|
| NONE | | |

52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)

(a) The offeror certifies that --

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to --

(i) Those prices,

(ii) The intention to submit an offer, or

(iii) The methods of factors used to calculate the prices offered:

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory --

(1) Is the person in the offeror's organization responsible for determining the prices offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) of this provison John Nehmens, General Manager (insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision.

(c) If the offeror deletes or modifies subparagraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

(End of provision)

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

___ TIN: 95-2784235

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

✓ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4;

___ Other ____________________

(f) Common parent.

✓ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name ____________________

TIN ____________________

(End of provision)

52.204-5 WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS) (MAY 1999)

(a) Definition. Women-owned business concern, as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it ( ) is a women-owned business concern.

(End of provision)

52.207-4 ECONOMIC PURCHASE QUANTITY--SUPPLIES (AUG 1987)

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is (are) economically advantageous to the Government.
Due to the lower price for the quantities greater than 147, savings per shipset are better with more quantity

Each offeror who believes that acquisitions in different quantities would be more advantageous is invited to recommend an economic purchase quantity. If different quantities are recommended, a total and a unit price must be quoted for applicable items. An economic purchase quantity is that quantity at which a significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well.

OFFEROR RECOMMENDATIONS

| ITEM | QUANTITY | PRICE QUOTATION | TOTAL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) The information requested in this provision is being solicited to avoid acquisitions in disadvantageous quantities and to assist the Government in developing a data base for future acquisitions of these items. However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.

(End of provision)

52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (DEC 2001)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are ( ) are not (✓) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ( ) have not (✓), within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are ( ) are not (✓) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not (✓), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

52.215-6 PLACE OF PERFORMANCE (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, ( ) intends, (✓) does not intend [check applicable block] to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

| **Place of Performance(Street Address, City, State, County, Zip Code)** | **Name and Address of Owner and Operator of the Plant or Facility if Other Than Offeror or Respondent** |
|---|---|

(End of provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (APR 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 366413.

(2) The small business size standard is 1000.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it (✓) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, (✓) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, (✓) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it (✓) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, (✓) is not a service-disabled veteran-owned small business concern.

(6) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, as part of its offer, that--

(i) It ( ) is, (✓) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, (✓) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: ____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (APR 2002) ALTERNATE I (APR 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is (insert NAICS code).

(2) The small business size standard is (insert size standard).

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are

participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: ____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(7) (Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.) The offeror shall check the category in which its ownership falls:

( ) Black American.

( ) Hispanic American.

( ) Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

( ) Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

( ) Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

( ) Individual/concern, other than one of the preceding.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

Small business concern means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

Women-owned small business concern means a small business concern --

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall—

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that --

(a) [ ] It has, [✓] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;

(b) [✓] It has, [ ] has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)

52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)

The offeror represents that

(a) [ ] it has developed and has on file, [✓] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or

(b) [✓] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(End of provision)

52.222-38 COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (DEC 2001)

By submission of its offer, the offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) (i.e., if it has any contract containing Federal Acquisition Regulation clause 52.222-37, Employment

Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans), it has submitted the most recent VETS-100 Report required by that clause.

(End of provision)

52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)

(a) Executive Order 13148, of April 21, 2000, Greening the Government through Leadership in Environmental Management, requires submission of this certification as a prerequisite for contract award.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable.)

[ ] (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed in 40 CFR 372.65;

[ ] (ii) The facility does not have 10 or more full-time employees as specified in section 313.(b)(1)(A) of EPCRA 42 U.S.C. 11023(b)(1)(A);

[✓] (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

[ ] (iv) The facility does not fall within the following Standard Industrial Classification (SIC) codes or their corresponding North American Industry Classification System sectors:

(A) Major group code 10 (except 1011, 1081, and 1094.

(B) Major group code 12 (except 1241).

(C) Major group codes 20 through 39.

(D) Industry code 4911, 4931, or 4939 (limited to facilities that combust coal and/or oil for the purpose of generating power for distribution in commerce).

(E) Industry code 4953 (limited to facilities regulated under the Resource Conservation and Recovery Act, Subtitle C (42 U.S.C. 6921, et seq.), 5169, 5171, or 7389 (limited to facilities primarily engaged in solvent recovery services on a contract or fee basis); or

[ ] (v) The facility is not located in the United States or its outlying areas.

52.227-15 STATEMENT OF LIMITED RIGHTS DATA AND RESTRICTED COMPUTER SOFTWARE (MAY 1999)

(a) This solicitation sets forth the work to be performed if a contract award results, and the Government's known delivery requirements for data (as defined in FAR 27.401). Any resulting contract may also provide the Government

the option to order additional data under the Additional Data Requirements clause at 52.227-16 of the FAR, if included in the contract. Any data delivered under the resulting contract will be subject to the Rights in Data--General clause at 52.227-14 that is to be included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data in lieu thereof. The latter clause also may be used with its Alternates II and/or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility.

