AoA
Armour of America

Color will be in the exterior resin, to prevent spall shield color from showing through when or if scratched.

## Sub factor C – Environmental Compatibility

Armour of America has already performed environmental testing to MIL-STD-810D requirements. This testing was performed by Environmental Associates, Inc. Chatsworth, California. The test document number 17892-0612106, dated 25 August 1999 and the approval pages are enclosed for your review in Attachment A.

A comparison of Armour of America's compliance to MIL-STD-810D and the RFQ is shown below. Any inconsistencies between the actuals and the RFQ will be retested by Armour of America.

## Environmental Factors and Limits:

**Vibration/Shock**
Requirement: 2" per second at frequency of 4 Hz
AoA Panel: 10-50 Hz @ .015 $g^2$ / Hz, 50-500 Hz @ .00015 $g^2$/Hz for vibration
40 g's peak, 11 milliseconds duration, saw tooth shock pulse for shock

AoA Standard Test: MIL-STD-810D, Method 514.3, Method 516.3

**Temperature:**
Requirement: Cyclic temperatures between -40 and 165 degrees F
AoA Panel: Cyclic temperature between -67 and 185 degrees F at transition rate of 41 degrees F/minute to 185 degrees F stabilized for 2 hours. Cycle repeated nine (9) times

AoA Standard Test: MIL-STD-810 D, Method 501.2

**Acceleration:**
Requirement: Fore, aft, up, down and lateral right and left to 3 G
AoA Panel: TBD

**Fluid Compatibility:**
Requirement: No degradation to JP-5, oils, hydraulic fluid and cleaning solvents for 24 hours at 70 degrees F.
AoA Panel: No degradation to JP-4 hydraulic fluid and cleaning solvents. Test was each fluid sprayed on panel each day for five (5) days.

AoA Standard Test: MIL-STD-810 D

NAV13233

**Humidity:**
Requirement: Varying degrees of humidity up to 100%

AoA
Armour of America

| | |
|---|---|
| AoA Panel: | Variations of humidity of 63% to 80% humidity held over 24 hours at temperature variation of 93 degrees F to 159 degrees F |

AoA Standard Test: MIL-STD-810D, Method 507.2

**Salt Fog:**

| | |
|---|---|
| Requirement: | Salt fog screening at least 48 hours |
| AoA Panel: | Salt fog screening with 5% sodium chloride at 95 degrees F for 48 hours. |

AoA Standard Test: MIL-STD-810D, Method 509.2

**Altitude:**

| | |
|---|---|
| Requirement: | None |
| AoA Panel: | Transition rate of 2,000 feet/minute to 15,000 feet. Stabilized at 15,000 feet for one (1) hour. Test was cycled 2 times. |

AoA Standard Test: MIL-STD-810D, Method 500.2

**Flammability:**

| | |
|---|---|
| Requirement: | None |
| AoA Panel: | Meets FAA requirement FAR 25.853 and Appendix F, Part 1, Paragraph (a) (I) (ii), Procedure (b) (4), 12 second vertical test |

AoA Standard Test: FAA Test Protocol.

Note: Flammability testing was performed by SGS U.S. Testing Company, Los Angeles, California, which is a FAA Certified Test Facility. The results of the AoA Panel test is documented in SGS Report Number 130775 and enclosed for your review in Attachment B.

## Sub factor D – Fit and Function

Armour of America has over twenty (20) years experience in designing and manufacturing ballistic armour to fit fixed and rotary wing aircraft, vehicles and naval ships.

Armour of America currently has armour systems for the following rotary wing aircraft:

Bell Helicopters – B205, B206, B212, B222, B407, B412, B430 and UH-1H.
MD Helicopters – MD500, MD600 and MD 900
AGUSTA – A109
Eurocopter – BK117, BO105, EC-120 and EC135
Aerospatial – Puma, Super Puma, AS350 and AS355
MIL- MI-17

NAV13234

AoA
Armour of America

KAMAN – KMAX 1200
Sikorsky – UH-60 (Internal and External)

Bell Helicopter, MD Helicopter, Agusta and KAMAN have approved the systems listed above for use on their aircraft. All three (3) airframe manufacturers purchase AoA armour for delivery with their aircraft and/or send their end-user to AoA when armour is to be an after-market procurement.

All of our systems fit tightly around outboard walls, pedals, control boots and collector. In the cabin all kits allow for clearance at cargo tie down points and cabin seat attach points.

Armour of America can ensure that the panels manufactured will dimensionally meet the existing drawings provided in paragraph 3.0 of the SOW by use of production tooling. Every system manufactured by Armour of America, has both production molds and drill templates in place prior to production start up.

Production molds will be made from the Government supplied drawings after Armour of America physically surveys aircraft in the fleet. Production molds are made to extremely close tolerances which produce consistent panel size and thickness. Drill fixtures are also developed to hold the hole location and tolerance required to meet both drawing callouts and aircraft attach fittings.

Maintenance of the armour panel is minimal. Panels can be cleaned at the same time as the rest of the aircraft and any paint touch up can be performed in the same manner as the surface of the ship.

