**SOURCE SELECTION AUTHORITY'S
DETERMINATION TO ESTABLISH COMPETITIVE RANGE,
HOLD DISCUSSIONS & REQUEST FINAL REVISED PROPOSALS
SOLICITATION N00019-04-R-0073**

1. Ten proposals (including two different proposals from one offeror**) were submitted to the Government in response to the small business set-aside solicitation N00019-04-R-0073 for a Light Weight Armor Replacement System (LWARS) for U.S. Marine Corp's CH-46E helicopter as shown below.

ArmorWorks, LLC, Tempe, AZ
Armour Of America, Beverly Hills, CA
Hardcore Composites, New Castle, DE
M-Cubed Technologies, Newark, DE **
Meggitt Armor Systems, Berkshire, UK
Mide' Technical Corporation, Medford, MA
Neptune Precision, Components, Jacksonville, FL
Protective Materials Company, Miami Lakes, FL
Vertical Horizons One, Newark, OH

One of the above offerors, Meggitt Armor Systems, was eliminated from the competition prior to the evaluations as they certified themselves to be a large business concern and, therefore, ineligible to compete in this small business set-aside. The determination to eliminate Meggitt Armor Systems from further consideration was documented in the Source Selection Authority (SSA) memorandum dated 22 March 2004.

2. Proposals were evaluated using the following three criteria: Technical, Past Performance and Price, all three factors are of equal importance. When combined, the Technical and Past Performance factors are significantly more important than Price. The evaluation criteria and their relative importance are delineated in the Source Selection Plan dated 23 December 2003. The Evaluation Teams' findings are addressed in further detail in the Technical, Past Performance and Price evaluation reports.

3. The Source Selection Evaluation Board (SSEB) reviewed and discussed all of the evaluation information provided by the Technical Evaluation Team (TET), Past Performance Evaluation Team (PPET) and Price Evaluation Team (PET) chairpersons. In addition, the SSEB further considered whether award could be made on initial offers as permitted by Section M of the solicitation or whether a competitive range should be established for the purposes of discussions and request for final revised proposals. The results of these deliberations and the SSEB's subsequent recommendation relative to each offeror's proposal are set forth below in alphabetical order. For the purposes of this source selection, proposals were not scored numerically and were not ranked.

| | Tech Rating | Proposal Risk | Past Performance Risk | Total Evaluated Price |
|---|---|---|---|---|
| ArmorWorks | O | L | L | $ 6,523,381 |
| Armour of America | HS | M | L | $ 5,733,236 |
| Hardcore Composites | S | L | L | $ 4,852,665 |
| M-Cubed (RBBC) | S | M | L | $ 4,873,707 |
| M-Cubed (RBSC) | M | M | L | $ 4,223,103 |
| Mide' Technology | U | H | L | $ 9,893,100 |
| Neptune Precision | S | M | L | $ 4,364,409 |
| Protective Materials | S | M | VL | $ 9,223,214 |
| Vertical Horizons | S | H | U | $ 21,296,693 |

**ArmorWorks:** The SSEB determined that award could not be made to ArmorWorks without discussions. More information is needed by the TET and PET to clarify inconsistencies and questions generated from the SSEB and in the proposal. With proper consideration given to the TET, PPET and PET findings, ArmorWorks' proposal will be included in the competitive range.

**Armour of America:** The SSEB determined that award could not be made to Armour of America without discussions. More information is needed by the TET and PET to clarify inconsistencies and questions generated from the SSEB and in the proposal. With proper consideration given to the TET, PPET and PET findings, Armour of America's proposal will be included in the competitive range.

**Hardcore Composites:** The SSEB determined that award could not be made to Hardcore Composites without discussions. More information is needed by the TET and PET to clarify inconsistencies and questions generated from the SSEB and in the proposal. With proper consideration given to the TET, PPET and PET findings, Hardcore Composites will be included in the competitive range.

**M-Cubed Technologies – Reaction Bonded Boron Carbide (RBBC):** The SSEB determined that award could not be made to M-Cubed Technologies (RBBC) without discussions. More information is needed by the TET and PET to clarify inconsistencies and questions generated from the SSEB and in the proposal. With proper consideration given to the TET, PPET and PET findings, M-Cubed Technologies' RBBC proposal will be included in the competitive range.

**M-Cubed Technologies – Reaction Bonded Silicon Carbide (RBSC):** M-Cubed's RBSC proposal contained the lowest proposed price. However, the SSEB determined that award could not be made to M-Cubed Technologies (RBSC) without discussions. More information is needed by the TET and PET to clarify inconsistencies and questions generated from the SSEB and in the proposal. Although M-Cubed was assigned a technical rating of Marginal with Medium risk, the SSEB believes that this rating and risk could easily be improved following discussions. With proper consideration given to the TET, PPET and PET findings, M-Cubed Technologies' RBSC proposal will be included in the competitive range.

**Mide' Technical Corporation:** Mide's technical proposal was rated Unsatisfactory with High risk and their price proposal was considered to be high for their proposed approach. The SSEB determined that significant revisions would have to be made in order to improve Mide's technical proposal and it is unlikely that Mide' will lower their price sufficiently to be considered for award. Therefore, with proper consideration given to the TET, PPET and PET findings, Mide's proposal will not be included in the competitive range.

**Neptune Precision Components:** The SSEB determined that award could not be made to Neptune without discussions. More information is needed by the TET and PET to clarify inconsistencies and questions generated from the SSEB and in the proposal. With proper consideration given to the TET, PPET and PET findings, Neptune's proposal will be included in the competitive range.

**Protective Materials Company (PMC):** Although PMC was assigned a technical rating of Satisfactory with Medium risk, the SSEB believes it is unlikely that PMC will lower their price sufficiently to be considered for award. Therefore, with proper consideration given to the TET, PPET and PET findings, PMC's proposal will not be included in the competitive range.

**Vertical Horizons One (VHO), Inc:** VHO was assigned a technical rating of Satisfactory with High risk, however, the SSEB believes it is unlikely that VHO will lower their price sufficiently to be considered for award. Therefore, with proper consideration given to the TET, PPET and PET findings, VHO's proposal will not be included in the competitive range.

