SECTION C Descriptions and Specifications

1. **BACKGROUND:**

The CH-46E aircraft has engine protective metallic armor plates on the aft pylon and around the flight control closet to protect the aircraft from small arms fire. The armor is capable of protecting the aircraft from smal arms fire (.30 cal; 7.62mm round). The total weight of the metallic armor system is 577 pounds (for the engine armor and the flight control closet armor). Non-developmental armor systems exist that could replace existing CH 46E metallic armor with a lightweight substitute which would provide the same coverage area with the same or better ballistic protection and with a least a 35% weight reduction over the existing armor system. The efficiency o the CH-46E to perform the medium lift assault support mission largely depends on aircraft payload. Over 39 years of service, the empty weight of the aircraft has grown by 1600 pounds, limiting payload and range and degrading mission performance. Reducing the empty weight via weight reduction initiatives is a low risk viable means of restoring mission effectiveness. In addition, the CH-46E operates with little to no margin of safety in relation to torque available versus torque required. Providing lighter armor will not only positively impact mission restoration, but will also return some margin of safety to torque available, especially when combined with other ongoing initiatives. The CH-46E Light Weight Armor Replacement System will be referred to as LWARS.

2. **SCOPE:**

The Statement of Work (SOW) for this effort is defined in Sections 3 through 8 below. It defines the efforts to be performed by the contractor. In accordance with the SOW, the contractor shall design, test and manufacture a Light Weight Armor Replacement System (LWARS) for the Marine Corps' CH-46E tandem rotor helicopter. The contractor shall meet or exceed all requirements defined by this parent document as well as subordinate documents to the extent they apply, unless otherwise directed by the government. See Section J for additional attachments to this document.

3. **APPLICABLE DOCUMENTS:**

| | |
|---|---|
| MIL-PRF-46103E | Military Specification Armor: Lightweight, Ceramic-Faced Composites |
| MIL-A-46099C | Armor Plate, Steel, Roll-Bonded, DNAL Hardness (0.187 Inches To 0.700 Inches Inclusive |
| MIL-STD-662F | V50 Ballistic Test for Armor |
| MIL-STD-367A | Armor Test Data Reporting |
| MIL-STD-810F | Environmental Engineering Considerations And Laboratory Tests |
| MIL-STD-2080A | Maintenance Plan Analysis For Aircraft And Ground Support Equipment |
| MIL-HDBK-61A | Configuration Management Guidance |

4. **LWARS Nonrecurring Engineering Requirements:**

4.1. **LWARS Requirements (CLIN 0001):** The contractor shall design a LWARS to be a fit and function lightweight replacement for the existing metallic armor system. The existing armor design, installation, marking/identification, and finish requirements are defined by drawing numbers listed in paragraph 4.1.1 below. The LWARS shall provide, at a minimum, a 41% +/- 5 lbs. reduction in areal density over the existing metallic armor system, and no recurring routine maintenance after installation. The LWARS shall be capable of at least a $V_{50}$ ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity. The LWARS shall be able to withstand multiple ballistic impacts of 3 equidistant hits in a 3-inch circle, which is 2.6 inches between shots, and be made of material that readily accepts the surface finish requirements of the aircraft. The LWARS shall mate with existing airframe mounting brackets without benefit of modification, shall not cause dissimilar metal corrosion, and shall provide provisions for maintenance access equivalent to the existing metallic armor system. The LWARS shall be capable of withstanding the normal vibratory and acceleration loads generated by the aircraft and shall not be affected by contact with normal aircraft fuels and oils. The properties of the LWARS shall not

be affected by exposure to humidity, salt spray, and normal aircraft operating temperatures. The contractor shall use commercial products, processes and practices to reduce development, production and operational support costs to maximum extent practicable.

4.1.1 LWARS Kit: The contractor shall develop a complete Parts List defining the LWARS and all necessary components (attaching hardware, mounting brackets, etc) required for LWARS integration in accordance with **CDRL A001**. A full suite of aircraft armor consists of a combination of Group A and Group B kits as defined below. To support aircraft weight reduction efforts, the government is conducting an engineering assessment to remove individual armor components. Group A and Group B definitions facilitate identification of one or more kits, which may be eliminated as a result of the engineering assessment. The LWARS kits will be separately grouped and priced as follows:

**Group A Kit** contains the Lightweight substitute for:

Hydraulic Flight Control Closet Protective Armor:
(91145) 70894-1 External
(91145) 70893-1 External
(91145) 70891-3 External, UPR
(91145) 70891-5 External, LWR
(91145) 70892-1 External
Engine Compartment Armor
(77272) A02F1001-7 Armor Plate (FS 434 TO 454 LH)
(77272) A02F1001-8 Armor Plate (FS 434 TO 454 RH)
(77272) A02F1001-9 Armor Plate Assy (FS 410 TO 434 LWR LH)
(77272) A02F1001-10 Armor Plate Assy (FS 410 TO 434 LWR RH)
(77272) A02F1001-11 Armor Plate Assy (FS 410 TO 434 UPR LH)
(77272) A02F1001-12 Armor Plate Assy (FS 410 TO 434 UPR RH)
(77272) A02F1001-13 Armor Plate (FS 434 LH)
(77272) A02F1001-14 Armor Plate (FS 434 RH)

**Group B Kit** contains the Lightweight substitute for:

Hydraulic Flight control Closet Protective Armor:
(91145) 70705-3 Closet Door Assy, UPR.
(91145) 70706-1 Closet Door Assy, LWR

4.1.2 LWARS Drawings: The contractor shall provide a Product Drawing and Associated List for all LWARS components not currently supported by the Navy Supply System in accordance with **CDRL A002**. Product drawings shall provide the design disclosure information necessary to maintain quality control of the resulting physical and functional characteristics.

4.1.3 LWARS Technical Publication Source Data: The contractor shall develop and submit all necessary source data required to incorporate LWARS maintenance and system description into the government aircraft organizational, intermediate and depot level manuals in accordance with **CDRL A003**. All technical source data will become government property.

4.2 Qualification Test Articles (CLIN 0002): The contractor shall produce two complete sets of each group of LWARS to be utilized in government fit and function testing. Qualification Test Articles shall be delivered F.O.B Destination as follows:

Ship to: N65923
Building 159 Bay R4
Marine Corps Air Station (MCAS)
Cherry Point, NC 28533

Mark for: Trish Butler/Jon Winchester (PMA 226)/Mark Greiner (FRAG)
PH: (252) 464-9382/(252) 464-7484/(252) 464-8913

**4.2.1 Qualification Test Procedures:**

The contractor shall develop and submit for Government approval a Qualification Test Plan, which shall be sufficiently detailed to demonstrate the ballistics properties, environmental durability, fit and function acceptability of LWARS. The contractor shall submit the Qualification Test Plan in accordance with CDRL A004. The contractor shall provide all test materials and perform any testing required to demonstrate compliance with the following:

4.2.1.1 Weight – The LWARS shall provide, at a minimum, a 41% +/- 5 lbs. reduction in areal density over the existing metallic armor system. This will be demonstrated by actual weighing of all pieces of the qualification test kits.

4.2.1.2 Ballistics – The contractor prepared qualification test report shall address the V50 ballistics testing performed on the LWARS. Ballistic testing procedures contained in MIL-PRF-46103E, MIL-A-46099C, and MIL-STD-662F may be used as a general guide in the development of the required ballistics test plan. Test plan format shall be determined by the contractor and approved by the Government. The contractor as a general guide may use MIL-STD-367A for LWARS test data reporting.

4.2.1.3 Environmental Durability – The contractor prepared qualification test report shall address, at a minimum, the following environmental factors and limits:

Vibration – The LWARS shall be constructed to withstand expected dynamic vibrational stresses of up to two (2) inches per second at a frequency of 4 Hz. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedures.

