# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. Listed in Block E.

| | | |
|---|---|---|
| A. CONTRACT LINE ITEM NO.: 0002 | B. EXHIBIT: A | C. CATEGORY: TDP TM OTHER |
| D. SYSTEM/ITEM: LIGHT WEIGHT ARMOR | E. CONTRACT/PR NO.: N00019-04-C-3147 | F. CONTRACTOR: ARMOUR OF AMERICA |
| 1. DATA ITEM NO.: A004 | 2. TITLE OF DATA ITEM: QUALIFICATION TEST PLAN | 3. SUBTITLE: N/A |
| 4. AUTHORITY (Data Acquisition Document No.): DI-NDTI-81307 | 5. CONTRACT REFERENCE: SOW, PARAGRAPH 4.2.1 | 6. REQUIRING OFFICE: PMA 226 |

| | | | |
|---|---|---|---|
| 7. DD 250 REQ: DD | 9. DIST STATEMENT REQUIRED: C | 10. FREQUENCY: ASREQ | 12. DATE OF FIRST SUBMISSION: SEE BLOCK 16 |
| 8. APP CODE: A | | 11. AS OF DATE: SEE BLOCK 16 | 13. DATE OF SUBSEQUENT SUBMISSION: SEE BLOCK 16 |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMA 226 | 1 | 2 | |
| 15. TOTAL | | | |

16. REMARKS

Block 9: Use Distribution Statement C (Attachment (1))
Block 12: Contractor shall submit draft Plan NLT 45 Days After Contract Award (DAC). Government has 14 days to respond with comments

Block 13: Contractor shall submit final Plan NLT 14 days after Contractor receipt of government comments

Block 14: Electronic MS Office 97 format acceptable.

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| LINDA JOHNSTON | 06/08/04 | JON WINCHESTER | 06/08/04 |

DD Form 1423-1, Jun 90 Previous editions are obsolete. Page 4 of 10 Pages

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. Listed in Block E.

A. CONTRACT LINE ITEM NO.: 0002
B. EXHIBIT: A
C. CATEGORY: TDP TM OTHER
D. SYSTEM/ITEM: LIGHT WEIGHT ARMOR
E. CONTRACT/PR NO.: N00019-04-C-3147
F. CONTRACTOR: ARMOUR OF AMERICA
1. DATA ITEM NO.: A005
2. TITLE OF DATA ITEM: QUALIFICATION TEST REPORT
3. SUBTITLE: N/A
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:
4. AUTHORITY (Data Acquisition Document No.): DI-NDTI-80809B
5. CONTRACT REFERENCE: SOW, PARAGRAPH 4.2.3
6. REQUIRING OFFICE: PMA 226
7. DD 250 REQ: DD
8. APP CODE: A
9. DIST STATEMENT REQUIRED: C
10. FREQUENCY: ASREQ
11. AS OF DATE: SEE BLOCK 16
12. DATE OF FIRST SUBMISSION: SEE BLOCK 16
13. DATE OF SUBSEQUENT SUBMISSION: SEE BLOCK 16

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMA 226 | 1 | 2 | |
| 15. TOTAL | | | |

16. REMARKS

Block 9: Use distribution statement C. (Attachment (1))

Block 12: Contractor shall submit draft test report NLT 30 days after completion of Qualification Test/Inspection. Government has 14 days to respond with comments.

Block 13: Contractor shall submit final Qualification Test Report NLT 14 days after contractor receipt of government comments.

Block 14: Electronic MS Office 97 format acceptable.

G. PREPARED BY: LINDA JOHNSTON
H. DATE: 06/08/04
I. APPROVED BY: JON WINCHESTER
J. DATE: 06/08/04

DD Form 1423-1, Jun 90 — Previous editions are obsolete.

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. Listed in Block E.

| | |
|---|---|
| A. CONTRACT LINE ITEM NO. | 0003 |
| B. EXHIBIT | A |
| C. CATEGORY | TDP TM OTHER |
| D. SYSTEM/ITEM | LIGHT WEIGHT ARMOR |
| E. CONTRACT/PR NO. | N00019-04-C-3147 |
| F. CONTRACTOR | ARMOUR OF AMERICA |
| 1. DATA ITEM NO. | A006 |
| 2. TITLE OF DATA ITEM | MEETING MINUTES |
| 3. SUBTITLE | N/A |
| 4. AUTHORITY (Data Acquisition Document No.) | |
| 5. CONTRACT REFERENCE | SOW Paragraph 4.3.1, 4.3.2 |
| 6. REQUIRING OFFICE | |
| 7. DD 250 REQ | LT |
| 8. APP CODE | A |
| 9. DIST STATEMENT REQUIRED | C |
| 10. FREQUENCY | ASREQ |
| 11. AS OF DATE | SEE BLOCK 16 |
| 12. DATE OF FIRST SUBMISSION | SEE BLOCK 16 |
| 13. DATE OF SUBSEQUENT SUBMISSION | SEE BLOCK 16 |
| 17. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMA 226 | 1 | 2 | |
| 15. TOTAL | | | |

16. REMARKS

Block 9: Use distribution statement C. (Attachment (1)).

Block 12: Contractor shall submit draft meeting minutes NLT 14 days after meeting. The government has 7 days to respond with comments.

Block 13. Contractor shall submit final meeting minutes NLT 7 days after receipt of government comments.

Block 14. Electronic MS Office 97 format acceptable.

| | |
|---|---|
| G. PREPARED BY | LINDA JOHNSTON |
| H. DATE | 06/08/04 |
| I. APPROVED BY | JON WINCHESTER |
| J. DATE | 06/08/04 |

DD Form 1423-1, Jun 90 Previous editions are obsolete. Page 6 of 10 Pages

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. Listed in Block E.

A. CONTRACT LINE ITEM NO.: 0003
B. EXHIBIT: A
C. CATEGORY: TDP TM OTHER
D. SYSTEM/ITEM: LIGHT WEIGHT ARMOR
E. CONTRACT/PR NO.: N00019-04-C-3147
F. CONTRACTOR: ARMOUR OF AMERICA
1. DATA ITEM NO.: A007
2. TITLE OF DATA ITEM: CONTRACTOR'S PROGRESS, STATUS, AND MANAGEMENT REPORTS
3. SUBTITLE: N/A
17. PRICE GROUP:
4. AUTHORITY (Data Acquisition Document No.): DI-MGMT-80227
5. CONTRACT REFERENCE: SOW, PARAGRAPH 4.3.3
6. REQUIRING OFFICE: PMA 226
18. ESTIMATED TOTAL PRICE:
7. DD 250 REQ: LT
8. APP CODE: N
9. DIST STATEMENT REQUIRED: C
10. FREQUENCY: MTHLY
11. AS OF DATE: 15
12. DATE OF FIRST SUBMISSION: 30 DAC
13. DATE OF SUBSEQUENT SUBMISSION: 15

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMA 226 | | 1 | |
| 15. TOTAL | | 1 | |

16. REMARKS

Block 9: Use Distribution Statement C (Attachment (1))

Block 14: Electronic MS Office 97 format acceptable.

G. PREPARED BY: LINDA JOHNSTON
H. DATE: 06/08/04
I. APPROVED BY: JON WINCHESTER
J. DATE: 06/08/04

DD Form 1423-1, Jun 90 Previous editions are obsolete.



