**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARMOUR OFAMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1731C |
| | ) | (Judge Marian Blank Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION FOR LEAVE TO FILE OUT OF TIME</u>**

Plaintiff makes this motion for leave to file its Amended Complaint out of time as follows:

1. Per Order dated November 21, 2006, Plaintiff was "granted leave to file an amended complaint on or before Tuesday, December 5, 2006."

2. Plaintiff electronically filed its amended complaint on December 6, 2006 at 0:45.

3. Per Order dated November 21, 2006, Plaintiff was to "include appropriate exhibits" in a "completely integrated, stand-alone document."

4. Plaintiff had its exhibits scanned by a professional copying center and placed onto a disk on December 5, 2006.

5. When plaintiff's counsel began to file electronically, it was discovered that the documents were scanned crooked (not straight) and the exhibit page numbers were out of order.

6. Plaintiff counsel attempted to correct the crooked pages by herself, but was not successful and had to file as they were scanned.

7. Plaintiff was successful in correcting the order of exhibit page numbers as they were put onto the disk.

8. As a result of plaintiff's failed attempt in correcting scanning, the final filing of the Amended Complaint was 45 minutes late and ultimately filed on the 6th of December, 2006.

WHEREFORE, Plaintiff requests that this Court grant leave to file out of time based on the foregoing reasons.

Respectfully Submitted,

s/ Cynthia Malyszek
CYNTHIA MALYSZEK
Malyszek & Malyszek
2029 Century Park East
Suite 1400
Los Angeles, CA 90067
310-772-2266
310-772-2265 Fax

Dated: December 6, 2006

Attorney for Plaintiff