# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ARMOUR OF AMERICA**, Plaintiff, v. **UNITED STATES**, Defendant. | * | **No. 04-1731C** **Filed: December 6, 2006** |

## O R D E R

The court is in receipt of the plaintiff's December 6, 2006 motion for leave to file its amended complaint out of time, due to the cited technical difficulties. Normally, a party will include whether or not the other party objects to a motion. For future reference, see RCFC 6.1 ("Enlargements of Time"). Also, as a general matter, parties should not file the motion for enlargement itself out of time. Under the circumstances, however, the plaintiff's motion is **GRANTED**. The remainder of the schedule in the court's Order of November 21, 2006 remains unchanged.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**