IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Judge Marian Blank Horn) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANT'S COUNTERCLAIM

For its answer to the amended complaint, defendant admits, denies and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

2. Admits the allegations contained in paragraph 2.

3. Admits the allegations contained paragraph 3 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 3.

4. Admits the allegations contained paragraph 4 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. Admits the allegations contained paragraph 5 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits the allegations contained paragraph 6 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Admits the allegations contained paragraph 7 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

8. The allegations contained in paragraph 8 are admitted.

9. The allegations contained in paragraph 9 constitute conclusions of law, to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

Admits the allegations contained paragraph 7 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

10. The allegations contained in paragraph 10 constitute conclusions of law, to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

11. Defendant incorporates by reference its responses contained in paragraphs 1 through 10 of its answer as though fully set forth here.

12. Admits the allegations contained paragraph 12 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 12.

13. Admits the allegations contained paragraph 13 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 13.

14. Admits the allegations contained paragraph 14 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 15.

16. Admits the allegations contained paragraph 7 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

17. Admits the allegations contained paragraph 17 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 17.

18. Admits the allegations contained paragraph 18 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 18.

19. Admits the allegations contained paragraph 19 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 19.

20. Admits the allegations contained paragraph 20 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 20.

21. Admits the allegations contained paragraph 21 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 21.

22. Admits the allegations contained paragraph 22 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 22.

23. Admits the allegations contained paragraph 23 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 23.

24. Admits the allegations contained paragraph 24 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 24.

25. Admits the allegations contained paragraph 25 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 25.

26. Admits the allegations contained paragraph 26 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 26.

27. Admits the allegations contained paragraph 27 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 27.

28. Admits the allegations contained paragraph 28 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 28.

29. Admits the allegations contained paragraph 29 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 29.

30. Admits the allegations contained paragraph 30 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 30.

31. Admits the allegations contained paragraph 31 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 31.

32. Admits the allegations contained paragraph 32 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 32.

33. Admits the allegations contained in paragraph 33.

34. Admits the allegations contained paragraph 34 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 34.

35. Admits the allegations contained paragraph 35 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 35.

36. Admits the allegations contained paragraph 36 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 36.

37. Admits the allegations contained paragraph 37 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 37.

38. Admits the allegations contained paragraph 32 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 32.

39. Admits the allegations contained paragraph 39 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 39.

40. Admits the allegations contained paragraph 40 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 40.

41. Admits the allegations contained paragraph 41 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 41.

42. Admits the allegations contained paragraph 41 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 41.

42. Admits the allegations contained paragraph 42 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 42.

43. Admits the allegations contained paragraph 43 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 43.

44. Admits the allegations contained paragraph 44 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 44.

45. Admits the allegations contained paragraph 45 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 45.

46. Admits the allegations contained paragraph 46 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 46.

47. Admits the allegations contained paragraph 47 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 47.

48. Admits the allegations contained paragraph 48 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 48.

49. Admits the allegations contained paragraph 49 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 49.

50. Admits the allegations contained paragraph 50 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 50.

51. Admits the allegations contained paragraph 51 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 51.

52. Admits the allegations contained paragraph 52 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 52.

53. Admits the allegations contained paragraph 53 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 53.

54. Admits the allegations contained paragraph 54 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 54.

55. Admits the allegations contained paragraph 55 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 55.

56. Admits the allegations contained paragraph 56 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 56.

57. Admits the allegations contained paragraph 57 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 57.

58. Admits the allegations contained paragraph 32 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 32.

59. Admits the allegations contained paragraph 59 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 59.

60. Admits the allegations contained paragraph 60 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 60.

61. Admits the allegations contained paragraph 32 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 61.

62. Admits the allegations contained paragraph 62 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 62.

63. Admits the allegations contained paragraph 63 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 63.

