**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARMOUR OFAMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1731C |
| | ) | (Judge Marian Blank Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM**

For its Reply to Defendant's Counterclaim, plaintiff admits, denies and alleges as follows:

1 Admits the allegations in paragraph 114.

2. Admits the allegations in paragraph 115, to the extent supported by the referenced letter document, which is the best evidence of its contents.

3. Admits the allegations in paragraph 116 to the extent supported by the referenced letter document, which is the best evidence of its contents.

4. The allegations contained in paragraph 117 constitute conclusions of law to which no answer is required, and to the extent that they are deemed allegations of fact, they are denied.

5. Admits the allegations in paragraph 118 to the extent supported by the referenced contract, which is the best evidence of its contents, otherwise denies the allegations contained in paragraph 118.

6. Admits the allegations in paragraph 119 to the extent supported by the referenced document which is the best evidence of its contents, otherwise denies the allegations contained in paragraph 119.

7. Denies the allegations in paragraph 120.

8. Admits the allegations in paragraph 121.

WHEREFORE, Plaintiff by its counsel, respectfully requests that this Court:

1. grant judgment against the United States in the amount of $3,029,833.00, plus allowable interest per the Contract Disputes Act,

2. grant judgment in Plaintiff's favor finding that Defendant improperly terminated the contract for default and convert termination for default to one for convenience;

3. award costs, attorney fees, and such other relief as the Court deems proper.

Respectfully Submitted,

s/ Cynthia Malyszek
CYNTHIA MALYSZEK
Malyszek & Malyszek
2029 Century Park East
Suite 1400
Los Angeles, CA 90067
310-772-2266
310-772-2265 Fax

Dated: January 8, 2007

Attorney for Plaintiff