IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 04-1731C (Judge Marian Blank Horn) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| ARMORWORKS, Intervenor. | ) | |

# DEFENDANT'S SECOND MOTION TO EXTEND THE DEADLINE FOR THE EXCHANGE OF EXPERT REPORTS

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court amend its September 29, 2006 scheduling order by extending the pending deadline for the exchange of expert reports by 32 days, to and including May 1, 2007. The September 29, 2006 order provides that expert reports be exchanged by March 30, 2007. This is defendant's second motion for this purpose. Attempts to contact plaintiff's counsel by email and phone mail to determine whether she opposes the granting of this motion have not been successful.

Additional time is needed to exchange expert reports in this matter because Charles Anderson, the Government's expert, was unable to devote the time necessary to complete his expert report by the March 30, 2007 deadline. Dr. Anderson will be out of the country on business for two weeks in April 2007. Dr. Anderson intends to provide his report to the Government by the end of April 2007.

Based upon the above, it is respectfully requested that defendant's motion for a 32-day extension of the deadline for the exchange of expert reports be granted, thereby extending until May 1, 2007, the deadline within which to exchange expert reports.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

OF COUNSEL

BRIDGET JARVIS
Associate Counsel
Naval Air Systems Command
47123 Buse Road, Bldg. 2272, Unit 353
Patuxent River, MD 20670

March 30, 20007