# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **ARMOUR OF AMERICA**, | |
| **Plaintiff,** | **No. 04-1731C** |
| **v.** | **Filed: April 16, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's motion to extend the deadline for exchanging expert reports by 32 days, to and including May 1, 2007. Plaintiff has advised chambers that it does not oppose the defendant's motion, and both parties have indicated that discovery will close, as previously scheduled in the court's orders of September 29, 2006 and November 21, 2006, by **Monday, May 14, 2007**. Defendant's motion as to the exchange of expert reports is **GRANTED**. Also, as previously scheduled, on or before **Friday, May 18, 2007**, the parties shall file a joint status report, reflecting completion of discovery, and proposing how to proceed with the case, including a proposed schedule.

Furthermore, as agreed to by the parties with chambers personnel, the status conference previously scheduled for May 24, 2007 is **RESCHEDULED** for **Wednesday, May 23, 2007, at 2:30 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (310) 772-2266, defendant's counsel at (202) 307-0252, and agency counsel at (301) 757-6007. The parties shall be prepared to discuss future proceedings in the case,

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**