IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Judge Marion Blank Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order dated April 16, 2007, defendant, the United States, respectfully submits its status report. The contents of this report have been discussed with counsel for plaintiff and she has indicated that plaintiff concurs in the submission of this report.

Discovery in this matter has been completed. The parties propose that the trial of this matter be scheduled sometime between October 15, 2007, and November 16, 2007. The parties expect that the trial will take five trial days. The parties also agree that the trial should be conducted in Washington, D.C.

The parties propose to simultaneously exchange witness lists, exhibit lists, and proposed findings of fact and conclusions of law 45 days before the commencement of the trial. The parties expect to file a joint exhibit list and a joint stipulation of facts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

OF COUNSEL
BRIDGET JARVIS
Associate Counsel
Naval Air Systems Command
47123 Buse Road, Bldg. 2272, Unit 353
Patuxent River, MD 20670

May 17, 2007