IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ARMORWORKS,<br><br>Intervenor. | ) | No. 04-1731C<br>(Judge Marian Blank Horn) |

DEFENDANT'S MOTION
TO REOPEN FACT WITNESS DISCOVERY

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court reopen fact discovery for thirty days for the limited purpose of allowing the Government to continue the deposition of Arthur Schreiber, and to take the deposition of Matthew Williams. The Court’s November 21, 2006 order provides that fact witness discovery be completed by May 14, 2007. This is defendant's first motion for this purpose. Attempts to contact plaintiff's counsel by email and phone regarding her position on this motion have been unsuccessful.

In its initial disclosures, Armour of America (AOA) identified Arthur Schreiber, the former president of AOA, and Matthew Williams, as individuals having personal knowledge of the facts pertaining to this lawsuit. Addresses were provided for both.

In AOA’s June 23, 2005 response to the Government’s first set of interrogatories, Mr. Williams was identified by name and address. By letter dated September 6, 2006,

Government counsel informed counsel for AOA that she intended to take the depositions of Arthur Schreiber, Matthew Williams, and John Nehmens.

On February 28, 2007, Government counsel issued a subpoena to compel the appearance of Mr. Williams at a deposition scheduled for May 7, 2007. A copy of the subpoena was provided to AOA's counsel. The address for service of the subpoena was the same address provided by counsel for AOA. In addition, the deposition notice was served upon AOA's counsel. The process server was unable to serve the subpoena upon Mr. Williams. At no time has AOA's counsel indicated to Government counsel that she represented Mr. Williams, that she would accept service upon behalf of Mr. Williams, or that Mr. Williams no longer resided at the address that was provided to the Government. Despite numerous attempts to locate Mr. Williams, including inquiring of AOA's counsel about his whereabouts, Government counsel only obtained Mr. Williams' business phone number and his email address on September 21, 2007, from a Navy engineer who had received an email from him. Given that Government counsel took all reasonable steps to take the deposition of Mr. Williams prior to the discovery deadline, and given that Government counsel has only recently been able to determine his whereabouts, good cause exists for reopening discovery for the limited purpose of taking his deposition.

Government counsel took Mr. Schreiber's deposition on May 3, 2007, prior to the discovery cut-off date. Due to Mr. Schreiber's health problems, however, at the request of his counsel, Government counsel agreed to continue the deposition at a later date. Given that Government counsel took all reasonable steps to take the deposition of Mr. Schreiber prior to the discovery deadline, and given that Government counsel stopped the deposition at the request of

Mr. Schreiber's attorney with the agreement that the deposition would be continued when Mr. Schreiber's health improved, good cause exists for reopening discovery for the limited purpose of taking his deposition.

Based upon the above, it is respectfully requested that defendant's motion to reopen discovery for the limited purpose of continuing the deposition of Arthur Schreiber, and taking the deposition of Matthew Williams.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

OF COUNSEL

BRIDGET JARVIS
Associate Counsel
Naval Air Systems Command
47123 Buse Road, Bldg. 2272, Unit 353
Patuxent River, MD 20670

October 2, 2007