IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Judge Marion Blank Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT WITNESS LIST

Pursuant to the Court's June 4, 2007 order, the parties respectfully file the joint witness list.

## Witnesses For Defendant

Col. Mitch Bauman
United States Marine Corps
Program Manager, PMA-257
Naval Air Systems Command
Bldg. 404
NAS Patuxent River, MD 20670
(301) 757-5460
(301) 757-5424 (Fax)

Lt. Col. Bauman is expected to testify about the requirement for and importance of armor for the H-46; about his role on the source selection evaluation board (SSEB); about his opinion regarding the termination for default; and about the re-procurement contract.

Expected length of testimony: 1 -2 hours

Paul M. Fitzgerald
Department of the Navy
H-46 Deputy Assistant Program Manager for Systems and Engineering
Naval Air Systems Command PMA-226
PSC Box 8026
Cherry Point, NC 28533-0026
(252)-466-2687
(252)-466-8477 (Fax)

Mr. Fitzgerald is expected to testify about the technical evaluation team's findings; about

AOA's performance under the contract; about his opinion regarding the termination for default; and about the re-procurement contract.

Expected length of testimony: 1-2 hours

Jack Plessinger
Department of the Navy
Naval Air Systems Command (AIR 4.9.6)
48110 Shaw Rd. Bldg. 2187, Floor 1
Patuxent River, MD 20670
(301) 342-0201
(301) 342-6355 (Fax)

Mr. Plessinger is expected to testify about AOA's performance under the contract; about his opinion regarding the termination for default; about matters related to the ballistics requirements; and about the re-procurement contract.

Expected length of testimony: 1-2 hours

Carol Tisone
Department of the Navy
Contracts Division Head, Naval Air Systems Command (AIR-2.2.1)
47123 Buse Road, Bldg 2272, Ste. 256
Patuxent River, MD 20670-1547
(301) 757-7138
(301) 757-7054 (Fax)

Ms. Tisone is expected to testify about her role as the source selection authority; about AOA's performance under the contract; about hers opinion regarding the termination for default; and about the re-procurement contract.

Expected length of testimony: 2-3 hours

Jon Winchester
Department of the Navy
H-46 Deputy Program Manager, NAVAIRSYSCOM PMA-226
PSC Box 8026
Cherry Point, NC 28533-0026
(252) 466-5361
(252) 464-8477 (Fax)

Mr. Winchester, the former deputy manager. is expected to testify about AOA's performance under the contract; about his opinion regarding the termination for default; and

about the re-procurement contract.

Expected length of testimony: 1-2 hours

Janice Woehrer
Department of the Navy
Contracting Officer, Naval Air Systems Command (AIR-2.4.3.3.)
47123 Buse Road, Bldg 2272, Unit 353
Patuxent River, MD 20670-1547
(301) 757-6551
(301) 757-6552 (Fax)

Ms. Woehner is expected to testify about her role as the contracting officer and about the re-procurement contract.

Expected length of testimony: 1-2 hours

Dr. Charles E. Anderson
Southwest Research Institute
6220 Culebra Road
San Antonio, TX 78238-5166
210-522-2313

Dr. Anderson, an expert in ballistics retained by the Government, is expected to testify about the opinions he formed upon the basis of his review and analyzes of the documents in this case regarding AOA's performance on the the contract, which opinions are contained in his expert report which has been provided to plaintiff's counsel.

Expected length of testimony: 3-4 hours

<u>Witnesses For Plaintiff</u>

Matthew Williams
Kings Highway
Dover, DE 19901
310-532-0690
4750 Lincoln Blvd.

Mr. Williams is expected to testify about his role as an employee of Armour of America in connection with the contract; the communications or lack of communications by the Government in questioning or citing performance or schedule issues with the contract.

Expected length of testimony: 1-2 hours

John Raymond Nehmens
1437 Paseo Robles
San Dimas, California 90249
310-532-0690

Mr. Nehmens is expected to testify about his role as vice president of Armour of America in connection with the proposal, the proposal evaluations of technical ability and the two million price change; AOA's performance and progress under the contract; testing; his opinion about the expert's opinions on AOA and ArmorWorks; his opinion about the delays and changes of ArmorWorks performance; about the post termination evaluation backdating; and his opinion concerning the contracting officer's issues with Matt Williams in connection with the termination of the contract; the absence of reasons given by the government for termination, and the lack of any previous communications or notices concerning AOA's performance or progress.

Expected length of testimony: 1-2 hours

Arthur G. Schreiber
211 Spalding Drive
Beverly Hills, California, 90213
310-277-3577

Mr. Schreiber is expected to testify about his role as the president of Armour of America in connection with the contract; the proposal phase, the PDR meeting, the testing, materials, and communications with various government personnel.

Expected length of testimony: 1-2 hours

Garrett L. Ressing
CIV NAVAIR AIR 11.1 Department of the Navy
Naval Air Systems Command (AIR-2.4.3.3)
47123 Buse Road, Bldg 2272, Unit 353
Patuxent River, MD 20670-1.547
(301) 757-6570

Mr. Ressing is expected to testify about his role in the assistance, collaboration, and preparation of the contracting officer's determination document.

Expected length of testimony: 1-2 hours

The Government has informed AOA that Mr. Ressing is an attorney and was acting as such at all times relevant to the contracts at issue in this case. His communications, therefore, are privileged. The Government has further stated that if AOA declines to remove Mr. Ressing from

its witness list, the Government will file a motion in limine to seek to have his testimony excluded upon the ground that his communications regarding this matter are privileged.

Anthony Condurso
USNCIV NAVAIR AIR-2.4.3.3
Department of the Navy
Naval Air Systems Command (AIR-2.4.3.3)
47123 Buse Road, Bldg 2272, Unit 353
Patuxent River, MD 20670-1547
(301) 757-6500

Mr. Condurso is expected to testify about his role in the assistance, collaboration, and preparation of the contracting officer's determination document.

Expected length of testimony: 1-2 hours

The Government has informed AOA that Mr. Condurso is an attorney and was acting as such at all times relevant to the contracts at issue in this case. His communications, therefore, are privileged. The Government has further stated that if AOA declines to remove Mr. Condurso from its witness list, the Government will file a motion in limine to seek to have his testimony excluded upon the ground that his communications regarding this matter are privileged.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Cynthia Malyszek
CYNTHIA MALYSZEK, ESQ.
Malyszek & Malyszek
10100 Santa Monica Blvd.
Los Angeles, CA 90067
310-772-2266

Attorney for Plaintiff

Dated: October 12, 2007

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, D.C. 20530

Attorneys for Defendant

Dated: October 12, 2007