IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ARMORWORKS,<br><br>Intervenor. | ) | No. 04-1731C<br>(Judge Marian Blank Horn) |

JOINT EXHIBIT LIST

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 1 | April 25, 2007 | Expert Report of Charles Anderson, Ph.D. |
| 1-1 | - | Section C, Background, Contract N00019-04-C-3147 |
| 1-2 | November 6, 2003 | Small Business Coordination Record |
| 1-3 | October 30, 2003 | Pre-Post Summary Page, Sources Sought Synopsis |
| 1-4 | December 24, 2003 | Contracting Officer's Memorandum for File for RFP# N00019-04-R-0073 |
| 1-5 | January 22, 2004 | Amendment to Solicitation N00019-04-R-0073 |
| 1-6 | February 4, 2004 | Amendment to Solicitation N00019-04-R-0073 |
| 1-7 | May 21, 2004 | SSEB Minutes and Final Recommendation for Contract Award |
| 1-8 | May 6, 2004 | AoA's Revised Technical Proposal, |
| 1-9 | May 24, 2004 | Source Selection Authority's Award Determination, |
| 1-10 | June 10, 2004 | Contract N00019-04-C-3147 Award |
| 1-11 | June 8, 2004 | Section F of Contract |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 1-12 | July 14, 2004 | Linda Johnston's PDR vu-graphs |
| 1-13 | July 14, 2004 | AoA 's PDR vu-graphs |
| 1-14 | July 14, 2007 | AoA's minutes, PDR, including action items tracking table |
| 1-15 | July 22, 2004 | Letter to AoA from Navy |
| 1-16 | July 29, 2004 | Letter to AoA from Navy |
| 1-17 | July 30, 2004 | Letter to AoA from Navy |
| 1-18 | August 4, 2004 | Letter (memo) from AoA to Navy, |
| 1-19 | August 10, 2004 | Letter to AoA from Navy |
| 1-20 | August 26, 2004 | Contracting Officer's ("CO") Determination to Issue a Termination for Default |
| 1-21 | August 26, 2004 | Letter to AoA from Navy |
| 1-22 | September 10, 2004 | Letter to Navy from Aoa"s counsel |
| 1-23 | September 17, 2004 | Letter to AoA from Navys |
| 1-24 | October 28, 2004 | Letter to AoA from Navy |
| 1-25 | February 28, 2005 | Letter to AoA from Navy |
| 1-26 | February 9, 2004<br>January 21,2004<br>December 23, 2003 | Amendment 2 to Source Selection Plan ("SSP")<br>Amendment 01 to SSP<br>SSP |
| 1-27 | July 21, 2004 | Email from Paul Fitzgerald to Janice Woehrer |
| 1-28 | July 30, 2004 | Email from Matt Williams to Paul Fitzgerald |
| 1-29 | August 10, 2004 | Email from Paul Fitzgerald to Janice Woehrer |
| 1-30 | July 28, 2004 | Email from John Gallagher to Linda Johnston |
| 1-31 | September 14, 1987 | Military Specification MIL-A-46099C: Armor Plate, Steel, Roll-Bonded, Dual Hardness |
| 1-32 | June 8, 2005 | LWARS RFA Tracking table |
| 1-33 | December 1, 2004 | Complaint |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 1-34 | July 9, 1968 | Wilkins ML (1968). "Third Progress Report of Light Armor Program," UCRL-50460, Lawrence Livermore National Laboratory, Livermore, CA, July |
| 1-35 | - | Wilkins ML (1969). "Fourth Progress Report of Light Armor Program," UCRL-50694, Lawrence Livermore National Laboratory, Livermore, CA |
| 1-36 | August 11, 1976 | Wilkins ML (1976). "Second Progress Report of Light Armor Program," UCRL-50349, Rev. 1, Lawrence Livermore National Laboratory, Livermore, CAt |
| 1-37 | July 2004 | AoA data sheets |
| 1-38 | August 20, 2004<br>September 3, 2004 | HP White data sheet<br>HP White data sheet |
| 1-39 | July 27, 2004 | Emails from Michele Mattea to Jon Winchester |
| 1-40 | September 13, 2004 | Emails between Paul Fitzgerald and Janice Woehrer |
| 1-41 | | Ceramic data sheets from various vendors |
| 1-42 | December 23, 2004 | HP White data sheets |
| 1-43 | September 24, 2004<br>October 5, 2004<br>October 15, 2004 | HP White data sheets<br>HP White data sheets<br>HP White data sheets |
| 2 | October 6, 2003 | Letter, Navy to AoA providing advance notification of a request for proposals ("RFP") for lightweight armor for the CH-46 helicopter |
| 3 | October 9, 2003 | Pre-solicitation notice published in Federal Business Opportunities ("FBO") |
| 4 | October 9, 2003 | Procurement initiation document |
| 5 | October 30, 2003 | Notice in FBO of modification to October 9, 2003 pre-solicitation notice |
| 6 | November 12, 2003 | Pre-solicitation notice in FBO designating the solicitation as a small business set aside |
| 7 | December 23, 2003 | Solicitation, Offer and Award |
