**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ARMOUR OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-1731C** |
| **v.** | ) | **(Judge Marion Blank Horn)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**RESPONSE TO DEFENDANT'S MOTION TO REOPEN FACT WITNESS DISCOVERY**

Plaintiff responds to Defendant's Motion as follows:

Plaintiff has no issue with the continuation of the deposition of Arthur Schreiber. This was agreed to between counsel at the first deposition session. Mr. Schreiber was only to be deposed for 2 hours at that point due to health issues.

The continuation of his deposition was not discussed prior to Defendant's notice of deposition that was mailed to plaintiff prior to this motion. However, plaintiff's counsel has had several discussions trying to schedule an acceptable date workable for both counsel's trial and deadline schedules. I believe that we have agreed on November 5, 2007.

Plaintiff does have an issue with defendant requesting additional time to depose Matthew Williams. Mr. Williams address had changed and was unknown by both AOA and the government. The new address found by defendant has not been given to plaintiff, and the request for Mr. Williams post-discovery deadline was not previously voiced.

However, plaintiff does not object to an extended 30 day discovery period or the

depositions of either Mr. Schreiber or Mr. Williams, if plaintiff is also allowed the same additional period to depose.

Due to several stays and other case matters, plaintiff and defendant had to juggle schedules to do depositions, and defendant took the depositions of Mr. Schreiber and Mr. Nehmens two (2) weeks before the discovery deadline with plaintiff canceling a long planned trip. However, defendant could not schedule in the depositions of 3 persons in the last two (2) weeks on behalf of plaintiff, although it had been discussed that this would occur on the 13th and 14th of May (the end of discovery).

If discovery is extended, then plaintiff requests that it be allowed to depose those persons (Col. Mitch Bauman, Janice Woehrer, Paul Fitzgerald) within the same thirty day period. Plaintiff also requests that the depositions of any and all persons be attended by both counsel. Although, the persons requested to be deposed no longer employed by plaintiff company, the plaintiff requests that there be open and joint discovery between the parties so as to resolve issues in a fair and open manner.

Respectfully submitted,

s/Cynthia Malyszek
CYNTHIA MALYSZEK, ESQ
Malyszek & Malyszek
2029 Century Park East
Suite 1400
Los Angeles, CA 90067\
Ph 310-772-2266
Fax 310-772-2265

Attorney for Plaintiff

October 19, 2007

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Attorney for Defendant

October 19, 2007