# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**ARMOUR OF AMERICA,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-1731C**
**Filed: October 22, 2007**

**O R D E R**

A status conference in the above-captioned case was previously scheduled for November 14, 2007, at 2:30 p.m. The court **RESCHEDULES** the status conference for **Wednesday, November 14, 2007 at 12:30 p.m., EST.** All parties may appear by telephone. Unless otherwise notified, the court will contact Ms. Malyszek at (310) 772-2266, Ms. Ohta at (202) 307-0252 and Mr. Gordon at 202-955-3000.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**