# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **ARMOUR OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **No. 04-1731C**<br>**Filed: October 24, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's October 2, 2007 motion to reopen fact discovery, plaintiff's October 19, 2007 response, and defendant's October 22, 2007 reply. The court attempted, unsuccessfully, to conduct a conference on the defendant's motion on October 24, 2007, with the parties appearing by telephone. Initially, plaintiff's counsel appeared on her cell phone. The call was interrupted, and although the court attempted to replace the call several times to the same phone number on which she had appeared, plaintiff's counsel did not pick up the phone. Moreover, although the conference call was at 12:30 p.m. EDT, the court has not received a call from plaintiff's counsel to explain. Throughout the afternoon, the court attempted several times to contact plaintiff's counsel on her cell phone and at her office phone. For any future conferences, including the upcoming pre-trial conference on November 14, 2007, plaintiff's counsel shall make arrangements for a land line or appear in person.

After reviewing the parties' submissions, and because there remains sufficient time to complete the requested depositions, the court **REOPENS** fact witness discovery to permit the depositions to be taken. All depositions shall be concluded on or before the November 14, 2007 pre-trial conference. Furthermore, all depositions shall be taken at the witnesses' locations.

The parties are reminded of the previously **SCHEDULED** pre-trial conference, set for **Wednesday, November 14, 2007, at 2:30 p.m. EST**. The purpose of the conference is to verify that the parties will be ready for trial. The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (310) 772-2266, defendant's counsel at (202) 307-0252, and agency counsel at (301) 757-6007. The parties shall be prepared to discuss all issues regarding the upcoming trial.

The parties are reminded of the previously **SCHEDULED** trial, set to commence on **Wednesday, January 9, 2008, at 9:00 a.m.**, and to continue through **Friday, January 18, 2008**, or until all evidence is taken, in electronic courtroom 5, located on the fifth floor of the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**