# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

ARMOUR OF AMERICA,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 04-1731C**
**Filed: November 15, 2007**

## O R D E R

The court held a pre-trial conference in the above-captioned case on November 14, 2007, with the parties appearing by telephone. As discussed with the parties, defendant shall file its motion in limine with respect to Mr. Ressing and Mr. Condurso on or before **Tuesday, November 27, 2007**. Plaintiff shall file its response on or before **Monday, December 10, 2007**. Defendant shall file its reply on or before **Friday, December 14, 2007**.

Also as discussed with the parties at the November 14, 2007 conference, the trial shall commence on **Tuesday, January 15, 2008, at 9:00 a.m.**, and shall continue through **Friday, January 25, 2008**, or until all evidence is taken, in electronic courtroom 5, located on the fifth floor of the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The court will evaluate the need to conduct trial on Monday, January 21, 2008, on the Friday before the federal holiday. In accordance with the court's pre-trial order, the trial exhibits shall be brought to the trial by the parties in sufficient copies, including one copy for the witness, two copies for the court and the official copy to be submitted to the court reporter. The parties also shall file, on or before the first day of trial, **Tuesday, January 15, 2008**, a revised joint stipulation of facts, which includes citations to the trial exhibits, by exhibit, page and paragraph numbers.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**