IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| Plaintiff, | ) | No. 04-1731C |
| v. | ) | (Judge Marian Blank Horn) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| ARMORWORKS, | ) | |
| Intervenor. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO
EXTEND DEADLINE FOR FILING MOTION IN LIMINE

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court to extend the deadline within which the Government must file its motion in limine. The Court's November 15, 2007 order provides that the Government's motion, if any, must be filed by November 27, 2007. The Government seeks a three-day extension of time within which to file its motion, that is, until November 30, 2007. Plaintiff's counsel has indicated that she does not oppose the granting of this motion.

Additional time is required for the agency to research the legal viability of a motion in limine, based upon both the attorney-client privilege, and upon relevancy grounds, given that the review of the termination for default is de novo and, thus, communications regarding that decision are wholly irrelevant. Additional time is also necessary to obtain the necessary declarations to support such a motion. Based upon the above, it is respectfully requested that the Government's motion to extend the deadline within which it must file its motion in limine be

extended until November 30, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

<u>OF COUNSEL</u>

BRIDGET JARVIS
Associate Counsel
Naval Air Systems Command
47123 Buse Road, Bldg. 2272, Unit 353
Patuxent River, MD 20670

November 20, 2007