# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**ARMOUR OF AMERICA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-1731C**
**Filed: November 20, 2007**

## O R D E R

The court is in receipt of defendant's November 20, 2007 unopposed motion for an enlargement of time of three days, to and including November 30, 2007, within which to file its motion in limine, as to Mr. Ressing and Mr. Condurso. Defendant's motion for enlargement is **GRANTED**. Defendant shall file its motion in limine on or before **Friday, November 30, 2007**. As a result of this enlargement, plaintiff shall file its response to the defendant's motion on or before **Thursday, December 13, 2007**, and defendant shall file its reply on or before **Wednesday, December 19, 2007**.

The parties are reminded that trial shall commence on **Tuesday, January 15, 2008, at 9:00 a.m.**, and shall continue through **Friday, January 25, 2008**, or until all evidence is taken, in electronic courtroom 5, located on the fifth floor of the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The court will evaluate the need to conduct trial on Monday, January 21, 2008, on the Friday before the federal holiday. In accordance with the court's pre-trial order, the trial exhibits shall be brought to the trial by the parties in sufficient copies, including one copy for the witness, two copies for the court and the official copy to be submitted to the court reporter. The parties also shall file, on or before the first day of trial, **Tuesday, January 15, 2008**, a revised joint stipulation of facts, which includes citations to the trial exhibits, by exhibit, page and paragraph numbers.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**