IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ARMORWORKS,<br><br>Intervenor. | ) | No. 04-1731C<br>(Judge Marian Blank Horn) |

STIPULATION REGARDING TESTIMONY OF
NAVY COUNSEL IN LIEU OF LIVE TESTIMONY

The parties hereby stipulate and agree as follows:

If Anthony Condurso were called to testify at trial he would testify as follows:

1) During all times relevant to this case, Mr. Condurso was assigned as an Associate Counsel with the Office of Counsel, Naval Air Systems Command, Headquarters, Patuxent River, Maryland and, as such, was responsible for providing legal advice to the Navy's H-46 helicopter program, based out of Cherry Point, North Carolina.

2) During the performance of the contract, Mr. Condurso was consulted by Janice Woehrer, the contracting officer, and other Navy personnel involved with the contract, regarding the issuance of the cure notice to Armour of America on July 30, 2004, the insurance of the termination for default letter to Armour of America on August 26, 2004, and the contracting officer's internal memorandum for file justifying her terminating Armour of America for default that was drafted during the September and October time frame and dated August 26, 2004.

If Garrett Ressing were called to testify at trial he would testify as follows:

1) During all times relevant to this case, Mr. Ressing was assigned as a Senior Associate Counsel with the Office of Counsel, Naval Air Systems Command, Headquarters, Patuxent River, Maryland and, as such, he was responsible for supervising Anthony Condurso, who was assigned to the H-46 helicopter program, based out of Cherry Point, North Carolina.

2) During the performance of the contract, Mr. Ressing was consulted by Janice Woehrer, the contracting officer, and other Navy personnel involved with the contract, regarding the insurance of the termination for default letter to Armour of America on August 26, 2004, and the contracting officer's internal memorandum for file justifying her terminating Armour of America for default that was drafted during the September and October time frame and dated August 26, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Cynthia Malyszek
CYNTHIA MALYSZEK, ESQ.
Malyszek & Malyszek
10100 Santa Monica Blvd.
Los Angeles, CA 90067
310-772-2266

Attorney for Plaintiff

Dated: November 21, 2007

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, D.C. 20530

Attorneys for Defendant

Dated: November 20, 2007