IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OFAMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1731C |
| | ) | (Judge Marian Blank Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL

Plaintiff, Armour of America, makes this motion for a continuance of the trial dates scheduled for January 15, 2008 to January 25, 2008. Plaintiff counsel makes this request based on new information that was received on Monday, January 7th, 2008.

Plaintiff's counsel was just informed that its' key witness, Arthur Schreiber, cannot make the trip to Washington, D.C. for the trial. Mr. Schreiber's doctor is precluding him from travel to the east coast during the winter months which will aggravate his health problems, and due to additional health concerns after a trip to New York City at the end of December 2007. Mr. Schreiber is 81 years old and has had a series of heart ailments and operations over the course of the past year, including stints and a defibrillator, and his breathing capacity is not at a normal percentage. Mr. Schreiber is further strained after the rigors of a week-long arbitration hearing in New York City the third week of December 2007 which made his doctor more concerned about his health.

Mr. Schreiber's attorney has written an email to plaintiff's counsel regarding his client's health and requesting a continuance of the trial to the early Spring. (See,

attached email from Mr. Schreiber counsel). Mr. Schreiber's doctor will submit a letter for the Court.

Plaintiff's main witness, Arthur Schreiber, had been working closely with plaintiff over the past year and is a critical fact witness. The majority of plaintiff's case is based on his factual testimony. And, the rebuttal of the defendant's expert witness is dependent on Mr. Schreiber who has manufactured armour for over 32 years and who has the most expertise and knowledge to rebut the expert testimony and report.

Plaintiff will be severely prejudiced if it is not allowed to continue the trial date. Plaintiff requires this witness as critical and key to both fact testimony and expert rebuttal. It was not expected by either plaintiff nor Mr. Schreiber that he would be directed by his doctor not to travel now during the winter months due to his health at this point in the proceedings.

WHEREFORE, Plaintiff requests a continuance of the trail date so that Mr. Schreiber will not have to travel during the winter months and thus accommodate the health concerns of Mr. Schreiber, while still allowing the plaintiff to utilize Mr. Schreiber as its key fact and rebuttal witness.

January 7, 2008

s/ Cynthia Malyszek

CYNTHIA MALYSZEK
MALYSZEK & MALYSZEK
2029 Century Park East
Suite 1400
Los Angeles, CA 90067
Ph: 310-772-2266
Fax: 310-772-2265

Attorney for Plaintiff

LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Attorney for Defendant