From: MNCASSOC@aol.com
Sent: Monday, January 07, 2008 4:38 PM
To: cyndi@2malyszek.com; robert@2malyszek.com
Subject: Arthur G. Schreiber

Dear Ms. Malyszek,

As you know, this office represents Arthur G. Schreiber. With respect to the upcoming trial involving the litigation between Armour of America and Navair, and the new trial date of January 15, 2008, please be advised that Mr. Schreiber is in poor health, generally, having suffered a major heart attack last year,and his wife is also scheduled for surgery on January 14, 2008 in Los Angeles, California. His wife has also been in poor health for the past 3 years. Also, as you know, Mr. Schreiber was compelled to travel to New York City last month to attend a mandatory arbitration proceeding involving Arotech Corp., and making another trip so soon to Washington DC and the poor East Coast weather will certainly cause a risk to his health at 81 years old.

If you can obtain a continuance of the trial to the early Spring the travel would present a far lesser risk to Mr. Schreiber's health, and of course such a new date would not conflict with Mrs. Schreiber's surgery. Thank you for your consideration.

Very truly yours,
M. Neil Cummings, Esq.

CC: Arthur G. Schreiber

M. Neil Cummings & Associates, PLC
11150 W. Olympic Blvd., Suite 1050
Los Angeles, CA 90064
(310) 914-1849
(310) 914-1853 fax

Start the year off right. Easy ways to stay in shape in the new year.

__________ NOD32 2772 (20080107) Information __________

This message was checked by NOD32 antivirus system.
http://www.eset.com