**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ARMOUR OF AMERICA

Plaintiff,

v.

No. 04-1731C

UNITED STATES

Defendant,

Judge Marian Blank Horn

and

ARMORWORKS,

Intervenor

PLAINTIFF'S EXHIBITS

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 1 | 1-14-2008 | Hexcel Fabrics and High Performance Data Sheets |

Respectfully submitted,

s/ Cynthia Malyszek

CYNTHIA MALYSZEK, ESQ.
Malyszek & Malyszek
2029 Century Park East
Los Angeles, CA 90067
310-772-2266

Attorney for Plaintiff

Dated: January 14, 2008