# In the United States Court of Federal Claims

| | |
|---|---|
| **ARMOUR OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 04-1731C**<br>**Filed: January 15, 2008** |

## O R D E R

On January 8, 2008, just prior to the commencement of the trial in the above-captioned case, which was scheduled to commence on January 15, 2008, plaintiff's counsel filed a motion to continue the trial. The motion indicated that for health reasons, an important witness, Arthur Schreiber, could not make the trip from California to Washington, D.C. where the parties had agreed the trial should be held. Mr. Schreiber was to testify during plaintiff's case, which was scheduled to follow the presentation of witnesses by the defendant, given the defendant's burden of proof. At a status conference on January 8, 2008, with counsel for plaintiff and defendant present, it was agreed that the trial would commence as scheduled and that Mr. Schreiber's testimony would be scheduled for a later date and at a location to be determined, consistent with his health. Plaintiff's attorney asked that Mr. Schreiber be allowed to testify in California where he resides.

At the opening of the trial on January 15, 2008, plaintiff's attorney submitted a letter from David A. Kipper, M.D., which is attached to this order and submitted for the record.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**