IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ARMORWORKS,<br><br>Intervenor. | ) | No. 04-1731C<br>(Judge Marian Blank Horn) |

DEFENDANT'S UNOPPOSED
MOTION TO AMEND COUNTERCLAIM

Pursuant to this Court's January15, 2008 order, defendant respectfully requests that the Court permit defendant to amend its counterclaim to change the amount of its counterclaim for re-procurement costs from approximately $1,500,000, to $1,521,650 for excess re-procurement costs and $45,630 for excess administrative costs, to conform to the evidence. A copy of the proposed Defendant's Answer to Plaintiff's Amended Complaint and Defendant's Amended Counterclaim is attached hereto.

Based upon the above, it is respectfully requested that the Government's motion to amend its counterclaim.

Respectfully submitted,

JEFFERY R. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

<u>OF COUNSEL</u>

BRIDGET JARVIS
Associate Counsel
Naval Air Systems Command
47123 Buse Road, Bldg. 2272, Unit 353
Patuxent River, MD 20670

January 15, 2008