IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ARMOUR OF AMERICA, )
)
Plaintiff, )
) No. 04-1731C
v. ) (Judge Marian Blank Horn)
)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S LIST OF ACRONYMS

| | |
|---|---|
| Aluminum Oxide | AD |
| Armour piercing | AP |
| Boron Carbide | $B_4C$ |
| Competitive Award Panel | CAP |
| Contracting Officer | CO |
| Contract Deliverables Requirements List | CDRL |
| Contract Line Item Number | CLIN |
| Complete penetration | CP |
| Global War On Terror | GWOT |
| Integrated Product Team | IPT |
| Lightweight Armor Replacement System | LWARS |
| MIL-STD | Military Standard |
| Naval Air Systems Command | NAVAIR |
| No-later-than | NTL |
| Not -to-exceed | NTE |
| Non Recurring Engineering | NRE |
| Operation Enduring Freedom | OEF |
| Operation Iraqi Freedom | OIF |
| Partial penetration | PP or P |
| Past Performance Evaluation Team | PPET |

| | |
|---|---|
| Preliminary Design Review | PDR |
| Price Evaluation Team | PET |
| Procuring Contracting Officer | PCO |
| Procurement Initiation Document | PID |
| Program Management Activity | PMA |
| Program Management Review | PMR |
| Qualification Test Article | QTA |
| Request for Action | RFA |
| Request for Proposals | RFA |
| Silicon Carbide | SiC |
| Source Selection Authority | SSA |
| Source Selection Board | SSEB |
| Source Selection Plan | SSP |
| Statement of Work | SOW |
| Technical Evaluation Team | TET |
| Termination for Convenience | TFC or T4C |
| Termination for Default | TFD or T4D |

Respectfully submitted,

JEFFREY R. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch

Civil Division, Department of Justice
1100 L Street NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

Dated: January 20, 2008