IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ARMOUR OF AMERICA, )
)
Plaintiff, )
) No. 04-1731C
v. ) (Judge Marian Blank Horn)
)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S CHART OF THE REFERENCES IN DR. ANDERSON'S
EXPERT REPORT WITH THE CORRESPONDING EXHIBIT NUMBERS

| Reference Number | Exhibit Number | Date of Exhibit | Description of Exhibit |
|---|---|---|---|
| 1 | 1-1 | - | Section C, Background, Contract |
| 2 | 1-2 | November 6, 2003 | Small Business Coordination Record |
| 3 | 1-3 | October 30, 2003 | Pre-Post Summary Page, Sources Sought Synopsis |
| 4 | 1-4 | December 24, 2003 | Contracting Officer's Memorandum for File |
| 5 | 1-5 | January 22, 2004 | Amendment to RFP |
| 6 | 1-6 | February 4, 2004 | Amendment to RFP |
| 7 | 1-7 | May 21, 2004 | SSEB Minutes and Final Recommendation for Contract Award |
| 8 | 1-7 | May 21, 2004 | SSEB Minutes and Final Recommendation for Contract Award |
| 9 | 1-8 | May 6, 2004 | AoA's Revised Technical Proposal, |
| 10 | 1-7 | May 21, 2004 | SSEB Minutes and Final Recommendation for Contract Award |
| 11 | 1-9 | May 24, 2004 | Source Selection Authority's Award Determination |
| 12 | 1-10 | June 10, 2004 | Contract Award |
| 13 | 1-11 | June 8, 2004 | Section F of Contract |
| 14 | 1-12 | July 14, 2004 | Navy's PDR vu-graphs |
| 15 | 1-13 | July 14, 2004 | AoA 's PDR vu-graphs |

| | | | |
|---|---|---|---|
| 16 | 1-14 | July 14, 2007 | AoA's PDR minutes, including action items tracking table |
| 17 | 1-15 | July 22, 2004 | Letter to AoA from Navy |
| 18 | 1-16 | July 29, 2004 | Letter to AoA from Navy |
| 19 | 1-17 | July 30, 2004 | Letter to AoA from Navy |
| 20 | 1-18 | August 4, 2004 | Letter from AoA to Navy, |
| 21 | 1-19 | August 10, 2004 | Letter to AoA from Navy |
| 22 | 1-20 | August 26, 2004 | Contracting Officer's Determination to Issue a Termination for Default (TFD) |
| 23 | 1-21 | August 26, 2004 | TFD |
| 24 | 1-22 | September 10, 2004 | Letter to Navy from AoA's counsel |
| 25 | 1-23 | September 17, 2004 | Letter to AoA from Navy |
| 26 | 1-24 | October 28, 2004 | Letter to AoA from Navy |
| 27 | 1-25 | February 28, 2005 | Letter to AoA from Navy |
| 28 | 1-26 | February 9, 2004<br>January 21,2004<br>December 23, 2003 | Amendment 2 to Source Selection Plan (SSP)<br>Amendment 01 to SSP |
| 29 | 1-7 | May 21, 2004 | SSEB Minutes and Final Recommendation for Contract Award |
| 30 | 1-7 | May 21, 2004 | SSEB Minutes and Final Recommendation for Contract Award |
| 31 | 1-27 | July 21, 2004 | Email from P. Fitzgerald to J. Woehrer |
| 32 | 1-28 | July 30, 2004 | Email from M. Williams to P. Fitzgerald re hand-loading and J. Winchester response |
| 33 | 1-29 | August 10, 2004 | Email from P. Fitzgerald to J. Woehrer |
| 34 | 1-30 | July 28, 2004 | Email from J. Gallagher to L. Johnston |
| 35 | 1-31 | September 14, 1987 | Military Specification MIL-A-46099C: Armor Plate, Steel, Roll-Bonded, Dual Hardness (partial) |

| | | | |
|---|---|---|---|
| 36 | No Exhibit | | Mascianica FS (1981). "Ballistic Technology of Lightweight Armor – 1981," AMMRC TR 81-20, Army Materials and Mechanics Research Center, Watertown, MA, May (this reference is not included as an attachment since the document is classified). |
| 37 | 1-32 | July 14, 2004 | RFA tracking table |
| 38 | 1-33 | December 1, 2004 | Complaint |
| 39 | 1-34 | July 9, 1968 | Wilkins ML (1968). "Third Progress Report of Light Armor Program," UCRL-50460, Lawrence Livermore National Laboratory, Livermore, CA, July |
| 40 | 1-35 | - | Wilkins ML (1969). "Fourth Progress Report of Light Armor Program," UCRL-50694, Lawrence Livermore National Laboratory, Livermore, CA |
| 41 | No Exhibit | | Palika R (2007). CERCOM/BAE Systems, personal communication; also demonstrated by ballistic tests at Southwest Research Institute. |
| 42 | 1-36 | August 11, 1976 | Wilkins ML (1976). "Second Progress Report of Light Armor Program," UCRL-50349, Rev. 1, Lawrence Livermore National Laboratory, Livermore, CAt |
| 43 | 1-37 | July 2004 | AoA data sheets |
| 44 | 1-38 | August 20, 2004<br>September 3, 2004 | HP White report<br>HP White report |
| 45 | 1-39 | July 27, 2004 | Emails from M. Mattea to J. Winchester |
| 46 | 1-40 | September 13, 2004 | Emails between P. Fitzgerald and J. Woehrer |
| 47 | 1-41 | | Ceramic data sheets from various vendors |
| 48 | 1-42 | December 23, 2004 | HP White data sheets |
| 49 | 1-43 | September 24, 2004<br>October 5, 2004<br>October 15, 2004 | HP White data sheets<br>HP White data sheets<br>HP White data sheets |

Respectfully submitted,

JEFFREY R. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

Dated: January 20, 2008