IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Judge Marian Blank Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S POSITION REGARDING
DR. ANDERSON'S USE OF DATA FROM A CLASSIFIED REPORT

Pursuant to this Court's request, defendant, the United States, respectfully sets forth its position regarding the use by Dr. Charles Anderson of data taken from a report titled Mascianica FS (1981), "Ballistic Technology of Lightweight Armor – 1981," AMMRC TR 81-20, Army Materials and Mechanics Research Center, Watertown, MA. As Dr. Anderson testified at trial on January 18, 2004, and as he explains in more detail in the attached memorandum, the use of the data from the classified report is permissible because the data points do not identify the critical parameters of the materials used to generate the data points. The attached memorandum, authored by Dr. Anderson, has been reviewed by Paul Fitzgerald, the H-46 Deputy Assistant Program Manager for Systems and Engineering with Naval Air Systems Command, and the Government's designated technical representative for the purposes of this trial. Mr. Fitzgerald has indicated that he concurs with the analysis and conclusion reached by Dr. Anderson.

Respectfully submitted,

JEFFREY R. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

Dated: January 22, 2008