**Security Classification Guide (SCG): Armor Materials and Technology**
dated 10 April 2002

Issued by: U. S. Army Research Laboratory
Armor Mechanics Branch
Terminal Effects Division
Weapons and Materials Research Directorate
Aberdeen Proving Ground, MD 21005-5066

Paragraph 10 states:

Generally, the following minimum information components are identified:

(1) Armor material identification including (as a minimum) composition, geometric arrangement of components weight per unit area, and thicknesses.
(2) Projectile identification including (as a minimum) size (caliber) or weight, type, material, description or shape.
(3) Ballistic test data involving projectile striking and/or residual velocities, penetration data, or data calculated or derived from test data such as ballistic limits and critical velocities.
(4) All three data components above are generally necessary to completely describe the performance of an armor materials system. All presentations, documents, or items which combine each of these three components simultaneously or in a unified format are subject to this SCG.

Further, to be subject to the above requirements, the armor must meet a minimum ballistic performance. Paragraph 14a(2) states:

Threat: Full=bore, steel and lead core (ball and armor piercing) rounds equal to or less than 7.62mm in caliber.

| | |
|---|---|
| $E_m$ is less than 3.0 | UNCLASSIFIED |
| $E_m$ greater than or equal to 3.0 but less than 5.0 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 5.0 | SECRET |

$E_m$ is the mass efficiency, i.e.

$E_m$ = (areal density of steel RHA armor)/(areal density of tested armor)

Note: By definition, the mass efficiency of steel armor is 1.0.

The information presented in the expert report identifies the threat (APM2), $V_{50}$'s, and materials. Some of the armor solutions have $E_m$'s greater than 3.0 (but all less than 5.0). However, the expert report does not provide the geometric arrangement of the components (thicknesses or weight per unit area of the components). All three data components are necessary for the data to be classified.