IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Judge Marian Blank Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 1 | April 25, 2007 | Expert Report of Charles Anderson, Ph.D. (with color charts) |
| 1-1 | - | Section C, Background, Contract |
| 1-2 | November 6, 2003 | Small Business Coordination Record |
| 1-3 | October 30, 2003 | Pre-Post Summary Page, Sources Sought Synopsis |
| 1-4 | December 24, 2003 | Contracting Officer's Memorandum for File |
| 1-5 | January 22, 2004 | Amendment to RFP |
| 1-6 | February 4, 2004 | Amendment to RFP |
| 1-7 | May 21, 2004 | SSEB Minutes and Final Recommendation for Contract Award |
| 1-8 | May 6, 2004 | AoA's Revised Technical Proposal, |
| 1-9 | May 24, 2004 | Source Selection Authority's Award Determination |
| 1-10 | June 10, 2004 | Contract Award |
| 1-11 | June 8, 2004 | Section F of Contract |
| 1-12 | July 14, 2004 | Navy’s PDR vu-graphs |
| 1-13 | July 14, 2004 | AoA ‘s PDR vu-graphs |
| 1-14 | July 14, 2007 | AoA’s PDR minutes, including action items tracking table |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 1-15 | July 22, 2004 | Letter to AoA from Navy |
| 1-16 | July 29, 2004 | Letter to AoA from Navy |
| 1-17 | July 30, 2004 | Letter to AoA from Navy |
| 1-18 | August 4, 2004 | Letter from AoA to Navy, |
| 1-19 | August 10, 2004 | Letter to AoA from Navy |
| 1-20 | August 26, 2004 | Contracting Officer's Determination to Issue a Termination for Default (TFD) |
| 1-21 | August 26, 2004 | TFD |
| 1-22 | September 10, 2004 | Letter to Navy from AoA's counsel |
| 1-23 | September 17, 2004 | Letter to AoA from Navy |
| 1-24 | October 28, 2004 | Letter to AoA from Navy |
| 1-25 | February 28, 2005 | Letter to AoA from Navy |
| 1-26 | February 9, 2004<br>January 21,2004<br>December 23, 2003 | Amendment 2 to Source Selection Plan (SSP)<br>Amendment 01 to SSP |
| 1-27 | July 21, 2004 | Email from P. Fitzgerald to J. Woehrer |
| 1-28 | July 30, 2004 | Email from M. Williams to P. Fitzgerald re hand-loading and J. Winchester response |
| 1-29 | August 10, 2004 | Email from P. Fitzgerald to J. Woehrer |
| 1-30 | July 28, 2004 | Email from J. Gallagher to L. Johnston |
| 1-31 | September 14, 1987 | Military Specification MIL-A-46099C: Armor Plate, Steel, Roll-Bonded, Dual Hardness (partial) |
| 1-32 | July 14, 2004 | RFA tracking table |
| 1-33 | December 1, 2004 | Complaint |
| 1-34 | July 9, 1968 | Wilkins ML (1968). "Third Progress Report of Light Armor Program," UCRL-50460, Lawrence Livermore National Laboratory, Livermore, CA, July |
| 1-35 | - | Wilkins ML (1969). "Fourth Progress Report of Light Armor Program," UCRL-50694, Lawrence Livermore National Laboratory, Livermore, CA |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 1-36 | August 11, 1976 | Wilkins ML (1976). "Second Progress Report of Light Armor Program," UCRL-50349, Rev. 1, Lawrence Livermore National Laboratory, Livermore, CAt |
| 1-37 | July 2004 | AoA data sheets |
| 1-38 | August 20, 2004<br>September 3, 2004 | HP White report<br>HP White report |
| 1-39 | July 27, 2004 | Emails from M. Mattea to J. Winchester |
| 1-40 | September 13, 2004 | Emails between P. Fitzgerald and J. Woehrer |
| 1-41 | | Ceramic data sheets from various vendors |
| 1-42 | December 23, 2004 | HP White data sheets |
| 1-43 | September 24, 2004<br>October 5, 2004<br>October 15, 2004 | HP White data sheets<br>HP White data sheets<br>HP White data sheets |
| 2 | October 6, 2003 | Navy letter to AoA providing advance notification of a request for proposals (RFP) for lightweight armor for the CH-46 helicopter |
| 3 | October 9, 2003 | Pre-RFP notice published in Federal Business Opportunities (FBO) |
| 4 | October 9, 2003 | Procurement initiation document |
| 5 | October 30, 2003 | Notice in FBO of modification to October 9, 2003 pre-RFP notice |
| 6 | November 12, 2003 | Pre-RFP notice in FBO designating the RFP as a small business set aside |
| 7 | December 23, 2003 | RFP |
| 8 | December 23, 2003 | Source Selection Plan (SSP) |
