# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**ARMOUR OF AMERICA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-1731C**
**Filed: January 23, 2008**

## O R D E R

As discussed with the parties, the court **SCHEDULES** a status conference for **Friday, February 1, 2008, 2:30 p.m. EST**. The parties shall appear by telephone for the conference (on land lines). Unless otherwise notified, plaintiff's counsel will be contacted at (310) 772-2266, and defendant's counsel will be contacted at (202) 307-0252. If counsel wish other individuals to attend the conference, their names and telephone numbers shall be provided to chambers, at (202) 357-6580, on or before **Wednesday, January 30, 2008**. Plaintiff will be prepared to discuss when and where Mr. Schreiber's testimony should be taken.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**