IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1731C<br>(Judge Marian Blank Horn) |

DECLARATION OF DR. CHARLES E. ANDERSON
REGARDING REFERENCE 41 IN HIS EXPERT REPORT

1. My name is Charles E. Anderson, Jr.

2. The expert report that I prepared in connection with this case is Joint Exhibit 1.

3. On page 0017 -0018 of my report, I stated as follows: "The silicon carbide (SiC) results reported in [36] are not representative of ballistic performance of current hot-pressed SiC armor materials. In general, for the APM2 threat, a hot-pressed SiC armor configuration slightly thinner than that of $B_4C$ will provide the same ballistic performance, but at an attendant increase in areal density because of the differences in the densities of the two materials. Specifically, with the appropriate substrate material, 0.275 inches of hot-pressed SiC will perform the same as 0.30 inches of $B_4C$ against the 7.62 APM2, but with an increase in 0.68 lbs/ft2 [41]."

4. Reference 41, that appears on page 0029 of my expert report provides as follows: "Palika R (2007). CERCOM/BAE Systems, personal communication; also demonstrated by ballistic tests at Southwest Research Institute."

5. Dr. Richard Palika is President of CERCOM, Inc., a company owned by BAE Systems, that manufactures hot-pressed boron carbide and hot-pressed silicon carbide, and that is expert in the production of ceramic armor materials.

6. Dr. Palika provided information to me concerning the comparison of the thickness of two different ceramic armors, that is, silicon carbide (SiC ) and boron carbide ($B_4C$), to the same threat (0.30-caliber APM2). He stated that 0.275 inches of hot-pressed SiC will perform the same as 0.30 inches of $B_4C$ against the 7.62 APM2, but with an increase in areal density of 0.68 lbs/ft2.

7. Although not very common, it is acceptable—and professionally the correct thing to do—to acknowledge an individual for a specific item of information.

8. Footnote 41 also states that I demonstrated by ballistic tests at Southwest Research Institute the accuracy of Dr. Palika's in observations. I did this by shooting the APM2 round at silicon carbide (SiC ) and boron carbide ($B_4C$) targets.

9. The information referred to in reference 41 of my expert report is relevant solely to whether the Navy's ballistic performance specification could be met with existing armor technology.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2008.

Charles E. Anderson, Jr.

Charles E. Anderson, Jr.