IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARMOUR OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1731C |
| v. | ) | (Judge Marian Blank Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S AMENDED NOTICE REGARDING
DR. ANDERSON'S USE OF DATA FROM A CLASSIFIED REPORT

Pursuant to this Court's request, defendant, the United States, respectfully provides a letter dated January 28, 2008, from Matthew S. Burkins, Acting Chief, Armor Mechanics Branch, Department of the Army, U.S. Army Research, Development and Engineering Command, Army Research Laboratory, Aberdeen Proving Ground, Maryland, and a copy of the Security Classification Guide for Armor Materials and Technology, dated April 10, 2002, which was provided by Mr. Burkins. In his letter, Mr. Burkins states that the expert report of Dr. Charles Anderson (Joint Exhibit 1) contains no classified information.

Respectfully submitted,

JEFFREY R. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch

Civil Division, Department of Justice
1100 L Street NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

Dated: January 28, 2008