DEPARTMENT OF THE ARMY
US ARMY RESEARCH, DEVELOPMENT AND ENGINEERING COMMAND
ARMY RESEARCH LABORATORY
ABERDEEN PROVING GROUND MD 21005-5066

REPLY TO
ATTENTION OF

January 28, 2008

Armor Mechanics Branch

Ms. Leslie Cayer Ohta
Commercial Litigation Branch
Civil Division, Department of Justice
1100L Street NW
Washington, D.C. 20530

Dear Ms. Ohta,

This memorandum provides the U.S. Army Research Laboratory (ARL) response to your January 24, 2008 request for classification determination on the document "Defendants Position Regarding Dr. Anderson's Use of Data from a Classified Report". The following references are utilized in this determination:

a. Expert Report, "Analysis of the Ballistic Performance and Technical Approach by Armour of America for LWARS", Charles E. Anderson, Jr., PHD, April 2007.

b. Mascianica FS, "Ballistic Technology of Lightweight Armor – 1981", AMMRC TR 81-20, Army Materials and Mechanics Research Center, Watertown, MA.

c. Security Classification Guide for Armor Materials and Technology, dated 10 April 2002, U.S. Army Research Laboratory.

ARL was specifically asked to review 16-17 and Figure 12 of the Expert Report, to determine if classified information was released in the Expert Report. The data of interest was extracted from a technical report by Mascianica, a well-known and referenced document in many ballistics-related technical reports. The relevant document that determines classification for terminal ballistic performance is the Security Classification Guide (SCG) for Armor Materials and Technology (Attached), issued under the authorities of DoD 5200 1-R, "Information Security Program Regulation" and Army Regulation AR-380-5. The intent of this SCG is to protect the U.S. technological base, but not necessarily classify ballistic performance or technologies openly available or of low performance. The action officer for security classification determination under the purview of this SCG is Mr. William Gooch of the Armor Mechanics Branch, Weapons and Materials Research Directorate of ARL. The Mascianica document was last published in 1981 and much of the data was generated between 1945 and 1981; this 947 page document, in totality, is still classified "Confidential", but much of the data has been declassified. Based on the criteria in the SCG, however, some of the later published

data are still classified if all data parameters are provided. Certain minimum criteria are required to be present to determine and classify information and these are defined in paragraph 10a of the SCG; additionally, when the data is adequate for a security determination, the performance is then compared to a set of guidelines contained in paragraph 14 of the SCG. The intent of this memorandum is to first determine if the source data is still classified and if so, is the data in Figure 12 of the Experts report classified.

Figure 12 contains five data points that are referenced to the Mascianica document. ARL has reviewed the source document and evaluated the specific data used in this Figure; the data was generated as early as 1971. The data points are extrapolated as the source data is defined primarily near the lower muzzle velocity of the original 0.30-cal APM2 projectile. Of the five data points, three are not classified by the SCG and two are classified within the context of the source document. However, the SCG then requires the armor to be fully described, to include the specific composition, geometric arrangement, of components, the areal weight and finally, the thicknesses. The data in Figure 12 only defines the areal weight, but no specific design details or material thicknesses are provided.

Based on this analysis, ARL has determined that no classified data is contained in the Expert Report, "Analysis of the Ballistic Performance and Technical Approach by Armour of America for LWARS". Furthermore, the SCG is currently under revision and it is expected that the classification criteria in Paragraph 14 will be revised and the remaining classified data contained in Mascianica will be regraded Unclassified, specifically the 37 year old data in the source document of interest here.

If any further information or clarifications are required, please contact Mr. William A. Gooch, 410 278-6080.

/s/

MATTHEW S. BURKINS
Acting Chief, Armor Mechanics Branch

Enclosures