





# Security Classification Guide

for

# Armor Materials and Technology

10 April 2002









DISTRIBUTION AUTHORIZED TO U.S. GOVERNMENT AGENCIES AND THEIR CONTRACTORS
(CRITICAL TECHNOLOGY, 10 APRIL 2002)
OTHER REQUESTS FOR THIS DOCUMENT SHALL BE REFERRED TO THE ISSUING ACTIVITY

U.S. ARMY RESEARCH LABORATORY

# SECURITY CLASSIFICATION GUIDE: ARMOR MATERIALS AND TECHNOLOGY

| | |
|---|---|
| ISSUED BY: | U.S. Army Research Laboratory<br>Armor Mechanics Branch<br>Terminal Effects Division<br>Weapons and Materials Research Directorate<br>Aberdeen Proving Ground, MD 21005-5066 |
| APPROVED BY: | Director<br>U.S. Army Research Laboratory<br>2800 Powder Mill Road<br>Adelphi, MD 20783-1145 |
| ACTION OFFICER: | Mr. William Gooch<br><br>Correspondence Address:<br><br>Director<br>U.S. Army Research Laboratory<br>Weapons & Materials Research Directorate<br>ATTN: AMSRL-WM-TA (W. Gooch)<br>Aberdeen Proving Ground, MD 21005-5066<br><br>Phone: (410) 278-6080; DSN: 298-6080<br>Fax: (410) 278-8739; DSN 298-8739<br>Email: gooch@arl.army.mil |
| DISTRIBUTION: | Distribution Authorized to U.S. Government Agencies and their Contractors (Critical Technology) 21 May 2001. Other requests for this document should be referred to the Office of Primary Responsibility. |
| SUPERSESSIONS: | This security classification guide supercedes the Security Classification Guide for Armor Materials, 30 July 1993 |

# CONTENTS


| | PAGE |
|---|---|
| SECTION 1. General Instructions | 3 |
| 1. Purpose | 3 |
| 2. Authority | 6 |
| 3. Office of Primary Responsibility | 7 |
| 4. Classification Recommendations | 7 |
| 5. Application, Reproduction, and Dissemination | 7 |
| 6. Release of Information | 7 |
| 7. Classification by Compilation | 9 |
| 8. Distribution Statements | 9 |
| 9. Foreign Military Sales | 9 |
| 10. Definitions and Terms | 10 |
| SECTION 2. Overall Effort | 13 |
| 11. Identification | 13 |
| 12. Goal, Mission, and Purpose | 13 |
| 13. End Items | 13 |
| SECTION 3. Performance Capabilities | 13 |
| 14. Ballistic Performance Data | 14 |
| SECTION 4. Specifications | 17 |
| 15. Production Characteristics | 17 |
| 16. Details of Specifications | 17 |
| SECTION 5. Vulnerabilities and Weaknesses | 17 |
| SECTION 6. Administrative Data | 18 |
| SECTION 7. Comments, Questions or Modifications to the SCG | 18 |

**SECTION 1**
**General Instructions**

1. **Purpose**

a. This Security Classification Guide (SCG) establishes procedures for determining and applying appropriate security classification to the terminal ballistic performance data of armor materials and technologies of actual and notional armor designs. The intent of this guide is to protect the U.S. technological base and the specifics of an armor design that represent significant advances in protection over the current state of the art, but not necessarily classify the ballistic performance or technologies available openly in the literature or from other sources. While the classification guidelines of this SCG are based on tested ballistic performance, protection of potential or notional designs should be afforded a security classification based on the projected performance guidelines, until the actual classification can be established. The term armor materials includes those armor materials systems that may employ one or more materials, mechanisms or armor technologies within a given armor target. The intent of this SCG is to protect emerging materials technology of national importance and potential, but not overly classify performance data on materials and technology that are available worldwide on an unclassified basis or have low ballistic performance. The projectile or munition threats covered under this SCG include all ball and armor-piercing (AP) ammunition of both United States and foreign origins used in military weapons, all artillery fragments or fragment simulating projectiles (FSP), flechettes fired from any military weapon, all shaped charges (SC), all explosively formed projectiles (EFP) and all non-blast mines. This SCG specifically exempts ammunition for handguns, pistols, shotguns and, in general, non-military type threats. This SCG does not apply to armors, materials or defeat mechanisms covered by separate security classification guides: ballistic performance and design of Energetic/Reactive Armor (RA) technologies[1], ballistic performance and design of Non-Energetic Reactive Armor (NERA) technologies[2], ballistic performance and design of Active or Semi-active Armor technologies[3], or any armor or vehicle program that is controlled by a system specific SCG. Radiological armor technology is also not covered by this security classification guide.

---

[1]Security Classification Guide for Reactive/Energetic Armor Technology, 20 April 1992, with amendment dated 4 October 1994, Issued by Chief, Reactive and Composite Laminate Armor Section, Terminal Effects Division, U.S. Army Research Laboratory, Aberdeen Proving Grounds, MD 21005-5066.

