# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**ARMOUR OF AMERICA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-1731C**
**Filed: February 4, 2008**

## O R D E R

As discussed with the parties at the February 1, 2008 conference, the court has scheduled an evidentiary hearing to take Mr. Schreiber's testimony. The hearing shall commence on **Thursday, April 3, 2008, 9:00 a.m.**, and shall continue into **Friday, April 4, 2008**, as necessary. The testimony will be taken in Courtroom 24, on the Fifth Floor of the United States Courthouse, located at 312 North Spring Street, Los Angeles, California 90012-4701. The parties also shall be prepared to make their closing argument at this hearing. The court will set a briefing schedule after closing argument.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**