# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ARMOUR OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 04-1731C** |
| | | **Filed: May 12, 2008** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

## O R D E R

The court held a status conference in the above-captioned case on May 9, 2008, with the parties appearing by telephone. As discussed with the parties, on or before **Thursday, May 15, 2008, 12:00 p.m.**, defendant shall file any objections to the admission into evidence of portions of Mr. Schreiber's deposition, citing deposition page and line numbers, with the rationale. Also, on or before **Thursday, May 15, 2008, 12:00 p.m.**, plaintiff shall identify, in a filing, any exhibits which plaintiff intended to introduce through Mr. Schreiber. The parties shall consult with each other prior to, and be prepared to discuss both issues, at a status conference **SCHEDULED** for **Friday, May 16, 2008, 2:30 p.m. EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (310) 772-2266, and defendant's counsel at (202) 307-0252. In addition to the above issues, a post-trial briefing schedule and closing argument will be addressed.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**