Exhibits concerning Arthur Schreiber Testimony

| Exhibit Number | Date | Description of Exhbit |
|---|---|---|
| 1 | 25-Apr-07 | Expert Report of Charles Anderson, Ph.D. |
| 1-1 | - | Section C, Background, Contract N00019-04-C-3147 |
| 1-3 | 30-Oct-03 | Pre Post Summary Page, Sources Sought Synopsis |
| 1-6 | 4-Feb-04 | Amendment to Solicitation N00019-04-R-0073 |
| 1-7 | 21-May-04 | SSEB Minutes ands Final Recommendation for Contract Award |
| 1-8 | 6-May-04 | AoA's Revised Technical Proposal |
| 1-10 | 10-Jun-04 | Contract N00019-04-c-3147 Award |
| 1-11 | 8-Jun-04 | Section F of Contract |
| 1-12 | 14-Jul-04 | Linda Johnson's PDR Vu-Graphs |
| 1-13 | 14-Jul-04 | AoA's PDR Vu-Graphs |
| 1-14 | 14-Jul-04 | AoA's Minutes, PDR, including Action Items Tracking Table |
| 1-15 | 22-Jul-04 | Letter to AoA from Navy |
| 1-16 | 29-Jul-04 | Letter to AoA from Navy |
| 1-17 | 30-Jul-04 | Letter to AoA from Navy |
| 1-18 | 4-Aug-04 | Letter (memo) from AoA to Navy |
| 1-19 | 10-Aug-04 | Letter to AoA from Navy |
| 1-20 | 26-Aug-04 | Contracting Officer's ("CO") Determination to Issue a Termination for Default |
| 1-21 | 26-Aug-04 | Letter to AoA from Navy |
| 1-22 | 10-Sep-04 | Letter to Navy from AoA's Counsel |
| 1-23 | 17-Sep-04 | Letter to AoA from Navy |
| 1-24 | 28-Oct-04 | Letter to AoA from Navy |
| 1-25 | 28-Feb-05 | Letter to AoA from Navy |
| 1-27 | 21-Jul-04 | Email from Paul Fitzgerald to Janice Woehrer |
| 1-28 | 30-Jul-04 | Email from Matt Williams to Paul Fitzgerald |
| 1-29 | 10-Aug-04 | Email from Paul Fitzgerald to Janice Woehrer |
| 1-30 | 28-Jul-04 | Email from john Gallagher to Linda Johnson |
| 1-31 | 14-Sep-87 | Militay Specification MIL-46099C: Armour Plate, Steel, Roll-Bonded, Dual Hardness |
| 1-32 | 8-Jun-05 | LWARS RFA Tracking Table |
| 1-34 | 9-Jul-68 | Wilkins ML (1968). "Third Progress Report of Light Armor Program," UCRL-50460, Lawrence Livermore National Laboratory, Livermore, CA |
| 1-35 | - | Wilkins ML (1969). "Fourth Progress Report of Light Armor Program," UCRL-50694, Lawrence Livermore National Laboratory, Livermore, CA |
| 1-36 | 11-Aug-76 | Wilkins ML (1976). "Second Progress Report of Light Armor Program," UCRL-50349, Rev 1, Lawrence Livermore National Laboratory, Livermore, CA |
| 1-37 | 1-Jul-04 | AoA Data Sheets |
| 1-38 | 20-Aug-04<br>3-Sep-04 | HP White Data Sheets<br>HP White Data Sheets |
| 1-40 | 13-Sep-04 | Email between Paul Fitzgerald and Janice Woehrer |
| 1-42 | 23-Dec-04 | HP White Data Sheets |
| 1-43 | 24-Sep-04 | HP White Data Sheets |

| | | |
|---|---|---|
| | 5-Oct-04 | HP White Data Sheets |
| | 15-Oct-04 | HP White Data Sheets |

