# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **ARMOUR OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **No. 04-1731C**<br>**Filed: May 19, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on May 16, 2008, with the parties appearing by telephone. As discussed at the conference, on or before **Friday, May 30, 2008**, plaintiff shall file a list of any exhibits not yet admitted, but which plaintiff intended to introduce through Mr. Schreiber's testimony. The defendant may indicate its consent or raise objections it may wish to offer on or before **Friday, June 6, 2008**. Also on or before **Friday, June 6, 2008**, the parties shall file a Joint Trial Exhibit List, reflecting all exhibits which have been admitted to date.

As requested and agreed to by the parties, the post-trial briefing schedule is as follows: on or before **Friday, August 29, 2008**, plaintiff shall submit its opening brief, and defendant shall submit an opening brief on its counterclaim. On or before **Friday, September 26, 2008**, defendant shall file a response to plaintiff's opening brief, and plaintiff shall file a response to defendant's counterclaim. Closing argument will be scheduled in a later order, if requested by either of the parties or requested by the court. In this regard, the parties shall include in their briefs whether closing argument is requested.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**