# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**ARMOUR OF AMERICA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-1731C**
**Filed: July 30, 2008**

**O R D E R**

Plaintiff has orally requested an enlargement of time to file post-trial briefs, and advises the court that defendant does not object. As requested and agreed to by the parties, the post-trial briefing schedule is amended as follows: on or before **Monday, September 29, 2008**, plaintiff shall submit its opening brief, and defendant shall submit an opening brief on its counterclaim. On or before **Monday, October 27, 2008**, defendant shall file a response to plaintiff's opening brief, and plaintiff shall file a response to defendant's counterclaim. Closing argument will be scheduled in a later order, if requested by either of the parties or required by the court. In this regard, the parties shall include in their briefs whether closing argument is requested.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**