(b) As an aid in determining the Government's need to include Alternate II or Alternate III in the clause at 52.227-14, Rights in Data--General, the offeror shall complete paragraph (c) of this provision to either state that none of the data qualify as limited rights data or restricted computer software, or identify, to the extent feasible, which of the data qualifies as limited rights data or restricted computer software. Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of such data should a contract be awarded to the offeror.

(c) The offeror has reviewed the requirements for the delivery of data or software and states (offeror check appropriate block)--

(✓) None of the data proposed for fulfilling such requirements qualifies as limited rights data or restricted computer software.

( ) Data proposed for fulfilling such requirements qualify as limited rights data or restricted computer software and are identified as follows:

---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------

Note: "Limited rights data" and "Restricted computer software" are defined in the contract clause entitled "Rights in Data--General."

(End of provision)

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

252.211-7005 (OCT 2001) SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS

(a) Definition. "SPI process," as used in this clause, means a management or manufacturing process that has been accepted previously by the Department of Defense under the Single Process Initiative (SPI) for use in lieu of a specific military or Federal specification or standard at specific facilities. Under SPI, these processes are reviewed and accepted by a Management Council, which includes representatives of the Contractor, the Defense Contract Management Agency, the Defense Contract Audit Agency, and the military departments.

(b) Offerors are encouraged to propose SPI processes in lieu of military or Federal specifications and standards cited in the solicitation. A listing of SPI processes accepted at specific facilities is available via the Internet in PDF format in Excel format at http://www.dcma.mil/onebook/0.0/0.2/reports/modified.xls.

(c) An offeror proposing to use an SPI process in lieu of military or Federal specifications or standards cited in the solicitation shall--

(1) Identify the specific military or Federal specification or standard for which the SPI process has been accepted;

(2) Identify each facility at which the offeror proposes to use the specific SPI process in lieu of military or Federal specifications or standards cited in the solicitation;

(3) Identify the contract line items, subline items, components, or elements affected by the SPI process; and

(4) If the proposed SPI process has been accepted at the facility at which it is proposed for use, but is not yet listed at the Internet site specified in paragraph (b) of this clause, submit documentation of Department of Defense acceptance of the SPI process.

(d) Absent a determination that an SPI process is not acceptable for this procurement, the Contract shall use the following SPI processes in lieu of military or Federal specifications or standards:

(Offeror insert information for each SPI process)

SPI Process:__________________________

Facility:______________________________

Military or Federal Specification or Standard:______________

Affected Contract Line Item Number, Subline Item Number, Component, or Element:_______________

____________________________________

(e) If a prospective offeror wishes to obtain, prior to the time specified for receipt of offers, verification that an SPI process is an acceptable replacement for military or Federal specifications or standards required by the solicitation, the prospective offeror--

(1) May submit the information required by paragraph (d) of this clause to the Contracting Officer prior to submission of an offer; but

(2) Must submit the information to the Contracting Officer at least 10 working days prior to the date specified for receipt of offers.

(End of clause)

252.225-7000 BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM CERTIFICATE (APR 2003)

(a) Definitions. Domestic end product, foreign end product, qualifying country, and qualifying country end product have the meanings given in the Buy American Act and Balance of Payments Program clause of this solicitation.

(b) Evaluation. The Government--

(1) Will evaluate offers in accordance with the policies and procedures of Part 225 of the Defense Federal Acquisition Regulation Supplement; and

(2) Will evaluate offers of qualifying country end products without regard to the restrictions of the Buy American Act or the Balance of Payments Program.

(c) Certifications and identification of country of origin.

(1) For all line items subject to the Buy American Act and Balance of Payments Program clause of this solicitation, the offeror certifies that--

(i) Each end product, except those listed in paragraph (c)(2) or (3) of this provision, is a domestic end product; and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The offeror certifies that the following end products are qualifying country end products:

All AOA manufactured armour______

(Line Item Number Country of Origin)

__________________________________________

(Country of Origin)

(3) The following end products are other foreign end products:

__________________________________________

(Line Item Number)

__________________________________________

(Country of Origin) (If known)

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

_✓_ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

5252.211-9000 NOTICE TO OFFERORS - USE OF OZONE DEPLETING SUBSTANCES (AUG 1993) (NAPS)

(a) In accordance with section 326 of Pub L.102-484, the Department of Defense is prohibited from awarding any contract which includes a DoD-directed specification or standard that requires the use of a Class I ozone depleting substance (ODS) or that can be met only through the use of such a substance unless such use has been approved by a senior acquisition official (SAO). The SAO approval is based on a technical certification that no suitable substitute for the ODS is currently available.