AoA offers all of our armour customers a maintenance package which requires the armour kit to be returned to AoA's manufacturing facility after the fourth year of service. The system is 100% X-ray inspected for cracks, voids or other physical defects. If no defects are found, the armour panels are resurfaced, painted and identified and returned to the aircraft. Any discrepancies are reported back to the command along with repair costs for disposition. Upon return to the aircraft the ballistic warranty is extended another 60 months.

Accessibility will be better than the current system because the panels will be significantly lighter and easier to remove during maintenance and modification.

NAV13235

000071

Armour of America

## Sub factor E – Technical Capabilities

Armour of America fully understands the technical requirements to transition from prototype to production. Since Armour of America's first program in 1978, a DEA program to armour UH-1H floor and seats, every fixed and rotary wing armour system has been a prototype to production effort.

Since 1978, Armour of America has been involved in manufacturing armour in a "build-to-print" program. Each rotary and fixed wing system has been designed and prototyped by Armour of America personnel to meet Armour of America's internal design and workmanship standards before being offered to the airframe manufacturer and/or end user.

Certain elements have become the baseline for Armour of America's success in prototype to production programs. The elements include program management, teaming relationship with key suppliers, keen awareness of current and available manpower, adherence to master schedules, facility and equipment allocation, quality assurance and prior experience.

<u>Program Management</u>

Armour of America understands the necessity of and has experience in closely managing large armour programs. Programs are managed using a functional matrix instead of individual program manager. The advantage to Armour of America is that each function constantly has visibility of how each program fits and interfaces with other programs and can adjust schedules and manpower within the function to support production and delivery schedules.

<u>Teaming Relationships (Key Suppliers)</u>

In addition to our qualified internal management, Armour of America has put together a group of key supplier teaming partners who are leaders of their respective industries and bring numerous years of design and manufacturing experience in the aerospace field to this program. These partners will insure a cohesive and solid approach, to the prototype and manufacturing of armour for this program.

Armour of America's teaming partners are:

***Honeywell Fibers***
Manufacturers of ballistic Spectra material

***Ferro Corporation***
Manufacturers of ballistic ceramic tile

NAV13236

Armour of America

***Barrday***
Weavers of ballistic Kevlar material

Because of our teaming arrangement with the suppliers of our raw materials, we have no items which fall under the definition of long lead items. Our major suppliers have agreed to support the schedule we develop so that we will not have to order or bring in inventory until it is required on the manufacturing floor.

Armour of America establishes blanket orders with our suppliers at the beginning of each year and at that time establish a quantity and delivery schedule for that year. When a program such as the CH-46 is awarded, Armour of America re-negotiates the price and schedule and establishes partial deliveries based on the master schedule.

**Available Manpower**

Armour of America currently is in production of numerous aircraft armour systems which require skilled labor in all facets of the manufacturing process.

The production of hard ballistic armour requires the following skills:

1. Wetout and Lay-up
2. Tile Cutters
3. Tile Fitters
4. Panel Assemblers
5. Painters
6. Hardware Assemblers

In addition to the current staff, Armour of America can ramp up to the required manpower for this program with two (2) weeks. Over seventy five percent (75%) of this group will have had previous experience, in one of the skills, at Armour of America.

**Master Schedule**

Armour of America understands that the key to any successful program of this task and size requires constant visibility and adherence to the program master schedule.

Program milestones for the CH-46 armour upgrade are similar to those we are currently under contract for with The Boeing Company on the C-17 armour system.

Armour of America currently conducts weekly production meetings with all functional groups to monitor close adherence to milestones on all program master schedules.

**Facilities and Equipment**

Armour of America

The Armour of America facility that will manufacture the hard armour, which will be supplied for this contract, is located in Gardena, California. This facility is a concrete tilt up building with the following floor space:

| | |
|---|---|
| Manufacturing | 16,000 sq. ft. |
| Administration | 4,000 sq. ft. |
| Material Stores | 1,000 sq. ft. |

Included in this building is a small ballistic test range. This is used to conduct development and testing of new ballistic armour configurations prior to submittal to an independent test lab.

**Capability**

The manufacturing floor includes the press and cutting area, layout and assembly area, molding area, and a paint and stencil area.

Press and Cutting Area – This area contains three hydraulic presses with heated platens used to press the Kevlar backup for the armour panels. Two large presses, used for production panels (60" x 89") are located at a facility in Chino, California. Two large vertical panel saws are used to cut the large pressed panels into the individual panels for assembly. Numerous industrial band saws support this cutting operation.

Six tile saws, with diamond blades, are used to hand cut the ceramic tiles to fit in the production molds. Drill presses with diamond core drills support any drilling operation that may be required.

Layout and Assembly Area – This area contains the large inventory of proprietary production molds used to manufacture every armour panel that goes into our armour kit. This area has work tables with the capacity to work ninety-six (96) different molds at the same time.

Molding Area – This area of the shop loads the mold with the cut tile, Kevlar panel and or proprietary resin system and under pressure presses a finished panel.

Pain and Stencil Area – This area in the shop contains a large walk-in paint boot used to perform any painting function that might be required. This area is supported with equipment required to apply walk surface and perform individual part identification.

After review of the anticipated impact of the CH-46 Armour Program on the current manufacturing resources at our Gardena Facility, we believe that no additional floor space or major investment in new equipment will be required. Skilled and semi-skilled labor will be required and man loaded per our manpower phasing schedule.