4. **Summary:** In summary, the SSEB determined that award could not be made to any of the offerors based upon their initial proposals because there are numerous unanswered technical and/or price questions. The prices and/or technical approaches proposed by Mide' Technologies, Protective Materials Company and Vertical Horizons One, Incorporated were so high and/or technically rated in such a way that the SSEB does not believe that any amount of discussions will place them within the competitive range for award. Therefore, for efficiency reasons and to avoid further investment by the offerors, the proposals submitted by these three offerors will no longer be considered and as such they will be notified immediately. The SSEB determined that the remaining offerors: ArmorWorks, Armour of America, Hardcore Composites, M-Cubed Technologies (for both their RBBC and RBSC proposals) and Neptune Precision Components, all have a reasonable chance to receive the award following the receipt of additional information and details related to their proposals. These offerors should be included in the competitive range. Discussion letters and final revised proposals will be requested from each company. Upon receipt of revised proposals, the respective evaluation teams will evaluate the revised proposals and submit their final results to the SSEB for final consideration and recommendation for award

Date: 29 March 2004

Carol A. T.
CAROL TISONE
Source Selection Authority

NAV13518

N00019-04-R-0073
1 APRIL 2004

# LIST OF DISCUSSION QUESTIONS FOR ARMOUR OF AMERICA

In accordance with Section M – Evaluation Factors for Award of the solicitation, please provide the following information:

1. Provide further detail (e.g. thickness and aerial densities of proposed LWARS material layers) to support how you determined your proposed aerial density estimate. Also, the aerial density for your proposed LWARS as stated in on page 1 (6.1 psf) and page 2 (6.2 psf) of your proposal differ. Please clarify.

2. Provide your plan for verifying that your proposed LWARS meets the aerial density and weight reduction requirements of the SOW.

3. Provide an assessment of whether your proposed LWARS will meet the Government's ballistics requirements to include documentation, analysis or examples for how your proposed LWARS material will meet the V50 specification.

4. Provide further detail (e.g. threat) on your proposed LWARS' multi-hit capability.

5. The multi-hit capability of your proposed LWARS as stated on page 1 (3 rounds/ 3 inch circle) and page 2 (3 rounds/2 inch circle) of your proposal differ. Please clarify.

5. Provide your plan for determining the constant velocity during ballistics testing of your proposed LWARS.

6. Provide your plan for determining the angle of obliquity during ballistics testing of your proposed LWARS.

7. Provide your test procedures for demonstrating the ballistic limits of your proposed LWARS.

8. Provide your test procedures for demonstrating the multi-hit capability of your proposed LWARS.

9. Provide your plan for conducting Vibration Testing on your proposed LWARS.

10. Provide your plan for conducting Temperature Testing on your proposed LWARS.

11. Provide your plan for conducting Acceleration Testing on your proposed LWARS.

12. Provide your plan for conducting Fluid Resistance Testing on your proposed LWARS.

000148

Enclosure (1)



NAV14193

13. Provide your plan for conducting Humidity Testing on your proposed LWARS.

14. Provide your plan for conducting Salt Spray/Fog Testing on your proposed LWARS.

15. Provide more detail on how your proposed LWARS will meet the "Fit" requirements of the solicitation, Paragraphs 4.2.2 and 4.2.3 of the Statement of Work; specifically address how the armor will mate to the airframe, same or better accessibility, and whether the cost for aircraft measurements that will be taken during the NRE phase are included in your price proposal.

16. Provide the details of the five (5) year inspection referenced in your proposal. If accepted, is the cost for this included in your proposal?

17. Provide more detail on the reparability for your proposed LWARS.

18. Provide more details relative to the "Technical Capabilities" subfactor of the solicitation; specifically address how your proposed LWARS will transition from prototype to production, address the technical risk and mitigation plan associated with the ballistics requirements of the solicitation, address your corrective action processes, supplier QA and Configuration Management.

19. Is the cost to survey Fleet aircraft include in your proposal?

N00019-04-R-0073
1 APRIL 2004

# PRICE DISCUSSION QUESTIONS FOR ARMOUR OF AMERICA

Section M-2 – Evaluation Factors for Award, (C) Price, states that for evaluation purposes, the total evaluated price includes the basic requirement and all options. Option CLINs 0005 and 0006 pricing shall be evaluated using a quantity of 147 units multiplied by the proposed unit prices. For all other CLINs, the maximum quantities shall be used for evaluation. In addition, adjustments that the Government deems appropriate, will be made to include Government costs required to accomplish the offeror's proposed approach with the exception of those costs to the Government that are equal to all offerors.

Per Section B – Supplies or Services and Prices, Data CLIN 0003 is Not Separately Priced (NSP). Any costs associated with CLIN 0003 should go under CLIN 0001 and/or CLIN 0002. Section B also states that the contractor shall insert a Not-To-Exceed (NTE) dollar amount of $50,000 for both CLINs 0004 and 0010. These are cost-reimbursement travel CLINs. Additionally, main CLINs 0005, 0006, 0007 and 0008 should not have any prices associated with them; the prices should be listed under the SubCLINs for those CLINs. The total amount for CLIN 0009 should be a NTE amount based on a quantity of 160 hours times the unit price. **While not required, you may choose to revise the prices in your price proposal at this time.**

In order to properly evaluate Section B – Supplies or Services and Prices, of the solicitation, please send a revised Section B, which includes the following information:

1. Provide the total amount for CLIN 0001, Non-Recurring Engineering (NRE), or provide a reason as to why this CLIN is not priced.

2. As noted above, Data CLIN 0003 is Not Separately Priced (NSP). Any costs associated with CLIN 0003 should go under CLIN 0001 and/or CLIN 0002.

3. Provide the total amount for CLIN 0005AB, Group A Kits, based on a quantity of 79 units times the unit price, in order to arrive at a total quantity of 226, when CLINs 0005AA and 0005AB are combined.

4. Provide the total amount for CLIN 0006AB, Group B Kits, based on a quantity of 79 units times the unit price, in order to arrive at a total quantity of 226, when CLINs 0006AA and 0006AB are combined.

5. Provide an hourly rate for CLIN 0009 and provide the total NTE estimated price, based on a quantity of 160 hours times the hourly rate, which is the unit price for this CLIN. The ceiling price is the same as the total estimated price, and therefore, does not need to be completed.