Temperature – The LWARS shall be constructed to withstand cyclic operating temperatures between -67 and 185 degrees Fahrenheit. Actual testing methods shall verify temperature and cycle parameters and will be determined by the contractor, defined by the contractor first qualification test plan, and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

Acceleration – The LWARS shall maintain structural integrity with altitude change capability of 2,000 feet/minute to 15,000 feet and stabilized for one hour without degradation and shall sustain no physical damage when exposed to fore, aft, up, down, lateral left, and lateral right centrifuge acceleration levels up to 3 G. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

Fluid Compatibility – The LWARS shall maintain structural and ballistic integrity without degradation after immersion in jet fuels (JP-5), oils, hydraulic fluid, and cleaning solvents acceptable for use on CH-46E aircraft for a period of twenty-four (24) hours each at 70 degrees Fahrenheit +/- 10 degrees Fahrenheit. Actual testing methods shall be determined by the contractor and approved by the Government. MIL-STD-810F may be used as a general guide for the testing procedure.

Humidity - The LWARS shall maintain structural and ballistic integrity without degradation after exposure to varying degrees of constant naturally occurring humidity levels of up to 100%. Actual testing methods shall be determined by the contractor and

approved by the Government. Humidity testing may be combined with salt fog testing. MIL-STD-810F may be used as a general guide for the testing procedure.

Salt Fog - The LWARS shall maintain structural and ballistic integrity without degradation after exposure to varying degrees of constant aggravated salt fog screening for a period of at least forty-eight (48) hours. Actual testing methods shall verify temperature and cycle parameters and will be determined by the contractor, defined by the contractor qualification test plan, and approved by the Government. Salt fog testing may be combined with humidity testing. MIL-STD-810F may be used as a general guide for the testing procedure.

Flammability – The LWARS shall meet FAA requirement FAR 25.853 and appendix f, part 1, paragraph (a)(I)(ii), procedure (b)(4), 12 second vertical test for flammability.

4.2.2 Fit – The contractor will demonstrate that the LWARS qualification test articles conform to the mounting hole layout as shown on the Government owned drawings provided in paragraph 6.0. This will be accomplished by actual dimensional comparisons of the first article LWARS panels to the Government owned drawings. The contractor with Government oversight and approval shall perform these measurements. To demonstrate fit, the contractor shall transport the qualification test set to Naval Air Depot, Cherry Point, NC for actual fit testing on a CH-46E aircraft. All fitting tasks will be performed by the Government at Cherry Point NC, New River NC or Quantico, VA with the contractor present. The government anticipates conducting two separate fit tests on at least two separate CH-46E aircraft. Although the replacement armor mounting hole pattern is required to meet the existing drawings, a mounting approach that will accommodate variations in aircraft mount locations is required. The mounting hold location shall be accomplished using production drill fixtures, which are made at the same time as the molds and ensure precise location on every panel. Variance in hole location on aircraft can be addressed with floating fasteners. Any cost for aircraft measurements during the NRE phase are at AOA's expense and there will be no additional cost to the government. A survey of several aircraft have revealed variations in mounting bracket locations ranging from 0 .1inches to over an inch. The government is responsible for modifying aircraft that do not meet the drawing requirement. An armor mounting approach that minimizes the amount of aircraft modifications required is considered advantageous for the government.

4.2.3 Technical Approval - The Product drawing package, which defines the successful qualification and fit/function tested LWARS shall constitute the approved configuration baseline for the production LWARS effort. The Government's approval of the qualification test report and successful fit/function testing shall be considered as criteria in the Government's decision to exercise the production option. A Qualification Test Report shall be provided to the government in accordance with **CDRL A005**.

4.3 Program Management, Design Reviews and Technical Interchange Meetings - The contractor shall use technical reviews to assess completion of major scheduled technical efforts before proceeding with further technical effort. The following technical reviews shall be conducted:

4.3.1 Program Management Review - The contractor shall host a Program Management Review (PMR) at the contractor's facility not later than 30 days after contract award. The contractor shall present their proposed schedule and technical approach for completed efforts under the contract. Review shall include schedule, discussion of key technical elements, introduction of key personnel, establishment of points of contact and risk identification and mitigation factors. The contractor shall prepare and submit meeting minutes in accordance with **CDRL A006**. The government anticipates, at a minimum, (1) PMR.

4.3.2 Design Reviews/Technical Interchange Meetings - The contractor shall use design reviews as necessary to review the plans and progress towards meeting LWARS requirements and to assure all success criteria have been met. Design reviews may include technical, logistical or programmatic interests and

shall be conducted either at the contractor's facility, Cherry Point, NC or Patuxent River, MD. The contractor shall prepare and submit design review minutes in accordance with **CDRL A006.** The government anticipates, at a minimum, (2) Design Reviews. Technical Interchange Meetings (TIMS) may be requested by the government or contractor to investigate and resolve specific issues. TIMS may be conducted by telephone, Video Teleconferencing or held at the contractor's facility, Cherry Point, NC or Patuxent River, MD. The government anticipates, at a minimum, (5) TIMS.

4.3.3 **Monthly Status Reporting** - The contractor shall provide a monthly report that includes milestones accomplished, an updated program schedule, action item status, program risk and risk assessment with program impacts, as well as other pertinent issues in accordance with **CDRL A007.**

5. **Configuration Management** - The contractor shall maintain a Configuration Control System using MIL-HDBK-61A as a guideline. The contractor shall prepare and submit their configuration management plan in accordance with **CDRL A008.**

6. **Government Furnished Information (GFI)/Government Furnished Equipment (GFE)** - The government shall provide GFI and GFE as detailed in Attachment 2.

7. **Integrated Logistics Support:**

7.1 **Maintenance Concept Proposal** - The contractor shall develop/propose the maintenance concept for the LWARS in accordance with **CDRL A009,** using MIL-STD-2080A as a guide.

7.2 **Navy Provisioning Source Data** - The contractor shall develop Navy Provisioning source data including provisioning factors, reliability data and warranty info for aircraft components. Data shall provide for technical identification of items for maintenance support considerations (e.g. If the armor is penetrated by bullets, is it re-usable? What type of repairs can be done? Provide information for Source, Maintenance and Recoverability (S, M & R) coding to identify disposition of armor at Organizational or Depot level), preparation of item for the purpose of assigning National Stock Numbers (NSNs); review for item entry control; standardization; review for potential interchangeability and substitutability; item management coding; preparation of allowance/issue lists and source, maintenance and recoverability coding. This source data shall also identify any peculiar packaging, handling, storage, shipping and transportation requirements in accordance with **CDRL A010.**

8. **Production and Delivery of LWARS (Option CLINs 0005, 0006, 0007, 0008)**

8.1 **Scope** - Following successful completion of the Nonrecurring Engineering effort, the government shall have the option to exercise one or more CLINs/SubCLINs for the production units. Under these options, the contractor shall perform the effort required for the fabrication, acceptance testing and delivery of production LWARS. The contractor shall manufacture the LWARS units in accordance with the approved and finalized drawing package.

8.2 **Requirements:**

8.2.1 **General** - The contractor shall provide the necessary personnel, material and facilities to successfully accomplish the required tasks as detailed below.

8.2.2 **Fabrication** - The contractor shall fabricate the LWARS production deliveries in accordance with the finalized drawings. The contractor may implement changes to improve the fabrication process that do not alter the fit or function of the LWARS components. The contractor shall implement and maintain a configuration management system to ensure control and identification of any implemented changes.

8.2.3 <u>Quality Assurance</u> - The contractor shall establish and maintain a Quality Assurance Program for all products and services provided. This program shall assure adequate quality throughout all areas of contract performance including fabrication, testing and delivery. All products and services under this contract, whether manufactured within the contractor's facility or at any other source, shall be controlled at all points necessary to assure conformance to contractual requirements.

8.3 <u>Hardware Delivery</u> - The contractor shall deliver LWARS kits in the quantities specified in Sections B and F of the contract, or as otherwise ordered by the Government.