000270 NAV13852

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. Listed in Block E.

| Field | Value |
|---|---|
| A. CONTRACT LINE ITEM NO. | 0003 |
| B. EXHIBIT | |
| C. CATEGORY (TDP / TM / OTHER) | |
| D. SYSTEM/ITEM | Light Weight Armor |
| E. CONTRACT/PR NO. | N00019-04-C-3147 |
| F. CONTRACTOR | ARMOUR OF AMERICA |
| 1. DATA ITEM NO. | A008 |
| 2. TITLE OF DATA ITEM | CONFIGURATION MANAGEMENT PLAN |
| 3. SUBTITLE | N/A |
| 4. AUTHORITY (Data Acquisition Document No.) | DI-CMAN-80858B |
| 5. CONTRACT REFERENCE | SOW Paragraph 5.0 |
| 6. REQUIRING OFFICE | PMA 226 |
| 7. DD 250 REQ | LT |
| 8. APP CODE | N |
| 9. DIST STATEMENT REQUIRED | C |
| 10. FREQUENCY | OTIME |
| 11. AS OF DATE | SEE BLOCK 16 |
| 12. DATE OF FIRST SUBMISSION | SEE BLOCK 16 |
| 13. DATE OF SUBSEQUENT SUBMISSION | N/A |
| 17. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMA 226 | | 2 | |
| 15. TOTAL | | | |

16. REMARKS

Block 9: Use distribution statement C. (Attachment (1))

Block 12: The contractor shall submit their Configuration Management Plan NLT 30 DAC.

Block 14: Electronic MS Office 97 and contractor format acceptable

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| BETTY EUBANKS | 06/08/04 | JON WINCHESTER | 06/08/04 |

DD Form 1423-1, Jun 90 Previous editions are obsolete. Page 8 of 10 Pages

000271 NAV13853

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. Listed in Block E.

| | | |
|---|---|---|
| A. CONTRACT LINE ITEM NO.: 0003 | B. EXHIBIT: | C. CATEGORY: TDP TM OTHER |
| D. SYSTEM/ITEM: Light Weight Armor | E. CONTRACT/PR NO.: N00019-04-C-3147 | F. CONTRACTOR: ARMOUR OF AMERICA |

| | | |
|---|---|---|
| 1. DATA ITEM NO.: A009 | 2. TITLE OF DATA ITEM: MAINTENANCE CONCEPT PROPOSAL | 3. SUBTITLE: N/A |
| 4. AUTHORITY (Data Acquisition Document No.): | 5. CONTRACT REFERENCE: SOW, PARAGRAPH 7.1 | 6. REQUIRING OFFICE: PMA 226 |

17. PRICE GROUP:

18. ESTIMATED TOTAL PRICE:

| | | | | |
|---|---|---|---|---|
| 7. DD 250 REQ: LT | 9. DIST STATEMENT REQUIRED: C | 10. FREQUENCY: ASREQ | 12. DATE OF FIRST SUBMISSION: SEE BLOCK 16 | 14. DISTRIBUTION |
| 8. APP CODE: A | | 11. AS OF DATE: SEE BLOCK 16 | 13. DATE OF SUBSEQUENT SUBMISSION: SEE BLOCK 16 | |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMA 226 | 1 | 2 | |
| 15. TOTAL | | | |

16. REMARKS

Block 9: Use distribution statement C. (Attachment (1))

Block 12: The contractor shall submit their preliminary Maintenance Concept Proposal NLT 45 DAC. The government has 14 days to respond with comments.

Block 13. The contractor shall submit final maintenance concept proposal 14 days after receipt of government comments.

Block 14. Electronic MS Office 97 format acceptable.

| | | | |
|---|---|---|---|
| G. PREPARED BY: VINCE TAITINGFONG | H. DATE: 06/08/04 | I. APPROVED BY: JON WINCHESTER | J. DATE: 06/08/04 |

DD Form 1423-1, Jun 90 Previous editions are obsolete. Page 9 of 10 Pages

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. Listed in Block E.

| | | |
|---|---|---|
| A. CONTRACT LINE ITEM NO. 0003 | B. EXHIBIT A | C. CATEGORY TDP TM OTHER |
| D. SYSTEM/ITEM Light Weight Armor | E. CONTRACT/PR NO. N00019-04-C-3147 | F. CONTRACTOR ARMOUR OF AMERICA |
| 1. DATA ITEM NO. A010 | 2. TITLE OF DATA ITEM NAVY PROVISIONING SOURCE DATA | 3. SUBTITLE N/A |
| 4. AUTHORITY (Data Acquisition Document No.) DI-ALSS-81557 | 5. CONTRACT REFERENCE SOW, Paragraph 7.2 | 6. REQUIRING OFFICE PMA 226 |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| | | |
|---|---|---|
| 7. DD 250 REQ. LT | 10. FREQUENCY ASREQ | 12. DATE OF FIRST SUBMISSION SEE BLOCK 16 |
| 8. APP CODE A | 11. AS OF DATE SEE BLOCK 16 | 13. DATE OF SUBSEQUENT SUBMISSION SEE BLOCK 16 |
| 9. DIST STATEMENT REQUIRED C | | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMA 226 | 1 | 2 | |
| 15. TOTAL | | | |

16. REMARKS

Block 9: Use distribution statement C. (Attachment (1)).

Block 12: Contractor shall submit draft Source Data NLT 30 days after Qualification Testing. Government has 14 days to respond with comments.

Block 13: Contractor shall submit final Source Data NLT 14 days after Contractor receipt of government comments.

| | | | |
|---|---|---|---|
| G. PREPARED BY VINCE TAITINGFONG | H. DATE 06/08/04 | I. APPROVED BY JON WINCHESTER | J. DATE 06/08/04 |

DD Form 1423-1, Jun 90 Previous editions are obsolete. Page 10 of 10 Pages

000273

NAV13855


AoA – LWARS
(Lightweight Armor Replacement System)
July 14, 2004
Mr. John Nehmens
AoA, General Manager


AoA – LWARS
ORGANIZATIONAL CHART
President
Arthur Schreiber
(310) 532-0690
General Manager
John Nehmens
(310) 532-0690
Program Manager
Matt Williams
(310) 532-0690
Logistics/Parts Mgmt.
Steven Carr
(310) 532-0690
Business
Mgmt.
Donna
(310) 532-0690
Office Mgmt.
Selena Perry
Dana Blanks
(310) 532-0690

# AoA – LWARS

## Objective/Operational Concept

Objective

- Protect the hydraulic flight closet and engine compartment from a lower hemisphere 30 cal/7.62mm threat.

Operational Concept

- Utilize proven 30 cal/7.62mm armor panels (KSP-60) to provide protection for the hydraulic flight closet and engine compartment.

System Description

- Replace existing armor with Light Weight Armor (Ceramic/Spectra/Kevlar) utilizing existing aircraft support attachment structures/fixtures.

# AoA – LWARS

## System / Installation Design

15 New CH-46 (LWARS) panels to replace existing armor panels.

- Hydraulic Flight Control Closet (External)
  - 5 new LWARS panels.
  - utilize existing support fixtures
  - Floating fasteners used to accommodate for existing bracket hole variations.

- Hydraulic Flight Control Closet (Internal)
  - 2 new LWARS panels.
  - utilize existing support fixtures
  - Floating fasteners used to accommodate for existing bracket hole variations.

- Engine Compartment (External)
  - 8 new LWARS panels.
  - utilize existing support fixtures
  - Floating fasteners used to accommodate for existing bracket hole variations.