64. Admits the allegations contained paragraph 64 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 64.

65. Admits the allegations contained paragraph 65 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 65.

66. Admits the allegations contained paragraph 66 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 66.

67. Admits the allegations contained paragraph 67 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 67.

68. Admits the allegations contained paragraph 68 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 68.

69. Admits the allegations contained paragraph 69 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 69.

70. Admits the allegations contained paragraph 70 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 70.

71. Admits the allegations contained paragraph 71 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 71.

72. Admits the allegations contained paragraph 72 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 72.

73. Admits the allegations contained paragraph 73 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 73.

74. Admits the allegations contained paragraph 74 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 74.

75. Admits the allegations contained paragraph 75 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 75.

76. Admits the allegations contained paragraph 76 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 76.

77. Admits the allegations contained paragraph 77 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 77.

78. Admits the allegations contained paragraph 78 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 78.

79. Admits the allegations contained paragraph 79 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 79.

80. Admits the allegations contained paragraph 80 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 80.

81. Admits the allegations contained paragraph 81 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 81.

82. Admits the allegations contained paragraph 82 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 82.

83. Admits the allegations contained paragraph 83 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 83.

84. Admits the allegations contained paragraph 84 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 84.

85. Admits the allegations contained paragraph 85 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 85.

86. Admits the allegations contained paragraph 86 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 86.

87. Admits the allegations contained paragraph 87 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 87.

88. Admits the allegations contained paragraph 88 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 88.

89. Admits the allegations contained paragraph 89 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 89.

90. Admits the allegations contained paragraph 90 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 90.

91. Admits the allegations contained paragraph 90 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 90.

92. Admits the allegations contained paragraph 92 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 92.

93. Admits the allegations contained paragraph 93 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 93.

94. Admits the allegations contained paragraph 94 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 94.

95. Admits the allegations contained paragraph 95 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 95.

96. Admits the allegations contained paragraph 96 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 96.

97. Admits the allegations contained paragraph 97 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 97.

98. Admits the allegations contained paragraph 98 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 98.

99. Admits the allegations contained paragraph 99 to the extent supported by the referenced

document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 99.

100. Admits the allegations contained paragraph 100 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 100.

101. Admits the allegations contained paragraph 101 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 101.

102. Admits the allegations contained paragraph 102 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 102.

103. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

104. The allegations contained in paragraph 104 are denied.

105. The allegations contained in paragraph 105 are denied.

106. The allegations contained in paragraph 106 are denied.

107. Defendant incorporates by reference its responses contained in paragraphs 1 through 106 of its answer as though fully set forth here.

108. The allegations contained in paragraph 106 are denied.

109. The allegations contained in paragraph 106 are denied.

110. Defendant incorporates by reference its responses contained in paragraphs 1 through 109 of its answer as though fully set forth here.

111. The allegations contained in paragraph 111 are denied.

112. The allegations contained in paragraph 112 are denied.

113. The allegations contained in paragraph 113 are denied.

Defendant denies each and every allegation not previously admitted or denied.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 113, or to any relief whatsoever.

## DEFENDANT'S FIRST COUNTERCLAIM

114. This counterclaim arises out of the same subject matter as complained of by the plaintiff in its complaint. Jurisdiction is provided by 41 U.S. C. § 609.

115. On August 26, 2004, the Contracting Officer ("CO") issued a final decision terminating for default the contract with the plaintiff.

116. The termination for default was based on the CO's determination that plaintiff endangered performance under the contract because AOA's proposed armor material did not meet the ballistic and weight specifications contained in the contract.

117. Pursuant to the Federal Acquisition Regulation ("FAR") 49.402-6 and 49.402-7(b), the Government exercised its authority to replace the work and charge the costs to plaintiff.

118. On November 5, 2004, the Government awarded a contract to Armor Works in the amount of $6,121,242 to perform the contract. Other than the period of performance, the reprocurement contract was in all pertinent respects identical to the contract awarded to plaintiff.

119. On February 25, 2005, the CO issued a final decision demanding payment of $2,053,808, the difference between the cost of the contract awarded to AOA and the cost of the Armor Works contract, and $45,630 in administrative costs, for a total of $2,099,438, as compensation for costs

incurred to re-procure the performance of the contract.

120. Due to plaintiff's failure to adequately perform this work, the Government incurred damages of $2,099,438, for which plaintiff is liable.

121. Plaintiff has not paid the $2,099,438 demanded by the CO's final decision.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

December 15, 2006

Attorneys for Defendant