| 8 | December 23, 2003 | Source Selection Plan |
| 9 | December 29, 2003 | Notice in FBO of modification to November 12, 2003 pre-solicitation notice |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 10 | January 21, 2004 | Amendment 1 to the SSP |
| 11 | January 22, 2004 | Amendment 1 to the solicitation signed by J. Nehmens, AoA General Manager, on February 5, 2004 |
| 12 | January 22, 2004 | Notice in FBO of modification to November 12, 2003 pre-solicitation notice |
| 13 | January 26, 2004 | Notice in FBO of modification to November 12, 2003 pre-solicitation notice |
| 14 | February 4, 2004 | Notice in FBO of modification to November 12, 2003 pre-solicitation notice |
| 15 | February 5, 2004 | Amendment 1 to the solicitation signed by J. Nehmens PAGE 3 AND 4 MISSING |
| 16 | February 5, 2004 | Amendment to the solicitation, providing answers and photographs, signed by J. Nehmens |
| 17 | February 12, 2004 | Amendment 0004 to the solicitation, re change in quantities |
| 18 | February 24, 2004 | TEB summary of evaluation |
| 19 | March 2, 2004 | Amendment 0002 to the solicitation, re change in site visit |
| 20 | March 23, 2004 | TEB Technical Evaluation Summary Reports |
| 21 | March 25, 2004 | TEB Technical Evaluation Summary Reports |
| 22 | March 26, 2004 | SSEB Minutes and Recommendation signed by J. Woehrer |
| 23 | March 29, 2004 | SSA Determination to Establish a Competitive Range signed by C. Tisone |
| 24 | April 1, 2004 | Letter to AoA from J. Woehrer with list of discussion questions |
| 25 | April 12, 2004 | AoA Proposal, General Information, Volume I |
| 26 | April 12, 2004 | AoA Proposal, Technical, Volume II |
| 27 | April 12, 2004 | AoA Proposal, Technical, Volume IIA |
| 28 | April 12, 2004 | AoA Proposal, Past Performance, Volume III |
| 29 | April 12, 2004 | AoA Proposal, Price, Volume IV |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 30 | April 12, 2004 | AoA Proposal, Price, Volume IVA |
| 31 | April 30, 2004 | Letter to AoA from J. Woehrer, no further discussions; final offer due on May 6, 2004 |
| 32 | May 6, 2004 | Letter from AoA to J. Woehrer, stating no changes to technical proposal; REV B PRICE VOLUME IV attached |
| 33 | May 21, 2004 | Memorandum: TEB Summary Report to SSA |
| 34 | - | Individual Rating Form for AoA prepared by J. Gallagher |
| 35 | - | Summary Technical Evaluation Report for AoA |
| 36 | - | Technical Evaluation Report Summary for AoA |
| 37 | - | Technical Evaluation Supplemental Report for AoA |
| 38 | - | Handwritten notes re evaluation of AoA's proposal |
| 39 | May 25, 2004 | H. P. White Laboratory report to AoA re testing of two armor samples received on May 25, 2004 |
| 40 | May 25, 2004 | Information from Central Contractor Registration re AoA |
| 41 | June 2, 2004 | Business Clearance Memorandum |
| 42 | June 3, 2004 | Emails re technical features offered by AoA that exceeded RFP requirements to be included in contract |
| 43 | June 4, 2004 | Emails re technical features offered by AoA that exceeded RFP requirements to be included in contract |
| 44 | June 7-8, 2004 | Emails re technical features offered by AoA that exceeded RFP requirements to be included in contract |
| 45 | June 8, 2004 | Email from J. Matheny transmitting the contract to J. Nehmens for his review |
| 46 | June 9, 2004 | Letter from J. Nehmens to J. Matheny commenting on the contract with the Government's comments |
| 47 | June 10, 2004 | Contract |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 48 | June 15, 2004 | H. P. White Laboratory report to AoA re testing of two armor samples received on June 10, 2004 |
| 49 | June 22, 2004 | Schedule |
| 50 | July 7, 2004 | Email from M. Williams noting he is the Program Manager for Military Operations / Sales at AoA |
| 51 | July 8, 2004 | Email from P. Fitzgerald re the CG shift |
| 52 | July 14, 2004 | List of PDR Attendees |
| 53 | July 14, 2004 | Action Item Form |
| 54 | July 15, 2004 | AROTECH Corporation press release noting its acquisition of AoA for $22 million |
| 55 | July 19, 2004 | Email from M. Williams providing update on program from AoA |
| 56 | July 20, 2004 | Email from M. Bauman in response to M. Williams' update on program |
| 57 | July 20, 2004 | Email from J. Sanderson re AoA tests not performed in accordance with MIL-STD-810F |