| 9 | December 29, 2003 | Notice in FBO of modification to November 12, 2003 pre-RFP notice |
| 10 | January 21, 2004 | Amendment 1 to the SSP |
| 11 | January 22, 2004 | Amendment 1 to the RFP signed by J. Nehmens, AoA General Manager, on February 5, 2004 |
| 12 | January 22, 2004 | Notice in FBO of modification to November 12, 2003 pre-RFP notice |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 13 | January 26, 2004 | Notice in FBO of modification to November 12, 2003 pre-RFP notice |
| 14 | February 4, 2004 | Notice in FBO of modification to November 12, 2003 pre-RFP notice |
| 15 | February 5, 2004 | Amendment 1 to the RFP |
| 16 | February 5, 2004 | Amendment to the RFP, providing answers and photographs |
| 17 | February 12, 2004 | Amendment 0004 to the RFP, re change in quantities |
| 18 | February 24, 2004 | TEB summary of evaluation |
| 19 | March 2, 2004 | Amendment 0002 to the RFP, re change in site visit |
| 20 | March 23, 2004 | TEB Technical Evaluation Summary Reports |
| 21 | March 25, 2004 | TEB Technical Evaluation Summary Reports |
| 22 | March 26, 2004 | SSEB Minutes and Recommendation |
| 23 | March 29, 2004 | SSA Determination to Establish a Competitive Range |
| 24 | April 1, 2004 | Letter to AoA from J. Woehrer with list of discussion questions |
| 25 | February 5, 2004 | AoA Proposal, General Information, Volume I |
| 26 | February 5, 2004 | AoA Proposal, Technical, Volume II |
| 27 | April 12, 2004 | AoA Proposal, Technical, Volume IIA |
| 28 | February 5, 2004 | AoA Proposal, Past Performance, Volume III |
| 29 | February 5, 2004 | AoA Proposal, Price, Volume IV |
| 30 | April 12, 2004 | AoA Proposal, Price, Volume IVA |
| 31 | April 30, 2004 | Letter to AoA from J. Woehrer, no further discussions; final offer due on May 6, 2004 |
| 32 | May 6, 2004 | Letter from AoA to J. Woehrer, stating no changes to technical proposal; REV B PRICE VOLUME IV attached |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 33 | May 21, 2004 | TEB Summary Report to SSA |
| 34 | - | J. Gallagher's Individual Rating Form for AoA |
| 35 | - | Summary Technical Evaluation Report for AoA |
| 36 | February 2004 | Technical Evaluation Report Summary for AoA |
| 37 | May 2004 | Technical Evaluation Supplemental Report for AoA |
| 38 | - | Handwritten notes re evaluation of AoA's proposal |
| 39 | May 25, 2004 | H. P. White Laboratory report to AoA re testing of two armor samples received on May 25, 2004 |
| 40 | May 25, 2004 | Information from Central Contractor Registration re AoA |
| 41 | June 2, 2004 | Business Clearance Memorandum |
| 42 | June 3, 2004 | Emails re technical features offered by AoA that exceeded RFP requirements |
| 43 | June 4, 2004 | Emails re technical features offered by AoA that exceeded RFP requirements |
| 44 | June 7-8, 2004 | Emails re technical features offered by AoA that exceeded RFP requirements to be included in contract |
| 45 | June 8, 2004 | Email transmitting the contract to AoA for review |
| 46 | June 9, 2004 | Letter from AoA to Navy with proposed revisions to contract with Navy's comments |
| 47 | June 10, 2004 | AoA's Contract |
| 48 | June 15, 2004 | H. P. White Laboratory test report |
| 49 | June 22, 2004 | Schedule |
| 50 | July 7, 2004 | Email from M. Williams noting he is AoA's Program Manager for Military Operations / Sales |
| 51 | July 8, 2004 | Email from P. Fitzgerald |
| 52 | July 14, 2004 | List of PDR Attendees |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 53 | July 14, 2004 | PDR Action Item Form |
| 54 | July 15, 2004 | AROTECH Corporation press release noting its acquisition of AoA for $22 million |
| 55 | July 19, 2004 | Email from M. Williams providing status report |
| 56 | July 19, 2004 | Email from M. Williams re program status |
| 57 | July 20, 2004 | Email from J. Sanderson re AoA tests not performed in accordance with MIL-STD-810F |
| 58 | July 21, 2004 | Email from J. Matheny to L. Johnston with updated version of the SOW |