[2]Security Classification Guide for Non-Energetic Reactive Armor Technology, 16 December 1993, Issued by Chief, Reactive and Composite Laminate Armor Section, Terminal Effects Division, U.S. Army Research Laboratory, Aberdeen Proving Grounds, MD 21005-5066.

[3]Security Classification Guide for Army Ground Vehicle Active Protection System Technology, 26 January 2001, Issued by U.S. Army Tank-Automotive Research, Development and Engineering Center, ATTN: AMSTA-TR-R, Warren, MI, 48397-5000.

b. This security classification guideline applies to:

(1) Armor materials and armor configurations for defeat of military kinetic energy (KE) ball and armor-piercing projectiles, including scale model configurations of large caliber gun applications.

(2) Armor materials and armor configurations for defeat of artillery fragments or FSP's.

(3) Armor materials and design configurations for defeat of individual flechettes, fired from any military weapon.

(4) Armor materials and design configurations for defeat of SC ammunition.

(5) Armor materials and design configurations for defeat of EFPs.

(6) Materials and design configurations for transparent armors.

(7) Mine protection designs/performance for armor-penetrating non-blast mines.

(8) Armor material performance versus foreign ammunition.

(9) Armor designs that use explosives in the defeat mechanism, but do not induce plate movement or explosive products interactions.

(10) Foreign armor materials and end items not covered by specific classification requirements or directives.

(11) Domestic armor designs and technologies not covered by dedicated classification guides or other specific requirements.

(12) Computations of armor technologies and their ballistic performance by analytical or numerical simulations.

(13) Information derived on armor technologies and their ballistic performance by diagnostic x-ray or photographic/digital capabilities.

c. This SCG also applies to significant advances in the interdependent technologies of armor materials processing and fabricating information and armor materials specification requirements.

d. Generic Armor Technologies covered by this Security Classification Guide:

(1) *Metal Armors*. Plates or stacks of single, homogenous metals tested under the conditions of semi-infinite penetration or finite plate configurations. Examples include rolled homogeneous steel armors, high hard steel armors, ultra-high hard steel armors, aluminum armors or titanium armor.

(2) *Composite or Non-metallic Armors*. Plates or stacks of single, non-metallic materials tested under conditions of semi-infinite or finite plate configurations. Examples include plastic materials such as nylon, polyethylene, plexiglass, or polyurethane; glass-reinforced plastics such as S2 glass or E-glass; fiber-reinforced plastics such Kevlar™, Spectrashield™, Dyneema™ or Zylon™; and glass materials such as float glass, borosilicate glass or pyrex.

(3) *Spaced Armors*. Metallic or non-metallic armors which incorporate an air space and/or obliquity or discontinuous material path effects as part of the defeat mechanism. Examples include spaced stand-off metallic plates such as spaced track sponson armors, hull or turret spaced plates, spaced non-metallic spall liners or spaced non-homogeneous armors such as tipping plate armors (Wrought P900, Cast P900, Perforated Fuselage armor, MARS 300™ Perforated Armor, or TOGA™ Perforated Plate) or spaced embedded discontinuous ceramic armors which incorporate non-metallic shapes such as balls, platelets or disks in a metallic or non-metallic matrix.

(4) *Metal Laminate Armors*. Two or more layers of metallic materials which are mechanically or adhesively bonded together to form an armor system, usually as an applique on a metallic vehicle. Examples include titanium-aluminum armors, high-hard steel-aluminum armors, titanium-steel armors or other combinations.

(5) *Composite Laminate Armors*. Two or more layers of different materials which are mechanically or adhesively bonded/laminated together to form an armor system. Examples include metallic-plastic or metallic-glass reinforced plastics, glass-metallic; or combinations of these materials such as transparent bullet resistance laminated plexiglass/glass.

(6) *Ceramic Composite Armors*. Ceramic materials that are integrated with any other armor material to form an armor system where the primary defeat mechanism is fracture, breakup and capture or dwell/erosion and capture in a rear composite or metallic material. Some ceramic-containing spaced armors or composite laminate armors can also be considered ceramic composite armors. The ceramic materials can be adhesively or mechanically bonded, laminated, metallurgically bonded, potted or encapsulated. Examples include ceramic-metal laminates, ceramic-glass reinforced plastic laminates, encapsulated ceramics in a metallic or non-metallic matrix, functionally gradient ceramic-metal materials, ceramic balls in a cast metal matrix, Momentum Trap Armors™ (passive armors which specifically modify the momentum of a projectile, by changing either the mass or velocity as the main defeat mechanism) or transparent laminated armors such as Sapphire or ALON in combination with plexiglass or other transparent non-metallic materials.