| | | |
|---|---|---|
| 7 | 23-Dec-03 | Solicitation, Offer and Award |
| 13 | 26-Jan-04 | Notic in FBO of Modification to November 12, 2003 Pre Solicitation Notice |
| 25 | 12-Apr-04 | AoA Proposal, General Information, Volume I |
| 26 | 12-Apr-04 | AoA Proposal, Technical, Volume II |
| 28 | 12-Apr-04 | AoA Proposal, Past Performance, Volume III |
| 29 | 12arp04 | Aop Proposal, Price, Volume IV |
| 1-26 | 9-Feb-04<br>21-Jan-04<br>23-Dec-03 | Amendment 2 to Source Selection Plan ("SSP")<br>Amendment 01 to SSP<br>SSP |
| 34 | | Individual Rating Form for AOA prepared by J. Gallagher |
| 18 | 24-Feb-04 | TEB Summary of Evaluation |
| 8 | 23-Dec-03 | Source Selection Plan |
| 20 | 23-Mar-04 | TEB Technical Evaluation Summary Reports |
| 21 | 25-Mar-04 | TEB Technical Evaluation Summary Reports |
| 22 | 26-Mar-04 | SSEB Minutes and Recommendation Signed by Janice Woehrer |
| 24 | 1-Apr-04 | Letter to AoA from Janice Woehrer with List of Discussion Questions |
| 27 | 12-Apr-04 | AoA Proposal, Technical, Volume IIA |
| 31 | 30-Apr-04 | Letter to AoA from Janice Woehrer, no further discussions; final offer due on May 6, 2004 |
| 32 | 6-May-04 | Letter from AoA to Janice Woehrer, stating no changes to technical proposal, Rev B PRICE VOLUME IV attached |
| 35 | - | Summary Technical Evaluation Report for AoA |
| 37 | - | Technical Evaluation Supplemental Report for AoA |
| 33 | 21-May-04 | Memorandom: TEB Summary Report to SSA |
| 47 | 10-Jun-04 | Contract |
| 46 | 9-Jun-04 | Letter from J. Nehmens to J. Matheny commenting on the contract with the Government's comments |
| 45 | 8-Jun-04 | Email from J. Matheny transmitting the contract to J. Nehmens for his review |
| 1-13 | 14-Jul-04 | AoA's PDR Vu-Graphs |
| 57 | 20-Jul-04 | Email from J. Sanderson re AoA test not performed in accordance with MIL-STD-810F |
| 60 | 22-Jul-04 | Letter from J. Woehrer to J. Nehmens and M. Williams re Navy's concern about AoA's failureto meet contractual requirements |
| 63 | 23-Jul-04 | Email from P.Fitzgerald to J. Woehrer re possibility of buying armor elsewhere |
| 64 | 23-Jul-04 | Email chain between C. Tisone, J. Woehrer, and R. Morris re concerns about AoA's ability to meet contractual requirements |
| 65 | 26-Jul-04 | Email from J. Woehrer with proposed letter re requesting new material for the armor from AoA |
| 1-17 | 30-Jul-04 | Letter to AoA from Navy |
| 53 | 14-Jul-04 | Action Item Form |
| 52 | 14-Jul-04 | List of PDR Attendees |
| 79 | 10-Aug-04 | Email from J. Woehrer to AoA re the test plan's failure to meet contract requirements and the intent of MIL-STD-662F |
| 80 | 10-Aug-04 | AoA CH-46E Ballistic Qualification Test Plan |
| 81 | 10-Aug-04 | Email from R. Morris to j. Woehrer requesting that if AoA cannot provide proof that it's armor meets the contract requirements by August |

| | | |
|---|---|---|
| | | 25, 2004, then the source selection process must be restarted |
| 91 | 25-Aug-04 | Email from Bruce Cwalina re the termination for default ("TFD") of AoA's contract |
| 68 | 28-Jul-04 | Email forwarded from J. Gallagher to P. Fitzgerald re AoA test data |
| 1-38 | 20-Aug-04<br>3-Sep-04 | HP White Data Sheets<br>HP White Data Sheets |
| 86 | 18-Aug-04 | Letter from HP White to M. Williams with results from the ballistic testing of three armor samples received on August 16, 2004 |
| 1-43 | 24-Sep-04<br>5-Oct-04<br>15-Oct-04 | HP White Data Sheets<br>HP White Data Sheets<br>HP White Data Sheets |
| 59 | 21-Jul-04 | Email J. Winchester re meeting on July 20, 2004 |
| 83 | 12-Aug-04 | Email from J. Woehrer to P. Fitzgerald re the AoA test plan |
| 87 | 19-Aug-04 | Email from M. Williams with the HP White test samples as well as the AoA QTP for review |
| 122 | 5-Nov-04 | ArmorWorks Contract |
| Mod 7 | 6-Dec-05 | Amendment of Solicitation/Modification of Contract |