(b) To comply with this statute, the Navy has screened the specifications and standards associated with this solicitation. To the extent that ODS requirements were revealed by this review they are identified below:

[Class I ODS Identified Specification/Standard]

(c) If offerors possess knowledge about any other Class I ODS required directly or indirectly by the specification or standards, the Navy would appreciate such information in your response to this solicitation. Offerors are under no obligation to comply with this request and no compensation can be provided for doing so.

(End of Clause)

Armour of America

# *LIGHT WEIGHT ARMOR REPLACEMENT SYSTEM (LWARS) FOR THE CH-46E HELICOPTER*
# N00019-04-R-0073

TECHNICAL
VOLUME II

PRESENTED BY:
ARMOUR OF AMERICA
P.O. BOX 1405
BEVERLY HILLS, CA 90213
POC: JOHN NEHMENS

Armour of America

VOLUME II
TECHNICAL

**Sub factor A – Weight**

Armour of America's proposed armour system to be supplied as a lightweight substitute for the current metallic armour is our Grades KSP-60.

Grade KSP-60 armour has an areal density of 6.1 lbs per square foot. This areal density, based on an approximate areal density of the current metallic armour of 11.0 lbs per square foot will offer a weight savings of 43%.

The chart below shows the comparison weights of each panel both in the current metallic armour and in Armour of America's Grade KSP-60.

| PART NUMBER | CURRENT SYSTEM WEIGHT (LBS) | PROPOSED KSP-60 WEIGHT (LBS) |
|---|---|---|
| (91145) 70705-3 | 50 | 28 |
| (91145) 70706-1 | 24 | 14 |
| (91145) 70894-1 | 58 | 33 |
| (91145) 70893-1 | 36 | 20 |
| (91145) 70891-3 | 19 | 11 |
| (91145) 70891-5 | 41 | 23 |
| (91145) 70892-1 | 31 | 18 |
| (77272) A02F1001-9 with A02F1001-10 | 65 | 37 |
| (77272) A02F1001-11 with A02F1001-12 | 65 | 37 |
| (77272) A02F1001-7 | 51 | 29 |
| (77272) A02F1001-8 | 51 | 29 |
| (77272) A02F1001-13 | 3 | 2 |
| (77272) A02F1001-14 | 3 | 2 |
| SYSTEM TOTAL WEIGHT | 497 | 283 |

As shown in the weight comparison chart above, Armour of America's system will weigh approximately 283 lbs. as compare to the current weight of 497 lbs.

Armour of America has many different configurations of armour to stop different ballistic threats. We have chosen our Grade KSP-60 configuration for its areal density, performance history over the past ten (10) years in helicopters and outstanding multiple hit capability. The multiple hit capability of the Grade KSP-60 panel is three (3) rounds equally spaced on a 2" circle.

NAV13231

000067

Armour of America

KSP-60 ballistic panel is a matrix of ceramic tile, Kevlar and Spectra. This combination of materials offers the following advantages of each component:

Ceramic Tile – Thin ceramic tile on the strike face causes the projectile to tumble and disrupt its rotation thus making it easier for the back up material to stop the round.

Spectra – Extremely lightweight ballistic material with high strength to capture rounds.

Kevlar – Used to add strength to back up and offer increase rigidness to the panel.

Grade KSP-60, because of its 6.1 lbs per square foot areal density, has been supplied to major rotary wing airframe manufacturers such as Bell Helicopters, MD Helicopters, Agusta, Eurocopter Germany and KAMAN Aerospace.

**Sub factor B – Ballistics**

Armour of America is proposing our Grade KSP-60 ballistic armour for replacement armour for the current metallic armour on the CH-46 aircraft.

Grade KSP-60 is an extremely lightweight armour panel that not only offers an aerial density of 6.1 lbs. per square foot but multiple hit capability of three (3) rounds spaced equidistant on a three inch 3" diameter circle.

KSP-60 will stop the following rounds:

| | | | |
|---|---|---|---|
| 7.62 x 39 | Russian/Chinese | Hardcore | @ 2400 FPS |
| 7.62 x 54 | Russian/Chinese | Hardcore | @ 2800 FPS |
| 7.62 x 51 | NATO | Ball | @ 2700 FPS |
| 5.56 x 109 | NATO | Ball | @ 3300 FPS |
| 5.56 x .885 | NATO | Hardcore | @ 3200 FPS |

Ballistic integrity features:

1. AOA warranties three (3) hits equidistant on a two inch (2") diameter circle (or better), five (5) places on a square foot (1 sq. ft.) panel.
2. AOA warrantees two (2) shot, ¾ " from the edge.
3. AOA warrantees hits at the three-way tile butt joints.
4. The containment physics of this armour is such that the bullet is stopped inside the panel and net fragmented at impact. 90% of the spall is eliminat4ed and the entry hole is only the size of the round and no large broken pieces of tile and bullets are going into the blades.

NAV13232