**Quality Assurance**

Armour of America

Armour of America has a quality assurance system that has been certified to AS9100 by The Boeing Company and ISO 9001 certified by an ISO Registrar.

The senior management of Armour of America has a combined sixty (60) years experience in aerospace quality at all levels of production, including structure and flight line operations. We believe that this experience is of great benefit when working on the aircraft, as well as, interfacing with military engineering and aircrews.

Prior Experience

Armour of America is quite proud of our vast technical experience. For the past twenty years, we have designed and produced fixes and rotary wing aircraft armour systems for aircraft users around the world. Our philosophy, when designing an armour system, has always been to understand the tradeoffs between weight, area of coverage and cost then offer the customer the best mix of both possible. We believe that no other armour company can match our experience and expertise when it comes to providing the lightest and most ballistically sound armour for an aircraft application.

In the past four years, we have designed armour systems which have been certified and selected as the armour of choice by two (2) major aircraft companies in the world, Eurocopter and Alenia Aerospazio. In addition, our armour is used extensively on Bell helicopters and most recently by MD Helicopters for use on the U.S.C.G. MD900 aircraft.

The management of Armour of America has always given great visibility and attention to the management of every contract award. Kick Off meetings introduce a new program into the production floor and weekly meetings keep all concerned, updated as to the progress and any potential issues before they become impacts to the schedule. Our on time deliveries and attention to the customer's concerns are indicative of the number of reorders from our original customers.

Regarding risk management and confidence in this armour upgrade, we believe that both the prototype and production phases have minimal risk.

As stated earlier in this section, Armour of America has been involved with numerous design/production programs for both fixed and rotary wing aircraft. A number of these programs, including the C-130 armour program for NAVAIR and the C-17 armour program for Boeing/USAF, have required Armour of America to interface closely with both customer engineering, maintenance and flight crews in the development of armour systems.

This effort requires the blending of engineering requirements (including human factors, stress, loads and weight), maintenance requirements (including initial and mission installation, storage, accessibility and panel maintenance) and flight crew requirements (including access to fuses and controls, maneuverability around the flight deck and ease of moving panels during flight).

Armour of America

Armour of America will request that a set of the current metallic armour system be bailed o Armour of America during the initial stages of the program.

**INDIVIDUAL RATING FORM**

**Offeror:** ARMOUR OF AMERICA (AOA)
**Evaluator:** GALLAGHER
**Sub-Factor: WEIGHT REDUCTION**

**Overall Rating:** O (O, HS, S, M, U)

**Overall Proposal Risk:** M (Low, Medium, High)

**Section L-2(F):**

The offeror's proposal shall describe the weight savings the proposed LWARS will provide. The offeror shall discuss the type of material, reasons for choice of material, strengths and weaknesses of the chosen material, and weight savings in pounds.

**Section M-2:**

The offeror's proposal will be evaluated to determine the offeror's ability to meet or exceed the required minimum of a 35% reduction in areal density over the existing metallic armor system as specified in the SOW for the LWARS for the CH-46E aircraft.

**INDIVIDUAL RATING FORM**

**Offeror:** A&A
**Evaluator:** GALLAGHER
**Sub-Factor: WEIGHT REDUCTION**

**Summary – Ability to Meet or Exceed the Required minimum of a 35% reduction in areal density over the existing metallic armor system as specified in the SOW.**

- Vendor claims 43% reduction in areal density. (p.1)
  - areal density of LWARS is 6.1 lbs/ft².
  - actual reduction is 42% (11.0 lbs/ft² vs 10.44 lbs/ft²)
- Armor is grade KSP-60 – ceramic tile, Kevlar & Spectra – ceramic to tumble round. – spectra to capture round. – kevlar to add strength. (p 2)
- KSP-60 has been supplied to other helicopter ~~platforms~~ mfgs. (p 2)
- Vendor does not say they will weight test.
- Vendor does not provide armor lay-ering information or back-up weight estimate.

O M

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

INDIVIDUAL RATING FORM

**Offeror:** AoA
**Evaluator:** GALLAGHER
**Sub-Factor:** **WEIGHT REDUCTION**

**Strengths:**

- Vendor claims 43% (actual 42%) areal density reduction.
- Vendor provides overview of armor materials.
- vendor's armor has been supplied to rotary wing mfgs.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** A&A
**Evaluator:** GALLAGHER
**Sub-Factor: WEIGHT REDUCTION**

**Weaknesses:**

- Vendor does not provide armor layer details (thicknesses, individual areal densities).
- Vendor does not cite other platforms that KSP-60 is on.
- Vendor does not say they will weight test.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AZ A
**Evaluator:** GALLAGHER
**Sub-Factor: WEIGHT REDUCTION**

**Deficiencies:**

. Vendor does not say they will weight test.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AUA
**Evaluator:** GALLAGHER
**Sub-Factor: WEIGHT REDUCTION**

**Discrepancies/Omissions:**

. Vendor using 11.0 lbs/ft² as areal density of H-46 armor. RFP cites 10.44 lbs/ft².