6. Provide your total proposed price for the entire LWARS effort at the end of Section B.

NAV14195

000150

Attachment (2)

Armour of America

# *LIGHT WEIGHT ARMOR REPLACEMENT SYSTEM (LWARS) FOR THE CH-46E HELICOPTER*
# N00019-04-R-0073

TECHNICAL
VOLUME IIA

PRESENTED BY:
ARMOUR OF AMERICA
P.O. BOX 1405
BEVERLY HILLS, CA 90213
POC: JOHN NEHMENS
(310) 532-0690

**ORIGINAL**

000151

NAV13241

Armour of America

VOLUME IIA
TECHNICAL

1. **Aerial Density** – The proposed armour panel for LWARS will have a thickness of .900 and an aerial density of 6.2 lbs/square foot. Both the thickness and aerial density are actual not estimates. We are currently manufacturing this armour for rotary wing aircraft worldwide.

   We apologize for the confusion in aerial density between page 1 and 2 of the pricing proposal. The aerial density as stated above is 6.2 lbs/square foot.

2. **Weight Reduction** – Based on the chart provided in Amendment 1, Attachment 3, Question 13, Page 2 of 3 the weight of the current system was identified using the IPB A1-H46AE-110-000 and the drawing package provided with the RFP, the aerial density of the current armour system is approximately 10.5 to 11.8 lbs/square foot. Actual aerial density was hard to determine based on calculation on two different rectangle panels.
   - Panel 70893-1 is 19.88" x 25" or 3.45 square feet. The identified weight is 36 lbs. Aerial density is 10.43 lbs/square foot.
   - Panel 70891-3 is 1" x 19.88" or 1.65 square feet. The identified weight is 19 lbs. Aerial density is 11.5 lbs/square foot.

   Therefore, for use in our calculations of LWARS weight reduction, 11.0 lbs was determined to be the weight of existing system with a total armour weight of 497 lbs.

   Using drawings furnished and weight charts; we calculated individual panel weights and a total LWARS weight of 283 lbs for AoA's Grade KSP-60 system.

   Our verification of weight reduction is based on 45.2 square feet of armour times AOA aerial density of 6.2 lbs/square foot or 283 lbs.

3. **Ballistic Capability** – As discussed in the original proposal, Armour of America's KSP-60 will stop the following rounds at velocities shown.

| | | | | |
|---|---|---|---|---|
| 7.62 x 39 | Russian/Chinese | Hardcore | @ | 2400 FPS |
| 7.62 x 54R | Russian/Chinese | Hardcore | @ | 2800 FPS |
| 7.62 x 51 | NATO | Ball | @ | 2700 FPS |
| 5.56 x 109 | NATO | Ball | @ | 3300 FPS |
| 5.56 x 885 | NATO | Hardcore | @ | 3200 FPS |
| 5.56 | NATO | AP | @ | 3150 FPS |



P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

4. **Multiple Hit Capability** – Armour of America's KSP-60 ballistic panel has excellent multiple hit capability. Our ballistic integrity features three (3) hits equidistant on a three inch diameter circle. Additionally, we can stop a round which impacts the panel ¾" from the edge. We also guarantee all hits on a three way butt joint of the tile.

   During ballistic testing validation and verification, AOA will demonstrate the multiple hit capabilities.

5. **Multiple Hit Difference** – The correct multiple hit capability for the proposed LWARS is as stated on Page 1. Multiple hit capabilities are three (3) hits equidistant on a three inch (3") diameter circle.

5. **Constant Velocity** – Velocity will be maintained by use of a chronograph. The first chronograph start trigger screen will be placed 40 feet from the muzzle of the test barrel and the second chronograph break screen will be placed 5 feet behind the trigger screen. The chronograph is capable of recording to +/- 1.0 feet per second.

   Note that all ballistic testing will be performed by H.P. White Labs, Street, Maryland.

6. **Angle of Obliquity** – Obliquity is established by use of a yaw card that is positioned ...he required angle of the rounds impact to the panel's surface. The round is fired ...h the card and a perfect round hole, resulting from the round's penetration of ...ndicates exact angle between the muzzle and the panel.

   ...e indicates an angle other than the required angle and ...s of the elliptical axis will identify true angle of test round.

... **Limits** – Per the RFP the armour will be tested to V50 ballistic limits.

   ...test procedure will be per the requirements of the RFP. Testing will be ...nducted by H.P. White Labs, Street, Maryland.

8. **Multi Hit Capability** – During ballistic testing, after award of contract, Armour of America will instruct the test facility to set up a test panel and shoot three rounds on the 3" diameter circle.

   Upon completion of the first test, random shots will be made at the edge of the panel and clusters of shots will also be shot to demonstrate multiple hit capability.



P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

As with any items discussed in this response or the original response, all testing will be conducted by H.P. White, Street, Maryland. H.P. White is a NIJ approved ballistic test lab recognized by all U.S. military organizations.

Environmental testing was performed by Environmental Associates, Inc., Chatsworth, California. Test Report Number 17892-0612106, dated 25 August 1999 is attached as Attachment A. Test Plan and Results are identified by page number in response to questions 9, 10, 11, 12, 13 and 14 listed in your Enclosure (1).

9. **Vibration Testing** – Test Plan and Results are discussed on pages 16-18 of Test Report 17892-0612106 referenced above.

10. **Temperature Testing** – Test Plan and Results are discussed on pages 9-10 of Test Report 17892-0612106 referenced above.

11. **Acceleration Testing** – No current testing data available. Armour of America will submit a panel to Environmental Associates, Inc. for testing to 3G acceleration levels per MIL-STD-810F.

12. **Fluid Resistance Testing** – Test Plan and Results are discussed on page 21 of Test Report 17892-0612106.

13. **Humidity Testing** – Test Plan and Results are discussed on pages 11-13 of Test Report 17892-0612106.

14. **Salt Spray/Fog Testing** – Test Plan and Results are discussed on pages 14-15 of Test Report 17892-0612106.

    It should be noted that testing documented in Test Report 17892-0612106 was conducted to MIL-STD-810D. Any of the results that do not satisfy LWARS requirement will be retested to requirements of MIL-STD-810F. This testing will be conducted at no charge to the customer.

15. **Fit Requirement** – Armour of America uses two (2) manufacturing techniques to ensure the fit requirements like those identified in 4.2.2 and 4.2.3. The first is production molds which are produced from either actual existing armour from the aircraft or Government owned drawings. These molds can reproduce consistent panels which are interchangeable throughout the fleet.



P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

Mounting hole location is accomplished using production drill fixtures which are made at the same time as the molds and ensure precise locations on every panel. Variance in hole location on the aircraft can be addressed with floating fasteners.