8.3.1 <u>Aircraft Production Kits (CLINs 0005, 0006)</u> - The contractor shall deliver LWARS production kits to the Navy. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Aircraft Production Kits shall be delivered F.O.B. Origin as follows:

Ship to: N46899
Naval Air Systems Command
Central Kitting Activity
235 Industrial Loop, Suite 182
Orange Park, Florida 32073-2831

Mark for: Mr. Dave Melton
Commercial (904) 264-8091

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

8.3.2 <u>Interim Support Spares (CLIN 0007)</u> - The contractor shall provide Interim Support Spare Kits. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Interim Support Spare Kits shall be delivered F.O.B. Origin as follows:

Ship 3 EA to: N46588
NAVAIR ISS Facility
Bldg 652 Bay 6
NAS North Island CA 92135-5000

Mark for: Ms. Nilda Soriano
Commercial (619) 545-9768

Mark for: Kit Identification Number (KIN): <u>TBD</u> (Provided after Contract Award)

Ship 3 EA to: N48535
NAVAIR ISS Facility
Bldg 612 Bay 12
MCAS Beaufort SC 29904-5002

Mark for: Ms. Beverly Runnion
Commercial (843) 522-3900

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

8.3.3 **Maintenance Trainer Kits (CLIN 0008)** - The contractor shall provide Maintenance Trainer Kits. These kits shall contain both the LWARS components and any installation hardware required for aircraft integration. Maintenance Trainer Kits shall be delivered F.O.B. Origin as follows:

Ship to: N46899
Naval Air Systems Command
Central Kitting Activity
235 Industrial Loop, Suite 182
Orange Park, Florida 32073-2831

Mark for: Mr. Dave Melton
Commercial (904) 264-8091

Mark for: Kit Identification Number (KIN): TBD (Provided after Contract Award)

8.3.4 **Field Service Support (CLIN 0009)** - The contractor shall provide field service support during the initial installation of production LWARS on the CH-46E aircraft at Naval Aviation Depot Cherry Point, NC. Field service support shall consist of phone, email, and onsite support primarily within the continental United States (CONUS). The contractor shall be capable of traveling outside the United States (OCONUS) upon 1-week notification by the Government.

SECTION D Packaging and Marking

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 5252.223-9502 | Hazardous Material | DEC 1998 |
| 5252.247-9507 | Packaging and Marking of Reports | SEP 1999 |
| 5252.247-9508 | Prohibited Packing Materials | JUN 1998 |
| 5252.247-9514 | Technical Data Packing Instructions | SEP 1999 |

CLAUSES INCORPORATED BY FULL TEXT

**D-1 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-2)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)
http://www.navair.navy.mil/ - Select "Doing Business" then select "NAVAIR clauses."

D-2 **PACKING AND PACKAGING** – Unless otherwise specified by the Government, all shipments of materials, supplies, and data provided in the performance of this contract shall be preserved, packaged, packed, and prepared for shipment to prevent deterioration and damage during shipping, handling, and storage, and to ensure safe delivery at destination in accordance with best commercial practices. The Contractor is solely responsible for preservation, marking, packaging, and packing of all materials and supplies.

D-3 **MARKING** – See Section C for shipping address/marking instructions for each CLIN.

**D-4 CONTRACT DATA REQUIREMENTS LIST (CDRL)**

**CDRLs A001- A010**
CDRLs shall be submitted electronically via e-mail in accordance with Block 14 of the DD Form 1423-1 (email addresses are provided in Section F)

5252.247-9502 UNPACKING INSTRUCTIONS: COMPLEX OR DELICATE EQUIPMENT (OCT 1994) (NAVAIR)

(a) Location on Container. When practical, one set of the unpacking instructions will be placed in a heavy water-proof envelope prominently marked "UNPACKING INFORMATION" and firmly affixed to the outside of the shipping container in a protected location, preferably between the cleats on the end of the container adjacent to the identification marking. If the instructions cover a set of equipment packed in multiple containers, the instructions will be affixed to the number one container of the set. When the unpacking instructions are too voluminous to be affixed to the exterior of the container, they will be placed inside and directions for locating them will be provided in the envelope marked "UNPACKING INFORMATION".

(b) Marking Containers. When unpacking instructions are provided, shipping containers will be stenciled "CAUTION - THIS EQUIPMENT MAY BE SERIOUSLY DAMAGED UNLESS UNPACKING INSTRUCTIONS ARE CAREFULLY FOLLOWED. UNPACKING INSTRUCTIONS ARE LOCATED TBD." When practical, this marking will be applied adjacent to the identification marking on the side of the container.

(c) Marking. All shipping containers will be marked in accordance with Section C of the contract.

5252.247-9503 MARKING OF WARRANTED ITEMS (MAR 1999) (NAVAIR)

(a) Each item covered by a warranty shall be stamped or marked in accordance with MIL-STD-129, Marking for Shipment and Storage current at the date of award. Where this is impracticable, written notice shall be attached to or furnished with the warranted item.

(b) Each item covered by a warranty shall have a written notice attached to or furnished with the warranted item, and marked with the following:

(1) National stock number or manufacturer's part number.

(2) Serial number or other item identifier (if the warranty applies to uniquely identified items).

(3) Contract number.

(4) Indication that a warranty applies.

(5) Manufacturer or entity (if other than the contractor) providing the warranty.

(6) Date or time when the warranty expires.

(7) Indication of whether or not attempted on-site repair by Government personnel will void the warranty.

5252.247-9509 PRESERVATION, PACKAGING, PACKING AND MARKING (JUL 1998) (NAVAIR)

(a) Preservation, packaging and packing shall conform to prevailing industry standards for the type of commodity purchased under this contract.

(b) All packages will be clearly marked with applicable contract number/delivery order number, and will contain appropriate packing slip. All deliveries will be marked for and/or consigned as follows:

SEE SECTION C

(c) In the event of any discrepancy in material shipped (overage, technical rejection, damage), the contractor shall, immediately upon request of the Contracting Officer, furnish disposition instructions. Normally, such disposition instruction shall be a properly completed Commercial Bill of Lading which includes, but is not limited to, the mode of shipment, routing, special handling, and so forth.

(d) If the contractor is required to install equipment upon delivery, then the contractor shall inform the Government of the date of shipment from the contractor's facilities and the anticipated date of arrival at the site. This report shall be made no later than the actual date that the shipment is made from the contractor's facilities. The report may be made by facsimile or e-mail, to the point of contact listed in Section G. All transportation, rigging, drayage, packing, unpacking, and handling necessary to accomplish the installation shall be the responsibility of the contractor.

SECTION E Inspection and Acceptance

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.246-2 | Inspection Of Supplies--Fixed Price | AUG 1996 |
| 52.246-4 | Inspection Of Services--Fixed Price | AUG 1996 |
| 52.246-5 | Inspection Of Services Cost-Reimbursement | APR 1984 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |

CLAUSES INCORPORATED BY FULL TEXT

**E-1 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-2)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)
http://www.navair.navy.mil/ - Select "Doing Business" then select "NAVAIR clauses."

**E-2 INSPECTION AND ACCEPTANCE POINT**

a. CLIN 0001 - Inspection of the non-recurring engineering services provided hereunder shall be performed at source, the Contractor's facility, Armour of America, 1814 West 135th Street, Gardena, CA, 90249-2524, and shall be made by the cognizant Defense Contract Management Agency (DCMA) Quality Assurance Representative (QAR). Acceptance of the non-recurring engineering services provided for hereunder shall be performed by the cognizant DCMA QAR via DD Form 250.

b. CLIN 0002 - Inspection of the qualification test systems provided for hereunder shall be conducted at source, the Contractor's facility, Armour of America, 1814 West 135th Street, Gardena, CA, 90249-2524, and shall be made by the cognizant PMA-226 program representative. The PMA-226 program representative requires 30 days notification prior to inspection. Acceptance of the qualification test system provided for the hereunder shall be performed at source, the Contractor's facility, Armour of America, 1814 West 135th Street, Gardena, CA, 90249-2524, and shall be made by the cognizant PMA-226 program representative via DD Form 250.

c. CLIN 0003 - Inspection and acceptance of the data provided for hereunder shall be in accordance with Exhibit A (CLIN 0003), Contract Data Requirements List (CDRL) DD Form 1423. Acceptance of the data provided for hereunder shall be performed by the first addressee listed in the distribution list under Block 14 of the DD Form 1423-1.

d. CLIN 0004 and OPTION CLIN 0010 - Inspection and acceptance of the travel, which may be required hereunder, shall be made at destination by the cognizant PMA-226 program representative via DD Form 250.

e. OPTION CLINs 0005, 0006, 0007, and 0008 - Inspection of the lightweight armor replacement system kits provided for hereunder, shall be conducted at source, the Contractor's facility, Armour of America, 1814 West 135th Street, Gardena, CA, 90249-2524, and shall be made by the cognizant

Section M

DCMA QAR. Acceptance of the lightweight armor replacement system provided for the hereunder shall be performed at source, the Contractor's facility, Armour of America, 1814 West 135th Street, Gardena, CA, 90249-2524, and shall be made by the cognizant DCMA QAR via DD Form 250. The QAR shall ensure that the lightweight armor replacement systems provided have been produced in accordance with the Government approved drawing package.

f. **OPTION CLIN 0009** - Inspection and acceptance of the services, which may be required hereunder, shall be made at destination by the cognizant PMA-226 program representative via DD Form 250.