# AoA – LWARS

## Schedule/Delivery Plan

| CLIN # | CY-04 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | | | | | | | | | (2) | | (5) | (10) |
| 0005AA | | | | | | | | | | | | |
| 0006AA | | | | | | | | | | | (2) | |
| 0008AA | | | | | | | | | | | | |
| 0008AB | | | | | | | | | | | | |

| CLIN # | CY-05 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0005AA | (18) | (18) | (18) | (18) | (20) | (20) | (20) | | | | | |
| 0006AA | | | | | | | | (18) | (18) | (18) | (16) | (9) |
| 0005AB | | | | | | | | | | | | |
| 0006AB | | | | | | | | | | | | |
| 0007AA | (3) | (3) | | | | | | | | | | |
| 0007AB | | | | | | | | | | | | |

**NOTE: Delivery schedule predicated upon completion of validation 30 days after receipt of QTA.**

CLIN LEDGER:
0002 - QTA - Qualification Test Article
0005/0006 - PK - Production Kit
0007 - ISS - Interim Support Spares
0008 - MTK - Maintenance Trainer Kits

# AoA – LWARS
## Maintenance Concept

The Armour when used under normal wear and care will have mean time to repair (MTR) dependent on the time it is impacted or mishandled causing the ceramic to crack.

* Periodic inspections: Required.
  As a normal course of action periodic inspections should be performed at the same time other visual inspections are accomplished in the surrounding areas of the helicopter.

  Proposed level of maintenance.
  "O-Level" – Day to day upkeep, inspection for cracks and damage.

* Scheduled maintenance: Required.
  Proposed level of maintenance.
  "D-Level" – 60 Month NDI, Refurbishment
  Repair of any cracks, strike damage.

# AoA – LWARS

## Risk Identification / Mitigation

<u>Low risk for the production/delivery of the LWARS System</u>

AoA believes that the risk associated to the design approach for the CH-46 LWARS is minimal. The design and installation concept is a form, fit and function to the existing CH-46 Helicopter Armor System.

1) <u>Risk:</u> Production may slide to the right if ballistic material is not readily available.

   <u>Mitigation</u>: AoA and the Program Office (PMA-226) to work with the US Department of Commerce and stress the importance of getting the armor system to the fleet.

2) <u>Risk</u>: LWARS interfacing with existing mounting brackets/aircraft.

   <u>Mitigation</u>: Utilize floating fasteners.

# AoA – LWARS

## Qualification Testing

**Weight** – 15 replacement panels estimated at 340 lbs +/- 5 lbs.

**Ballistic** – $V_0$ (muzzle velocity) testing was performed on the KSP-60 armour panels, by HP White and IAW NIJ Level III Testing.

- Ballistic Performance

| | | |
|---|---|---|
| 7.62 x 51 | NATO | 2750 FPS @ 0 Meters |
| 7.62 x 39 | Russian/Chinese | 2400 FPS @ 0 Meters |
| 5.56 M 193 | NATO | 3200 FPS @ 0 Meters |
| 5.56 M 855 | NATO Hardcore | 3150 FPS @ 0 Meters |
| 5.56 | NATO AP | 3150 FPS @ 0 Meters |

**Environmental** – Per MIL-STD-810D

- Temperature - 67° F(-55°C) to 185°F (85°C)
- Vibration –

| Frequency | Level |
|---|---|
| 10-50 Hz | 0.015 $g^2$/Hz |
| 50-500 Hz | 0.0125 $g^2$/Hz |

*Vibration control system programmed for 40g's peak, 11 milliseconds duration, saw tooth shock pulse.*

- Acceleration – 2000 feet/minute to 15,000 feet to one (1) hour
- Centrifuge acceleration 406 force, up and side

# AoA – LWARS

## Qualification Testing

Environmental (cont)

- Fluid Compatibility -- Jet Fuel (JP-4), oils, hydraulic fluid and cleaning solvent at 70°F for 24 hours

- Salt Fog – 5% sodium chloride and 95% deionized water for forty-eight (48) hours.

- Humidity – 10 cycles of
  - 2 hours @ 63% - 80% @ 63°F
  - 4 hours @ 80% @ 63°F
  - 6 hours @ 20% @ 130°F
  - 1 hour @ 20% @ 63°F
  - 5 hours @ 63% @ 63°F

# AoA – LWARS

## Weight Properties

| | |
|---|---|
| Old Armor Protection Panels | 577 lbs |
| LWARS Panels | 340lbs. +/- 5lbs |
| LWARS Weight Savings | 237 lbs (est.) |

NOTE: LWARS weight is based on aerial density of 6.2 psf and a total of 45.2 sq ft. (calculated)

Armour of America

MINUTES: LWARS PDR
July 14, 2005
Armour of America
1814 W. 135th Street
Gardena, CA 90249

ATTENDEES: John Nehmens (AoA), Arthur Schreiber (AoA), Matt Williams (AoA), Selena Perry (AoA), Paul Fitzgerald (PMA-226, Air 4.1.1), Daryl Bugbee (NAVAIR 4.3.3), Linda Johnston (PMA-226), Vincent Taitingfong (PMA-226), LtCol Mitchell Bauman (PMA-226), Maj. Van Brinson (HMV-1), Jon Winchester (PMA-226), Donna McGuire (PMA-226)

1) Welcome and Introductions
2) Opening Remarks
3) Linda Johnston gave CH-46E presentation.
   a) Disclaimer
   b) Review of Agenda
   c) LWARS Integrated Product Team Organization Chart
   d) CH-46 LWARS Program Elements Milestone Schedule
      - Need tech data package before flight clearance can be received.
   e) LWARS Risk Forecast
   f) LWARS IPT Member/Distribution Listing
4) Paul Fitzgerald gave a PDR presentation.
   a) Introduction and Overview
      - Discussion regarding training for replacement armor. AoA will clarify this matter in their presentation.
   b) Design Review board
   c) Request for Action Items
      - AoA has created an Action Item Form that will be used.
   d) LWARS PDR Objectives
      - General and Detailed objectives
      - AoA requests ballistic testing of current armor
      - Completed on 16 July 2004
   e) Performance/Current Design Status
      - Ballistic Protection
      - Weight Savings
      - Effect on weight and balance
      - Interchangeability
      - Ease of removal and installation at O-level to facilitate maintenance.
      - Trainers/Training

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

AoA
Armour of America

Repair armour requires little training. AoA uses 3M two sided tape to attach repair armor.
**Action Item: AoA will provide technical data for 3M two sided tape used in repair armor.**

- Testing
  Armor should be able to be installed at O-Level
  Armor is paintable – AoA only needs to be provided with the spec. (comlete)
  Human Factors Issues
  Duration and Proposed Schedule of any test events.
- Costs
  NRE Cost
  Testing
  **Action Item: NAVAIR will assess what HMX testing cost will be.**
  Risk Assessment
  Cost
  Schedule
  Technical – armor should be interchangeable

5) Break
6) John Nehmens – AoA Presentation

- AoA Introduction of Business Financial Manager (Donna Filchner) and Logistics/Parts Manager (Stephen Carr).
- Review of AoA Organization Chart
- AoA General Background
- Objective/Operational Concept
  AoA will use KSP-60/Kevlar armor for the replacement armor
  HP White Test Report shows the capability of the armor.
  The body of information that AoA submitted regarding ballistic threats requires clarification. The NAVAIR requirement is 30 cal APM2 at 30° obliquity. What AoA is currently proposing will not stop that threat. AoA proposed that armor can be made to stop the 30cal APM2 at 30° obliquity threat but that the armor would be approximately 1 lb heavier.
  **Action Item: NAVAIR will assess the reality of a 7.62AP threat.**
  **Action Item: AoA will assess the 30 cal APM2 at 30° obliquity threat and determine the weight addition.**
- System/Installation Design
- Schedule/Delivery Plan
  AoA plans to build out the entire system by December 2005.
  Prototype is to be delivered in September/October time frame.
  AoA does not forsee a problem with obtaining material.