| 58 | July 21, 2004 | Email from J. Matheny to L. Johnston with updated version of the SOW |
| 59 | July 21, 2004 | Email J. Winchester re meeting on July 20, 2004 |
| 60 | July 22, 2004 | Letter from J. Woehrer to J. Nehmans and M. Williams re Navy's concern about AoA's failure to meet contractual requirements |
| 61 | July 22, 2004 | Email from J. Woehrer to AoA re LWARS Program update |
| 62 | July 22, 2004 | Email from P. Fitzgerald to J. Woehrer in response to her questions about the aerial density of the armor |
| 63 | July 23, 2004 | Email from P. Fitzgerald to J. Woehrer re possibility of buying armor elsewhere |
| 64 | July 23-26, 2004 | Email chain between C. Tisone, J. Woehrer, and R. Morris re concerns about AoA's ability to meet contract requirements |
| 65 | July 26, 2004 | Email from J. Woehrer with proposed letter re requesting new material for the armor from AoA |
| 66 | July 26, 2004 | Email from M. Bauman requesting that ballistics test data be verified and re-reconfirmed by class desk engineering |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 67 | July 27, 2004 | Email forwarded from L. Johnston to D. Bugbee re test data for armor |
| 68 | July 28, 2004 | Email forwarded from J. Gallagher to P. Fitzgerald re AoA test data |
| 69 | July 28, 2004 | Email from P. Fitzgerald to AoA re maximum weight for the armor and requesting tests be performed at the velocity required |
| 70 | July 28, 2004 | Letter from A. Schreiber re ballistic testing on July 27, 2004 |
| 71 | July 29, 2004 | Email from P. Fitzgerald re the updated RFA tracking |
| 72 | July 30, 2004 | Letter from C. Tisone to J. Nehmans and M. Williams re AoA's failure to demonstrate the armor meets the basic requirements of the contract |
| 73 | August 6, 2004 | Letter from M. Williams to C. Dunn of HP White re ballistic testing |
| 74 | August 6, 2004 | Letter from J. Nehmans to J. Woehrer confirming terms and conditions of the Navy's Cure Notice |
| 75 | August 9, 2004 | Email from J. Plessinger to P. Fitzgerald re AoA needs to understand the specification of 2900 ft./sec. takes precedence over the Military Specs |
| 76 | August 10, 2004 | Email forwarded from J. Winchester to V. Taitingfong re the Navy's response to AoA letter of August 4, 2004 |
| 77 | August 10, 2004 | Email from J. Plessinger to P. Fitzgerald re the AoA test plan |
| 78 | August 10, 2004 | Letter from HP White to AoA with the ballistic testing results for two armor samples received on August 9, 2004 |
| 79 | August 10, 2004 | Email from J. Woehrer to AoA re the test plan's failure to meet contract requirements and the intent of MIL-STD-662F |
| 80 | August 10, 2004 | AoA CH-46E Ballistics Qualification Test Plan |
| 81 | August 10, 2004 | Email from R. Morris to J. Woehrer requesting that if AoA cannot provide proof that its armor meets the contract specifications by August 25, 2004, then the source selection process must be restarted |
| 82 | August 12, 2004 | Email from M. Williams to J. Woehrer with sample HP White test report; and stating that the date when HP White will start testing is unknown |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 83 | August 12, 2004 | Email from J. Woehrer to P. Fitzgerald re the AoA test plan |
| 84 | August 16, 2004 | Email from J. Woehrer to AoA re the Qualification Test Plan CDRL being late |
| 85 | August 16, 2004 | Email from J. Winchester re the status of AoA |
| 86 | August 18, 2004 | Letter from HP White to M. Williams with results from the ballistic testing of three armor samples received on August 16, 2004 |
| 87 | August 19, 2004 | Email from M. Williams with the HP White test samples as well as the AoA QTP for review |
| 88 | August 20, 2004 | Email from M. Williams re the preliminary test results from HP White |
| 89 | August 20, 2004 | Email from M. Williams to L. Johnston re the preliminary test results from HP White; with handwritten notes |
| 90 | August 23, 2004 | Letter from HP White to M. Williams with the ballistic test results for one armor sample received August 20, 2004 |
| 91 | August 25, 2004 | Email from Bruce Cwalina re the termination for default ("TFD") of AoA's contract |
| 92 | August 25, 2004 | Email from G. Ressing concurring with the termination of AoA's contract |