| 59 | July 21, 2004 | Email J. Winchester re meeting on July 20, 2004 |
| 60 | July 22, 2004 | Letter from J. Woehrer to AoA re Navy's concern about AoA's failure to meet contractual requirements |
| 61 | July 22, 2004 | Email from J. Woehrer to AoA re program status |
| 62 | July 22, 2004 | Email from P. Fitzgerald to J. Woehrer re aerial density of the armor |
| 63 | July 23, 2004 | Email from P. Fitzgerald to J. Woehrer re possibility of buying armor elsewhere |
| 64 | July 23-26, 2004 | Email chain between C. Tisone, J. Woehrer, and R. Morris re concerns about AoA's ability to meet contract requirements |
| 65 | July 26, 2004 | Email from J. Woehrer with proposed letter to AoA re program status |
| 66 | July 26, 2004 | Email from M. Bauman requesting that ballistics test data be verified by class desk engineering |
| 67 | July 27, 2004 | Email forwarded from L. Johnston to D. Bugbee re test data for armor |
| 68 | July 28, 2004 | Email forwarded from J. Gallagher to P. Fitzgerald re AoA test data |
| 69 | July 28, 2004 | Email from P. Fitzgerald to AoA re maximum weight for the armor and requesting tests be performed at the velocity required |
| 70 | July 28, 2004 | Letter from AoA re ballistic testing on July 27, 2004 |
| 71 | July 29, 2004 | Email from P. Fitzgerald re the updated RFA tracking |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 72 | July 30, 2004 | Letter from C. Tisone to AoA s re AoA's failure to demonstrate the armor meets the basic requirements of the contract |
| 73 | August 6, 2004 | Letter from AoA to HP White re ballistic testing |
| 74 | August 6, 2004 | Letter from AoA to J. Woehrer confirming terms and conditions of the Navy's Cure Notice |
| 75 | August 9, 2004 | Email from J. Plessinger to P. Fitzgerald re AoA need to understand that the specification of 2900 ft./sec. takes precedence over the Military Specs |
| 76 | August 10, 2004 | Email forwarded from J. Winchester to V. Taitingfong re the Navy's response to AoA letter of August 4, 2004 |
| 77 | August 10, 2004 | Email from J. Plessinger to P. Fitzgerald re the AoA test plan |
| 78 | August 10, 2004 | HP White test results for two armor samples received on August 9, 2004 |
| 79 | August 10, 2004 | Email from J. Woehrer to AoA re the test plan's failure to meet contract requirements and the intent of MIL-STD-662F |
| 80 | August 10, 2004 | AoA's Ballistics Qualification Test Plan |
| 81 | August 10, 2004 | Email from R. Morris to J. Woehrer re restarting source selection process if AoA cannot provide proof that its armor meets the contract specifications by August 25, 2004, |
| 82 | August 12, 2004 | Email from M. Williams to J. Woehrer with HP White test report |
| 83 | August 12, 2004 | Email from J. Woehrer to P. Fitzgerald re the AoA test plan |
| 84 | August 16, 2004 | Email from J. Woehrer to AoA re the Qualification Test Plan being late |
| 85 | August 16, 2004 | Email from J. Winchester re the status of AoA |
| 86 | August 18, 2004 | HP White test results for of three armor samples received on August 16, 2004 |
| 87 | August 19, 2004 | Email from M. Williams with the HP White test results and AoA's QTP for review |
| 88 | August 20, 2004 | Email from M. Williams re the preliminary test results from HP White |
| 89 | August 20, 2004 | Email from M. Williams to L. Johnston re the preliminary test results from HP White; with handwritten notes |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 90 | August 23, 2004 | HP White test results for one armor sample received on August 20, 2004 |
| 91 | August 25, 2004 | Email from B. Cwalina re the termination for default (TFD) of AoA's contract |
| 92 | August 25, 2004 | Email from G. Ressing concurring with the termination of AoA's contract |
| 93 | August 30, 2004<br>September 2, 2004 | Email chain between M. Williams and J. Woehrer re the TFD |
| 94 | September 10, 2004 | Letter from AoA's counsel to J. Woehrer re the TFD |
| 95 | September 13, 2004 | Email from P. Fitzgerald to J. Woehrer re the AoA response to the TFD |