(7) Armors With Explosive Components. Armors that contain explosives as part of the defeat mechanism, but do not move plates or materials across the path of a projectile or utilize the interaction of explosive products and a projectile/warhead. An example of this technology is Dynamic Stiffening Armor that utilizes explosives to induce a compressive stress on a ceramic material.

e. Generic Armor Technologies not covered by this Security Classification Guide:

(1). Explosive Reactive Armor (ERA) - An armor which uses energetic material(s) such as an explosive, propellant, pyrotechnics, or similar material regulated under DoD Hazard Classification 1 as any part of the armor mechanism. The energetic material is typically used as a driver material between plates for the purpose of enhancing plate motion during a ballistic event. Other uses of energetic material in ERA include pill armor.

(2). Non-Explosive Reactive Armor (NXRA) - An armor that uses gas-generating material(s) or other non-explosive systems as any part of the armor mechanism. NXRA does not contain explosive, propellant, pyrotechnics, or similar material regulated by DoD Hazard Classification 1. The energetic system is typically used between plates for the purpose of enhancing plate motion during a ballistic event.

(3). Non-Energetic Reactive Armor (NERA) - An armor that contains completely passive driver material between plates for the purpose of enhancing plate motion during a ballistic event. NERA does not contain explosive, propellant, pyrotechnics, or similar material regulated by DoD hazard classification codes/definitions, any gas-generating material, electromagnetic forces or other energetic systems.

(4) Momentum Transfer Armor (MTA) - An armor in which an effector is launched from off the penetrator trajectory to impact and disrupt the penetrator. An effector is a bar, plate, shape or mass of material that is launched against a projectile from off the projectile's flight axis and the interaction results from the material strengths and the sum of the mass and velocity vectors of the projectile and effector. The energetic source can be an explosive, a propellant, a gas generating material, an explosive driven device, an electromagnetic force, another energetic solution or a material not regulated by a DoD hazard classification code or definition. The application is generally against medium caliber or large caliber threats.

(5). Dynamic Intercept Armor (DIA) – A variation of MTA for very light weight armor solutions for defeat of small arms or machine gun threats for applications such as body armor, transparent armors or light weight vehicles. A low mass effector is launched by an energetic source that imparts a large yaw or breaks up the projectile and the residual projectile is then captured in a backing material. The energetic source can be an explosive, a propellant, an explosive driven device, a gas generating material or an electromagnetic force. The energetic source may or not be a material regulated by a DoD hazard classification code or definition.

(6) Pill Armor - a type of ERA that uses discrete amounts of energetic material placed within a matrix of passive material. The energetic material reacts under certain conditions to defeat the penetrator.

2. **Authority**. This guide is issued under the authority of DoD 5200. 1-R, "Information Security Program Regulation" and Army Regulation AR-380-5.

3. **Office of Primary Responsibility (OPR)**

Director
U.S. Army Research Laboratory
Weapons and Materials Research Directorate
ATTN: AMSRL-WM-TA (W. Gooch)
Aberdeen Proving Ground, MD 21005-5066

Phone: (410) 278-6080; DSN: 298-6080
FAX: (410) 278-8739; DSN 298-8739
Email: gooch@arl.army.mil

4. **Classification Recommendations.** If the security classifications contained in this guide impose requirements that are impractical, or if conditions, changes, or progress attained in the state-of-the-art of armor materials, or any other contributory factors indicate a need for changes in this guide, recommendations should be made through appropriate channels to the Office of Primary Responsibility.

5. **Application, Reproduction, and Dissemination.** Authority is granted to make reproductions and extracts or selections of portions of this guide for application by groups involved in armor materials and armor systems including industrial activities. Copies of separate guides which use this guide as its basis will be sent to the OPR.

6. **Release of Information**

a. Public Release of Official Information:

(1) Any public release of official information which pertains to armor materials or technologies covered and classified by this SCG shall be forwarded for public release approval to the local Public Affairs Office of the originating government organization. This includes proposed releases by other U.S. Government agencies and by prime contractors under provision of DOD 5220.22-M, "National Industrial Security Program Operating Manual (NISPOM)." The term "release" applies to, but is not limited to: articles, speeches, photographs, brochures, advertisements, displays, presentations, etc., on any phase of this program. Government should submit contract-related information to the government contracting activity's public affairs office for release authorization, before releasing it to the public. If the public affairs office is unsure of whether the information can be released into the public domain, then the material should be forwarded to: Director, U.S. Army Research Laboratory, ATTN: AMSRL-CS-IO-SC, Aberdeen Proving Ground, MD 21005-5066, for review by the U.S. Army Research Laboratory (ARL) Public Affairs Officer, IAW ARL Supplement 1 to AR 360-1, dated 15 September 2000.

(2) Contemplated visits of public media representatives shall receive prior coordination in accordance with the procedures outlined in paragraph 6a(1).

(3) Only information that has been approved for public release may be released without

further action. Information developed after initial approval for public release must be submitted for review and further processing as outlined above.