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** ADA
**Evaluator:** GALLAGHER
**Sub-Factor: WEIGHT REDUCTION**

**Overall Summary:**

Vendor's actual areal density reduction (using 10.44 lbs/ft²) is 42%. Armor has been supplied to other rotary wing mfgs, but vendor does not cite which platforms. Vendor does not provide armor layer details (thickness, weights) or test data on proposed armor.

**INDIVIDUAL RATING FORM**

**Offeror:** ARMOR OF AMERICA (AoA)
**Evaluator:** GALLAGHER
**Sub-Factor: BALLISTICS**

**Overall Rating:** U **(O, HS, S, M, U)**

**Overall Proposal Risk:** H **(Low, Medium, High)**

**Section L-2(F):**

The offeror's proposal shall describe the qualification test procedures by which the offeror will meet the ballistics requirements of the SOW.

**Section M-2:**

The offeror's proposal will be evaluated to determine that the offeror demonstrates a clear understanding of the ballistics testing requirements of the SOW. This evaluation will include, but not be limited to, the offeror's understanding of the determination of constant velocity and point of impact ad obliquity, and the calculation of a ballistic limit.

**Summary – Determination of ~~Constant Velocity~~** $V_{50}$

- Vendor does not claim to meet RFP requirement. ($V_{50}$ = 2900 ft/s for .30 cal APM2)
- Vendor provides test data (summaries), but for different threats and at lesser velocities
- Vendor provides test data for non-API rounds. Test data is not $V_{50}$.
- Vendor does not say they will test IAW with MIL-STD-662, or even at all.

(UH)

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AoA
**Evaluator:** GALLAGHER
**Sub-Factor: BALLISTICS**

**Summary – Point of Impact Ad Obliquity**

Angle omitted.

UH

**Summary – ~~Calculation of a Ballistic Limit~~** Multi-hit capability.

- Vendor claims multi-hit capability of 3 rds. spaced equidistant in a 2" diameter circle; and in five places on a sq. foot panel.
  - threat round is not cited.
  - unclear if multi-hit capability is for RFP threat or the threats that vendor uses for testing.
- Vendor does not provide test data to support claim.
- Vendor does not say they will test multi-hit capability.

M-H

**INDIVIDUAL RATING FORM**

**Offeror:** AOA
**Evaluator:** GALLAGHER
**Sub-Factor: BALLISTICS**

**Strengths:**

- Multi-hit capability of 3 shots inside a 2" circle. (but threat not defined)

**INDIVIDUAL RATING FORM**

**Offeror:** AOA
**Evaluator:** GALLAGHER
**Sub-Factor: BALLISTICS**

**Weaknesses:**

- Unclear what multi-hit threat is.
- Test data to back up ballistics does not meet RFP requirement.
- No qual testing mentioned.

## INDIVIDUAL RATING FORM

**Offeror:** AZA
**Evaluator:** GALLAGHER
**Sub-Factor:** **BALLISTICS**

**Deficiencies:**

- Vendor does not claim to meet RFP requirement for $V_{50}$ and test data is not 100% applicable to LWARS (different threat).
- Angle is not mentioned.
- Multi-hit capability is not defined with a threat size.
- Qual testing is not mentioned.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AUA
**Evaluator:** GALLAGHER
**Sub-Factor: BALLISTICS**

**Discrepancies/Omissions:**

Omissions
- $V_{50}$ for RFP threat is omitted.
- Angle is omitted.
- threat for multi-hit is omitted.
- Qual testing is omitted.

Discrepancies
- Multi-hit is cited as 3 rounds in a 3" diameter circle and a 2" diameter circle

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AoA
**Evaluator:** GALLAGHER
**Sub-Factor: BALLISTICS**

**Overall Summary:**

Vendor's armor does not meet LWARS requirement, from the provided data. Vendor provides test data but for different threats. Vendor test data is not in $V_{50}$ form. Vendor omits angle. Vendor does not define threat that armor is multi-hit capable of.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** (AoA) ARMOUR OF AMERICA
**Evaluator:** GALLAGHER
**Sub-Factor: ENVIRONMENTAL COMPATIBILITY**

**Overall Rating:** S- (O, HS, S, M, U)

**Overall Proposal Risk:** M+ **(Low, Medium, High)**

**Section L-2(F):**

The offeror's proposal shall describe the qualification test procedures by which the offeror will meet the environmental compatibility requirements of the SOW.

**Section M-2:**

The offeror's proposal will be evaluated to determine that the offeror demonstrates a clear understanding of the environmental compatibility testing requirements of the SOW. This evaluation will include, but not be limited to, the offeror's understanding of the vibration, temperature, acceleration, fluid resistance, humidity and salt spray testing requirements of the SOW.

**Summary – Vibration**

- Vendor has already performed vibration testing IAW MIL-STD-810.
- Testing is at higher frequencies and not at 2" displacement.
- Vendor will do testing at MIL-STD-810.
- Vendor does not claim to meet RFP requirement.

(p7)

(M+M)

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AoA
**Evaluator:** GALLAGHER
**Sub-Factor: ENVIRONMENTAL COMPATIBILITY**

**Summary – Temperature**

(p. 3)

- Vendor provides test data that shows proposed armor will meet temp. range (p. 3)

SL

**Summary – Acceleration**

(p. 3)

- Vendor does not have previous testing.
- Vendor does not state they can meet requirement.
- Qual testing is TBD.