Any cost for aircraft measurements during the NRE phase are at Armour of America's expense. No cost to the Government.

16. <u>**Five (5) Year Re-inspection**</u> – Armour of America offers users of our armour systems a re-certification inspection between the fourth and fifth years of service.

Each system, upon returning to our facility, will have the outer spall shield removed and the entire strike surface cleaned of all resin residues.

Every panel will be 100% x-ray inspected by a certified FAA non destructive test facility for cracks, voids, separation or delamination.

Edge tiles which are cracked and/or chipped will be replaced by Armour of America as part of the basic cost.

If no other damage is identified by the testing, the panels will be respelled, painted, re-identified and shipped back to the user location.

Any panels identified to have been damaged beyond the edge tiles, will be segregated from the other panels. The x-ray film and other inspection data, along with repair costs, will be submitted to the user for approval to repair and/or replace as required.

When the entire system is returned to the end user it will be re-certified for an additional 5 years for ballistic integrity.

The cost for this option, which will not exceed 60% of the original cost, will be determined during the initial qualification phase of the program.

17. <u>**Repairability**</u> – There are two (2) types of damage that can occur with the armour panel, ballistic impact and damage due to handling or non-ballistic impact.

Handling and/or non-ballistic impacts, depending on severity, may cause damage to the strike face tile. This damage results in either cracked and or chipped tile which under normal conditions can be detected by visual inspection. Since only the tile is damaged, individual tile(s) can be removed and replaced as required. Depot level technicians can be trained to perform this repair.

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

Damage caused by ballistic impact cannot be repaired due to the resulting damage to both the tile and the backup material. Armour of America has small armour repair panels (6" x 6" and 8" x 8") which can be attached to the strike face side of the damaged panel with a factory applied adhesive. Complete ballistic integrity is restored to the armour panel after installing this repair panel. This repair can be performed in the field by the user.

In addition, Armour of America will keep a complete set of panels on the shelf to allow for twenty-four (24) hour turnaround from request for replacement of any panel.

18. **Technical Capabilities**

- Transition Prototype to Production – Armour of America has a high confidence factor in the transition from prototype to production.

  Armour of America understands the necessity of maintaining a high level of visibility throughout the prototype phase to ensure all areas of the manufacturing process have developed work flows to produce a smooth production transition. To this end, Armour of America will assign a Program Manager to be responsible for monitoring and directing this program.

  To assist the Program Manager, Armour of America brings together production, engineering and key outside vendors to coordinate work flows, tooling and schedule to ensure kit proofing (prototype) and ability to meet prototype characteristics during the manufacturing phase.

  Our success with the prototype to production transition is demonstrated in every armour kit we manufacture. In designing and manufacturing armour kits for aircraft, ships, patrol boats, military vehicles and architectural applications, Armour of America has in each program, designed the armour and installation kits, built prototype systems used for verification and validation, and manufactured production tooling to ensure original design integrity during production.

  This approach is evident in such programs as the NAVAIR C-130H and J Program, NAVSEA 50 CAL and 25mm Deck Gun Armour Program; ARMY HMMVW and LMTV Vehicle Armour Program, as well as, supplying armour kits to airframe manufacturers such as Bell, Boeing, MD Helicopters, Agusta, Eurocopter, Alenia and Lockheed-Martin.

- Technical Risk and Mitigation Plan – The armour grade we are proposing for the LWARS Program offers no risk or need for a mitigation plan. We have been

Armour of America

manufacturing and supplying this armour worldwide to military, government, police and airframe manufacturers for eighteen (18) years.

All of the ballistics have been tested and certified by H.P. White Test Labs, Street, Maryland. H.P. White is a U.S. Military and NIJ approved ballistic testing facility.

- Corrective Action – Armour of America's corrective action process is to assign responsibilities for initiating, requesting, carrying out and checking the effectiveness of corrective and preventative actions.

  Corrective action procedures are designed to identify the root cause of the nonconformance, ensure that the specific cause is corrected, determine if there is a problem with the process or work operation, establish trends and develop long term improvements to the process or work operations.

  Responsibility for review and monitoring of corrective action rests with Armour of America's General Manager and assigned Program Manager.

- Supplier Q.A. – Suppliers quality is ensured in two (2) different ways. The first being the usual approach of evaluation and monitoring suppliers at their facility and performing receiving inspection on delivered items.

  Along with the usual quality approach of dealing with suppliers, as documented in our ISO 9001 and AS9100, we also have established a long term teaming relationship with our major suppliers.

  This teaming approach has allowed Armour of America to utilize numerous years of design and manufacturing experience from the leaders of their respective industries. This allows for a cohesive and solid approach to the development and manufacturing of armour for this program.

- Configuration Management – Upon completion of the design (prototype) phase, each panel is documented on a drawing which in turn is entered into configuration management. Each panel is given a unique part number that identifies the grade of armour and aircraft designation.

  Any changes to the panel, which effect form, fit or function will cause a new part number to be assigned and added to the configuration management system.

  The configuration management system documents each customer, the kit number and the specific part numbers delivered in the kit.

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

19. **Fleet Survey** – Armour of America will survey Fleet aircraft at award of contract. No additional cost to the customer.

John Nehmens, General Manager

7 April 04

Date

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

**DEPARTMENT OF THE NAVY**
NAVAL AIR SYSTEMS COMMAND
RADM WILLIAM A. MOFFETT BUILDING
47123 BUSE ROAD, BLDG 2272
PATUXENT RIVER MD 20670-1547

IN REPLY REFER TO

4200
Ser 2.4.3.3.2JM/04-083
30 April 2004

Armour of America
Attn: Mr. John Nehmens
P.O. Box 1405
Beverly Hills, CA 90213

Gentlemen:

We have reviewed and completed our evaluation of your response to our discussion questions submitted in response to solicitation N00019-04-R-0073 for a Light Weight Armor Replacement System (LWARS) for the CH-46E helicopter. As a result, we have determined there to be no requirement for oral discussions as previously mentioned. Therefore, you are hereby notified that all discussions have been concluded and you are now being given the opportunity to submit a final revised proposal by the time and date specified below.