5252.246-9514 INSPECTION AND ACCEPTANCE OF TECHNICAL DATA AND INFORMATION (FEB 1995) (NAVAIR)

Inspection and acceptance of technical data and information will be performed by the cognizant PMA-226 program representative. Inspection of technical data and information will be performed by ensuring successful completion of the requirements set forth in the DD Form 1423, Contract Data Requirements List (CDRL) and incorporation/resolution of Government review comments on the data items. Acceptance will be evidenced by execution of an unconditional DD Form 250, Material Inspection and Receiving Report, as appropriate.

SECTION F Deliveries or Performance

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.211-17 | Delivery of Excess Quantities | SEP 1989 |
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-17 | Government Delay Of Work | APR 1984 |
| 52.247-29 | F.O.B. Origin | JUN 1988 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-61 | F.O.B. Origin--Minimum Size Of Shipments | APR 1984 |

CLAUSES INCORPORATED BY FULL TEXT

F-1 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-2)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)
http://www.navair.navy.mil/ - Select "Doing Business" then select "NAVAIR clauses."

F-2 TIME OF DELIVERY

The Government requires delivery to be made in accordance with the following schedule:

| DELIVERY SCHEDULE | | |
|---|---|---|
| ITEM NO. | QUANTITY | DELIVERY DATE |
| NRE | See Section B – CLIN 0001 | NLT 5 MOS After Contract Award |
| 2 Qualification Test Systems | See Section B – CLIN 0002 | NLT 5 MOS After Contract Award |
| Data for Items 0001 and 0002 | See Exhibit A (CDRLs) | See Exhibit A (CDRLs) |
| Option LWARS Production Units | See Section B – CLINs 0005 and 0006 | Option exercised NLT 7 MOS After Contract Award – See Below. |
| Option LWARS Interim Support Spares | See Section B – CLIN 0007 | Option exercised NLT 7 MOS After Contract Award – See Below |
| Option LWARS Maintenance Trainer Kits | See Section B – CLIN 0008 | Option exercised NLT 7 MOS After Contract Award – See Below |
| Field Support Services | See Section B – CLIN 0009 | Option exercised NLT 7 MOS After Contract Award and shall continue through delivery of the final production unit. |

Sect 6 H

Note 1: Armour of America has offered an accelerated schedule per letter dated May 6, 2004. AOA will complete the entire LWARS order and ship complete by 31 October 2005 or sooner. AOA further reserves the option to ship up to 20 sets per month. The Government would like to accept this accelerated schedule. The details of the accelerated schedule will be incorporated into the contract via a future modification.

Note 2: Per the Government's requirements, delivery of the LWARS production units shall begin no later than 5 months after exercise of the option. A minimum quantity of 12 each production LWARS per month shall be shall be delivered F.O.B Origin. For example, with the exception of the first delivery, if CLINs 0005/0006/ 0007/0008 are exercised on 1 Oct 04, the delivery schedule shall be as follows:

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005/0006 | 05 | | | | | | 3 | 12 | 12 | 12 |
| | | OCT | NOV | DEC | | | | | | |
| 0005/0006 | 05 | 12 | 12 | 12 | | | | | | |

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005/0006 | 06 | 12 | 12 | 12 | 12 | 12 | 12 | | | |

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0007 | 05 | | | | | | 3 | 3 | | |

| CLIN | YR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0008 | 05 | | | | | 2 | | | | |

5252.247-9505 TECHNICAL DATA AND INFORMATION (FEB 1995) (NAVAIR)

Technical Data and Information shall be delivered in accordance with the requirements of the Contract Data Requirements List, DD Form 1423, Exhibit A, attached hereto, and the following:

(a) The contractor shall concurrently deliver technical data and information per DD Form 1423, Blocks 12 and 13 (date of first/subsequent submission) to all activities listed in Block 14 of the DD Form 1423 (distribution and addresses) for each item. Complete addresses for the abbreviations in Block 14 are shown in paragraph (g) below.

(b) Partial delivery of data is not acceptable unless specifically authorized on the DD Form 1423, or unless approved in writing by the PCO.

(c) The Government review period provided on the DD Form 1423 for each item commences upon receipt of all required data by the technical activity designated in Block 6.

(d) A copy of all other correspondence addressed to the Contracting Officer relating to data item requirements (i.e., status of delivery) shall also be provided to the codes reflected above and the technical activity responsible for the data item per Block 6, if not one of the activities listed above.

(e) The PCO reserves the right to issue unilateral modifications to change the destination codes and addresses for all technical data and information at no additional cost to the Government.

(f) Unless otherwise specified in writing, rejected data items shall be resubmitted within thirty (30) days after receipt of notice of rejection.

(g) DD Form 1423, Block 14 Mailing Addresses:

PMA 226:

**A001 Parts List**

Email to:
Robynn Hebert, hebertrc@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil

**A002 Product Drawings and Associated Lists**

Email to:
Robynn Hebert, hebertrc@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil

**A003 Technical Publication Source Data**

Email to:
Robynn Hebert, hebertrc@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil

**A004 Qualification Test Plan**

Email to:
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil
Mark Petrovic, petrovicmd@navair.navy.mil

**A005 Qualification Test Report**

Email to:
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil
Mark Petrovic, petrovicmd@navair.navy.mil

**A006 Meeting Minutes**

Email to:
Lt. Col. Mitch Bauman, mitchell.bauman@navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Jon Winchester, jon.winchester@navy.mil

**A007 Contractor's Progress, Status and Management Reports**

Email to:
Lt. Col. Mitch Bauman, mitchell.bauman@navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil
Julie Woods, juliann.woods@navy.mil
Robynn Hebert, hebertrc@navair.navy.mil

**A008 Configuration Management Plan**

Email to:
Betty Eubanks, eubanksbj@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Robynn Hebert, hebertrc@navair.navy.mil
Paul Fitzgerald, paul.fitzgerald@navy.mil

**A009 Maintenance Concept Proposal**

Email to:
Robynn Hebert, hebertrc@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil
Mark Petrovic, petrovicmd@navair.navy.mil

**A010 Navy Provisioning Source Data**

Email to:
Robynn Hebert, hebertrc@navair.navy.mil
Patricia Butler, patricia.l.butler1@navy.mil
Linda Johnston, linda.johnston@navy.mil

SECTION G Contract Administration Data

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 5252.232-9522 | Transportation Account Codes | JAN 2001 |

CLAUSES INCORPORATED BY FULL TEXT

**G-1 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-2)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)
http://www.navair.navy.mil/ - Select "Doing Business" then select "NAVAIR clauses."

**G-2 AUDIT DCAA**

The prospective contractor is requested to enter below the name and address (street and number, city, state and zip code) of the cognizant DCAA office:

DCAA
South Bay Branch Office
1149 West 190th Street, Suite 2022
Gardena, CA 90248 - 4303

**G-3 MATERIAL INSPECTION RECEIVING REPORT (MIRR) DD 250**

Addresses of special distribution recipients of the MIRR which are not specified in DFARS Appendix F, Table 2 (F-401) are as follows:

| Item | Special Distribution (DD Form 250) |
|---|---|
| All | Naval Air Systems Command, PMA-226<br>Attn: Trish Butler/Jon Winchester<br>PSC Box 8026<br>Cherry Point NC 28533-0021 |

252.232-7003 ELECTRONIC SUBMISSION OF PAYMENT REQUESTS (MAR 2003)

(a) Definitions. As used in this clause--

(1) Contract financing payment and invoice payment have the meanings given in section 32.001 of the Federal Acquisition Regulation.

(2) Electronic form means any automated system that transmits information electronically from the initiating system to all affected systems. Facsimile, e-mail, and scanned documents are not acceptable electronic forms.

(3) Payment request means any request for contract financing payment or invoice payment submitted by the Contractor under this contract.