P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

AoA
Armour of America

AoA needs a letter from the program office stating the urgency of getting material to support the CH-46 for OIF II. Letter is to the US Commerce Dept.
The floating fastener system will not require a modification to the aircraft.
The goal is to make the armor as interchangeable as possible.
**Action Item: AoA will arrange for vibration testing of the floating fasteners.**
AoA will refurbish the armor for a fraction of the cost.
AoA has scheduled 20 shipsets per month but can add a third shift if needed. 20 shipsets is what is comfortable for AoA considering the current backlog and 2 shifts.

- Maintenance Concept
  Periodic inspections are required.
  AoA will refurbish and repair any cracks or strike damage.
  AoA will always keep a complete set of armor in stock.
- Risk Identification/Mitigation
  Risk 1 – production could slide to the right if ballistic material is not readily available. The US Department of Commerce is controlling the allocation of ballistic material.
  **Action Item: AoA will provide a sample letter for NAVAIR to write to the Department of Commerce stressing the importance of getting armor to the fleet to help with the availability of ballistic material. – UPDATE – AoA does not have a sample on file.**
  Risk 2 – LWARS interfacing with existing mounting brackets.
- Qualification Testing
  AoA is in the process of checking to see if the Fluid Compatibility is okay at JP-4. NAVAIR requirements are JP-5.
  **Action Item: NAVAIR will evaluate whether qualification/environmental testing meets the intents of the requirements. – UPDATE Paul Fitzgerald will send the req environmental test data to AoA NLT 27 July 2004.**
- Weight Properties
  **Action Item: NAVAIR and AoA will have a conference call every Tuesday beginning 7/20/04 through September at 2pm EST.**
  **Action Item: NAVAIR will arrange delivery of excess set of old closet armor.**

000286

P.O. Box 1405, Beverly Hills, CA 90213 USA
1814 W. 135th Street, Gardena, CA 90249 USA
Tel. (310) 532-0690 Fax (310) 532-8696
www.armourofamerica.com

AoA
Armour of America

7) Review of Action Items

8) Closing Remarks

Respectfully Submitted By:
Selena Perry
Administrative Assistant, AoA

PHONE CON: July 20, 2004

**Action Item: AoA to have final configuration of LWARS to program office NLT: 27 July 04. Will include total PSF, % of weight savings, and total weight savings.**

000287

DEPARTMENT OF THE NAVY
NAVAL AIR SYSTEMS COMMAND
RADM WILLIAM A. MOFFETT BUILDING
47123 BUSE ROAD, BLDG 2272, STE 353
PATUXENT RIVER MD 20670-1547

IN REPLY REFER TO

4200
Ser 2.4.3.3./04-131
22 July 2004

Armour of America
Attn: Mr. John Nehmans/Mr. Matt Williams
1814 West 135th Street
Gardena, CA 90249-2584

Gentlemen:

The Government has identified several errors in Section C- Descriptions and Specifications of our Contract N00019-04-C-3147 for the Light Weight Armor Replacement System (LWARS) on the CH-46E helicopter, which we attribute to the software that we currently use to develop and award our contracts. A modification will be issued in the near future to correct these errors. In the mean time, you should be working to the latest statement of work (SOW) which includes the changes reflected in Amendments 0001-0004 to the LWARS solicitation N00019-03-C-0073, as acknowledged by your company in your proposals, plus your proposal enhancements reflected in the current contract. Enclosure (1) sets forth the corrected SOW which will be incorporated into the subsequent modification.

With regard to the current weight reduction/ballistics issue, we want to ensure that you have sufficient time to accurately conduct testing and document the test results. Accordingly, the due date for receipt of this information is extended to 5:00 P.M. EDST on Tuesday, 27 July 2004. On or before that time, you must provide an electronic copy of all written documentation to support your findings to Mr. Jon Winchester, Ms. Linda Johnston, Mr. Paul Fitzgerald and myself. The Government will analyze this data and I will notify you as soon as possible of our determination and the next course of action. Based upon the Government's minimum requirements, your armor must have an aerial density of no more than 6.79 lbs/square foot and the entire system, less installation hardware, shall weigh no more than 323.05 lbs. All armor panels shall be capable of at least a V50 ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity.

The Government is very concerned about Armour of America's failure to meet the contractual requirements defined in the contract, and will not hesitate to take the necessary steps, which could include termination of your contract, to ensure our U.S. Marine Corps have the necessary equipment to protect them in battle. It is our desire to give your company some leverage in proving it's product, however based on the competitive nature of the procurement and the real

4200
Ser 2.4.3.3./04-131
22 July 2004

time need for the product, the Government cannot afford protracted measures to find a successful solution.

Please contact me at (301) 757-6551 if further information is required.

Sincerely,

JANICE E. WOEHRER
Contracting Officer
Naval Air Systems Command

Encl:
(1) Corrected LWARS SOW

28 July 2004

Amour of America
P.O.Box 1045
Beverly Hills, California
90213

Attention: LtCol Bauman, Robert Morris, Jon Winchester, Linda Johnston, Paul Fitzgerald, Darryl Bugbee, Janice Woehrer, Julie Matheny.

Ladies and Gentlemen:

In accordance with contract number N00019-04-C-3147. Armour of America conducted ballistic resistance testing of one sample of silicon carbide + rigid woven laminate on 27 July 2004.

Testing was conducted IAW your instructions, using caliber .30 M2, AP ammunition. The test sample was mounted on an indoor range 15.0 feet from the muzzle of the test barrel to produce 30° obliquity impacts. Lumiline screens were positioned at 5.0 and 10.0 feet, which in conjunction with an elapsed time counter (chronograph), were used to compute projectile velocities 7.5 feet forward of the muzzle. Penetrations were determined by visual examination. Table 1. is a summary of results. Table 2 is a specification comparison of KSP-60 and Grade 67 armour.

Table 1

| **Test Sample** | | | **Ballistic Threat** | | | **Results** |
|---|---|---|---|---|---|---|
| Number | Weight | Thickness | Caliber | Shots | Velocity (fps) | Penetrations |
| A | 6.7-6.79 | .750(a) | .30 M2(AP) | 1 | 2730-2783(Vo) | O |

(a) Average thickness

Two additional test articles will be sent to H.P.White Laboratory, NLT 06 Aug 2004, for testing. Should you have any questions regarding this matter, or if we can be of any further assistance, please do not hesitate to contact Mr. Matthew Williams.