| 93 | August 30, 2004<br>September 2, 2004 | Email chain between M. Williams and J. Woehrer re the TFD |
| 94 | September 10, 2004 | Letter from AoA's counsel to J. Woehrer re the TFD |
| 95 | September 13, 2004 | Email from P. Fitzgerald to J. Woehrer re the AoA response to the TFD |
| 96 | September 13, 2004 | Fax from J. Woehrer to P. Fitzgerald containing HP White's ballistic test results |
| 97 | September 28, 2004 | Amendment of Solicitation/Modification of Contract issued to AoA; signed by J. Woehrer |
| 98 | October 6, 2004 | Letter from HP White to M. Williams, ballistic test results for sample received on October 1, 2004 |
| 99 | October 7, 2004 | Email from J. Woehrer to Arki Arad, President of AoA re Arotech-AoA |
| 100 | October 15, 2004 | Letter from C. Dunn of HP White to M. Williams, ballistic testing results for sample received on October 14, 2004 |
| 101 | November 9, 2004 | Letter from C. Dunn of HP White to M. Williams, ballistic testing results for sample received October 26, 2004 |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 102 | November 15, 2004 | Email from J. Woehrer to A. Arad re response to November 9, 2004 letter |
| 103 | November 15, 2004 | Letter from J. Woehrer to A. Arad responding to November 9, 2004 |
| 104 | November 17, 2004 | Email from J. Woehrer to C. Tisone re meeting with A. Arad |
| 105 | December 3, 2004 | Letter from Cynthia Malyszek to the Office of General Counsel re the Bid Protest on Solicitation N00019-04-R-0073 for AoA |
| 106 | December 3, 2004 | Contracting Officer's Determination to Continue Performance |
| 107 | December 9, 2004 | Letter from J. Woehrer to A. Arad/J. Nehmans re bid protest |
| 108 | January 4, 2005 | Email from P. Butler to C. Tisone re CPARS for AoA attached to the email |
| 109 | February 14, 2005 | Arotech Corporation press release re new orders to deliver ballistic vests and armor kits |
| 110 | February 28, 2005 | Letter from J. Woehrer to J. Nehmans re re-procurement costs of $2,099,438 |
| 111 | March 1, 2005 | Email forwarded from J. Woehrer to C. Tisone re the CPARS |
| 112 | April 4, 2005 | Email forward from J. Woehrer to C. Tisone re a copy of the response given by AoA reiterating claim |
| 113 | December 12, 2005 | AoA's certified claim |
| 114 | August 7, 2006 | Defendant's counsel's letter to AoA's counsel re Request for Production of Documents |
| 116 | September 1, 2006 | AoA's counsel responses to defendant's counsel letter re Request for Production of Documents |
| 116 | September 27, 2006 | AoA's responses to defendant's First Set of Interrogatories |
| 117 | December 1, 2006 | AoA's responses to defendant's First Request for Admissions |
| 118 | December 1, 2006 | Plaintiff's Responses to Defendant's Second Request for Admissions |
| 119 | December 5, 2006 | Amended Complaint |
| 120 | December 7, 2006 | AoA's responses to defendant's Second Set of Interrogatories |
| 121 | March 6, 2007 | AoA's responses to defendant's Second Request for Production of Documents |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 122 | | ArmorWorks Contract |
| 123 | September 13, 2004 | Email from J. Woehrer to L. Johnston Re: AOA Response to Termination |
| 124 | September 13, 2004 | Emails: a. P. Fitzgerald to J. Woehrer Re: AOA Response to Termination; b. J. Woehrer to P. Fitzgerald Re: AOA Response to Termination; c. P. Fitzgerald to J. Woehrer Re: AOA Response to Termination |
| 125 | September 16, 2004 | Emails: a. G. Ressing to J. Woehrer Re: LWARS - Draft Response to AOA T4D Appeal Letter; b. J. Woehrer to C. Tisone Re LWARS - Draft Response to AOA T4D Appeal Letter |
| 126 | October 7, 2004 | Emails: a. G. Ressing to J. Woehrer Re: LWARS - Draft PCO Determination to T4D AOA: b. J. Woehrer to J. Woehrer Re: LWARS - Draft PCO Determination to T4D AOA; c. J. Woehrer to C. Tisone Re LWARS - Draft PCO Determination to T4D AOA |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Cynthia Malyszek
CYNTHIA MALYSZEK, ESQ.
Malyszek & Malyszek
10100 Santa Monica Blvd.
Los Angeles, CA 90067
310-772-2266

Attorneys for Plaintiff

Dated: October 12, 2007

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, D.C. 20530

Attorneys for Defendant

Dated: October 12, 2007