| 96 | September 13, 2004 | Fax from J. Woehrer to P. Fitzgerald containing HP White test results |
| 97 | September 28, 2004 | Amendment of RFP/Modification of Contract issued to AoA |
| 98 | October 6, 2004 | HP White test results for sample received on October 1, 2004 |
| 99 | October 7, 2004 | Email from J. Woehrer to Arki Arad, President of AoA |
| 100 | October 15, 2004 | HP White test results for sample received on October 14, 2004 |
| 101 | November 9, 2004 | HP White test results for sample received October 26, 2004 |
| 102 | November 15, 2004 | Email from J. Woehrer to A. Arad re response to November 9, 2004 letter |
| 103 | November 15, 2004 | Letter from J. Woehrer to A. Arad responding to November 9, 2004 |
| 104 | November 17, 2004 | Email from J. Woehrer to C. Tisone re meeting with A. Arad |
| 105 | December 3, 2004 | Letter from AoA's counsel to the Office of General Counsel re the Bid Protest |
| 106 | December 3, 2004 | Contracting Officer's Determination to Continue Performance |
| 107 | December 9, 2004 | Letter from J. Woehrer to A. Arad/J. Nehmans re bid protest |
| 108 | January 4, 2005 | Email from P. Butler to C. Tisone re CPARS for AoA attached to the email |
| 109 | February 14, 2005 | Arotech Corporation press release re new orders to deliver ballistic vests and armor kits |
| 110 | February 28, 2005 | Letter from J. Woehrer to AoA re re-procurement costs of $2,099,438 |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 111 | March 1, 2005 | Email forwarded from J. Woehrer to C. Tisone re the CPARS |
| 112 | April 4, 2005 | Email forward from J. Woehrer to C. Tisone re AoA's response to CPARS |
| 113 | December 12, 2005 | AoA's certified claim |
| 114 | August 7, 2006 | Defendant's counsel's letter to AoA's counsel re Request for Production of Documents |
| 116 | September 1, 2006 | AoA's counsel responses to defendant's counsel letter re Request for Production of Documents |
| 116 | September 27, 2006 | AoA's responses to defendant's First Set of Interrogatories |
| 117 | December 1, 2006 | AoA's responses to defendant's First Request for Admissions |
| 118 | December 1, 2006 | Plaintiff's Responses to Defendant's Second Request for Admissions |
| 119 | December 5, 2006 | Amended Complaint |
| 120 | December 7, 2006 | AoA's responses to defendant's Second Set of Interrogatories |
| 121 | March 6, 2007 | AoA's responses to defendant's Second Request for Production of Documents |
| 122 | November 5, 2004 | ArmorWorks Contract |
| 123 | September 13, 2004 | Email from J. Woehrer to L. Johnston re AoA's response to TFD |
| 124 | September 13, 2004 | Emails re AoA response to TFD: a. P. Fitzgerald to J. Woehrer; b. J. Woehrer to P. Fitzgerald; c. P. Fitzgerald to J. Woehrer |
| 125 | September 16, 2004 | Emails re response to AoA TFD appeal letter: a. G. Ressing to J. Woehrer; b. J. Woehrer to C. Tisone |
| 126 | October 7, 2004 | Emails re draft PCO Determination to TFD AoA: a. G. Ressing to J. Woehrer; b. J. Woehrer to J. Woehrer; c. J. Woehrer to C. Tisone |
| 127 | June 23, 1989 | Military Specification MIL-PRF-46103E: Armor: Lightweight, Composite |
| 128 | December 18, 19997 | MIL-STD-662F, Department of Defense, Test Method Standard V50 Ballistic Test for Armor |
| 129 | September 14, 1987 | Military Specification MIL-A-46099C: Armor Plate, Steel, Roll-Bonded, Dual Hardness |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 130 | January 2008 | Tutorial on Ballistics prepared by Dr. Charles Anderson |
| 131 | January 2008 | Re-procurement Costs: Spreadsheet |
| 132 | September15, 2004 | Email from G. Ressing to Janice Woehrer |
| 133 | April 12, 2005 | Email from J. Plessinger to P. Butler |
| 134 | | Resume of Dr. Anderson |

Respectfully submitted,

JEFFREY R. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

Dated: January 23, 2008

CYNTHIA MALYSZEK, ESQ.
Malyszek & Malyszek
10100 Santa Monica Blvd.
Los Angeles, CA 90067
310-772-2266

Attorneys for Plaintiff

Dated: January , 2008