(4) Prime contractors are responsible for ensuring that each of their subcontractors comply with these requirements. Subcontractors must submit any material prepared by them for public release approval though their prime contractor. The latter shall make appropriate comments if concurring in the release, or may reject the proposal without further recourse, if appropriate.

b. Release of Classified Information

(1) Any release of official information that includes information on armor materials or technologies covered and classified by this SCG shall be forwarded to the originator's security office for approval and documentation prior to release. This includes proposed classified releases by other U.S. Government agencies and by prime contractors under provision of DoD 5220.22-M, "National Industrial Security Program Operating Manual (NISPOM)". The term "release" applies, but is not limited to: conferences, symposia, seminars, articles, speeches, photographs, brochures, advertisements, displays, presentations, etc. It is incumbent upon defense contractors or other Government agencies to screen all information submitted by them for release to ensure that it is properly classified before submission. If the local Security Office cannot make a proper determination of the material's classification, then the materials should be forwarded through proper channels to: Director, U. S. Army Research Laboratory, ATTN: AMSRL-CS-IO-SC, Aberdeen Proving Ground, MD 21005-5066. A minimum of 60 working days before the required release date is required for processing the determination.

(2) Prime contractors are responsible for ensuring that each of their subcontractors comply with these requirements. Subcontractors must submit any classified material prepared by them for approval though their prime contractor. The latter shall make appropriate comments if concurring in the release, or may reject the proposal without further recourse, if appropriate.

c. Release of Information to Foreign Governments or their Representatives.

(1) All requests for information (classified or unclassified) must be made via appropriate foreign disclosure channels. Any U.S. Government activity or defense contractor receiving a request directly from a foreign government, or a representative thereof, for information pertaining to this program, shall forward that request to their local Security Office.

(2) If the local Security Office cannot make a proper determination of the material's release, then the materials should be forwarded through proper channels to: Director, U. S. Army Research Laboratory, ATTN: AMSRL-CS-IO-SC, Aberdeen Proving Ground, MD 21005-5066. A minimum of 60 working days before the required release date is required for processing the determination.

d. Release of Unclassified Technical Information to U.S. Citizens Residing in Foreign Countries or Foreign Nationals.

(1) Any U.S. Government activity or defense contractor that receives a request for unclassified technical information from a U.S. citizen (not employed by the U.S. Government or a U.S. defense contractor) and resides in a foreign country, or from a foreign national, shall forward all requests to their Security Office.

(2) If the local Security Office cannot make a proper determination of the material's release, then the materials should be forwarded through proper channels to: Director, U. S. Army Research Laboratory, ATTN: AMSRL-CS-IO-SC, Aberdeen Proving Ground, MD 21005-5066. A minimum of 60 working days before the required release date is required for processing the determination.

7. **Classification by Compilation**. Security classification guides are not all-inclusive in their guidelines. The guidelines address the protection of specific items of information and their respective level of classification. Users of this guide are requested to consider the ramifications of classified compilation when compiling items of unclassified information. For assistance, please refer to AR 380-5, "Army Information Security Program".

8. **Distribution Statements**

a. All technical documents, classified and unclassified, generated by DoD-funded research, development, test and evaluation (RDT&E) programs shall be reviewed by the respective Security Office of the originator and have an appropriate distribution statement and destruction notice affixed prior to dissemination. These provisions apply to engineering drawings, standards, specifications, technical manuals, blueprints, drawings, plans, instructions, computer software and documents.

b. These provisions apply to both government-generated and contractor-generated releases. Export control limitations should also be considered during the distribution review process. DoD Directive 5230.24, "Distribution Statements on Technical Documents," delineates the authorized distribution statements and destruction notices. Further guidance on the application of distribution statements can be obtained from the local Security Office

c. If the local Security Office cannot make a proper determination of the information's distribution statement, then the materials should be forwarded through proper channels to: Director, U. S. Army Research Laboratory, ATTN: AMSRL-CS-IO-SC, Aberdeen Proving Ground, MD 21005-5066. A minimum of 60 working days before the required release date is required for processing the determination.

9. **Foreign Military Sales**. Ballistic performance data or armor technologies included in technical data packages intended for foreign military sales are covered by this SCG. Classified or unclassified data are not authorized for release unless the data has been properly released in accordance with existing foreign disclosure regulations. Armor performance or technology data that has been approved for public release, unlimited distribution may be included and released without further determination.

10. **Definition and Terms**

a. Terminal ballistic performance data are information pertaining to the interactions of a specified projectile impacting a specified armor material or array. These data can be obtained through a number of different testing techniques, all of which have strong and weak points for the analysis of the data. Among the most widely used methodology still is the $V_{50}$ protection limit, but the $V_L$ limit velocity, the depth of penetration and the protection areal density methodologies have found acceptance in the ballistic community; these are defined below. In many full-scale tests, very limited test data exists, based on a penetration or perforation. In all these cases, the performance can still be determined or approximated and this SCG can be used to determine the classification. Generally, the following minimum information components are identified:

(1) Armor material identification including, as a minimum, composition, geometric arrangement of components weight per unit area, and thicknesses.

(2) Projectile identification including (as a minimum) size (caliber) or weight, type, material, description or shape.