M-H

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

INDIVIDUAL RATING FORM

**Offeror:** AcA
**Evaluator:** GALLAGHER
**Sub-Factor:** ENVIRONMENTAL COMPATIBILITY

**Summary – Fluid Resistance**

- Vendor has previous test data on JP-4, hydraulic fluid and cleaning solvents.
- Vendor will do oil testing IAW MIL-STD-810.

(p. 2)

SL

**Summary – Humidity**

- Vendor has previous test data IAW MIL-STD-810
- Vendor will test data gap between existing test data and RFP requirement. IAW MIL-STD-810

(p. 3)

SL

**Summary – Salt Spray Testing**

- Vendor has salt spray testing IAW MIL-STD-810

(p. 4)

SL

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AOA
**Evaluator:** GALLAGHER
**Sub-Factor:** **ENVIRONMENTAL COMPATIBILITY**

**Strengths:**

- Vendor has existing environmental test data IAW MIL-STD-810.
- Vendor will do additional testing IAW MIL-STD-810.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** A2A
**Evaluator:** GALLAGHER
**Sub-Factor: ENVIRONMENTAL COMPATIBILITY**

**Weaknesses:**

- Acceleration testing is TBD and vendor does not provide data/analysis/estimates of whether armor has capability.
- Vibration testing is at different frequency.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AtA
**Evaluator:** GALLAGHER
**Sub-Factor:** **ENVIRONMENTAL COMPATIBILITY**

**Deficiencies:**

None

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

INDIVIDUAL RATING FORM

**Offeror:** AGA
**Evaluator:** GALLAGHER
**Sub-Factor:** ENVIRONMENTAL COMPATIBILITY

**Discrepancies/Omissions:**

None

**SOURCE SELECTION INFORMATION – SEE FAR 3.104** **N00019-04-R-0073**

**INDIVIDUAL RATING FORM**

**Offeror:** AoA
**Evaluator:** GALLAGHER
**Sub-Factor: ENVIRONMENTAL COMPATIBILITY**

**Overall Summary:**

Vendor has previously conducted test data IAW MIL-STD-810. The test data almost covers the full RFP requirements. Vendor says they will do additional testing IAW MIL-STD-810. Additional testing includes: vibration, acceleration (all), oil compatibility, humidity.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** (AoA) ARMOUR OF AMERICA
**Evaluator:** GALLAGHER
**Sub-Factor: FIT**

**Overall Rating:** S (O, HS, S, M, U)

**Overall Proposal Risk:** LO- (Low, Medium, High)

**Section L-2(F):**

The offeror's proposal shall describe the offeror's ability to meet the fit requirements of the SOW.

**Section M-2:**

The offeror's proposal will be evaluated to determine that the proposed LWARS will mate to the existing CH-46E airframe without modification; will afford the same or better accessibility; will dimensionally meet the existing drawings identified in paragraph 3.0 of the SOW; and will not require additional maintenance after installation on the CH-46E aircraft.

**Summary – Mate to Existing CH-46E Airframe without Modification**

- Vendor will drill holes in armor to meet drawings and aircraft attachment fittings.
- Vendor does not give attachment options
- Vendor does not state if hole variation can be accommodated.

(SM)

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AoA
**Evaluator:** GALLAGHER
**Sub-Factor: FIT**

**Summary – Same or Better Accessibility**

- Accessibility will be better due to lighter panel weight. (p.5)
  - Easier to remove panels if lighter weight.

(SL)

**Summary – Dimensionally Meet Existing Drawings**

- Vendor claims to meet requirement. (p.5)
- Vendor will use GFI drawings and survey aircraft. (p.5)
- Vendor will use GFI drawings and meet drawing specifications (p.5)
- Production molds are tight tolerance and meet drawing specifications (p.5)

(SL)

**Summary – Require No Additional Maintenance after Installation**

- Vendor claims maintenance is minimal. (p.5)
  - cleaning
  - paint touchup
- Vendor offers maintenance package to inspect armor every 5 years (p.5)

(SL)

**INDIVIDUAL RATING FORM**

**Offeror:** AOA
**Evaluator:** GALLAGHER
**Sub-Factor:** FIT

**Strengths:**

- Vendor will use GFI drawings to mfg armor, supplemented with some aircraft ~~[illegible]~~ surveys.
- Vendor will drill holes to match drawings
- Same accessibility
- No additional maintenance.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AbA
**Evaluator:** GALLAGHER
**Sub-Factor: FIT**

**Weaknesses:**

- Attachment options not discussed.
- Variation from aircraft to aircraft cannot be accommodated by vendor drilling holes to match drawings.
- Maintenance is not fully explored – any inspection less than every 5 years?
  – repairability?

**INDIVIDUAL RATING FORM**

**Offeror:** AGA
**Evaluator:** GALLAGHER
**Sub-Factor: FIT**

**Deficiencies:**

None

**INDIVIDUAL RATING FORM**

**Offeror:** AoA
**Evaluator:** GALLAGHER
**Sub-Factor: FIT**

**Discrepancies/Omissions:**

None.