Please review your initial proposal and all responses during discussions to ensure that you have provided all necessary information and corrected any deficiencies or ambiguities as identified during the discussion period. Your final offer should be submitted on your most favorable terms with respect to both technical and price. Although **further changes in your Technical Volume are not expected or solicited**, any changes should be clearly identified and be fully supported in writing. Changes that are not justifiable and supported may result in your proposal being eliminated from further consideration. If no changes are applicable, you must so state in writing along with acknowledgment of receipt of this letter, the solicitation and all subsequent amendments.

The Government desires to procure the maximum number of LWARS identified in the RFP, however the current budget of approximately $5,000,000 places a significant constraint on the number of systems the Marine Corps will be able to obtain. This information is offered to encourage your most competitive pricing and encourage the maximum use of efficiencies without impact to the quality of product and services offered.

The original and 2 copies of your final revised proposal will be considered provided that it is received in this office no later than 4:00 p. m. local time on 6 May 2004. Proposals should be submitted to this office only. Proposals may also be submitted via electronic mail with a hard copy to follow. Unless you specify a different expiration date, award may be made without further revisions within 60 calendar days after the date specified for receipt of final revised proposals.

Please contact Ms. Julie Matheny at (301) 757-6570 or Julie.Matheny@navy.mil, if further information is required.

Sincerely,

JANICE E. WOEHRER
Contracting Officer
Naval Air Systems Command

Armour of America

May 6, 2004

Department of the Navy
NAVAL AIR SYSTEMS COMMAND
RADM WILILAM A. MOFFETT BUILDING
47123 BUSE ROAD, BLDG 2272
PATUXENT RIVER, MD 20670-1547

ATTN: JANICE WOEHRER

Armour of America is pleased to submit the following revised quotation per your email dated April 30, 2004.

TECHNICAL PROPOSAL
There are no changes to the Technical Proposal in this revision submittal.

PRICING
Pricing proposal has been revised per the attached REV B PRICE VOLUME IV.

The pricing revision is based on the following schedule amendment to offer the Government the most advantageous price to allow for the procurement of the maximum number of LWARS.

Please note that the REV B pricing is based on Armour of America's ability to complete the entire order and ship complete by 31 October 2005 or sooner. AOA further reserves the option to ship up to 20 sets per month.

This allows for maximum efficiencies in our shop and best price to the Government.

Please do not hesitate to contact Armour of America should you have any further questions.

Regards,
*John Nehmens*
John Nehmens
General Manager

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

## VOLUME IVB
## PRICE/COST PROPOSAL

**SECTION B Supplies or Services and Prices (Rev B dated 5 May 2004)**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | LWARS Non-Recurring Engineering (NRE) FFP | 1.00 | Lot | $0.00 | $0.00<br>See Note #1 |
| | | | | **NET AMT** | **$0.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Qualification Test Articles FFP | 2.00 | Each | $34,907.00 | $69,814.00 |
| | | | | **NET AMT** | **$69,814.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | Data for CLINs 0001 and 0002 FFP | Lot | Lot | NSP | NSP |
| | | | | **NET AMT** | **NSP** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | Travel in Support of CLINs 0001-0002 COST | Lot | Lot | $25,000.00 | $25,000.00 |
| | | | | **ESTIMATED COST** | **$25,000.00** |
| | | | | **NTE** | **$50,000.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | LWARS Production Kits FFP-Option | | | | |
| | | | | **NET AMT** | |

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | Option: Group A Kits (1-147) FFP | 147 | Each | $21,528.00 | $3,164,616.00 |
| | | | | **NET AMT** | **$3,164,616.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | Option: Group A Kits (148-226) FFP | 79 | Each | $21,528.00 | $1,700,712.00 |
| | | | | **NET AMT** | **$1,700,712.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | LWARS Production Kits FFP-Option | | Each | | |
| | | | | **NET AMT** | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AA | Option: Group B Kits (1-147) FFP | 147 | Each | $3,428.00 | $503,916.00 |
| | | | | **NET AMT** | **$503,916.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AB | Option: Group B Kits (148-226) FFP | 79 | Each | $3,428.00 | $270,812.00 |
| | | | | **NET AMT** | **$270,812.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | Interim Support Spares FFP-Option | | | | |
| | | | | **NET AMT** | |

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007AA | Option: Group A Kits FFP | 6.00 | Each | $21,528.00 | $129,168.00 |
| | | | | **NET AMT** | **$129,168.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007AB | Option: Group B Kits FFP | 6.00 | Each | $3,428.00 | $20,568.00 |
| | | | | **NET AMT** | **$20,568.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | Maintenance Trainer Kits FFP-Option | | | | |
| | | | | **NET AMT** | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008AA | Option: Group A Kits FFP | 2.00 | Each | $21,528.00 | $43,056.00 |
| | | | | **NET AMT** | **$43,056.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008AB | Option: Group B Kits FFP | 2.00 | Each | $3,428.00 | $6,856.00 |
| | | | | **NET AMT** | **$6,856.00** |

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

Armour of America

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | Option: Field Support Services T&M – (Quantity 1-160) | 160 | Hours | $184.00 | $29,440.00 |
| | | | | **TOT ESTIMATED PRICE** | **$29,440.00** |
| | | | | **CEILING PRICE** | **$40,000.00** |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010 | Option: Travel in Support of CLIN 0009 COST - Option | Lot | Lot | $30,000.00 | $30,000 |
| | | | | **NET AMT** | **$30,000.00** |
| | | | | **NTE** | **$50,000.00** |

**TOTAL PROPOSED PRICE FOR LWARS** **$5,993,958.00**

Note #1 – There is no Non-Recurring Engineering (NRE) cost for this RFP. All required developmental costs associated will be at no charge to the customer.