(b) Except as provided in paragraph (c) of this clause, the Contractor shall submit payment requests using one of the following electronic forms:

(1) Wide Area WorkFlow-Receipt and Acceptance (WAWF-RA). Information regarding WAWF-RA is available on the Internet at https://rmb.ogden.disa.mil.

(2) Web Invoicing System (WInS). Information regarding WInS is available on the Internet at https://ecweb.dfas.mil.

(3) American National Standards Institute (ANSI) X.12 electronic data interchange (EDI) formats.

(i) Information regarding EDI formats is available on the Internet at http://www.X12.org.

(ii) EDI implementation guides are available on the Internet at http://www.dfas.mil/ecedi.

(4) Another electronic form authorized by the Contracting Officer.

(c) If the Contractor is unable to submit a payment request in electronic form, or DoD is unable to receive a payment request in electronic form, the Contractor shall submit the payment request using a method mutually agreed to by the Contractor, the Contracting Officer, and the payment office.

(d) In addition to the requirements of this clause, the Contractor shall meet the requirements of the appropriate payment clauses in this contract when submitting payments requests.

(End of clause)

5252.232-9000 SUBMISSION OF INVOICES (FIXED PRICE) (JUL 1992) (NAPS)
- Applicable to CLINs 0001, 0002, 0005 - 0009

(a) "Invoice" as used in this clause does not include contractor requests for progress payments.

(b) The contractor shall submit original invoices with copies to the address identified in the solicitation/ contract award form (SF 26-Block 10; SF 33-Block 23; SF 1447-Block 14), unless delivery orders are applicable, in which case invoices will be segregated by individual order and submitted to the address specified in the order (DD 1155-Block 13 or SF 26-Block 10).

(c) The use of copies of the Material Inspection and Receiving Report (MIRR), DD Form 250, as an invoice is encouraged. DFARS Appendix F-306 provides instructions for such use. Copies of the MIRR used as an invoice are in addition to the standard distribution stated in DFARS F-401.

(d) In addition to the requirements of the Prompt Payment clause of this contract, the contractor shall cite on each invoice the contract line item number (CLIN); the contract subline item number (SLIN), if applicable; the accounting classification reference number (ACRN) as identified on the financial accounting data sheets, and the payment terms.

(e) The contractor shall prepare:

a separate invoice for each activity designated to receive the supplies or services.

a consolidated invoice covering all shipments delivered under an individual order.

either of the above.

(f) If acceptance is at origin, the contractor shall submit the MIRR or other acceptance verification directly to the designated payment office. If acceptance is at destination, the consignee will forward acceptance verification to the designated payment office.

5252.232-9001 SUBMISSION OF INVOICES (COST-REIMBURSEMENT, TIME-AND-MATERIALS, LABOR-HOUR, OR FIXED PRICE INCENTIVE) (JUL 1992) (NAPS)
- Applicable to CLINs 0004, 0010

(a) "Invoice" as used in this clause includes contractor requests for interim payments using public vouchers (SF 1034) but does not include contractor requests for progress payments under fixed price incentive contracts.

(b) The Contractor shall submit invoices and any necessary supporting documentation, in an original and two (2) copies, to the "Contract Auditor" at the following address:

DCAA
South Bay Branch Office
1149 West 190th Street, Suite 2022
Gardena, CA 90248 - 4303

unless delivery orders are applicable, in which case invoices will be segregated by individual order and submitted to the address specified in the order. In addition, an information copy shall be submitted to the ACO. Following verification, the contract auditor will forward the invoice to the designated payment office for payment in the amount determined to be owing, in accordance with the applicable payment (and fee) clause(s) of this contract.

(c) Invoices requesting interim payments shall be submitted no more than once every two weeks, unless another time period is specified in the Payments clause of this contract. For indefinite delivery type contracts, interim payment invoices shall be submitted no more than once every two weeks for each delivery order. There shall be a lapse of no more than thirty (30) calendar days between performance and submission of an interim payment invoice.

(d) In addition to the information identified in the Prompt Payment clause herein, each invoice shall contain the following information, as applicable:

(1) Contract line item number (CLIN).
(2) Subline item number (SLIN).
(3) Accounting Classification Reference Number (ACRN).
(4) Payment terms.
(5) Procuring activity.
(6) Date supplies provided or services performed.
(7) Costs incurred and allowable under the contract.
(8) Vessel (e.g., ship, submarine or other craft) or system for which supply/service is provided.

(e) A DD Form 250, "Material Inspection and Receiving Report",

X is required with each invoice submittal.

☐ is required only with the final invoice.

☐ is not required.

(f) A Certificate of Performance

☐ shall be provided with each invoice submittal.

X is not required.

(g) The Contractor's final invoice shall be identified as such, and shall list all other invoices (if any) previously tendered under this contract.

(h) Costs of performance shall be segregated, accumulated and invoiced to the appropriate ACRN categories to the extent possible. When such segregation of costs by ACRN is not possible for invoices submitted with CLINS/SLINS with more than one ACRN, an allocation ratio shall be established in the same ratio as the obligations cited in the accounting data so that costs are allocated on a proportional basis.

5252.232-9503 INVOICE INSTRUCTIONS (MAR 1999) (NAVAIR)

(a) General. Strict compliance with the invoice instructions will facilitate early payment of invoices. However, no payment can be made until the contract is returned, properly executed, to the Department of the Navy, Naval Air Systems Command, Attn: Julie Matheny, AIR 2.4.3.3.2, 47123 Buse Road, Building 2272, Ste. 353, Unit IPT, Patuxent River, MD 20670-1547

(b) Assignments. Notwithstanding an assignment of money claims pursuant to authority contained in the contract, the contractor - not the assignee - is required to prepare invoices. Where such an assignment has been made, the original copy of the invoice must refer to the assignment and must show that payment of the invoice is to be made directly to the assignee as follows:

Pursuant to the instrument of assignment, dated TBD, make payment of this invoice to (name and address of assignee).

(c) Contractor Request for Progress Payment. If the contract provides for progress payments, each contractor request for progress payment shall be submitted on Standard Form 1443, Contractor Request for Progress Payment, directly to the ACO with any additional information reasonably requested by the ACO. With regard to ceiling priced orders, each Contractor Progress Payment Request shall be made in accordance with paragraph (k) of the clause entitled "Ordering -Provisioned Items", if included in the contract, or paragraph (k) of the clause entitled "Orders (Fixed-Price)". If the contract includes Foreign Military Sales (FMS) requirements, request for progress payment shall be submitted in accordance with the procedures of DFARS 252.232-7002, "Progress Payments for Foreign Military Sales Acquisitions". (End of Clause)

5252.232-9504 INSTRUCTIONS TO PAYING OFFICE (MAY 1998) (NAVAIR)

(a) Invoices submitted for payment, which do not contain contract line item number (CLIN) (or subline item number (SLIN), if any) and the accounting classification references number (ACRN) information, will be returned for correction.

(b) The disbursement of funds will be by the CLIN/SLIN/ACRN designation or when multiple ACRNs are used, disbursements will be prorated in proportion to the unliquidated balance within a CLIN or SLIN, if assigned.

(c) Progress Payments will be prorated based upon the unliquidated balance of all ACRN(s) assigned.

5252.232-9521 PAYMENT INQUIRIES (AUG 1998) (NAVAIR)

Inquiries regarding payment should be referred to:

DFAS COLUMBUS CENTER
DFAS-CO/WEST ENTITLEMENT OPERATIONS

P.O. BOX 182381
COLUMBUS, OH 43218-2381

5252.242-9511 CONTRACT ADMINISTRATION DATA (MAY 1998) (NAVAIR)

(a) Contract Administration Office.

(1) Contract administration functions (see FAR 42.302 and DFARS 242.302) are assigned to:

DCMA Santa Ana
34 Civic Center Plaza
Room 813A
Santa Ana, CA 92701-4056

(2) Contract administration functions withheld, additional contract administration functions assigned, or special instructions (see FAR 42.202) are: N/A

(3) The Accounting Classification Reference Numbers (ACRN) assigned by the Naval Air Systems Command shall be used in applicable contract modifications or orders or modifications thereto issued by the cognizant contract administration office. If no ACRN is assigned by the Naval Air Systems Command, the contract administration office may assign a two-position ACRN that can be either alpha-numeric (A1 through B9 and continuing, if necessary through Z9, excluding the letters "I" and "O") or alpha (AA through ZZ, excluding the letters "I" and "O"), (see DFARS 204.7104).