V/R

Arthur G. Schreiber
President
Armour of America

000290

**Plessinger, Jack W CIV NAVAIR**

---

**From:** Gallagher, John CIV NAVAIR 4.1.8
**Sent:** Thursday, July 29, 2004 5:49 PM
**To:** Plessinger, Jack W CIV NAVAIR
**Subject:** FW: CH-46 LWARS Ballistic update

FYI... Paul Fitzgerald (H-46 class desk) is forcing Armor of America to fulfill the contract specification of V50 = 2900 ft/s @ 30 degrees obliquity. This means that AOA will most likely have to go down the road of uploading the projectiles with a faster-burning powder for testing. Albert Bermudez at China Lake is who I talked with regarding uploading projectiles.

Note first email says ballistic testing of LWARS panels should occur in mid-August at HP White near Baltimore.

-----Original Message-----
**From:** Gallagher, John CIV NAVAIR 4.1.8
**Sent:** Wednesday, July 28, 2004 6:35 PM
**To:** Johnston, Linda L. CIV NAVAIR PMA-226; Fitzgerald, Paul M NAVAIR 4.1
**Subject:** RE: CH-46 LWARS Ballistic update

Linda,

2900 ft/s at 30 deg comes from MIL-A-46099C. We figured MIL-A-46099C was used to write the ballistic specification for the current armor, so MIL-A-46099C was used for LWARS to make the ballistic capability the same.

I realize this presents a dilemma because the muzzle velocity of the .30 cal APM2 is 2760 ft/s (140 ft/s less than is required for testing). Two options:
1) The test range should be able to take the .30 cal APM2 projectile and substitute faster-burning powder to increase the projectile's velocity and make testing at 2900 ft/s possible. Our test range at China Lake said this is possible.
2) The ballistic requirement could be modified. By switching from 30 degrees impact angle to 0 degrees impact angle we can reduce the impact velocity and keep the ballistic protection level about equivalent.
  * .30 cal APM2 projectile at 2760 ft/s and 0 deg is worst operational case (when the enemy is right next to you).
  * .30 cal APM2 projectile at 2560 ft/s and 0 deg approximates the enemy is 100 yards away. I'll have to do some checking, but I think 2560 ft/s @ 0 degrees is about an equivalent ballistic protection level to 2900 ft/s @ 30 degrees.

AOA's test data looks positive in that it is approaching the specified V50. I don't know how many shots AOA did, but if it was more than a few at 2783 ft/s with no penetrations then they should check their V50 at 2900 ft/s.

John

-----Original Message-----
**From:** Johnston, Linda L. CIV NAVAIR PMA-226
**Sent:** Wednesday, July 28, 2004 3:19 PM
**To:** Gallagher, John CIV NAVAIR 4.1.8
**Cc:** Bauman, Mitchell A LtCol PMA226; Morris, Rob SPAWAR; Winchester, Jon S CIV NAVAIRDEPOT; Forrester, Dave L NAVAIR 1.1; Fitzgerald, Paul M CIV NAVAIRDEPOT
**Subject:** FW: CH-46 LWARS Ballistic update

John,

Below is the test data provided by AoA. Please review and provide comments/guidance based on content of e-mail below and our earlier conversation related to ballistics requirements and V50 spec. Thanks!

DEPARTMENT OF THE NAVY
NAVAL AIR SYSTEMS COMMAND
RADM WILLIAM A. MOFFETT BUILDING
47123 BUSE ROAD, BLDG 2272, STE 353
PATUXENT RIVER MD 20670-1547

IN REPLY REFER TO

4200
Ser 2.4.3.3/04-135
30 July 2004

Armour of America
Attn: Mr. John Nehmans/Mr. Matt Williams
1814 West 135th Street
Gardena, CA 90249-2584

Subj: Cure Notice In Accordance With Federal Acquisition Regulation Part 49.607

Gentlemen:

You are hereby notified that the Government considers your failure to successfully demonstrate that your Light Weight Armor Replacement System (LWARS) product meets the basic requirements of contract N00019-04-C-3147, to be a condition that is endangering performance of the contract. Therefore, unless this condition is cured to the Government's satisfaction by 25 August 2004, the Government may terminate for default under the terms and conditions of the Default (Fixed-Price Supply and Service)(APR 1984) clause 52.249-8.

No later than 25 August, Armour of America must provide and/or demonstrate the following in writing in order for the Government to consider performance of the contract to no longer be endangered:

1. Demonstrate via an independent laboratory or test facility that the LWARS product meets or is less than the maximum weight of 6.79 lbs/sq ft. Provide test results to substantiate your proposed material is capable of at least a V50 ballistic limit of 2900 feet per second against a .30 cal APM2 threat at 30-degree angle of obliquity

2. Demonstrate that the LWARS product will meet or exceed all other test requirements of the contract, especially Environmental and Vibration requirements. This can be done via actual test data or through preliminary analysis of the proposed material.

3. Provide specific detail on maintenance requirements for the new LWARS material

4. Provide the samples which have already been tested to PMA-226 for further analysis. The samples requested are those that demonstrated success and which meet or exceed the weight requirements of the contract. These samples should be shipped in the most expeditious manner to the following:

LTM Incorporated
925 East Main Street
Havelock NC 28532
Attention: Linda Johnston
(252) 464-9382

5. Provide any information with regard to any enhancements this material may provide over and above the minimum requirements provided in the original RFP, inclusive of amendments 0001 – 0004.

Failure to meet these requirements in terms of schedule or ability to meet the minimum contract requirements may result in a termination for Default. The Government realizes that the contract does not contemplate the reimbursement of non-recurring engineering cost and that such costs are inclusive of the above-mentioned items. Thus it is necessary to inform you that you have the option not to pursue fulfilling the terms and conditions of the contract based on the events which have occurred to date. This, however, will result in immediate termination of the contract. If Armour of America (AOA) believes it will produce an LWARS product that meets the minimum requirements of the RFP as amended, but is unable to meet the enhancements proposed with its original material and which were incorporated into the contract statement of work, the Government will be requesting consideration for accepting a product which will require a reduction in scope (removal of enhancements) of the current contract.

You are requested to provide written confirmation and acceptance of the terms of this Cure Notice which provides that you clearly understand the minimum actions required by AOA to avoid a termination of this contract. The written confirmation should be provided to Janice Woehrer at the address cited on this letterhead. You may contact her at (301) 757-6551 if further information is required.

Sincerely,

CAROL A. TISONE
Contracting Officer
Naval Air Systems Command

**Tisone, Carol A. USNCIV NAVAIR 2272, 2, 256.7**

**From:** Ressing, Garrett L. CIV NAVAIR AIR 11.1
**Sent:** Thursday, October 07, 2004 9:17
**To:** Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3; Tisone, Carol A. USNCIV NAVAIR 2272, 2, 256.7; Condurso, Anthony P. USNUNK NAVAIR 11.1
**Cc:** Matheny, Julie L. CIV NAVAIR 2.4.3.3.2
**Subject:** RE: LWARS - DRAFT PCO DETERMINATION TO T4D AOA

Janet:

Made some suggested changes using track changes. Will come over to discuss.

v/r
Gary

PMA 226 LWAR
'CO Determination..

-----Original Message-----
**From:** Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3
**Sent:** Wednesday, September 15, 2004 15:14
**To:** Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3; Tisone, Carol A. USNCIV NAVAIR 2272, 2, 256.7; Condurso, Anthony P. USNUNK NAVAIR 11.1
**Cc:** Ressing, Garrett L. CIV NAVAIR AIR 11.1; Matheny, Julie L. CIV NAVAIR 2.4.3.3.2
**Subject:** RE: LWARS - DRAFT PCO DETERMINATION TO T4D AOA

I've already discovered a need for some additional information. I have included it in bold text in the attached.