(3) Ballistic test data involving projectile striking and/or residual velocities, penetration data, or data calculated or derived from test data such as ballistic limits and critical velocities. Also included in the above is other information from which this performance data can be calculated or inferred (for example, range or distance data for a small-arms projectile can be readily transformed to a striking velocity).

(4) All three data components above are generally necessary to completely describe the performance of an armor materials system. All presentations, documents, or items that combine each of these three components simultaneously or in a unified format are subject to this SCG. However, the intent of this SCG is to protect the U.S. technological base and specific details of an armor design that represent significant advances in protection or the current state of the art, but not necessarily classify the ballistic performance or technologies available openly in the literature or from other sources. While the classification guidelines of this SCG are based on tested ballistic performance, protection of potential or notional designs should be afforded a security classification based on the projected performance guidelines, until an actual classification can be established.

b. The *$V_{50}$ protection ballistic limit (PBL)*[4] is defined as the projectile velocity for which the probability of penetration is 0.50. This is normally estimated by determining the average velocity of one or more partial penetrations and an equal number of complete penetrations.

c. The *limit or critical velocity ($V_L$)* [4] is defined as the striking velocity intercept of a residual velocity curve. The residual velocity curve is generated by firing fragments (or projectiles) at an armor sample at several striking velocities and measuring both the fragment striking velocity and fragment residual velocity after perforation of the armor. The limit velocity is determined by a

[4]U.S. Army Test and Evaluation Command Test Operations Procedures, TOP 2-2-710, Ballistic Tests of Armor Materials, 8 July 1993

curve fitted to the data and extrapolated to zero residual velocity. The critical velocity is considered equal to the $V_{50}$ projection ballistic limit for the classification purposes described in this guideline.

d. The *depth of penetration (DOP) methodology* [5, 6] consists of firing a KE or SC penetrator at a chosen velocity through a single material that is backed by a semi-infinite metallic target. This testing technique is generally applied to evaluating brittle materials, but the DOP technique can be applied to other materials. By varying the thickness and areal density of the material, the ballistic performance of the material can be determined. This is essentially a materials ranking technique that does not represent a real finite armor system.

e. The *protection areal density (PAD) methodology*[7] is best understood by studying the ballistic performance map (PAD map). Testing to the fixed velocity of the threat, the PAD map allows the determination of the proportion of target constituents required to achieve a minimum weight ballistic protection for a multi-component system. This technique was developed at the Jet Propulsion Laboratory (JPL), California Institute of Technology in Pasadena, CA.

f. The *areal density* of a target or armor component is the cross-sectional weight per unit surface area of the target and has units of $kg/m^2$ or $lb/ft^2$. The line of sight areal density can be determined by adding the product of the thickness and density of each element in a target.

g. The *system mass effectiveness factor*[8], $E_m$, was defined and developed to relate the performance of an armor system to a reference armor material, generally RHA steel, as determined at the PBL or $V_L$ velocity condition. The $E_m$ is calculated by relating the areal density of the tested armor design or technology needed to achieve projectile defeat to the areal weight of the reference armor material required to defeat the same threat at the same velocity for KE projectiles or the same charge standoff for shaped charges, and at the same target obliquity for both. For a shaped charge, the standoff of the SC is measured from the warhead to the first element of the target. The $E_m$ used for determining the appropriate security classification of terminal ballistic data on armor materials is calculated from the following equation:

$$E_m = \text{(areal density of reference armor)/(areal density of tested armor)}$$

---

[5] Proceedings of the 5th TACOM Armor Conference,"Alternative Test Methodology for the Ballistic Performance Ranking of Armor Ceramics", Patrick Woolsey, S. Mariano and D. Kokidko, March 1989.

[6] U.S. Army Research Laboratory Technical Report MTL TR 92-28, "Residual Penetration Ballistic Testing of Armor Ceramics", Patrick Woolsey, April 1992

[7] Jet Propulsion Laboratory, California Institute of Technology, Final Report, "The Penetration Mechanics Modeling Task", Marc Adams and James Zwissler, 30 April 1998.

[8] U.S. Army Research Laboratory Technical Report ARBRL-MR-03097, "Armor-Penetrator Performance Measures", Konrad Frank, 1981.

h. The total line-of-sight target mass effectiveness, $E_m$, can also be calculated for single ballistic data points for the condition of a perforating or non-perforating projectile as shown below. For these calculations, the baseline RHA penetration ($P_o$) is corrected by the residual line of sight penetration, $P_r$, into the witness or rear part of the armor. For the condition of perforation of the target, the measured residual line of sight penetration into the RHA witness is considered a positive value and $P_o$ is reduced. If the projectile does not perforate the target, the equivalent RHA line of sight, measured in mm of RHA, is determined as measured from the end of the penetration crater to the rear of the target and is assigned a negative value which is thus additive to $P_r$. Corrections for permanent bulging of the rear of the target should also be corrected. For the limiting condition where $P_r$ is zero, the mass efficiency reduces to the equation of paragraph 10g above.