**INDIVIDUAL RATING FORM**

**Offeror:** ApA
**Evaluator:** GALLAGHER
**Sub-Factor: FIT**

**Overall Summary:**

Vendor will drill holes in armor to match drawings. Vendor does NOT provide an attachment option that accommodates aircraft variation. Vendor does not really detail attachment proposed.

Accessibility and maintainability look to be the same. Vendor glosses over both areas

Vendor will use drawings and has a process in place to ensure final product matches drawings.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

INDIVIDUAL RATING FORM

**Offeror:** ARMOUR OF AMERICA (AOA)
**Evaluator:** GALLAGHER
**Sub-Factor: TECHNICAL CAPABILITIES**

**Overall Rating:** M- (O, HS, S, M, U)

**Overall Proposal Risk:** M- **(Low, Medium, High)**

**Section L-2(F):**

The offeror's proposal shall provide information to demonstrate the offeror's understanding of their technical capabilities to transition from prototype to production and the associated elements of the manufacturing process, such as facilities, resources, and parts supply, as specified for this sub factor in Section M of this solicitation.

**Section M-2:**

The offeror's proposal will be evaluated on its capability to transition from prototype to production. The associated elements of the manufacturing process such as facilities, resources, and parts supply will also be an area of focus during the evaluation. Additionally, the recognition of technical risk areas, development of mitigation plans; quality assurance considerations, corrective action processes, supplier quality assurance, configuration management and use of GFE/GFI will also be evaluated.

**Summary – Capability to Transition from Prototype to Production**

- Vendor cites experience (p.5)
- Vendor's elements of successful program: program management, teaming with suppliers, awareness of manpower, using schedules, quality assurance, experience (p.6)
- A schedule is not given, other than to say milestones are similar to C-17. (p.7)
- Vendor proposes weekly production meetings (p.7)
- Vendor has teaming arrangement with suppliers to eliminate long lead items (p.6)
- Vendor has teaming arrangement with suppliers ... (p.7)
- Vendor can ramp-up skilled workforce in 2 weeks (p.7)
- Vendor ~~[illegible]~~ can ramp-up skilled workforce (MM)

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

## INDIVIDUAL RATING FORM

**Offeror:** ACA
**Evaluator:** GALLAGHER
**Sub-Factor: TECHNICAL CAPABILITIES**

**Summary – Manufacturing Process**

- cut kevlar backing + ceramic tiles
- combine kevlar, tiles + resin in mold. (p.8)
- pressure is applied to finish panel.
- painting.

- **Facilities** mfg. plant in CA (p.7)

  ballistic test range

- **Resources**

  can rampup manpower in 2 weeks. (p 7)

- **Parts Supply** (p 6)

  has blanket orders with all suppliers (spectra, kevlar, ceramic)

(SL)

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** A2A
**Evaluator:** GALLAGHER
**Sub-Factor: TECHNICAL CAPABILITIES**

**Summary – Recognition of Technical Risk Areas**

- Rigidity of armor panel (p. 2)
- Previous environmental testing does not fully meet RFP requirements. (p. 3)
- ~~Quality (p. ?)~~ Dimensional accuracy (p. 5)
- ~~Schedule (p. ?)~~
- Did not recognize ballistic requirement technical risk

(MM)

**Summary – Development of Mitigation Plans**

- Vendor will use Kevlar (in addition to Spectra) to add rigidity. (p. 2)
- Vendor will test deltas (p. 3)
- Vendor will use drill jigs to ensure mfg. accuracy (p. 5)
- ~~Vendor has teaming arrangement with suppliers (p. 6)~~

(MM)

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AuA
**Evaluator:** GALLAGHER
**Sub-Factor: TECHNICAL CAPABILITIES**

**Summary – Quality Assurance Considerations**

- ISO 9001 certified (p.8)
- No mention of mfg. process QA (for material integrity)
- Fabrication process (Drilling) has tight tolerance control for QA. (p.5)
- Vendor offers X-ray to inspect for cracks, voids, physical defects for maintenance package. Should be used for QA too. (p.5)
- Vendor warranties ballistic impacts (p. 2)

(MM)

**Summary – Corrective Action Processes**

Not provided.

(JH)

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AoA
**Evaluator:** GALLAGHER
**Sub-Factor: TECHNICAL CAPABILITIES**

**Summary – Supplier Quality Assurance**

Not provided.

UH

**Summary – Configuration Management**

Not provided.

UH

**INDIVIDUAL RATING FORM**

**Offeror:** ABA
**Evaluator:** GALLAGHER
**Sub-Factor: TECHNICAL CAPABILITIES**

**Summary – Use of GFE/GFI**

- Use MIL-STD-810 for environmental testing
- No mention of MIL-STD-662 for ballistic testing
- Use drawings.

SM

**INDIVIDUAL RATING FORM**

**Offeror:** AoA
**Evaluator:** GALLAGHER
**Sub-Factor: TECHNICAL CAPABILITIES**

**Strengths:**

- Vendor has experience
- Simple mfg. process
- Can get workers + raw materials
- 3 risk areas identified and mitigation plans submitted.