[signature]
John Nehmens, General Manager

6 May 04
Date

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

DEPARTMENT OF THE NAVY

NAVAL AIR SYSTEMS COMMAND (PMA226)
PSC BOX 8026
CHERRY POINT, NORTH CAROLINA 28533-0026

PMA-226 APMSE
LWARS TET LTR
21 May 2004

MEMORANDUM

From: Technical Evaluation Team (TET) Chairperson

To: Source Selection Evaluation Board (SSEB)

Subj: N00019-04-R-0073 – FINAL TECHNICAL EVALUATION SUPPLEMENTAL REPORTS

Encl: (1) Armour of America Technical Evaluation Supplemental Report

(2) Armor Works Technical Evaluation Supplemental Report

(3) Hardcore Composites Technical Evaluation Supplemental Report

(4) M Cubed Technologies RBBC Technical Evaluation Supplemental Report

(5) M Cubed Technologies RBSC Technical Evaluation Supplemental Report

(6) Neptune Precision Composites Technical Evaluation Supplemental Report

1. Subject solicitation is for development and production of a Light Weight Armor System (LWARS) that will be incorporated into U. S. Marine Corps CH-46E helicopters. The solicitation was issued 24 December 2003 and closed on 10 February 2004. Four amendments were issued prior to closing. At the time of closing, ten proposals were received; two different proposals from one offeror. In addition, one of these proposals was eliminated from the competition because they certified themselves as a large business and therefore not eligible to participate in this small business set-aside competition. There were three evaluation factors for award: Technical, Past Performance, and Price. All three are of equal importance. When combined, Technical and Past Performance are significantly more important than Price.

2. Following completion of the evaluations of the original proposals, the SSEB convened on 26 March 2004 to review each Team's findings. As a result, the SSEB recommended to the Source Selection Authority (SSA) that a competitive range be established for the purpose of conducting discussions with subsequent request for final revised proposals. The SSA approved the SSEB's recommendations on 29 March 2004. The following offerors were included in the competitive range: Armour of America, Armor Works, Hardcore Composites, M-Cubed Technologies (RBBC), M-Cubed Technologies (RBSC) and Neptune Precision Composites.

3. On 1 April 2004, discussion letters were forwarded to the offerors in the competitive range. At the time of closing on 12 April 2004, only five responses were received. Specifically, M-Cubed Technologies did not submit a discussion response for their RBSC proposal. As such, the SSA determined their proposal to no longer be within the competitive range for award.

NAV13645



Attachment (10)

N00019-04-R-0073

# Armour of America-Technical Evaluation Supplemental Report

Each member of the TET independently evaluated Armour of America Technical Volume IIA received in response to discussion letter Ser 2.4.3.3JM/04-050 dated 1 April 2004. The list of discussion questions provided to Armour of America is included herein as Enclosure (1). The following provides a summary of the TET's findings:

With regard to the Weight Reduction subfactor, Armour of America satisfactorily clarified the noted numerical discrepancy in Question 1. In response to Question 2, continues to be silent regarding their intent to weigh the LWARS qualification test panels during the qualification phase to verify the achieved weight reduction requirement. Risk is increased.

Armour of America provided the appropriate documentation for satisfying the TET's concerns addressed in Questions 5, 6, 7, 8, and 9 for the Ballistics subfactor. When asked if the proposed armor system will meet the RFP requirements in Question 3, Armour of America provided the same table found in Technical Volume IA (their original proposal). This table does not show a .30 cal APM2 threat, and Armour of America did not provide analysis, examples, or other documentation to show that the proposed LWARS will meet the RFP ballistic threat requirement. In Question 4, Armour of America failed to provide any analysis or test results to support their intention to meet the required .30 cal APM2 threat multi-hit capability. Armour of America states they will meet all the ballistics requirements of the RFP, but provided no documentation to support the statement that their proposed LWARS will meet the multi-hit ballistic requirements. While the TET believes that Armour of America will meet the RFP requirements based upon the information reviewed to date, the lack of specific detail increases the risk of successful program execution.

Armour of America adequately addressed the environmental testing concerns of the TET found in Questions 10 through 15. Armour of America provided a test report, No 17892-0612106, showing test result for environmental testing. However, in their Question 10 response, the vibration test results do not stipulate the displacement used in the previous testing. It is unknown if the displacement is equal to or greater than the 2-inch requirement of the RFP, or if the LWARS will meet it. In Question 12, Armour of America does not provide acceleration test results or analysis of the proposed LWARS, to include attachment points/hardware. For Question 13, their fluid testing results did not include all fluids required by the RFP nor was the fluid resistance tests a fluid immersion test. The required RFP fluid resistance test requires the sample be completely immersed in a fluid for 24 hours. Questions 14, the testing results provided do not meet the humidity testing requirements of the RFP. While the TET believes that Armour of America will meet the RFP requirements based upon the information reviewed to date, the lack of specific detail significantly increases program risk.

Armour of America's response to discussion Question 16 for the Fit subfactor failed to provide any details to address the floating-hole fasteners or specify if they are accounted for in Armour of America's price. Also, their response to Question 17 failed to address whether there is an additional cost for the basic repair that entails removing the spall shield, x-ray, and having edge tiles replaced. It is unknown if the repairs are part of the original LWARS cost/warranty.

Regarding the Technical Capabilities subfactor, Armour of America's response to Question 18 provided no information or discussion concerning risk associated with the weight impact for repair panels. It is also unknown from their response if there will be an impact to the repair panel or adhesive from the environmental compatibility testing. After review of Armour of America's response to Question 19, it can not be determined if Armour of America considers the environmental testing that still needs to be conducted as a risk. In addition, the ballistic test results provided did not meet the .30 call APM2 threat, and it is unclear if Armour of America considers this as a risk. Finally, it cannot be determined from their response to Question 19, if Armour of America considers Fleet mounting hole variance or the effects of vibration/acceleration on mounting holes a risk to the proposed LWARS. These all increase program risk. The other technical capability areas in Question 19 were sufficiently covered by Armour of America.

Upon completion of the individual evaluations, the TET was re-convened to review their findings to determine the TET's final overall Technical Rating and overall Proposal Risk for Armour of America's technical proposal to include the revisions addressed in Technical Volume IIA. Some of the sub-factor ratings were improved as a result of Armour of America's responses to the discussion questions. However, the overall Technical Rating and overall Proposal Risk did not change. The table below summarizes the final sub-factor Technical Ratings and Proposal Risks assigned by the TET.