(4) The cognizant contract administration office shall distribute to the U.S. Navy International Logistics Control Office (NAVILCO) (Code 20), 700 Robbins Avenue, Philadelphia, Pennsylvania 19111, a copy of any report or document which indicates an anticipated or actual delay in the delivery of supplies or services called for under the Navy International Logistics Program (ILP) Foreign Military Sales (FMS) (or Military Assistance Program (MAP)) Item(s) identified in Section B, if any. Copies of reports or documents distributed to NAVILCO shall include the applicable Item number, the FMS Case identifier and FMS country (or MAP record Control/Program Directive number identifier) and the requisition number and shall be in addition to any other distribution required by this contract or directives applicable to the cognizant contract administration office.

(b) PCO Quality Assurance Representative. Any quality assurance questions, comments, problems, recommendations, etc., which cannot be resolved at the Administrative Contracting Officer (ACO) Quality Assurance Representative (QAR) level should be communicated to the Procuring Contracting Officer (PCO) QAR designated below:

DCMA Santa Ana
34 Civic Center Plaza
Room 813A
Santa Ana, CA 92701-4056

(c) Paying Office. The disbursing office, which will make payments, is designated as follows:

DFAS COLUMBUS CENTER
DFAS-CO/WEST ENTITLEMENT OPERATIONS
PO BOX 182381
COLUMBUS, OH 43218-2381

(d) Remittance Address. The address to which payments should be mailed by the Government is:

Armour of America

P.O. Box 1405
Beverly Hills, CA 90213

5252.242-9513 ACCOUNTING AND APPROPRIATION DATA (FEB 1995) (NAVAIR)

The applicable accounting and appropriation data for CLINs 0002 & 0004 is as follows:

AA: 1741506 45BJ 252 00019 0 050119 2D 000000 PMA226AA261 $119,814.00

SECTION H Special Contract Requirements

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 5252.210-9501 | Availability of Unique Data Item Descriptions (UDIDs) and Data Item Descriptions (DIDs) | JUL 2003 |
| 5252.227-9511 | Disclosure, Use and Protection of Proprietary Information | OCT 1994 |

CLAUSES INCORPORATED BY FULL TEXT

**H-1 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (FAR 52.252-2)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/, http://farsite.hill.af.mil/, http://www.deskbook.osd.mil (DFARS)
http://www.navair.navy.mil/ - Select "Doing Business" then select "NAVAIR clauses."

**H-2 EXERCISE OF OPTIONS – (CLINS 0005 – 0010)**

The Government may exercise the options for additional quantities within the ranges specified for CLINs 0005 and/or 0006 provided that the Government gives the Contractor written preliminary notice of its intent to exercise the option at least 30 days before the contract expires. However, the preliminary notice of intent does not commit the Government to exercise the options. In no event, shall the additional ordered quantities exceed the maximums specified for each CLIN.

**H-3 ARMOUR OF AMERICA BALLISTIC WARRANTY**

A. Warranty
AOA warranties the ballistic integrity of the KSP-60 armour, sold to NAVAIR for the C-46 (LWARS) program, for a period of 60 months from the date of shipment, under normal wear and care conditions.

B. Multiple Hit Capability
Armour of America warranties three (3) hits equidistant on a three inch (3") diameter circle. Additionally, the armour will stop impacts at ¾" from edge and three way butt joint of tile.

C. Refurbish
After warranty period or sooner, if needed, AOA will refurbish and re warranty the KSP-60 armour for an additional 60 months for a fraction of the original cost.

Refurbish consists of:
1. Remove outer spall shield.
2. X-Ray 100% of each armour panel to insure there are no internal cracks in the ceramic.
3. Repair any edges that may have been damaged.
4. Repair internal tile.
5. Re-Spall and identify

D. Armour of America will keep in stock one complete shipset of the LWARS (CH-46) armour system panels on the shelf, at no additional cost to the government, until such time as the government requests

a shipment to be made. The government would identify the panels required and would issue a modification to cover both the panel cost and the shipping cost to the desired location. Any one of the panels can be shipped within 24 hours and the 24-hour turnaround time will be maintained for the life of the program. (reference AOA emails dated June 3, 2004 and June 7, 2004).

5252.223-9500 ENVIRONMENTAL CONTROLS (JAN 1991) (NAVAIR)

Notwithstanding that the contract may require the use of paints or coatings which do not meet state or district requirements for reduced volatile organic compounds (VOC's), the contractor must comply with all federal, state, and local regulatory requirements respecting air quality and emission limitations. It remains the contractor's responsibility to meet the requirements for reduced VOC's even where to do so will require the use of engineering controls or other special painting equipment.

5252.223-9501 MATERIAL SAFETY DATA SHEET (MSDS) (NOV 1999) (NAVAIR)

(a) The contractor shall forward a Material Safety Data Sheet (MSDS) required under DFARS Clause 252.223-7001, "Hazardous Material Identification and Material Safety Data" clause of this contract, to the following:

N46899
Naval Air Systems Command
Central Kitting Activity
235 Industrial Loop, Suite 12
Orange Park, FL 32073-2831
Attn: Mr. Dave Melton
Commercial (904) 264-8091

Naval Air Systems Command PMA-226
PSC Box 8026
Cherry Point, NC 28533-0026
Attn: H-46 Kit Manager
Commercial (252) 464-9383

(b) One copy of the MSDS shall be enclosed with the shipping documents and sent to each of the above addresses. If the shipment is received without an attached copy of the MSDS, the Government has the right to refuse receipt.

5252.232-9509 REIMBURSEMENT OF TRAVEL, PER DIEM, AND SPECIAL MATERIAL COSTS (MAR 2000) (NAVAIR)

(a) Area of Travel. Performance under this contract may require travel by contractor personnel. If travel, domestic or overseas, is required, the contractor is responsible for making all necessary arrangements for its personnel. These include but are not limited to: medical examinations, immunizations, passports/visas/etc., and security clearances. All contractor personnel required to perform work on any U.S. Navy vessel shall obtain boarding authorization from the Commanding Officer of the vessel before boarding.

(b) Travel Policy. The Government will reimburse the contractor for allowable travel costs incurred by the contractor in performance of the contract in accordance with FAR Subpart 31.2. Travel required for tasks assigned under this contract shall be governed in accordance with: Federal Travel Regulations, prescribed by the General Services Administration for travel in the conterminous 48 United States, (hereinafter the FTR); Joint Travel Regulation, Volume 2, DoD Civilian Personnel, Appendix A, prescribed by the Department of Defense, for travel in Alaska, Hawaii, The Commonwealth of Puerto Rico, and territories and possessions of the United States (hereinafter JTR); and Standardized Regulations (Government Civilians, Foreign Areas), Section 925, "Maximum Travel Per Diem Allowances for Foreign Areas," prescribed by the Department of State, for travel in areas not covered in the FTR or JTR (hereinafter the SR).

(c) Travel. Travel and subsistence are authorized for travel beyond a fifty-mile radius of the contractor's office whenever a task assignment requires work to be accomplished at a temporary alternate worksite. No travel or subsistence shall be charged for work performed within a fifty-mile radius of the contractor's office. The contractor shall not be paid for travel or subsistence for contractor personnel who reside in the metropolitan area in which the tasks are being performed. Travel performed for personal convenience, in conjunction with personal recreation, or daily travel to and from work at the contractor's facility will not be reimbursed.

(1) For travel costs other than described in paragraph (c) above, the contractor shall be paid on the basis of actual amount paid to the extent that such travel is necessary for the performance of services under the contract and is authorized by the COR in writing.

(2) When transportation by privately owned conveyance is authorized, the contractor shall be paid on a mileage basis not to exceed the applicable Government transportation rate as contained in the FTR, JTR or SR. Authorization for the use of privately owned conveyance shall be indicated in the basic contract. Distances traveled between points shall be shown on invoices as listed in standard highway mileage guides. Reimbursement will not exceed the mileage shown in the standard highway mileage guides.