<< File: PCO Determination to T4D.doc >>

***JANICE E. WOEHRER***
AIR-2.4.3.3
Naval Air Systems Command
47123 Buse Road, Bldg 2272, Unit 353
Patuxent River, MD 20670-1547
Ph: (301) 757-6551
Fax: (301) 757-6552
E-Mail: woehrerje@navy.mil

-----Original Message-----
**From:** Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3
**Sent:** Wednesday, September 15, 2004 14:45
**To:** Tisone, Carol A. USNCIV NAVAIR 2272, 2, 256.7; Condurso, Anthony P. USNUNK NAVAIR 11.1
**Cc:** Ressing, Garrett L. CIV NAVAIR AIR 11.1; Matheny, Julie L. CIV NAVAIR 2.4.3.3.2; Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3
**Subject:** LWARS - DRAFT PCO DETERMINATION TO T4D AOA

<< File: PCO Determination to T4D.doc >> << File: AOA PMR Slides.ppt >> << File: AOA Ltr 7-22-04.pdf >> << File: Attachment (1) to AOA ltr SOW-updated 7-22-04.doc >> << File: AOA-Cure Notice.pdf >> << File: AoA Response to Cure Notice.DOC >> << File: Resonse to AOA of 8-4-04.pdf >>
Attached is the subject determination and associated attachments for your review and comments.

***JANICE E. WOEHRER***
AIR-2.4.3.3
Naval Air Systems Command
47123 Buse Road, Bldg 2272, Unit 353
Patuxent River, MD 20670-1547

**Tisone, Carol A. USNCIV NAVAIR 2272, 2, 256.7**

**From:** Ressing, Garrett L. CIV NAVAIR AIR 11.1
**Sent:** Thursday, September 16, 2004 12:46
**To:** Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3; Tisone, Carol A. USNCIV NAVAIR 2272, 2, 256.7; Condurso, Anthony P. USNUNK NAVAIR 11.1
**Cc:** Matheny, Julie L. CIV NAVAIR 2.4.3.3.2; Washington, Ellen D. CIV NAVAIR AIR 11.1
**Subject:** RE: LWARS - DRAFT RESPONSE TO AOA T4D APPEAL LETTER

Some suggested changes using track changes. Worried about calling our original procurement into question.

v/r
Gary

PMA 226 Response to AOA T4D Le...

-----Original Message-----
**From:** Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3
**Sent:** Thursday, September 16, 2004 8:57
**To:** Tisone, Carol A. USNCIV NAVAIR 2272, 2, 256.7; Condurso, Anthony P. USNUNK NAVAIR 11.1
**Cc:** Ressing, Garrett L. CIV NAVAIR AIR 11.1; Matheny, Julie L. CIV NAVAIR 2.4.3.3.2; Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3
**Subject:** LWARS - DRAFT RESPONSE TO AOA T4D APPEAL LETTER
**Importance:** High

Please review the attached documents and provide comments.

<< File: Response to AOA T4D Apppeal.doc >>

***JANICE E. WOEHRER***
AIR-2.4.3.3
Naval Air Systems Command
47123 Buse Road, Bldg 2272, Unit 353
Patuxent River, MD 20670-1547
Ph: (301) 757-6551
Fax: (301) 757-6552
E-Mail: woehrerje@navy.mil

**Tisone, Carol A. USNCIV NAVAIR 2272, 2, 256.7**

**From:** Ressing, Garrett L. CIV NAVAIR AIR 11.1
**Sent:** Wednesday, September 15, 2004 13:49
**To:** Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3
**Cc:** Condurso, Anthony P. USNUNK NAVAIR 11.1; Tisone, Carol A. USNCIV NAVAIR 2272, 2, 256.7
**Subject:** RE: Documentation

Carol:

Sounds great. Go ahead and forward to me and Tony as you get them finished.

Thanks,
Gary

-----Original Message-----
**From:** Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3
**Sent:** Wednesday, September 15, 2004 13:45
**To:** Ressing, Garrett L. CIV NAVAIR AIR 11.1
**Cc:** Condurso, Anthony P. USNUNK NAVAIR 11.1; Tisone, Carol A. USNCIV NAVAIR 2272, 2, 256.7
**Subject:** RE: Documentation
**Importance:** High

Gary,

I am almost finished with the determination memo to T4D and expect to forward it to my supervisor, Carol Tisone, this afternoon. I will be happy to copy you on it as well if that will help. My target date for completing the memo to address the excusability (sp?) of the T4D is this Friday. After that I will review Tony's recommended response to AOA's appeal letter and hope to complete on Monday. If you would like, I can also forward a copy of the latter two documents at the same time I provide them to Carol.

***JANICE E. WOEHRER***
AIR-2.4.3.3
Naval Air Systems Command
47123 Buse Road, Bldg 2272, Unit 353
Patuxent River, MD 20670-1547
Ph: (301) 757-6551
Fax: (301) 757-6552
E-Mail: woehrerje@navy.mil

-----Original Message-----
**From:** Ressing, Garrett L. CIV NAVAIR AIR 11.1
**Sent:** Wednesday, September 15, 2004 12:59
**To:** Woehrer, Janice E. USNCIV NAVAIR AIR-2.4.3.3
**Subject:** RE: Documentation

Janice:

Diane has asked me for the backup documentation several times and I keep putting her off. I need to tell her that we got the letter from AOAs attorneys tomorrow at our weekly staff meeting and I know I am going to get hit yet again with what is our support for the termination.

The longer we wait, the more it looks like we are putting our facts together after the fact to support arguments against the challenge. It really adds to our credibility if we have prepared a memo documenting our consideration of the FAR factors prior to sending the actual termination letter.

v/r
Gary

**CONTRACTING OFFICER'S DETERMINATION
TO ISSUE A TERMINATION FOR DEFAULT
TO ARMOUR OF AMERCIA
UNDER CONTRACT N00019-04-C-3147**

1. Contract N00019-04-C-3147 was awarded to Armour of America (AOA), Gardena, CA, on 10 June 2004 for a Light Weight Armor Replacement System (LWARS) for the CH-46E helicopter. This contract included a five month period for the Non-Recurring Engineering (NRE) associated with the LWARS design and the manufacture of two qualification test articles. **It should be noted ~~however, that~~ AOA proposed an accelerated delivery schedule whereby delivery of all production units would be completed no later than October 2005 vice December 2005.** ~~**The details were not provided until after contract award and were to be incorporated by subsequent modification.**~~ **(Did we incorporate the proposal into the contract?)** The contract also included an option for ~~production~~ units to be exercised no later than seven month after contract award. AOA's proposal~~ed LWARS~~ was selected from among nine proposals received in response to Solicitation N00019-04-R-0073, a small business set-aside competition. With proper consideration given to the evaluation factors for award, Technical, Past Performance and Price – all of equal importance, AOA's proposal was determined to represent the best value to the Government with a 41% weight reduction (the most important technical subfactor), an accelerated delivery schedule, low past performance risk and the lowest evaluated price among the offerors rated Satisfactory or higher.