$$E_M = \frac{\rho_{RHA}(P_o - P_r)}{AD_{TARGET}}$$

where:

$\rho_{RHA}$= density of RHA, (7.85 g/cm$^2$)
$P_o$ = Baseline Penetration of RHA, (mm)
$P_r$ = Residual Line of Sight Penetration, either positive or negative (mm RHA equivalent)
$AD_{TARGET}$ = Line-of-Sight Areal Density of Target (kg/m$^2$)

i. The *system space effectiveness factor*[8], $E_s$, for the limiting condition, is also calculated from a similar comparison of the thicknesses of the test and reference armors required to achieve threat defeat:

$$E_s = \text{(thickness of reference armor)/(thickness of tested armor)}$$

j. The total line-of-sight target space effectiveness, $E_s$, can also be calculated for single ballistic data points for the condition of a perforating or non-perforating projectile as shown below. For these calculations, the baseline RHA penetration ($P_o$) is again corrected by the residual line of sight penetration, $P_r$, into the witness or rear part of the armor. For the condition of perforation of the target, the measured residual line of sight penetration into the RHA witness is considered a positive value and $P_o$ is reduced. If the projectile does not perforate the target, the equivalent RHA line of sight, measured in mm of RHA, is determined as measured from the end of the penetration crater to the rear of the target and is assigned a negative value which is thus additive to $P_o$. Corrections for permanent bulging of the rear of the target should also be corrected. For the limiting condition where $P_r$ is zero, the target space efficiency reduces to the equation of paragraph 10i above.

$$E_s = \frac{(P_o - P_r)}{T}$$

where:

$P_o$ = Baseline Penetration of RHA, (mm)
$P_r$ = Residual Line of Sight Penetration, either positive or negative (mm RHA equivalent)
T = Line-of-Sight Target Thickness (mm)

k. Reference Armor Materials:

(1) The reference armor material is either rolled homogeneous armor (RHA) steel plate conforming to MIL-A-12560, Class 3, or unbonded aramid fabric (Kevlar 29) armor material conforming to MIL-C-44050, Type 2, depending on the ballistic threat as follows:

| Ballistic Threat | Reference Armor Material |
|---|---|
| KE Projectiles and Shaped Charges: | Rolled Homogeneous Armor Steel |
| Shell Fragments and FSPs: | |
| Vehicular Armor | Rolled Homogeneous Armor Steel |
| Woven and Non-woven Fibrous Armor | Aramid Fabric (Kevlar 29) |

(2) The $V_{50}$ ballistic limit data for rolled homogeneous armor obtained for a wide range of KE projectiles and simulated fragments has been well documented [9]. The $V_{50}$ ballistic limit data for Kevlar 29 obtained with KE projectiles and simulated fragments is also available[10].

## SECTION 2
## Overall Effort

11. **Identification**. The name and title of this SCG is UNCLASSIFIED.

12. **Goal, Mission, and Purpose**. The goal, mission, and purpose of this SCG are UNCLASSIFIED.

13. **End Items**. Military application of armor materials and armor technologies to end items is classified in accordance with this SCG unless otherwise indicated. Reports and technical publications, drawings, schematics, photographs, models, mock-ups, etc., are classified commensurate with ballistic performance characteristics that are revealed.

## SECTION 3
## Performance Capabilities

a. This section provides guidelines on classification of the ballistic performance of a wide range of material systems and armors, based on the system mass effectiveness factor defined in paragraph 10g -10j. Any documentation or material that reveals information, as described in paragraph 10a (1) - (4) above, whether directly or derived, shall be classified at the levels indicated in paragraph 14 below. The information classified under the auspices of this guide is

[9] U.S. Army Materials Technology Laboratory, MTL Report TR-90-40, Lightweight Armor Design Handbook- Monolithic Armor, C. Amos, August 1990.

[10] Baseline reference data for Kevlar 29 fabric can be obtained from the Commander, U.S. Army Soldier Support Commander, ATTN: SSCNC-IB (J. Ward), Natick, MA 01760-5019.

exempt from automatic declassification under Exemption Category X3 of Executive Order 12958, 17 April 1995 (Reveal information that would impair the application of state of the art technology within a U.S. weapon system). All information classified in accordance with this guide will remain classified until the proponent determines that it may be declassified. The downgrading instructions should read:

DERIVED FROM: SCG for Armor Materials and Technology (date of SCG)
DECLASSIFY ON: Exception Category X3

b. The projectile or munition threats covered under this SCG include all ball and armor-piercing ammunition of both United States and foreign country origin used in military weapons, all artillery fragments, fragment simulating projectiles and flechettes fired from military weapons, all shaped charges, all explosively formed projectiles and all non-blast mines; this SCG specifically exempts ammunition for handguns, pistols, shotguns and any non-military weapons.