**INDIVIDUAL RATING FORM**

**Offeror:** AoA
**Evaluator:** GALLAGHER
**Sub-Factor: TECHNICAL CAPABILITIES**

**Weaknesses:**

- Did not provide a schedule
- Vendor did not state they would x-ray panels for Q.A.
- Vendor did not state they would use MIL-STD-662.
- Ballistics not identified as a risk.

**INDIVIDUAL RATING FORM**

**Offeror:** AvA
**Evaluator:** GALLAGHER
**Sub-Factor:** TECHNICAL CAPABILITIES

**Deficiencies:**

- Ballistics not identified as a risk; no mitigation plan

**INDIVIDUAL RATING FORM**

**Offeror:** AGA
**Evaluator:** GALLAGHER
**Sub-Factor: TECHNICAL CAPABILITIES**

**Discrepancies/Omissions:**

Omissions
- Configuration Management
- Supplier QA
- Corrective Actions Processes.

SOURCE SELECTION INFORMATION – SEE FAR 3.104 N00019-04-R-0073

**INDIVIDUAL RATING FORM**

**Offeror:** AvA
**Evaluator:** GALLAGHER
**Sub-Factor: TECHNICAL CAPABILITIES**

**Overall Summary:**

Vendor has experience making armor. Their production process and raw material suppliers are working – no development needed. Vendor has identified some risk areas and developed mitigation plans. However, vendor failed to identify ballistics as a risk area. Vendor did not provide a schedule to show ~~testing~~ how the product would progress. Vendor's QA could be improved by using X-ray (from maintenance package) to check armor before delivery.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE
PAGE OF PAGES: 1 | 8

2. AMENDMENT/MODIFICATION NO.: 0004
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO.(If applicable): H-46

6. ISSUED BY — CODE: N00019
NAVAL AIR SYSTEMS COMMAND
AIR-2.4.3.3 BLDG 2272
47123 BUSE RD
PUTUXENT RIVER MD 20670-1547

7. ADMINISTERED BY (If other than item 6) — CODE:
**See Item 6**

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
Armour of America
PO Box 1405
Beverly Hills, CA 90213

CODE
FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO.
N00019-04-R-0073

X 9B. DATED (SEE ITEM 11)
23-Dec-2003

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment is to revise the quantities listed under Items 0005 and 0006 of Section B - Supplies or Services and Prices

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| John Nehmens, General Manager | | | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] (Signature of person authorized to sign) | 12 Feb 04 | BY ______ (Signature of Contracting Officer) | 11-Feb-2004 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SOURCE SELECTION INFORMATION – SEE FAR 3.104

N00019-04-R-0073

**TECHNICAL EVALUATION TEAM (TET) SUMMARY WORKSHEET**

**OFFEROR:** Armor of America

**OVERALL TECHNICAL RATING:** HS- HS **OVERALL PROPOSAL RISK:** M- M

| EVALUATION SUB-FACTOR | Evaluator 1 (M) | Evaluator 2 (J) | Evaluator 3 (D) | TET Rating | TET Risk | |
|---|---|---|---|---|---|---|
| WEIGHT REDUCTION | HS-/M | O/M- | O/M- | O- | M- | O M O- M- ] 60% |
| BALLISTICS | U/H | U/H | M-/H | U+ | H | U H |
| ENVIRONMENTAL COMPATIBILITY | M+/M+ | S-/M+ | S/M | S- | M+ | S M M+ M- ] 40% |
| FIT & FUNCTIONALITY | M+/M | S/L- | S+/L- | S | M+ | S L |
| TECHNICAL CAPABILITIES | U+/H | M-/M | M+/M- | M- | M- | M M |

**I concur/do not concur with this TET Report:**

**Lt. Col. Jon McCartney/Date** J MacCartney 24Feb04

**John Gallagher/Date** [signature] 2/24/04

**Daryl Bugbee/Date** Daryl J Bugbee 24 FEB 04

(2)

SOURCE SELECTION INFORMATION – SEE FAR 3.104

NAV09067

000118

DEPARTMENT OF THE NAVY
NAVAL AIR SYSTEMS COMMAND (PMA226)
PSC BOX 8026
CHERRY POINT NC 28533-0026

IN REPLY REFER TO:

PMA-226 APMSE
LWARS TET LTR
23 Mar 2004

**MEMORANDUM**

Technical Evaluation Team Chairperson

To: Competitive Award Panel

SUBJ: N00019-04-R-0073 – TECHNICAL EVALUATION SUMMARY REPORTS

(1) Armor of America Summary Technical Report

(2) Armor Works Summary Technical Report

(3) Hardcore Composites Summary Technical Report

(4) M Cubed Technologies RBBC Summary Technical Report

(5) M Cubed Technologies RBSC Summary Technical Report

(6) Mide` Technologies Corporation Summary Technical Report

(7) Neptune Precision Composites Summary Technical Report

(8) Protective Materials Company Summary Technical Report

(9) Vertical Horizons One, Inc. Summary Technical Report

1. Subject solicitation is for development and production of a Light Weight Armor System (LWARS) that will be incorporated into U. S. Marine Corps CH-46E helicopters. The solicitation was issued 24 December 2003 and closed on 10 February 2004. Four amendments were issued prior to closing. There were three factors for evaluation: Technical, Past Performance, and Price. This memorandum forwards the results of the Technical Evaluation Team's (TET) evaluations of the nine proposals reviewed by the team. A tenth proposal, Meggitt Armor Systems, was received by the government but not reviewed since they certified they are not a small business. Thus, they are not eligible to participate in this small business set-aside competion. The members of the TET are: LtCol. Jon MacCartney, Mr. Daryl Bugbee, and Mr. John Gallagher. The TET Chairperson is LtCol MacCartney.