**Armour of America Final Technical Sub-factor Evaluation Table**

| SUB-FACTOR | EVAL 1 | EVAL 2 | EVAL 3 | TET Rating | TET Risk |
|---|---|---|---|---|---|
| Weight Reduction | O/H | O/M | O/M | O | M |
| Ballistics | S/H | S/H | S/M | S | H |
| Environmental Compatibility | S/M | S/M | S/M | S | M |
| Fit | S/M | HS/L | S/L | S | L |
| Technical Capability | S/M | S/M | S/M | S | M |

- Overall Technical Rating: **Highly Satisfactory**
- Overall Proposal Risk: **Medium**

# Armour of America – Summary Technical Evaluation Report

The **Armour of America (AOA)** Technical Proposal was evaluated and rated on five Technical Sub-factors: Weight Reduction, Ballistics, Environmental Capability, Fit, and Technical Capabilities. The Request for Proposal (RFP) N00019-04-R-0073 Section C contains the Light Weight Armor System (LWARS) Description and Specification, Section L-2 contains the proposal requirements, and Section M defines the rating criteria. Each Sub factor was evaluated and assigned an Overall Rating and an Overall Proposal Risk by each of the Technical Evaluation Team (TET) Members. In accordance with the RFP, the Weight Reduction sub-factor was considered more important than the other four sub-factors combined, and each of the remaining four sub-factors were considered to be of equal importance.

The members of the TET independently evaluated each proposal. The RFP requirements were an aerial density reduction of 35%, a $V_{50}$ ballistic limit of 2900 fps at a 30° angle of obliquity, and be able to withstand multiple ballistic impacts no closer than 6 inches apart. The TET used the following aerial density reduction percentages, speed, and angles of obliquity as a guide to evaluate the technical portions of the proposals:

| Aerial Density: | Speed (fps): | Angle of Obliquity(°): | Rating: |
|---|---|---|---|
| > or = 40% | 3001 – 3100 | 0-24° | Outstanding |
| 36-39% | 2901 – 3000 | 25-29 | Highly Satisfactory |
| 35% | 2900 | 30 | Satisfactory |
| 30-34% | 2800 – 2899 | 31 – 35 | Marginal |
| < or = 29% | 2700 – 2799 | 36+ | Unsatisfactory |

Upon completion of the individual evaluations, the TET was convened to review their findings and determine the TET's Overall Rating and Overall Proposal Risk for the Armour of America technical proposal. The following table summarizes the sub-factor Technical Ratings and Proposal Risks assigned by each of the TET members and the Overall Rating and Overall Proposal Risk for each sub-factor (shaded columns on the right in the table below). Armour of America Overall Technical Rating and Overall Proposal Risks assigned by the TET follows the table below.

**Armour of America Technical Sub-factor Evaluation Table**

| SUB-FACTOR | EVAL 1 | EVAL 2 | EVAL 3 | TET Rating | TET Risk |
|---|---|---|---|---|---|
| Weight Reduction | HS/M | O/M | O/M | O | M |
| Ballistics | U/H | S U/H | M/H | U | H |
| Environmental Compatibility | M/M | S/M | S/M | S | M |
| Fit | M/M | S/L | S/L | S | L |
| Technical Capability | U/H | M/M | M/M | M | M |

- Overall Technical Rating: **Highly Satisfactory**
- Overall Proposal Risk: **Medium**

**I think you will need to write a more flattering report if you want to assign the above ratings and risk overall because**
**based upon the US rating, the deficiencies identified below and the lack of substantiating documentation to support any one subfactor, it would seem to me that a HS rating is not warranted. The fact that the weight reduction subfactor is significantly more important than the remaining subfactors does not belay the fact that the proposal "does not comply substantially with the other requirements". This will become particularly important when the SSEB starts looking at ratings, risk, past performance and price for the purpose of determining a competitive range or award on initials. If they have a decent rating and acceptable risk with good past performance, it may be hard not to award to them if their price is really good.**

**Technical Sub-factor Evaluation Summary:**

The following provides a summary of the Technical Evaluation Team's findings for each sub-factor, including the areas of particular emphasis specified in the solicitation and the strengths, weaknesses and deficiencies, if applicable, associated with each.

**Weigh Reduction**:

- **Ability to Meet or Exceed the Required minimum of a 35% reduction in the areal density over the existing metallic armor system as specified in the SOW:** Armour of America states in their proposal that KSP-60, their selected armor material for LWARS, is expected to exceed the SOW weight reduction requirement with an anticipated aerial density reduction of 42% (based on an armor areal density of 10.44 pounds per square foot (psf)). Armour of America's LWARS, per their proposal, will have an areal density of 6.1 psf, which will yield an overall weight decrease of 208 lbs. over the current CH-46E armor. In their proposal, AOA did not provide any documentation, analysis, or examples of other AOA programs that utilized their proposed LWARS material where the material has successfully passed qualification testing. Risk is increased~~.~~

- Per the Armour of America proposal, KSP-60 has been supplied to other rotory wing manufacturers. However, no data was provided in their proposal on the armor weight for these other programs~~.~~

~~Per their proposal, Armor Works will verify LWARS affect on aircraft weight and balance and center of gravity.~~

**Weight Reduction Evaluation Summary:**

Armour of America's LWARS, per their proposal, is anticipated to have an areal density of 6.1 psf. When compared to the current CH-46E armor areal density of 10.44 psf, the Armour of America LWARS will have a decrease in aerial density of 42%. Armour of America's

weight reduction approach for LWARS exceeded the SOW requirements using a medium risk approach. Armor of America's selection of material for their LWARS proposal is ideal for the required areal density reduction requirement. Previously, Armour of America has supplied their LWARS selected armor material to five rotory wing manufacturers. This adds to Armour of America's LWARS viability and credibility for accomplishing the LWARS program's requirements. However, Armour of America did not submit specific armor layering information to support their areal density estimate, nor did they submit a plan for testing the weight reduction. These findings led the TET to assign an overall rating of **Outstanding** with **Medium** risk for this sub-factor.

**Ballistics**:

- **Determination of Constant Velocity:** Armour of America has not demonstrated in their proposal that they have test procedures for ~~they have experience in~~ designing armor to meet the .30 caliber APM2 threat. Armour of America submitted ballistic test data summaries for different threats (not .30 caliber APM2), at lesser velocities than the LWARS requirement, and not in the V50 format. The TET considers Armour of America's risk high in reference to their ability to determine constant velocity.

- **Point Impact Angle of Obliquity:** Armour of America has not demonstrated in their proposal that they have test procedures for ~~they have experience in~~ designing armor to meet the $30^0$ angle of obliquity requirement. The TET considers the risk high for Armour of America to be able to determine angle of obliquity and develop a LWARS that will meet this requirement.