(3) The contractor agrees, in the performance of necessary travel, to use the lowest cost mode commensurate with the requirements of the mission as set forth in the basic contract and in accordance with food traffic management principles. When it is necessary to use air or rail travel, the contractor agrees to use coach, tourist class, or similar accommodations to the extent consistent with the successful and economical accomplishment of the mission for which the travel is being performed.

(4) The contractor's invoices shall include receipts or other evidence substantiating actual costs incurred for authorized travel. In no event will such payments exceed the rates of common carriers.

(d) Vehicle and/or Truck Rentals. The contractor shall be reimbursed for actual rental/lease of special vehicles and/or trucks (i.e., of a type not normally used by the contractor in the conduct of its business) only if authorized in the basic contract or upon approval by the COR. Reimbursement of such rental shall be made based on actual amounts paid by the contractor. Use of rental/lease costs of vehicles and/or trucks that are of a type normally used by the contractor in the conduct of its business are not subject to reimbursement.

(e) Car Rental. The contractor shall be reimbursed for car rental, exclusive of mileage charges, as authorized in the basic contract or upon approval by the COR, when the services are required to be performed beyond the normal commuting distance form the contractor's facilities. Car rental for a team on TDY at one site will be allowed for a minimum of four (4) persons per car, provided that such number or greater comprise the TDY team.

(f) Per Diem. The contractor shall not be paid for per diem for contractor personnel who reside in the metropolitan areas in which the tasks are being performed. Per Diem shall not be paid on services performed within a fifty-mile radius of the contractor's home office or the contractor's local office. Per Diem is authorized for contractor personnel beyond a fifty-mile radius of the contractor's home or local offices whenever a task assigned requires work to be done at a temporary alternate worksite. Per Diem shall be paid to the contractor only to the extent that overnight stay is necessary and authorized under this contract. The authorized per diem rate shall be the same as the prevailing per diem in the worksite locality. These rates will be based on rates contained in the FTR, JTR or SR. The applicable rate is authorized at a flat seventy-five (75%) percent on the day of departure from contractor's home or local office, and on the day of return. Reimbursement to the contractor for per diem shall be limited to actual payments to per diem defined herein. The contractor shall provide actual payments of per diem defined herein. The contractor shall provide supporting documentation for per diem expenses as evidence of actual payment.

(g) Shipboard Stays. Whenever work assignments require temporary duty aboard a Government ship, the contractor will be reimbursed at the per diem rates identified in paragraph C8101.2C or C81181.3B(6) of the Department of Defense Joint Travel Regulations, Volume II.

(h) Special Material. "Special material" includes only the costs of material, supplies, or services which is peculiar to the ordered data and which is not suitable for use in the course of the contractor's normal business. It shall be furnished pursuant to specific authorization approved by the COR. The contractor will be required to support all material costs claimed by its costs less any applicable discounts. "Special materials" include, but are not limited to, graphic reproduction expenses, or technical illustrative or design requirements needing special processing.

5252.243-9504 AUTHORIZED CHANGES ONLY BY THE CONTRACTING OFFICER (JAN 1992) (NAVAIR)

(a) Except as specified in paragraph (b) below, no order, statement, or conduct of Government personnel who visit the contractor's facilities or in any other manner communicates with contractor personnel during the performance of this contract shall constitute a change under the "Changes" clause of this contract.

(b) The contractor shall not comply with any order, direction or request of Government personnel unless it is issued in writing and signed by the Contracting Officer, or is pursuant to specific authority otherwise included as a part of this contract.

(c) The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract and notwithstanding provisions contained elsewhere in this contract, the said authority remains solely the Contracting Officer's. In the event the contractor effects any change at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the contract price to cover any increase in charges incurred as a result thereof. The address and telephone number of the Contracting Officer is:

Contracting Officer: Janice E. Woehrer 301-757-6551

DEPARTMENT OF THE NAVY
ASSISTANT COMMANDER FOR CONTRACTS
NAVAL AIR SYSTEM COMMAND
AIR 2.4.3.3, BUILDING 2272, Ste. 353, UNIT IPT
47123 BUSE ROAD
NAVAL AIR STATION
PATUXENT RIVER, MD 20670-1547

5252.246-9502 STANDARD COMMERCIAL WARRANTY (JAN 1992) (NAVAIR)

(a) The contractor shall extend to the Government the full coverage of any standard commercial warranty normally offered in a similar commercial sale, provided such warranty is available at no additional cost to the Government. Acceptance of the standard commercial warranty does not waive the Government's rights under the "Inspection" clause nor does it limit the Government's rights with regard to the other terms and conditions of this contract. In the event of a conflict, the terms and conditions of the contract shall take precedence over the standard commercial warranty. The standard commercial warranty period shall begin upon final acceptance of the applicable material and/or services listed in the Schedule.

(b) The contractor shall provide a copy of its standard commercial warranty (if applicable) with its offer. The warranty covers a period of 60 months.

SECTION I Contract Clauses

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.202-1 | Definitions | DEC 2001 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUL 1995 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 2003 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.204-7 | Central Contractor Registration | OCT 2003 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.211-17 | Delivery of Excess Quantities | SEP 1989 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.219-6 | Notice Of Total Small Business Set-Aside | JUN 2003 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2000 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-19 | Child Labor--Cooperation with Authorities and Remedies | SEP 2002 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-3 | Hazardous Material Identification And Material Safety Data | JAN 1997 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | AUG 2003 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-11 | Ozone-Depleting Substances | MAY 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-3 | Patent Indemnity | APR 1984 |
| 52.227-14 | Rights in Data--General | JUN 1987 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-1 | Payments | APR 1984 |
| 52.232-8 | Discounts For Prompt Payment | FEB 2002 |
| 52.232-11 | Extras | APR 1984 |
| 52.232-17 | Interest | JUN 1996 |

| | | |
|---|---|---|
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-25 | Prompt Payment | OCT 2003 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-1 Alt I | Disputes (Jul 2002) - Alternate I | DEC 1991 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.242-12 | Report of Shipment (REPSHIP) | JUN 2003 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.243-1 | Changes--Fixed Price | AUG 1987 |
| 52.243-2 | Changes--Cost-Reimbursement | AUG 1987 |
| 52.243-3 | Changes--Time-And-Material Or Labor-Hours | SEP 2000 |
| 52.244-6 | Subcontracts for Commercial Items | APR 2003 |
| 52.245-2 | Government Property (Fixed Price Contracts) | JUN 2003 |
| 52.246-24 | Limitation Of Liability--High-Value Items | FEB 1997 |
| 52.246-25 | Limitation Of Liability--Services | FEB 1997 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-6 | Termination (Cost Reimbursement) | SEP 1996 |
| 52.249-8 | Default (Fixed-Price Supply & Service) | APR 1984 |
| 52.251-1 | Government Supply Sources | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7000 | Disclosure Of Information | DEC 1991 |
| 252.204-7002 | Payment For Subline Items Not Separately Priced | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.208-7000 | Intent To Furnish Precious Metals As Government--Furnished Material | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7011 | Notification to Delay Performance | JUN 1998 |
| 252.223-7001 | Hazard Warning Labels | DEC 1991 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.223-7006 | Prohibition On Storage And Disposal Of Toxic And Hazardous Materials | APR 1993 |
| 252.225-7001 | Buy American Act And Balance Of Payments Program | APR 2003 |
| 252.225-7014 | Preference For Domestic Specialty Metals | APR 2003 |
| 252.225-7014 Alt I | Preference For Domestic Specialty Metals (Apr 2003) - Alternate I | APR 2003 |
| 252.225-7016 | Restriction On Acquisition Of Ball and Roller Bearings | APR 2003 |
| 252.227-7016 | Rights in Bid or Proposal Information | JUN 1995 |
| 252.227-7026 | Deferred Delivery Of Technical Data Or Computer Software | APR 1988 |
| 252.227-7027 | Deferred Ordering Of Technical Data Or Computer Software | APR 1988 |
| 252.227-7030 | Technical Data--Withholding Of Payment | MAR 2000 |
| 252.227-7036 | Declaration of Technical Data Conformity | JAN 1997 |
| 252.227-7037 | Validation of Restrictive Markings on Technical Data | SEP 1999 |
| 252.242-7000 | Postaward Conference | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |
| 252.246-7001 | Warranty Of Data | DEC 1991 |

CLAUSES INCORPORATED BY FULL TEXT

52.215-21 REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA--MODIFICATIONS (OCT 1997)

(a) Exceptions from cost or pricing data. (1) In lieu of submitting cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth at FAR 15.403-4 on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable--

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Information on modifications of contracts or subcontracts for commercial items. (A) If--

(1) The original contract or subcontract was granted an exception from cost or pricing data requirements because the price agreed upon was based on adequate price competition or prices set by law or regulation, or was a contract or subcontract for the acquisition of a commercial item; and

(2) The modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the acquisition of a commercial item to a contract or subcontract for the acquisition of an item other than a commercial item.