2. In accordance with the terms of the contract, a Program Management Review (PMR) was conducted at the contractor's facility on 14 July 2004 with representatives from AOA and the cognizant program office, PMA-226, Cherry Point, NC, in attendance. The purpose of this meeting was to allow AOA to provide the details of their proposed accelerated delivery schedule and technical approach for meeting the requirements of the contract. Included herein as Attachment (1). At the PMR, AOA provided a schedule showing delivery of the two (2) qualification test articles in September 2004 with production commencing in November 2004 vice the RFP requirement of November 2004 and January 2005 respectively. AOA also stated that they were not certain whether their proposed LWARS material, KSP-60 (Ceramic with Kevlar and Spectra backing), could meet the ballistics requirement of the contract without increasing the weight but agreed to prepare a sample armor panel and test to determine the actual weight required to meet the Government's minimum ballistics requirement. The use of other types of material, including silicon carbide (a variant of the KSP-60) and boron carbide, was also discussed at that time. AOA quickly dismissed the idea of using the Boron Carbide due to the high cost of this composite material.

3. The Government's minimum requirement set forth in the solicitation required the LWARS to have an aerial density no greater than 6.79 pounds per square foot (psf) or a 35% reduction in weight over the existing rolled steel armor. In addition, the contractor was also required to meet at least a V50 ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30 degree angle of obliquity. In their proposal, AOA stated that their proposed LWARS would have an aerial density of 6.2 psf which equates to a 41% weight reduction. ~~While their proposal did not specifically state that they could meet the Government's minimum ballistics requirement, the contract itself did so state.~~ On 19 July 2004, AOA conducted their first test fire on the KSP-60 material but was unable to meet ~~even the lowest~~ aerial density requirement of 6.79 psf or the ballistics requirement. At this point AOA stated they could no longer meet the 41% weight reduction set forth in the contract but believed they could meet the 35% weight reduction specified in the solicitation. They further stated they would prepare and conduct testing

**CONTRACTING OFFICER'S DETERMINATION
TO ISSUE A TERMINATION FOR DEFAULT
TO ARMOUR OF AMERICA
UNDER CONTRACT N00019-04-C-3147**

1. Contract N00019-04-C-3147 was awarded to Armour of America (AOA), Gardena, CA, on 10 June 2004 for a Light Weight Armor Replacement System (LWARS) for the CH-46E helicopter. This contract included a five month period for the Non-Recurring Engineering (NRE) associated with the LWARS design and the manufacture of two qualification test articles. **It should be noted however, that AOA proposed an accelerated delivery schedule whereby delivery of all production units would be completed no later than October 2005 vice December 2005. The details were not provided until after contract award and were to be incorporated by subsequent modification.** The contract also included an option for production units to be exercised no later than seven month after contract award. AOA's proposed LWARS was selected from among nine proposals received in response to Solicitation N00019-04-R-0073, a small business set-aside competition. With proper consideration given to the evaluation factors for award, Technical, Past Performance and Price – all of equal importance, AOA's proposal was determined to represent the best value to the Government with a 41% weight reduction (the most important technical subfactor), an accelerated delivery schedule, low past performance risk and the lowest evaluated price among the offerors rated Satisfactory or higher.

2. In accordance with the terms of the contract, a Program Management Review (PMR) was conducted at the contractor's facility on 14 July 2004 with representatives from AOA and the cognizant program office, PMA-226, Cherry Point, NC, in attendance. The purpose of this meeting was to allow AOA to provide the details of their proposed accelerated delivery schedule and technical approach for meeting the requirements of the contract. Included herein as Attachment (1). At the PMR, AOA provided a schedule showing delivery of the two (2) qualification test articles in September 2004 with production commencing in November 2004 vice the RFP requirement of November 2004 and January 2005 respectively. AOA also stated that they were not certain whether their proposed LWARS material, KSP-60 (Ceramic with Kevlar and Spectra backing), could meet the ballistics requirement of the contract without increasing the weight but agreed to prepare a sample armor panel and test to determine the actual weight required to meet the Government's minimum ballistics requirement. The use of other types of material, including silicon carbide (a variant of the KSP-60) and boron carbide, was also discussed at that time. AOA quickly dismissed the idea of using the Boron Carbide due to the high cost of this composite material.

3. The Government's minimum requirement set forth in the solicitation required the LWARS to have an aerial density no greater than 6.79 pounds per square foot (psf) or a 35% reduction in weight over the existing rolled steel armor. In addition, the contractor was also required to meet at least a V50 ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30 degree angle of obliquity. In their proposal, AOA stated that their proposed LWARS would have an aerial density of 6.2 psf which equates to a 41% weight reduction. While their proposal did not specifically state that they could meet the Government's minimum ballistics requirement, the contract itself did so state. On 19 July 2004, AOA conducted their first test fire on the KSP-60 material but was unable to meet even the lowest aerial density requirement of 6.79 psf or the ballistics requirement. At this point AOA stated they could no longer meet the 41% weight reduction set forth in the contract but believed they could meet the 35% weight reduction specified in the solicitation. They further stated they would prepare and conduct testing on other armor samples using the silicon carbide material and provide the results no later than 27

July. On 22 July 2004, the PCO forwarded a letter, Attachment (2), to follow-up on this deadline. On 26 July 2004, AOA advised that they were now able to meet the 35% weight reduction factor but not the minimum ballistics requirement. AOA then advised that they had not stated they could meet the ballistics requirement in their proposal and questioned whether such a stringent requirement was necessary. However, AOA stated they would continue to make additional samples of various thicknesses and would forward the samples to an independent ballistics laboratory, H. P. White Laboratories, for testing. During these discussions, the Government requested that AOA provide notification of the time and date when this testing would be performed so that program office representatives could witness the testing. In addition, the Government also requested AOA provide the Qualification Test Plan, CDRL A005 which, in accordance with the contract, was due on 25 July 2004 and would ensure that future testing would meet the MIL-STD-810F requirements prescribed by the contract. AOA agreed to both requests but complied with neither. In fact, to ensure that the testing would be properly performed, the Government eventually provided their own test plan to AOA on 19 August 2004 after it was learned that AOA had already shipped their test samples to H. P. White Labs. Given the deadline of September 2004 for delivery of the qualification test articles and the continued uncertainty that AOA would be able to identify a material that would meet the Government's requirements, including not only those for weight and ballistics but also the numerous environmental requirements that AOA had not even begun to address. As such, the Contracting Officer issued a cure notice, Attachment (3), to AOA on 29 July 2004 to establish a deadline of 25 August 2004 for AOA to demonstrate their ability to perform. AOA responded to this notice on 4 August 2004 with a letter, Attachment (4), which questioned the minimum ballistics requirements set forth in both the contract and previously in the solicitation. Attachment (5) was forwarded to AOA in response.

4. The Government conducted status meetings with AOA on a weekly basis from the time of award through 10 August 2004. A meeting was also convened on 17 August 2004 but AOA failed to attend and did not address their absence until several days later. On 19 August 2004 AOA advised the Government that H.P. White had completed testing and apologized for not notifying the Government in advance. At that time they requested a meeting with the Government to go over the results. A meeting was held on 24 August 2004 with AOA and representatives from the NAVAIR program office, PMA-226, NAVAIR Contracts and the NAVAIR Legal department. AOA advised that they were unable to meet the weight and ballistics requirements of the contract but believed they could do so in time. The Government again brought up the possibility of using Boron Carbide, a much lighter weight but more expensive material. However, AOA advised they did not want to consider this option.

5. In addition to the above facts, the following factors were considered in this determination:

(a) The terms and conditions of the contract were clearly identified in accordance with applicable law and regulation, including FAR 52.249-8, Default (Fixed Price Supply and Service). It should be noted that the contract was inadvertently awarded with an early version of the statement of work (SOW). However, the contractor acknowledged that his proposal was based upon the most current version of the SOW and that he would accept a modification to incorporate the correct SOW.