14. **Ballistic Performance Data**

a. The terminal ballistic performance data and armors designed to defeat various munitions are as classified as follows:

(1) Threat: Shell fragments, fragment-simulating projectiles as defined by MIL-P-46593 and steel flechettes[11]. Two different reference materials are utilized for determining performance. For woven and non-woven fibrous based armors, use Kevlar 29 as the reference material[12]. For vehicular armor, use RHA steel as the reference material.

| | |
|---|---|
| $E_m$ is less than 2.0 | UNCLASSIFIED |
| $E_m$ is greater than or equal to 2.0 | CONFIDENTIAL |

(2) Threat: Full-bore, steel and lead core (ball and armor piercing) rounds equal to or less than 7.62-mm in caliber.

| | |
|---|---|
| $E_m$ is less than 3.0 | UNCLASSIFIED |
| $E_m$ is greater than or equal to 3.0, but less than 5.0 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 5.0 | SECRET |

[11] Steel flechettes, fired from military weapons, are designed as antipersonnel threats and have masses generally between 2 and 20 grains with impact velocities similar to that of small arms. While flechettes are a threat against textile-based armors designed solely for artillery fragment or ball rounds, the penetration capabilities of flechettes against armors designed for steel ball or armor piercing projectiles are minimal. This will result in the majority of all flechette data being UNCLASSIFIED, unless controlled by a separate SCG.

[12] Woven and non-woven fibrous based armors with an areal density of less than 0.68 $kg/m^2$ (20 $oz/yd^2$) are UNCLASSIFIED.

(3) Threat: Full-bore, steel and lead core (ball and armor piercing) rounds greater than 7.62-mm but equal to or less than 12.7-mm in caliber.

| | |
|---|---|
| $E_m$ is less than 3.0 | UNCLASSIFIED |
| $E_m$ is greater than or equal to 3.0, but less than 5.0 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 5.0 | SECRET |

(4) Threat: Full-bore steel or sub-caliber steel armor-piercing rounds greater than 12.7-mm but less than 76-mm in caliber.

| | |
|---|---|
| $E_m$ is less than 2.5 | UNCLASSIFIED |
| $E_m$ is greater than or equal to 2.5, but less than 4.5 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 4.5 | SECRET |

(5) Threat: Full bore or sub-caliber high density, armor-piecing projectiles less than or equal to 40-mm in caliber with an aspect ratio (length to diameter) of 5 or less.

| | |
|---|---|
| $E_m$ is less than 2.5 | UNCLASSIFIED |
| $E_m$ is greater than or equal to 2.5, but less than 3.5 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 3.5 | SECRET |

(6) Threat: Kinetic energy rounds equal to or greater than 25-mm but less than or equal to 76.2-mm in caliber, to include scaled rods fired from laboratory guns of these calibers.

| | |
|---|---|
| $E_m$ is less than 2.0 | UNCLASSIFIED |
| $E_m$ is greater than or equal to 2.0, but less than 2.5 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 2.5 | SECRET |

(7) Threat: Kinetic energy rounds greater than 76.2-mm in caliber, to include scaled rods fired from laboratory guns of these calibers.

| | |
|---|---|
| $E_m$ is less than 2.0 | UNCLASSIFIED |
| $E_m$ is greater than or equal to 2.0, but less than 2.5 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 2.5 | SECRET |

(8) Threat: Shaped charge munitions with an warhead diameter less than or equal to 50-mm (exclusive of armor systems employing NERA or Energetic/Reactive components):

| | |
|---|---|
| $E_m$ is less than or equal to 2.5 | UNCLASSIFIED |
| $E_m$ is greater than 2.5, but less than 4.0 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 4.0 | SECRET |

(9) Threat: Shaped charge munitions with a warhead diameter greater than 50-mm, exclusive of armor systems employing NERA or Energetic/Reactive components.

| | |
|---|---|
| $E_m$ is less than or equal to 3.0 | UNCLASSIFIED |
| $E_m$ is greater than 3.0, but less than 5.0 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 5.0 | SECRET |

(10) Threat: Explosively formed projectiles (EFPs) (except where superseded by a higher classification requirement from a SCG for the munition).

| | |
|---|---|
| $E_m$ is less than 1.6 | UNCLASSIFIED |
| $E_m$ is greater than or equal to 1.6, but less than 2.5 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 2.5 | SECRET |

(11) Threat: KE projectiles, shell fragments, and fragment simulating projectiles when employed against any transparent armor system.

| | |
|---|---|
| $E_m$ is less than 1.5 | UNCLASSIFIED |
| $E_m$ is greater than or equal to 1.5, but less than 2.0 | CONFIDENTIAL |
| $E_m$ is greater than or equal to 2.0 | SECRET |

b. Metallic or non-metallic, single material, penetration and perforation data, for example, semi-infinite penetration into a stack of titanium by a KE or SC penetrator are considered UNCLASSIFIED, unless the test projectile performance is covered by a specific SCG.

c. Depth of Penetration (DOP) data for single materials against KE or SC penetrators as described in paragraph 10d are UNCLASSIFIED.