2. The technical evaluations were conducted in accordance with the Section M evaluation criteria set forth in the solicitation. Technical proposals were reviewed and evaluated individually by each evaluator. Once the individual evaluations were completed, the TET convened to reach consensus on the final ratings. The overall technical rating and overall risk assigned for each offeror is shown below. Offerors are listed below in alphabetical order. A detailed narrative is contained in their respective Technical Evaluation Report Summary.

PMA-226
23 Mar 2004

**SUBJ: N00019-04-R-0076 – TECHNICAL EVALUATION SUMMARY REPORTS**

**TET LWARS Technical Proposals Evaluation Summary Table**
**Listed in Alphabetical Order**

| | Weight Reduction | Ballistics | Environmental Compatibility | Fit | Technical Capability | Overall Rating/Risk |
|---|---|---|---|---|---|---|
| **Armor of America** | O/M | U/H | S/M | S/L | M/M | HS/M |
| **Armor Works** | O/L | O/L | S/L | S/L | S/L | O/L |
| **Hardcore Composites** | S/L | S/L | S/L | U/H | U/H | S/L |
| **M Cubed Technologies RBBC** | HS/M | S/M | M/M | U/H | M/M | S/M |
| **M Cubed Technologies RBSC** | M/M | S/M | M/M | U/H | M/M | M/M |
| **Mide` Technologies Corporation** | U/H | U/H | S/M | U/H | U/H | U/H |
| **Neptune Precision Composites** | HS/H | S/M | M/M | S/L | M/M | S/M |
| **Protective Materials Company** | S/M | M/M | S/M | M/M | M/M | S/M |
| **Vertical Horizons One, Inc** | O/H | M/H | M//M | M/M | U/H | S/H |

LtCol Jon MacCartney
TET Chairperson

I concur with the TET Summary Reports enclosed herein:

LtCol Jon MacCartney/ Date 25MAR04

John Gallagher/ Date 3/26/04

Daryl Bugbee/ Date 26 MAR 04

000120

NAV13596

# Armour of America (AOA) –Technical Evaluation Report Summary

The **Armour of America (AOA)** Technical Proposal was evaluated and rated on five Technical Sub-factors: Weight Reduction, Ballistics, Environmental Capability, Fit, and Technical Capabilities. The Request for Proposal (RFP) N00019-04-R-0073 Section C contains the Light Weight Armor System (LWARS) Description and Specification, Section L-2 contains the proposal requirements, and Section M defines the rating criteria. Each Sub factor was evaluated and assigned an Overall Rating and an Overall Proposal Risk by each of the Technical Evaluation Team (TET) Members. In accordance with the RFP, the Weight Reduction sub-factor was considered more important than the other four sub-factors combined, and each of the remaining four sub-factors were considered to be of equal importance.

The members of the TET independently evaluated each proposal. The RFP requirements were an aerial density reduction of 35%, a $V_{50}$ ballistic limit of 2900 fps at a 30$^{\circ}$ angle of obliquity, and be able to withstand multiple ballistic impacts no closer than 6 inches apart. The TET used the following aerial density reduction percentages, speed, and angles of obliquity as a guide to evaluate the technical portions of the proposals:

| Aerial Density: | Speed (fps): | Angle of Obliquity($^{\circ}$): | Rating: |
|---|---|---|---|
| > or = 40% | 3001 – 3100 | 0-24$^{\circ}$ | Outstanding |
| 36-39% | 2901 – 3000 | 25-29 | Highly Satisfactory |
| **35%** | **2900** | **30** | **Satisfactory** |
| 30-34% | 2800 – 2899 | 31 – 35 | Marginal |
| < or = 29% | 2700 – 2799 | 36+ | Unsatisfactory |

Upon completion of the individual evaluations, the TET was convened to review their findings and determine the TET's Overall Rating and Overall Proposal Risk for the AOA technical proposal. The following table summarizes the sub-factor Technical Ratings and Proposal Risks assigned by each of the TET members and the Overall Rating and Overall Proposal Risk for each sub-factor (shaded columns on the right in the table below). The Overall Technical Rating and Overall Proposal Risk assigned by the TET follows the table below.

**AOA Technical Sub-factor Evaluation Table**

| SUB-FACTOR | EVAL 1 | EVAL 2 | EVAL 3 | TET Rating | TET Risk |
|---|---|---|---|---|---|
| Weight Reduction | O/M | O/M | O/M | O | M |
| Ballistics | U/H | U/H | M/H | U | H |
| Environmental Compatibility | M/M | S/M | S/M | S | M |
| Fit | M/M | S/L | S/L | S | L |
| Technical Capability | U/H | M/M | M/M | M | M |

- Overall Technical Rating: **Highly Satisfactory**
- Overall Proposal Risk: **Medium**

**NAV13597**