- **Calculation of a Ballistic Limit:** Armour of America, per their proposal, has experience in designing armor. However, their experience in designing armors is based on meeting threats other than the .30 caliber APM2 threat specified for LWARS. AOA's LWARS, per their proposal, will have a ceramic tile strike face, which has a high hardness and whose purpose is to tumble the projectile. AOA state in their proposal the ceramic tile is backed by Kevlar and Spectra, which capture the round, and the Kevlar material also adds strength. It is a well-known industry fact that non-environmentally protected Kevlar absorbs moisture, which decreases its ballistic capability. The AOA proposal does not address environmentally protecting their Kevlar backed LWARS, which increases their program risk. Additionally, in their proposal they have not demonstrated the ability to determine the test procedures required to calculate the ballistic limit of their LWARS. Armour of America does not submit in their proposal they will ballistically test their armor IAW MIL-STD-662 or any other industry standard nor do they submit to test the multi-hit capability of their armor. The TET considers AOA's risk increased based on their demonstrated ability in calculating ballistic limits.

**Ballistic Evaluation Summary:**

Armour of America, in their proposal, does not demonstrate their ability to determine constant velocity, angle of obliquity, or $V_{50}$ ballistic limit, although ~~a multi-hit~~ they state the material for their proposed LWARS has a multi-hit capability of 3 rounds spaced equidistant

in a 3 inch diameter circle. However, Armour of America does not qualify this multi-hit capability with the type threat it was tested with nor do they provide a test report on this previous multi-hit testing. Additionally, AOA does submit in their proposal how the multi-hit capability will be tested for their proposed LWARS. Armour of America has not demonstrated a clear understanding of the ballistic test requirements and procedures required to meet the LWARS RFP ballistic requirements. AOA's approach for meeting the ballistics requirements of the LWARS solicitation may cause some disruption in schedule or degradation of performance. These findings led the TET to rate this sub-factor as **Unsatisfactory** with **High** risk.

**Environmental Compatibility**:

- **Vibration:** _Armour of America states in their proposal that their LWARS has successfully passed vibration testing IAW MIL-STD-810, although the testing, as stated in their proposal, was conducted under different conditions (higher frequencies and different displacements) than the LWARS RFP requirements. Additionally, no supporting documentation was provided in their proposal that supports their proposed LWARS material has successfully past any vibration testing. Armour of America states in their proposal that they will conduct the additional required vibration testing of their LWARS IAW MIL-STD-810. However, AOA did not state in their proposal the method or procedures they will utilize to verify their proposed LWARS will meet this requirement. Risk is increased.

- **Temperature:** Armour of America stated in their proposal that the material they will use for their proposed LWARS has successfully passed temperature testing that will fulfill the LWARS RFP requirement. However, no supporting documentation was provided in their proposal that supports their proposed LWARS material has successfully past any temperature testing. AOA states in their proposal they will test to the temperature requirement in the RFP utilizing MIL-STD-810 as a guide, although they did not state the process/method they will utilize to conduct this testing. Risk is increased

- **Acceleration:** Armour of America did not demonstrate in their proposal a clear understanding of the test procedures required to meet the RFP SOW acceleration testing requirements. Armour of America's qualification testing has yet to be determined, and there is no mention in there proposal of following MIL-STD-810 guidelines for acceleration testing. The proposal did not contain previous acceleration testing to demonstrate compliance with the RFP SOW requirements. Risk is increased.

- **Fluid Resistance:** Armour of America states in their proposal their LWARS has successfully passed fluid compatibility testing, conducted by an independent laboratory, for JP-5, hydraulic fluid and cleaning solvents, but this previous testing does not meet the LWARS RFP requirement. Additionally, no supporting documentation was provided in their proposal that supports their proposed LWARS material has successfully passedt any temperature testing. Armour of America states in their proposal they will conduct the additional required fluid compatibility testing of the RFP SOW IAW MIL-STD-810, although they did not state the process/method they will utilize to conduct this additional testing. Risk is increased.

- **Humidity:** Armour of America states in their proposal their LWARS has successfully passed humidity testing IAW MIL-STD-810, but this previous testing does not meet the LWARS RFP requirement. Additionally, no supporting documentation was provided in their proposal that supports their proposed LWARS material has successfully passedt any humidity testing. In order to fill data gaps between their existing data and the RFP SOW requirements, Armour of America states in their proposal that they will conduct the additionally required humidity testing of their LWARS IAW MIL-STD-810, although they did not state the process/method they will utilize to conduct this additional testing. Risk is increased.

- **Salt Spray/Fog:** Armour of America states in their proposal their LWARS armor has already successfully undergone salt spray/fog testing IAW MIL-STD-810, although test results are not submitted. Armour of America states in their proposal they will conduct the additional required fluid compatibility testing of the RFP SOW IAW MIL-STD-810, although they did not state the process/method they will utilize to conduct this additional testing. Risk is increased.

**Environmental Compatibility Evaluation Summary:**

Armour of America states in their proposal they have experience with environmental testing on their proposed LWARS material, which is used on another AOA armor product. As stated in their proposal, much of the RFP required testing is covered by Armour of America's previous testing efforts, but this testing does not completely meet the RFP SOW environmental compatibility requirements. Additionally, the testing report provided in their proposal is incomplete and does not cover any of the testing methods, criteria utilized, or results of the testing; the test report provided merely states that testing by Environmental Associates, Inc. was conducted. AOA's approach for meeting the environmental compatibility requirements of the LWARS solicitation may cause some disruption in schedule and/or degradation of performance. Despite the holes in their proposal, the TET believes they have an adequate understanding of test procedures required to meet the LWARS environmental compatibility requirements based on ?. These findings led the TET to rate this sub-factor as **Satisfactory** with a **Medium** risk.

**Fit:**

- **Mate to Existing CH-46Eb Airframe without Modification:** Armour of America states in their proposal they will drill holes in their LWARS armor to meet armor drawings and aircraft attachment locations. However, Armour of America does not provide detailed information in their proposal on how the armor will actually mate so it is unclear whether aircraft variation can be accommodated. Additionally, AOA stated in their proposal they require a set of current aircraft armor be sent to them during the initial stages of the program. This should have minimal impact on the fleet, but will require approximately 40 FST man hours to verify what differences exist, if any, between the GFE aircraft armor and the existing drawings to ensure the government is aware of any issues with the fleet armor prior to issuing it to AOA. AOA did not state in their proposal, page 8 last paragraph, their intent for this additional GFE. Risk is increased.

- **Same or Better Accessibility:** Armour of America states in their proposal their LWARS armor will have greater accessibility due to their panels' reduced weight but did not