(B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same item or similar items have previously been sold that is adequate for evaluating the reasonableness of the price of the modification. Such information may include--

(1) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities.

(2) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(3) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The Contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the Contractor is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The Contractor shall submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

As soon as practicable after agreement on price, but before award (except for unpriced actions), the Contractor shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

(End of clause)

52.217-7 OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days. Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor 7 months after date of contract award; provided that the Government gives the Contractor a preliminary written notice of its intent to extend within 30 days prior to exercise of the option. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 13 months after award of contract.

52.223-7 NOTICE OF RADIOACTIVE MATERIALS (JAN 1997)

(a) The Contractor shall notify the Contracting Officer or designee, in writing, 10 calendar days prior to the delivery of, or prior to completion of any servicing required by this contract of, items containing either (1) radioactive material requiring specific licensing under the regulations issued pursuant to the Atomic Energy Act of 1954, as amended, as set forth in Title 10 of the Code of Federal Regulations, in effect on the date of this contract, or (2) other radioactive material not requiring specific licensing in which the specific activity is greater than 0.002 microcuries per gram or the activity per item equals or exceeds 0.01 microcuries. Such notice shall specify the part or parts of the items which contain radioactive materials, a description of the materials, the name and activity of the isotope, the manufacturer of the materials, and any other information known to the Contractor which will put users of the items on notice as to the hazards involved (OMB No. 9000-0107).

* The Contracting Officer shall insert the number of days required in advance of delivery of the item or completion of the servicing to assure that required licenses are obtained and appropriate personnel are notified to institute any necessary safety and health precautions. See FAR 23.601(d).

(b) If there has been no change affecting the quantity of activity, or the characteristics and composition of the radioactive material from deliveries under this contract or prior contracts, the Contractor may request that the Contracting Officer or designee waive the notice requirement in paragraph (a) of this clause. Any such request shall-

(1) Be submitted in writing;

(2) State that the quantity of activity, characteristics, and composition of the radioactive material have not changed;

and

(3) Cite the contract number on which the prior notification was submitted and the contracting office to which it was submitted.

(c) All items, parts, or subassemblies which contain radioactive materials in which the specific activity is greater than 0.002 microcuries per gram or activity per item equals or exceeds 0.01 microcuries, and all containers in which such items, parts or subassemblies are delivered to the Government shall be clearly marked and labeled as required by the latest revision of MIL-STD 129 in effect on the date of the contract.

(d) This clause, including this paragraph (d), shall be inserted in all subcontracts for radioactive materials meeting the criteria in paragraph (a) of this clause.

52.227-23 RIGHTS TO PROPOSAL DATA (TECHNICAL) (JUN 1987)

Except for data contained on pages N/A, it is agreed that as a condition of award of this contract, and notwithstanding the conditions of any notice appearing thereon, the Government shall have unlimited rights (as defined in the "Rights in Data--General" clause contained in this contract) in and to the technical data contained in the technical proposal, Vlume II, dated 5 February 2004 and the answers to the discussion questions, Volume IIA, Technical dated 9 April 2004, upon which this contract is based.

52.232-32 PERFORMANCE-BASED PAYMENTS (FEB 2002)

(a) Amount of payments and limitations on payments. Subject to such other limitations and conditions as are specified in this contract and this clause, the amount of payments and limitations on payments shall be specified in the contract's description of the basis for payment.

(b) Contractor request for performance-based payment. The Contractor may submit requests for payment of performance-based payments not more frequently than monthly, in a form and manner acceptable to the Contracting Officer. Unless otherwise authorized by the Contracting Officer, all performance-based payments in any period for which payment is being requested shall be included in a single request, appropriately itemized and totaled. The Contractor's request shall contain the information and certification detailed in paragraphs (l) and (m) of this clause.

(c) Approval and payment of requests. (1) The Contractor shall not be entitled to payment of a request for performance-based payment prior to successful accomplishment of the event or performance criterion for which payment is requested. The Contracting Officer shall determine whether the event or performance criterion for which payment is requested has been successfully accomplished in accordance with the terms of the contract. The Contracting Officer may, at any time, require the Contractor to substantiate the successful performance of any event or performance criterion which has been or is represented as being payable.

(2) A payment under this performance-based payment clause is a contract financing payment under the Prompt Payment clause of this contract and not subject to the interest penalty provisions of the Prompt Payment Act. The designated payment office will pay approved requests on the 30th day after receipt of the request for performance-based payment. However, the designated payment office is not required to provide payment if the Contracting Officer requires substantiation as provided in paragraph (c)(1) of this clause, or inquires into the status of an event or performance criterion, or into any of the conditions listed in paragraph (e) of this clause, or into the Contractor certification. The payment period will not begin until the Contracting Officer approves the request.

(3) The approval by the Contracting Officer of a request for performance-based payment does not constitute an acceptance by the Government and does not excuse the Contractor from performance of obligations under this contract.

(d) Liquidation of performance-based payments. (1) Performance-based finance amounts paid prior to payment for delivery of an item shall be liquidated by deducting a percentage or a designated dollar amount from the delivery payment. If the performance-based finance payments are on a delivery item basis, the liquidation amount for each such line item shall be the percent of that delivery item price that was previously paid under performance-based finance payments or the designated dollar amount. If the performance-based finance payments are on a whole contract basis, liquidation shall be by either predesignated liquidation amounts or a liquidation percentage.

(2) If at any time the amount of payments under this contract exceeds any limitation in this contract, the Contractor shall repay to the Government the excess. Unless otherwise determined by the Contracting Officer, such excess shall be credited as a reduction in the unliquidated performance-based payment balance(s), after adjustment of invoice payments and balances for any retroactive price adjustments.

(e) Reduction or suspension of performance-based payments. The Contracting Officer may reduce or suspend performance-based payments, liquidate performance-based payments by deduction from any payment under the contract, or take a combination of these actions after finding upon substantial evidence any of the following conditions:

(1) The Contractor failed to comply with any material requirement of this contract (which includes paragraphs (h) and (i) of this clause).

(2) Performance of this contract is endangered by the Contractor's (i) failure to make progress, or (ii) unsatisfactory financial condition.

(3) The Contractor is delinquent in payment of any subcontractor or supplier under this contract in the ordinary course of business.

(f) Title. (1) Title to the property described in this paragraph (f) shall vest in the Government. Vestiture shall be immediately upon the date of the first performance-based payment under this contract, for property acquired or produced before that date. Otherwise, vestiture shall occur when the property is or should have been allocable or properly chargeable to this contract

(2) "Property," as used in this clause, includes all of the following described items acquired or produced by the Contractor that are or should be allocable or properly chargeable to this contract under sound and generally accepted accounting principles and practices:

(i) Parts, materials, inventories, and work in process;

(ii) Special tooling and special test equipment to which the Government is to acquire title under any other clause of this contract;

(iii) Nondurable (i.e., noncapital) tools, jigs, dies, fixtures, molds, patterns, taps, gauges, test equipment and other similar manufacturing aids, title to which would not be obtained as special tooling under subparagraph (f)(2)(ii) of this clause; and

(iv) Drawings and technical data, to the extent the Contractor or subcontractors are required to deliver them to the Government by other clauses of this contract.

(3) Although title to property is in the Government under this clause, other applicable clauses of this contract (e.g., the termination or special tooling clauses) shall determine the handling and disposition of the property.

(4) The Contractor may sell any scrap resulting from production under this contract, without requesting the Contracting Officer's approval, provided that any significant reduction in the value of the property to which the Government has title under this clause is reported in writing to the Contracting Officer.

(5) In order to acquire for its own use or dispose of property to which title is vested in the Government under this