(b) The contractor's failure to successfully perform would seem to be based upon a lack of organization and refusal to accept the Government's minimum requirements. Throughout the entire performance period, the contractor continually questioned the necessity for what they perceived as "too stringent" or "too high" thresholds. It appears that they believed that once the contract was awarded, the Government would relax it requirements. The Government

conducted weekly meetings with the contractor to maintain an open dialogue and mitigate problems as they occurred but the Contractor would not consider other alternatives or suggestions made by the Government.

(c) The LWARS was competed as a small business set-aside. Nine offers were initially received and AOA was selected from among four satisfactory or better offerors. The selection of a second source will be made from among those previously determined to be within the competitive range for award.

(d) AOA has failed to demonstrate any ability to provide an LWARS based upon their proposed enhancements included in the contract or to even meet the Government's minimum program requirements and it does not appear likely that additional time will remedy this deficiency. The CH-46E helicopter is currently being used in Iraq by the U.S. Marine Corps to deploy troops and supplies. Iraqi Freedom Funding (IFF) for the LWARS was appropriated by Congress to improve the performance of the CH-46E and the LWARS is essential to the mission of the Fleet. Therefore, the most appropriate course of action is to proceed with award to another vendor.

(e) Nine proposals were received in response to the instant solicitation. Therefore, AOA's participation in the LWARS program is not essential to successful performance under this program. AOA has stated that the Department of Defense (DoD) has been their primary customer for the past 30 years. Because this termination will be entered in to the DoD Past Performance Information Retrieval System (PPIRS), there could be significant impact to AOA for future business.

(f) The effect of the termination upon AOA's ability to liquidate guaranteed loans, progress payments or advance payments is unknown. However, no progress payments or advanced payments were authorized under this contract.

6. Based upon the preceding information, AOA has failed to make progress under Contract N00019-04-C-3147 and this failure endangers performance of the contract. Therefore, in accordance with FAR 49.402-1, it is determined to be in the best interests of the Government to terminate said contract for default.

Date: 26 August 2004

JANICE E. WOEHRER
Contracting Officer
Naval Air Systems Command

Attachments:
(1) AOA Program Management Review Brief of 14 Jul 04
(2) NAVAIRSYSCOM Ltr Ser 2.4.3.3/04-0131 of 22 Jul 04
(3) NAVAIRSYSCOM Ltr Ser 2.4.3.3/04-0135 of 30 Jul 04
(4) AOA Ltr of 4 August 2004
(5) NAVAIRSYSCOM Ltr Ser 2.4.3.3/04-0139 of 10 Aug 04

# H.P. White Laboratory, Inc.

## BALLISTIC RESISTANCE TEST

Client : ARMOUR OF AMERICA

Job No. : 9455-06 Test Date : 8/20/04

### TEST PANEL

Manufacturer : ARMOUR OF AMERICA
Size : 12 x 12 in.
Thicknesses : 0.688, 0.701, 0.691, 0.693 in.
Avg. Thick. : 0.693 in.
Description : RIGID CERAMIC/ARAMID LAMINATE

Sample No. : HPW-1
Weight : 7.52 lbs.
Hardness : NA
Plies/Laminates : NA

Date Rec'd. : 8/20/04
Via : UPS
Returned : UPS

### SET-UP

Shot Spacing : PER CUSTOMER REQUEST
Witness Panel : 0.020", 2024-T3 ALUMINUM
Obliquity : 30 deg.
Backing Material : NA
Conditioning : AMBIENT

Primary Vel. Screens : 15.0 ft., 35.0 ft.
Primary Vel. Location : 25.0 ft. From Muzzle
Residual Vel. Screens : NA
Residual Vel. Location : NA
Range to Target : 45.0 ft.
Target to Wit. : 6.0 in.

Range No. : 3
Temp. : 71 F
BP : 30.20 in. Hg
RH : 73%
Barrel No./Gun : TEST BARREL
Gunner : POOLE
Recorder : POOLE

### AMMUNITION

(1) : CAL. .30 AP, M2, 166 gr. — Lot No. : LCL-104452
(2) : — Lot No. :
(3) : — Lot No. :
(4) : — Lot No. :

### APPLICABLE STANDARDS OR PROCEDURES

(1) : PER CUSTOMER REQUEST
(2) :
(3) :

| Shot No. | Ammo. | Time 1 (usec) | Velocity 1 (ft/s) | Time 2 (usec) | Velocity 2 (ft/s) | Avg. Vel. (ft/s) | Vel. Loss (ft/s) | Strike Vel. (ft/s) | Penetration | Footnotes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 7105 | 2815 | 7108 | 2814 | 2814 | 13 | 2801 | None | |
| 2 | 1 | 7038 | 2842 | 7042 | 2840 | 2841 | 14 | 2827 | None | |
| 3 | 1 | 6883 | 2906 | 6887 | 2904 | 2905 | 14 | 2891 | None | |

REMARKS :

PSF =

000302

FOOTNOTES :

359 - C 7.52
497 - CURRENT
DELTA - 138 LBS
28% REDUCTION

343.4 @ 7.2
497 CURRENT
DELTA - 154
31%

**DEPARTMENT OF THE NAVY**
NAVAL AIR SYSTEMS COMMAND
RADM WILLIAM A. MOFFETT BUILDING
47123 BUSE ROAD, BLDG 2272, STE 353
PATUXENT RIVER MD 20670-1547

IN REPLY REFER TO

4200
Ser 2.4.3.3./04-142
26 August 2004

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Armour of America
Attn: Mr. John Nehmans/Mr. Matt Williams
1814 West 135th Street
Gardena, CA 90249-2584

Ref: (a) Cure Notice, Ser 2.4.3.3/04-135 of 30 July 2004
(b) Contract N00019-04-C-3147, Section C, Paragraphs 4.1 and 4.2.1
(c) Janice E. Woehrer E-mail of 15 July 2004
(d) NAVAIRSYSCOM Ltr Ser 2.4.3.3/04-0123 of 13 July 2004

This letter serves as your notice of termination of Contract N00019-04-C-3147 dated 10 July 2004 in its entirety pursuant to Federal Acquisition Regulation (FAR) clause 52.249-8, Default (Fixed-Price Supply and Service). This termination is effective as of 26 August 2004. Your right to proceed under this contract is terminated. This notice constitutes a decision of the Contracting Officer that the contractor has the right to appeal under the Disputes clause, FAR 52.233-1 of the contract.

This termination is based upon your inability to adequately respond to Reference (a); specifically, your failure to make progress which has endangered performance under said contract because your proposed armor material does not meet the following minimum requirements:

- As stipulated in Reference (a), your proposed armor material must meet or weigh less than a maximum weight of 6.79 lbs/square feet (323.05lbs). The contract also refers to this requirement.

- Per References (a) and (b), all armor panels shall be capable of least a V50 ballistic limit of 2900 feet per second against a .30 caliber APM2 threat at 30-degree angle of obliquity.

This notice also constitutes the Government's decision that the contractor's failure to perform is not excusable. However, in accordance with FAR 52.233-1, you have the right to appeal this decision to the Contracting Officer within the timeframe specified in the clause. The Government reserves all rights and remedies provided by law and regulation under this contract,