d. Ballistic performance data on protective materials and arrays against non-blast mines shall be classified by Paragraph 14(a)1 except for mines which incorporate SC or EFP defeat mechanisms. In this case, the performance is guided by the sections 14a (8), 14a(9) and 14a(10).

e. Comparatively poor space efficiency ($E_s$) of an armor system may result in a classification level below that which is indicated by the system $E_m$. Such a determination shall be made by the appropriate program manager in consultation with the responsible action officer of this SCG.

f. Armor materials ballistic performance data involving experimental ammunition shall be classified as determined by the ammunition developing laboratory or commands but shall, in no case, be less than herein provided. Upon completion of the ammunition development, the developing agency may reclassify the armor materials ballistic information to another classification level, but no less than the security classification provided herein.

g. Ballistic performance data for the following shall be classified by this SCG except that any higher classification level that has been established by a program, directive, or agency specifically concerned shall be maintained:

(1) foreign ammunition,
(2) foreign armor materials and end items
(3) domestic armor and end items

h. Armor material military specification ballistic tests to determine the acceptance of a production lot of material are UNCLASSIFIED, but the data may be controlled depending on the limitations defined in the material specification. Ballistic acceptance test data for armors or

system designs, such as ballistic hull and turrets, are classified by this SCG or the appropriate SCG for the system being tested.

i. When information classified by the provisions of this guide conflicts with other classification guidance, the information in question will be protected at the higher level until a consensus is reached.

j. The classification guidance in this SCG applies to the results of computations using analytical or computational codes. The classification is similarly determined as by experiment, based on the projectile reference performance and the predicted performance of the computation. The specific classification guidance of paragraph 14 is utilized.

k. The classification guidance in this SCG is applicable to diagnostic images, whether x-ray or photographic/digitally based. Single images in real time are UNCLASSIFIED if the system performance cannot be derived from the image or design details of the armor or penetrator are revealed. The image may be classified in accordance with paragraph 14 above if the images provides the ability to derive performance data.

l. As this SCG specifically exempts "ammunition for handguns, pistols, shotguns and any non-military type threats", the ballistic performance targets impacted by these munitions are UNCLASSIFIED

## SECTION 4
## Specifications

15. **Production Characteristics.** Agencies or companies responsible for development, production, processing, or fabrication of armor materials shall review this SCG during the research and development phases. When a determination is made that the techniques or process is sufficiently critical to warrant security classification, the level should, in general, be restricted to CONFIDENTIAL, since the safeguard of the ballistic performance data is separately provided for in this guideline.

16. **Details of Specifications.** Armor Materials Specification and Procurement Documents that contain production details, unique design information, etc., are classified by the security classification guidance of this SCG.

## SECTION 5
## Vulnerabilities and Weaknesses

a. Armor protection vulnerabilities and weaknesses generally result from an unforeseen threat, improved anti-armor technology development or design obsolescence that occurs during the life cycle of a system. The classification instructions imposed by this paragraph, however, are specifically directed at the protection intent of the armor system or design. This excludes vulnerabilities and weaknesses that result from the interaction of classes or calibers of munitions that the armor was not designed to defeat. When an armor design or system is determined to have a vulnerability or design weakness against the intended threats, a classification of

CONFIDENTIAL or higher may be imposed. The information classified under the auspices of this guide is exempt from automatic declassification under Exemption Category X3 of Executive Order 12958, 17 April 1995 (Reveal information that would impair the application of state of the art technology within a U.S. weapon system). All information classified in accordance with this guide will remain classified until the proponent determines that it may be declassified. The downgrading instructions should read:

DERIVED FROM: SCG for Armor Materials and Technology (date of SCG)
DECLASSIFY ON: Exception Category X3

b. Threat information, known or postulated, associated with known or suspected vulnerabilities of the armor materials or systems are classified CONFIDENTIAL or higher as prescribed by the specific subject matter. The information classified under the auspices of this guide is exempt from automatic declassification under Exemption Category X3 of Executive Order 12958, 17 April 1995 (Reveal information that would impair the application of state of the art technology within a U.S. weapon system). All information classified in accordance with this guide will remain classified until the proponent determines that it may be declassified. The downgrading instructions should read:

DERIVED FROM: SCG for Armor Materials and Technology (date of SCG)
DECLASSIFY ON: Exception Category X3

## SECTION 6
## Administrative Data

All known elements of administrative data such as program information procurement schedules, production quantities schedule, status, progress, etc., are UNCLASSIFIED.

## SECTION 7
## Questions, Comments or Modifications to SCG

Anyone who has a question, comment or suggested modification to this SCG should contact the Action Officer listed on page 1. If this SCG does not provide sufficient guidance to properly classify the performance relative the evaluation of an armor technology or design, the action officer should again be contacted. This guide will be updated on a periodic basis.

This guide has been approved by:

ROBERT W. WHALIN, Ph.D., PE
Director